IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 APR 26  P 1: 42

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CASE NUMBER: |
| | * | 1:06cv381-VPm |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF REMOVAL**

TO: The Judges of the United States District Court for Middle District of Alabama, Eastern Division.

The defendant Wal-Mart Stores East, LP (incorrectly identified as "Wal-Mart Stores, Inc. and hereinafter referred to as the "defendant Wal-Mart") respectfully shows the Court the following:

1.

A civil action has been brought against the defendant Wal-Mart in the Circuit Court of Houston County, State of Alabama, by the above named plaintiff, said action being designated as Case Number: 06 132 A.

2.

Plaintiff is now, was at the commencement of this suit and at all times since, a citizen and resident of the State of Alabama.

3.

Defendant Wal-Mart is now and was at the commencement of this suit, a corporation

3

organized and existing under the laws of the State of Arkansas, having its principal place of business in Bentonville, Arkansas.

4.

Defendant Wal-Mart attaches hereto a copy of the Summons and Complaint in the Circuit Court of Houston County, Alabama marked as Exhibit "A" and a copy of the answer of defendant Wal-Mart, marked as Exhibit "B".

5.

Now within thirty (30) days after service of the Summons and Complaint, the defendant Wal-Mart files this it Notice of Removal of said action to this Court.

6.

This action is removable by reason of diversity of citizenship, there being complete diversity among the parties and there being more than $75,000.00 in controversy, exclusive of interest and costs. The defendant Wal-Mart contends that the amount in controversy exceeds the threshold requirement for removal to this court due to the fact that the plaintiff's contends that she has undergone two surgeries as a result of injuries sustained in an incident at the defendant Wal-Mart's store and contends an additional surgery will be needed, most likely. The plaintiff contends, according to counsel, that the amount in controversy exceeds $75,000.00 and stated she would seek an amount in excess of $75,000.00.

WHEREFORE, the defendant Wal-Mart files its Notice of Removal of said cause to this Court.

This 25 day of April, 2006.

4

Respectfully submitted,

CARLOCK, COPELAND, SEMLER
& STAIR, LLP

BY: _____
Jeffrey A. Brown
Attorney Code: BRO132

BY: _____
Clayton M. Adams
Attorney Code: ADA056
Attorneys for Defendant, Wal-Mart Stores East, LP
Post Office Box 139
Columbus, Georgia 31902-0139
(706) 653-6109

## CERTIFICATE OF SERVICE

I, Jeffrey A. Brown, do hereby certify that I am of counsel for defendant Wal-Mart Stores East, LP and that I have served a copy of the above and foregoing NOTICE OF REMOVAL (to Federal Court) upon all counsel of record by depositing a true copy of same in the United States mail, postage prepaid, in an envelope addressed to opposing counsel as follows:

W. Davis Malone, III, Esquire
FARMER, FARMER & MALONE, P.A.
Post Office Drawer 668
Dothan, Alabama 36302-0668

This 25 day of April, 2006. _____
Of Counsel for Defendant, Wal-Mart Stores East, LP

5

STATE OF GEORGIA:

COUNTY OF MUSCOGEE:

## VERIFICATION

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, JEFFREY A. BROWN, who after first being duly sworn, deposes and says that he is of counsel for the defendant Wal-Mart Stores East, LP and that the allegations of fact contained in the foregoing Notice of Removal are true and correct.

JEFFREY A. BROWN

Sworn to and subscribed before me
this 26th day of April, 2006.
_____
Notary Public
My Commission Expires: 8/8/2006

6

1965413v.1