# EXHIBIT "A"

CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| DENISE BLALOCK,<br><br>    PLAINTIFF,<br><br>VS.<br><br>WAL-MART STORES, INC.; AND FICTICIOUS PARTY DEFENDANT(S) A, B, AND C, WHETHER SINGULAR OR PLURAL, BEING THE PERSON, FIRM, PARTNERSHIP, ASSOCIATION, CORPORATION OR OTHER LEGAL ENTITY THAT FAILED TO PROVIDE A REASONABLY SAFE AREA WITHIN WHICH PLAINTIFF MIGHT SHOP AND WALK AND/ OR THAT DID NOT WARN PLAINTIFF OF THE DANGEROUS CONDITIONS AND/OR WHO COMMITTED THE ACTS AND/OR OMISSIONS OTHERWISE SET FORTH IN PLAINTIFF'S COMPLAINT, WHOSE NAME OR NAMES ARE OTHERWISE UNKNOWN TO THE PLAINTIFF AT THIS TIME, BUT WILL BE SUBSTITUTED BY AMENDMENT WHEN ASCERTAINED,<br><br>    DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>CIVIL ACTION NO. CV-__06-132 A__<br><br>**PLAINTIFF DEMANDS A TRIAL BY STRUCK JURY**<br><br>**FILED**<br><br>FEB 2 2 2006<br><br>JUDY BYRD, CLERK<br>HOUSTON CO., AL |

## COMPLAINT

1. Plaintiff, Denise Blalock, is, and at all times mentioned was, a resident of Houston County, Alabama.

2. Upon information and belief, Defendant, Wal-Mart Stores, Inc., is, and at all times mentioned was, a corporation incorporated pursuant to the laws of the state of Delaware, and doing business in Houston County, Alabama.

3. Fictitious Party Defendant(s) A, B, and C, whether singular or plural, is that or are those person(s), firm(s), partnership(s), association(s), corporation(s) or other legal entity(ies) that

1

failed to provide a reasonably safe area within which Plaintiff might shop and walk and/or that did not warn Plaintiff of the dangerous conditions and/or who committed the acts and/or omissions otherwise set forth in Plaintiff's Complaint, whose name or names are otherwise unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained.

4. At the times mentioned, Defendants owned, operated, and controlled a certain retail store known as Wal-Mart Supercenter (the "Store"), at 3300 South Oats Street, Dothan, Houston County, Alabama.

5. On or about February 27, 2004, Plaintiff was on the premises of the Store, and, while the Plaintiff was walking on such premises, the Defendants negligently or wantonly caused or allowed an empty pallet and dangerous condition to exist on the premises of the Wal-Mart Supercenter store and negligently or wantonly maintained such premises so that it was not reasonably safe for members of the public, including the Plaintiff, to walk upon.

6. The Defendants did negligently or wantonly injure the Plaintiff by negligently or wantonly allowing the Plaintiff to use the unsafe area of the Store where the empty pallet and dangerous condition existed, without giving Plaintiff warning of such danger.

7. The Plaintiff tripped and fell on such empty pallet and dangerous condition of the Store.

8. As a proximate consequence of the Defendants' negligence or wantonness, the Plaintiff was caused to fall and seriously injure herself and suffer the following injuries: the Plaintiff suffered a contusion to her left wrist, contusions to both of her knees, acute trauma to her left thumb causing soreness and swelling and dysfunction in left thumb, injury to her head, and multiple bruises on and about her body. The Plaintiff was made to suffer great physical pain, suffering, mental anguish and

emotional distress; and, her ability to continue her normal activities was impaired and will be impaired in the future; and, she was caused to incur considerable expense for doctors, hospitals and other medical expenses in and about her efforts to heal and cure her injuries; and, she was internally injured and permanently injured.

　　　　WHEREFORE, Plaintiff demands judgment for compensatory and punitive damages against Defendants in a sum in excess of $10,000.00, plus costs of suit, and such other and further relief as deemed just and proper.

_____
W. Davis Malone, III (MAL012)
Attorney for the Plaintiff

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama 36302-0668
(334) 794-8596

**PLAINTIFF DEMANDS TRIAL OF ALL ISSUES OF THIS CIVIL ACTION BY STRUCK JURY.**

_____
W. Davis Malone, III (MAL012)
Attorney for the Plaintiff

Serve Defendant Wal-Mart Stores, Inc.,
by Certified Mail, Return Receipt at:

Wal-Mart Stores, Inc.
c/o The Corporation Company, Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, Alabama 36109

**FILED**

FEB 22 2006

JODY BYRD, CLERK
HOUSTON CO., AL

3

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev 2/79 | **SUMMONS — CIVIL** | Case Number<br>CV 06 132A<br>ID  YR  Number |
|---|---|---|

IN THE **CIRCUIT** COURT OF **HOUSTON COUNTY, ALABAMA**

Plaintiff **DENISE BLALOCK** vs Defendant **WAL-MART STORES, INC., ET AL**

NOTICE TO **WAL-MART STORES, INC.**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFF'S ATTORNEY **W. DAVIS MALONE, III FARMER, FARMER & MALONE, P.A.** WHOSE ADDRESS IS **POST OFFICE DRAWER 668, DOTHAN, AL 36302**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE CLERK OF THIS COURT.

☐ TO ANY SHERIFF OR ANY PERSON AUTHORIZED by either rules 4.1(b)(2) or 4.2(b)(2) or 4.4(b)(2) of the Alabama Rules of Civil Procedure: You are hereby commanded to serve this summons and a copy of the complaint in this action upon defendant.

☒ This service by certified mail of this summons is initiated upon the written request of _____ pursuant to Rule 4.1(c) of the Alabama Rules of Civil Procedure.

DATE: March 24, 2006    CLERK/REGISTER: Judy Byrd    By: _____

RETURN ON SERVICE:

☐ Certified Mail return receipt received in this office on (Date)_____
(Return receipt hereto attached).

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on (Date)_____.

DATE
ADDRESS
OF SERVER _____

SERVER SIGNATURE _____

TYPE OF PROCESS SERVER _____