IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 1:06CV381-MHT |
| | ) | |
| WAL-MART STORES, INC., ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**MOTION OF PLAINTIFF TO
REMAND REMOVED ACTION TO STATE COURT**

Plaintiff, Denise Blalock, moves the Court to remand the above-entitled action to the Circuit Court of Houston County, Alabama, from which it was removed by Defendant Wal-Mart Stores East, LP (which was misidentified in the Complaint as Wal-Mart Stores, Inc.) ("Defendant Wal-Mart"), on the grounds that:

1.    There is a lack of federal subject matter jurisdiction in that:

a.    the matter in controversy does not exceed $75,000.00, exclusive of interest and costs.

b.    There is no proof of complete diversity between Wal-Mart Stores East, LP, the apparent true name of the Defendant in this civil action, and the Plaintiff.

2.    The sworn statement by counsel for Defendant Wal-Mart that the undersigned stated that, "plaintiff contends . . . that the amount in controversy exceeds $75,000.00" and that, "she would seek an amount in excess of $75,000.00" is false.

1

This motion is based on the memorandum of law, a copy of which is served and filed with this motion, and on all of the pleadings, papers, records, and files in this action.

Dated this 25th day of May, 2006.

_____
W. Davis Malone, III (MAL012)
Attorney for Denise Blalock

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama 36302-0668
(334) 794-8596

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion of Plaintiff To Remand Removed Action To State Court upon:

Jeff A. Brown, Esq.
Clayton M. Adams, Esq.
CARLOCK, COPELAND, SEMLER & STAIR, LLP
Attorneys for Defendant
Post Office Box 139
Columbus, Georgia 31902-0139

by placing a copy of same in the United States Mail, postage prepaid and properly addressed on this 25th day of May, 2006.

_____
W. Davis Malone, III

## VERIFICATION

STATE OF ALABAMA        )
                        )
COUNTY OF HOUSTON       )

Before me, the undersigned Notary Public in and for said County and State, personally appeared W. Davis Malone, III, as counsel for Plaintiff, Denise Blalock, who is known to me,

and who, being first duly sworn, deposes and says that the allegations of fact contained in paragraph 2 of the foregoing Motion are true and correct.

W. Davis Malone, III

Sworn to and subscribed before me on this 25th day of May, 2006

Notary Public

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 30, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

3