IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DENISE BLALOCK,    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 1:06cv381-MHT |
| ) | |
| WAL-MART STORES, INC.,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER

It is ORDERED that the motion to remand (doc. no. 4) is set for submission, without oral argument, on June 5, 2006, with all briefs due by said date.

DONE, this the 26th day of May, 2006.

　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE