IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CIVIL ACTION NUMBER: 1:06 CV 00381-MHT |
| Plaintiff, | * | |
| v. | * | |
| WAL-MART STORES, INC., | * | |
| Defendant. | * | |

DEFENDANT WAL-MART STORES EAST, LP'S
MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE PLAINTIFF'S MOTION TO REMAND

COMES NOW the defendant, Wal-Mart Stores East, LP (incorrectly identified as "Wal-Mart Stores, Inc." and hereinafter referred to as the "defendant Wal-Mart") and moves this Court for an Order allowing it three additional days to respond to the plaintiff's Motion to Remand and as grounds therefore, states as follows:

1.

The plaintiff's Motion to Remand was filed on Thursday, May 25, 2006 at 5:53 p.m., Central Standard Time (6:53 p.m., Eastern Standard Time).

2.

On Friday, May 26, 2006, the Court entered an Order directing the defendant Wal-Mart to provide materials in response to said motion by June 5, 2006. The notice was e-mailed to counsel for the parties at 2:56 p.m., Central Standard Time (3:56 p.m., Eastern Standard Time).

3.

By the time the motion and order were received by counsel for the defendant Wal-

Mart, he had already left the office for the Memorial Day holiday weekend and was out of the state. Counsel left town on Thursday May 25, 2006 at approximately 5:30 p.m. EST.

4.

Counsel for the defendant Wal-Mart was not able to print or otherwise review the actual documents until Tuesday morning, May 30, 2006, three days after the entry of the Court's May 26, 2006 Order.

5.

The defendant Wal-Mart has spoken to plaintiff's counsel. The parties are trying to effectuate a resolution to the motion. Counsel for the plaintiff does not oppose the defendant Wal-Mart's request for three additional days to respond to the Motion to Remand.

WHEREFORE, the defendant Wal-Mart respectfully requests that this Court enter an Order extending the time within which it must respond to the plaintiff's motion to remand for an additional three days or through the end of the day, June 8, 2006.

This 2nd day of June, 2006.

        Respectfully submitted,

        CARLOCK, COPELAND, SEMLER
            & STAIR, LLP

BY:   /s/ Jeffrey A. Brown
       Jeffrey A. Brown
       Attorney Code: BRO132
       Clayton M. Adams
       Attorney Code: ADA056
       Attorneys for Defendant, Wal-Mart Stores East, LP
       Post Office Box 139
       Columbus, Georgia 31902-0139
       (706) 653-6109

## CERTIFICATE OF SERVICE

    I, Jeffrey A. Brown, do hereby certify that I am of counsel for defendant Wal-Mart Stores East, LP and that I have served a copy of the above and foregoing DEFENDANT WAL-MART STORES EAST, LP'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S MOTION TO REMAND upon all counsel of record via electronic filing and by depositing a true copy of same in the United States mail, postage prepaid, in an envelope addressed to opposing counsel as follows:

W. Davis Malone, III, Esquire<br>
FARMER, FARMER & MALONE, P.A.<br>
Post Office Drawer 668<br>
Dothan, Alabama  36302-0668

This 2nd day of June, 2006.

                                              _____/s/Jeffrey A. Brown_____  
                                              Of Counsel for Defendant, Wal-Mart Stores East, LP

1986847v.1