IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv381-MHT |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 6) is granted.

(2) The motion to remand (doc. no. 4) is reset for submission, without oral argument, on June 9, 2006, with all briefs due by said date.

(3) The parties are allowed until June 9, 2006, to file their Rule 26(f) report.

DONE, this the 5th day of June, 2006.

                                          /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE