IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CASE NUMBER: |
| | * | 1:06 CV 381-MHT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

REPORT OF PARTIES' PLANNING MEETING
_____

1.     Pursuant to FED.R.CIV.P. 26(f), a meeting was held on June 5, 2006 at 2:30 PM, central time, and was attended by:

W. DAVIS MALONE, III, for Plaintiff Denise Blalock.

JEFFREY A. BROWN for Defendant Wal-Mart Stores East, LLP.

2.     Pre-Discovery Disclosures.  The parties will exchange by July 6, 2006, the information required by FED.R.CIV.P. 26(a)(1).

3.     Discovery Plan.  The parties jointly propose to the court the following discovery plan:

Discovery will be needed on the following subjects:  the events surrounding the trip-and-fall of Plaintiff, the extent and cause of Plaintiff's alleged damages, the alleged basis for imposition of punitive damages, and the defenses asserted by Defendant.

All discovery commenced in time to be completed by:  ninety (90) days prior to the pre-trial conference.

Maximum of forty (40) interrogatories by each party to any other party.  Responses

due thirty (30) days after service.

Maximum of forty (40) requests for admission by each party to any other party. Responses due thirty (30) days after service.

Maximum of ten (10) depositions by Plaintiff(s) and ten (10) by Defendant(s).

Each deposition, other than those of expert witnesses or the parties, is limited to maximum of five (5) hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by three (3) months before the completion of discovery.

from Defendant(s) by two (2) months before the completion of discovery.

Supplementations under Rule 26(e) due ten (10) days after discovery of such information.

4.    Other Items.

The parties request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference four (4) weeks prior to the trial of this action.

Plaintiff should be allowed until ninety (90) days before completion of

discovery to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by ninety (90) days prior to the pre-trial hearing.

Settlement cannot be evaluated prior to February 1, 2007, but may be enhanced by the use of the following alternative dispute resolution procedure: mediation.

Final list of witnesses and final lists of exhibits under Rule 26(a)(3) should be due by no later than twenty-one (21) days prior to trial.

Parties should no less than seven (7) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by April, 2007, and at this time is expected to take approximately two and one-half (2 ½) days.

RESPECTFULLY SUBMITTED this 5th day of June, 2006.


/s/ W. Davis Malone, III
W. Davis Malone, III (MAL016)
For Plaintiff Denise Blalock

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama  36302-0668
(334) 794-8596

__/s/ Jeffrey A. Brown_____

Jeffrey A. Brown (BRO132)
For Defendant Wal-Mart Stores East, LLP

OF COUNSEL:

CARLOCK, COPELAND, SEMLER & STAIR, LLP
Post Office Box 139
Columbus, Georgia  31902-0139
(706) 653-6109

I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

/s/ Jeffrey A. Brown