IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CASE NUMBER: |
| | * | 1:06 CV 00381-MHT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

AMENDED NOTICE OF REMOVAL

TO:   The Honorable Myron H. Thompson, Judge of the United States District Court for Middle District of Alabama, Southern Division.

The defendant Wal-Mart Stores East, LP (incorrectly identified as "Wal-Mart Stores, Inc." and hereinafter referred to as the "defendant Wal-Mart") respectfully amends its original Notice of Removal filed with this Court on April 26, 2006 and shows the Court the following:

1.

A civil action was brought against the defendant Wal-Mart in the Circuit Court of Houston County, State of Alabama, by the above named plaintiff, said action being designated as Case Number:  06 132 A.

2.

Within thirty (30) days after service of the Summons and Complaint, the defendant Wal-Mart filed its Notice of Removal of said action to this Court, said Notice being filed on April 26, 2006.  See Exhibit A.

3.

The defendant Wal-Mart's Notice contained a scrivener's error and did not correctly

set forth the corporate residency of the defendant Wal-Mart. Additionally, the defendant Wal-Mart's Notice of Removal did not, according to the plaintiff's Motion to Remand, establish by a preponderance of evidence that the amount in controversy exceeded the amount required to render the case removable. In an effort to remove all doubt, the defendant Wal-Mart shows as follows:

a. Plaintiff is now, was at the commencement of this suit and at all times since, a citizen and resident of the State of Alabama.

b. Defendant Wal-Mart Stores East, L.P. is now and was at the commencement of this suit, a limited partnership organized and existing under the laws of the State of Delaware and having its principal place of business in Bentonville, Arkansas. The defendant Wal-Mart Stores, Inc. is a corporation organized and existing under the laws of the State of Delaware and having its principal place of business in Bentonville, Arkansas.

c. This action is removable by reason of diversity of citizenship, there being complete diversity among the parties and there being more than $75,000.00 in controversy, exclusive of interest and costs. The defendant Wal-Mart contends that the amount in controversy exceeds the threshold requirement for removal to this court due to the fact that the plaintiff's contends she has undergone two surgeries as a result of injuries sustained in an incident at the defendant Wal-Mart's store and contends an additional surgery will be needed, most likely. Additionally, the defendant Wal-Mart has obtained billing records from the healthcare providers who have provided care and treatment to the plaintiff. The defendant Wal-Mart shows that the total charges for treatment received by the plaintiff from Flowers Hospital in Dothan, Alabama, Southern Bone and Joint in Dothan, Alabama and Houston Medical Group

in Dothan, Alabama following the date of the alleged incident is $81,778.89. Finally, the plaintiff has alleged wantonness on the part of the defendant Wal-Mart and alleges she is entitled to an award of punitive damages, although a specific amount has not been alleged. Taking into consideration the medical expenses allegedly incurred by the plaintiff as a result of the subject incident and the allegation of entitlement to punitive damages, the defendant Wal-Mart contends the amount in controversy clearly exceeds $75,000.00.

WHEREFORE, the defendant Wal-Mart files its Amended Notice of Removal of said cause to this Court.

This 9th day of June, 2006.

Respectfully submitted,

CARLOCK, COPELAND, SEMLER
     & STAIR, LLP


BY:___/s/ Jeffrey A. Brown_____
       Jeffrey A. Brown
       Attorney Code:  BRO132
       Clayton M. Adams
       Attorney Code:  ADA056
       Attorneys for Defendant, Wal-Mart Stores East, LP
       Post Office Box 139
       Columbus, Georgia 31902-0139
       (706) 653-6109

CERTIFICATE OF SERVICE

    I, Jeffrey A. Brown, do hereby certify that I am of counsel for defendant Wal-Mart Stores East, LP and that I have served a copy of the above and foregoing AMENDED NOTICE OF REMOVAL upon all counsel of record via electronic filing and by depositing a true copy of same in the United States mail, postage prepaid, in an envelope addressed to opposing counsel as follows:

> W. Davis Malone, III, Esquire
> FARMER, FARMER & MALONE, P.A.
> Post Office Drawer 668
> Dothan, Alabama 36302-0668

This 9th day of June, 2006.

                                                  /s/ Jeffrey A. Brown
                                          Of Counsel for Defendant, Wal-Mart Stores East, LP

STATE OF GEORGIA:

COUNTY OF MUSCOGEE:

VERIFICATION

Personally appeared before me the undersigned officer duly authorized by law to administer oaths, JEFFREY A. BROWN, who after first being duly sworn, deposes and says that he is of counsel for the defendant Wal-Mart Stores East, LP and that the allegations of fact contained in the foregoing Amended Notice of Removal are true and correct.

                                                   /s/ Jeffrey A. Brown
                                                 JEFFREY A. BROWN

Sworn to and subscribed before me
this 9th day of June, 2006.
  /s/ Jennifer L. Burleson
Notary Public
My Commission Expires: 8/8/2006

1990107v.1