IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CASE NUMBER: |
| | * | 1:06 CV 381-MHT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

### DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS MADE.

COMES NOW, Wal-Mart Stores East, LP (incorrectly identified as "Wal-Mart Stores, Inc.), who is the proper Defendant, and makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity:

Response:    Wal-Mart Stores East, LP (a Delaware LP) is a limited partnership, of which WSE Management, LLC (a Delaware LLC) is the 1% general partner, and WSE Investment, LLC (a Delaware LLC) is the 99% limited partner. The sole member of these two partners is Wal-Mart East Stores, Inc. (an Arkansas corporation) whose parent company is Wal-Mart Stores, Inc. (a Delaware corporation), which is the only publicly-traded company. The principal place of business for all Wal-Mart entities is in Bentonville, Arkansas.

2.  Does party have any parent corporations?

Response:   Yes. As set forth in response to question 1, Wal-Mart Stores East, LP does have parent corporations. Wal-Mart Stores, Inc. does not have any parent corporations.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

Response: No.

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

Response:   No.

If yes, identify entity and nature of interest:

Response:

This 9th day of June, 2006.

                        Respectfully submitted,

                        CARLOCK, COPELAND, SEMLER
                              & STAIR, LLP

BY:___/s/ Jeffrey A. Brown_____
     Jeffrey A. Brown
     Attorney Code:  BRO132
     Clayton M. Adams
     Attorney Code:  ADA056
     Attorneys for Defendant, Wal-Mart Stores East, LP
     Post Office Box 139
     Columbus, Georgia 31902-0139
     (706) 653-6109

CERTIFICATE OF SERVICE

I, Jeffrey A. Brown, do hereby certify that I am of counsel for defendant Wal-Mart

Stores East, LP and that I have served a copy of the above and foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION upon all counsel of record via electronic filing and by depositing a true copy of same in the United States mail, postage prepaid, in an envelope addressed to opposing counsel as follows:

> W. Davis Malone, III, Esquire
> FARMER, FARMER & MALONE, P.A.
> Post Office Drawer 668
> Dothan, Alabama  36302-0668

This 9th day of June, 2006.

\_\_\_\_/s/ Jeffrey A. Brown_____
Of Counsel for Defendant, Wal-Mart Stores East, LP

1990440v.1