IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CASE NUMBER: |
| | * | 1:06 CV 00381-MHT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL AND
CITATION OF AUTHORITY IN SUPPORT

COMES NOW, the defendant Wal-Mart Stores East, LP (incorrectly identified as "Wal-Mart Stores, Inc." and hereinafter referred to as the "defendant Wal-Mart") and respectfully moves this Court for leave, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, to file its' Amended Notice of Removal and shows the Court the following:

1. The original Notice of Removal (Doc. 1) contained a clerical error regarding the citizenship of the defendant Wal-Mart. The defendant Wal-Mart wishes to clarify this error.

2. The Amended Notice of Removal contains additional information intended to better establish the amount in controversy and thus the propriety of removal.

3. On June 9, 2006, the defendant Wal-Mart filed its' Amended Notice of Removal. (Doc. 9).

4. With regard to allowing the amendment of pleadings, the Federal Rules of Civil Procedure provide that "…leave shall be freely given when justice so requires." FRCP 15(a).

WHEREFORE, the defendant Wal-Mart respectfully requests the Court grant it leave to file its' Amended Notice of Removal and accept its' previously filed Amended Notice of

Removal as the same.

     Respectfully submitted this 9th day of June, 2006.

                       Respectfully submitted,

                       CARLOCK, COPELAND, SEMLER
                           & STAIR, LLP


                BY:___/s/ Jeffrey A. Brown_____
                     Jeffrey A. Brown
                     Attorney Code: BRO132
                     Clayton M. Adams
                     Attorney Code: ADA056
                     Attorneys for Defendant, Wal-Mart Stores East, LP
                     Post Office Box 139
                     Columbus, Georgia 31902-0139
                     (706) 653-6109

CERTIFICATE OF SERVICE

    I, Jeffrey A. Brown, do hereby certify that I am of counsel for defendant Wal-Mart Stores East, LP and that I have served a copy of the above and foregoing MOTION FOR LEAVE TO FILE AMENDED NOTICE OF REMOVAL upon all counsel of record via electronic filing and by depositing a true copy of same in the United States mail, postage prepaid, in an envelope addressed to opposing counsel as follows:

W. Davis Malone, III, Esquire<br>
FARMER, FARMER & MALONE, P.A.<br>
Post Office Drawer 668<br>
Dothan, Alabama  36302-0668

This 9th day of June, 2006.

                                           /s/ Jeffrey A. Brown
                                    Of Counsel for Defendant, Wal-Mart Stores East, LP