**FARMER, FARMER & MALONE, P.A.**
112 WEST TROY STREET
POST OFFICE DRAWER 668
DOTHAN, ALABAMA 36302-0668

**FACSIMILE MESSAGE**

EXHIBIT A

DATE: JUNE 8, 2006                                                               TIME:

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

NAME:  ARCHIBALD I. GRUBBS, ESQ.
PLACE:
FAX NUMBER: 706-653-9472

FROM: W. DAVIS MALONE, III, ESQ.
FARMER, FARMER & MALONE, P.A.
TELEPHONE NUMBER: (334) 794-8596
FAX NUMBER: (334) 794-4401
SENDER'S E-MAIL: WDM@FFMLAW.COM

CLIENT/MATTER:

MESSAGE: AS PER OUR TELEPHONE CONVERSATION TODAY, FOLLOWING ARE THE MEDICAL CHARGES OF THE HOUSTON MEDICAL GROUP. I WAS MISTAKEN, IT IS NOT FROM THE HUGHSTON CLINIC (WHICH IS HOW OUR FILE IS TITLED, HENCE MY MISTAKE REGARDING THE NAME).

NUMBER OF PAGES SENT, INCLUDING THIS COVER SHEET: (4)

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE CALL AS SOON AS POSSIBLE AT THE ABOVE TELEPHONE NUMBER.

OPERATOR: RENÉ CHILDERS

**NOTICE**

UNLESS OTHERWISE INDICATED OR OBVIOUS FROM THE NATURE OF THE TRANSMITTAL, THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION AND INTENDED FOR THE USE OF THE SPECIFIC INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION OR THE INFORMATION CONTAINED HEREIN IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR OR ARE NOT SURE WHETHER IT IS PRIVILEGED, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL FACSIMILE MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU.

```
HOUSTON MEDICAL GROUP                    PRINTED 02:36:29pm  27 May 2004
112 HAVEN DRIVE SUITE 3                  BY: 19 HG.AR MICCALL
DOTHAN, AL 36301                         PAGE    1
334-677-5986                             TAX ID# 63-6004476
                DENISE M BLALOCK    (3736)
                103 GROUSE ROAD
                DOTHAN, AL 36305

        NOTICE, THIS IS LISTED FROM MOST RECENT TO THE OLDEST

Date....   Name... Code....  Description......  Link... Dr.. Fel Amount.... Dx

-----------------------------------<current>--------------------------------------
BALANCE                                                           1.00
05/19/04   DENISE   2.2      MEDICAID WRITE OF 15159.1 407   2   -20.00
05/19/04   DENISE   49.300   $39.00 ALLOWED AM 15159.1 407   2     0.00
05/19/04   DENISE   2.1      MEDICAID PAYMENT  15159.1 407   2   -38.00
05/19/04   DENISE   2.2      MEDICAID WRITE OF 13465.1 407   2   -20.00
05/19/04   DENISE   49.300   $39.00 ALLOWED AM 13465.1 407   2     0.00
05/19/04   DENISE   2.1      MEDICAID PAYMENT  13465.1 407   2   -38.00
-----------------------------------<04/30/04>-------------------------------------
BALANCE                                                         117.00
05/03/04            98       ins ECSMEDI       15159.1              0.00
04/30/04   DENISE   5.1      CASH PAYMENT FROM 15159.1 407   2    -1.00 461.8
04/30/04   DENISE   99213    OFFICE/OUTPT VISIT 15159.1 407  2    59.00 401.1
```

```
HOUSTON MEDICAL GROUP                    PRINTED 02:36:06pm  27 May 2004
112 HAVEN DRIVE SUITE 3                  BY: 19 HG.AR MICCALL
DOTHAN, AL 36301                         PAGE    1
334-677-5986                             TAX ID# 63-6004476
            DENISE N BLALOCK    (3736)
            103 GROUSE ROAD
            DOTHAN, AL 36305

          NOTICE, THIS IS LISTED FROM MOST RECENT TO THE OLDEST

Date....   Name... Code.... Description...... Link... Dr.. Fcl Amount.... Dx

-----------------------------------<current>--------------------------------------
BALANCE                                                         1.00
05/19/04   DENISE   2.2     MEDICAID WRITE OF 15159.1 407  2  -20.00
05/19/04   DENISE  49.300   $39.00 ALLOWED AM 15159.1 407  2    0.00
05/19/04   DENISE   2.1     MEDICAID PAYMENT  15159.1 407  3  -38.00
05/19/04   DENISE   2.2     MEDICAID WRITE OF 13465.1 407  2  -20.00
05/19/04   DENISE  49.300   $39.00 ALLOWED AM 13465.1 407  2    0.00
05/19/04   DENISE   2.1     MEDICAID PAYMENT  13465.1 407  2  -38.00
----------------------------------<04/30/04>---------------------------------------
BALANCE                                                       117.00
05/03/04            98       ins EOSMEDI       15159.1         0.00
04/30/04   DENISE   5.1     CASH PAYMENT FROM 15159.1 407  2   -1.00 461.8
04/30/04   DENISE  99213    OFFIC/OUTPT VISIT 15159.1 407  2   59.00 401.1
04/28/04            98       ins EOSMEDI       13465.1         0.00
04/27/04   DENISE   2.2     MEDICAID WRITE OF 12892.1 407  2  -20.00
04/27/04   DENISE  30.308   FROM 031004DOS CO 12892.1 407  2  -38.00
04/27/04   DENISE   2.2     TO CORRECT WRITEO 13465.1 407  2   20.00
04/27/04   DENISE  60.308   SHOULD BE 031004  13465.1 407  2   38.00
04/15/04   DENISE   2.2     MEDICAID WRITE OF 13465.1 407  2  -20.00
04/15/04   DENISE  49.300   $39.00 ALLOWED AM 13465.1 407  2    0.00
04/15/04   DENISE   2.1     MEDICAID PAYMENT  13465.1 407  2  -38.00
----------------------------------<03/31/04>---------------------------------------
BALANCE                                                       117.00
04/01/04            98       ins EOSMEDI       13465.1         0.00
03/31/04   DENISE  99213    OFFIC/OUTPT VISIT 13465.1 407  2   59.00 729.5
03/01/04   DENISE   2.2     MEDICAID WRITE OF 12166.1 407  2  -20.00
03/01/04   DENISE  49.300   $39.00 ALLOWED AM 12166.1 407  2    0.00
03/01/04   DENISE   2.1     MEDICAID PAYMENT  12166.1 407  3  -38.00
03/11/04            98       ins EOSMEDI       12892.1         0.00
03/10/04   DENISE   5       CASH PAYMENT AT T 12892.1 407  2   -1.00 477.9
03/10/04   DENISE  99213    OFFIC/OUTPT VISIT 12892.1 407  2   59.00 401.1
----------------------------------<02/29/04>---------------------------------------
BALANCE                                                        58.00
02/19/04            98       ins EOSMEDI       12166.1         0.00
02/18/04   DENISE   5       CASH PAYMENT AT T 12166.1 407  2   -1.00 477.9
02/18/04   DENISE  99213    OFFIC/OUTPT VISIT 12166.1 407  2   59.00 401.1
02/06/04   DENISE   2.2     MEDICAID WRITE OF 11071.3 407  2   -6.00
02/06/04   DENISE  49.300   $4.00 ALLOWED AMO 11071.3 407  2    0.00
02/06/04   DENISE   2.1     MEDICAID PAYMENT  11071.3 407  2   -4.00
02/06/04   DENISE   2.2     MEDICAID WRITE OF 11071.2 407  2   -7.00
02/06/04   DENISE  49.300   $3.00 ALLOWED AMO 11071.2 407  2    0.00
02/06/04   DENISE   2.1     MEDICAID PAYMENT  11071.2 407  2   -3.00
02/06/04   DENISE   2.2     MEDICAID WRITE OF 11071.1 407  2  -17.00
02/06/04   DENISE  49.300   $39.00 ALLOWED AM 11071.1 407  2    0.00
02/06/04   DENISE   2.1     MEDICAID PAYMENT  11071.1 407  2  -38.00
----------------------------------<01/31/04>---------------------------------------
BALANCE                                                        75.00
```

```
HOUSTON MEDICAL GROUP                          PRINTED 02:36:06pm  27 May 2004
112 HAVEN DRIVE SUITE 3                        BY: 19 HG.AR MICCALL
DOTHAN, AL 36301                               PAGE    2
334-677-5986                                   TAX ID# 63-6004476
                    DENISE M BLALOCK    (3736)
                    103 GROUSE ROAD
                    DOTHAN, AL 36305

         NOTICE, THIS IS LISTED FROM MOST RECENT TO THE OLDEST

     Date....   Name... Code....  Description......  Link...  Dr.. Fol  Amount....  Dx

     01/07/04   DENISE   2.2      MEDICAID WRITE OF  10523.1  322   2     -24.80
     01/07/04   DENISE   2.1      MEDICAID PAYMENT   10523.1  322   2     -30.20
     01/09/04            98       ins ECSMEDI        11071.1               0.00
     01/08/04   DENISE   5        CASH PAYMENT AT T  11071.1  407   2      -1.00  789.00
     01/08/04   DENISE   81000    UA DIP STICK/TABL  11071.3  407   2      10.00  789.00
     01/08/04   DENISE   82270    BLD OCCULT PEROX   11071.2  407   2      10.00  789.00
     01/08/04   DENISE   99213    OFFIC/OUTPT VISIT  11071.1  407   2      56.00  724.5
     -----------------------------<12/31/03>------------------------------------
     BALANCE                                                               55.00
     12/05/03   DENISE   2.2      MEDICAID WRITE OF  10079.3  407   2      -6.98
     12/05/03   DENISE   49.300   $8.02 ALLOWED AMO  10079.3  407   2       0.00
     12/05/03   DENISE   2.1      MEDICAID PAYMENT   10079.3  407   2      -8.02
     12/05/03   DENISE   2.2      MEDICAID WRITE OF  10079.2  407   2      -6.00
     12/05/03   DENISE   49.300   $4.00 ALLOWED AMO  10079.2  407   2       0.00
     12/05/03   DENISE   2.1      MEDICAID PAYMENT   10079.2  407   2      -4.00
     12/05/03   DENISE   2.2      MEDICAID WRITE OF  10079.1  407   2     -27.00
     12/05/03   DENISE   49.300   $75.00 ALLOWED AM  10079.1  407   2       0.00
     12/05/03   DENISE   2.1      MEDICAID PAYMENT   10079.1  407   2     -74.00
     12/12/03            98       ins ECSMEDI        10523.1               0.00
     12/11/03   DENISE   5        CASH PAYMENT AT T  10523.1  322   2      -1.00  401.9
     12/11/03   DENISE   99213    OFFIC/OUTPT VISIT  10523.1  322   2      56.00  490
     -----------------------------<11/30/03>------------------------------------
     BALANCE                                                              126.00
     11/25/03            98       ins ECSMEDI        10079.1               0.00
     11/24/03   DENISE   5        CASH PAYMENT AT T  10079.1  407   2      -1.00  V04.81
     11/24/03   DENISE   90658    INFLUENZA VIRUS V  10079.3  407   2      15.00  V04.81
     11/24/03   DENISE   81000    UA DIP STICK/TABL  10079.2  407   2      10.00  401.9
     11/24/03   DENISE   99203    OFC/OUTPT VISIT E  10079.1  407   2     102.00  401.9


     PATIENT# 3736      DENISE M BLALOCK    DOB:06/22/1963   SEX:F  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
         Insurance Compan Group          Id Number       Insured
     MEDICAID OF ALABAM                  0004201136963   ,,,,,,,19112
     PATIENT#                            DOB:            SEX:
```

EXHIBIT
B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CIVIL ACTION NUMBER: |
| | | 1:06 CV 00381-MHT |
| Plaintiff, | * | |
| v. | * | |
| WAL-MART STORES, INC., | * | |
| Defendant. | * | |

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO:  Director of Medical and Billing Records
FLOWERS HOSPITAL
4370 West Main Street
Post Office Box 6907
Dothan, Alabama 36302

I, DENISE M. BLALOCK, hereby authorize the above-named healthcare provider who has provided care and treatment to me to release the following information: <u>any and all medical bills, billing statements, account statements, invoices, or other billing records in your possession, custody and control which reflect any and all amounts charged relating to your examination and treatment of DENISE M. BLALOCK, 103 Grouse Road, Dothan, AL 36305; SSN: 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; DOB: 06/22/1963; from the dates FEBRUARY 26, 2004 TO PRESENT to the law firm of Carlock, Copeland, Semler & Stair, LLP.</u>

This authorization is effective as of the date indicated below and authorizes disclosure of the subject medical records during the pendency of the litigation styled as DENISE M. BLALOCK, Plaintiff, v. WAL-MART STORES, INC., Defendant; In the District Court of the United States for the Middle District of Alabama, Southern Division; Case Number 1:06cv381-MHT, until said case is concluded.

Pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), specifically 45 C.F.R. § 165.508(c), the individual, organizational unit or class of individuals or organizational units to whom the records may be disclosed are as follows:

(1)  Carlock, Copeland, Semler & Stair, LLP
Post Office 139
Columbus, GA 31902-0139
(706) 653-6109

(2) Clients of Carlock, Copeland, Semler & Stair, LLP who have been named as defendants in the above-captioned lawsuit;

(3) Upon their request, counsel for other defendants in the above-captioned action;

(4) All insurers of clients of Carlock, Copeland, Semler & Stair, LLP who are providing for the defense of this action and evaluating same; and

(5) All "expert witnesses" consulted by the law firm of Carlock, Copeland, Semler & Stair, LLP. For purposes of this release, "experts" shall be defined as set forth in O.C.G.A. § 9-11-26(b)(3) and § 9-11-26(b)(4).

It is my understanding that all persons to whom these records are sent by the law firm of Carlock, Copeland, Semler & Stair, LLP shall maintain the confidentiality of said records and not release them without the express consent of the undersigned.

I instruct that copies of this release shall have the same force and effect as the original.

In so authorizing the health care providers of DENISE M. BLALOCK to release the medical records they maintain for her, provided it is solely in connection with this litigation and only during the duration of this litigation, said health care providers are hereby released from liability under HIPAA, and any other state or federal law pertaining to the privacy afforded to the maintenance of these records by the health care providers of DENISE M. BLALOCK.

I freely and voluntarily give this release this 9th day of June, 2006.

_Denise Blalock_ (Signature)

Denise Blalock (Printed Name)

Sworn to and subscribed before me this 9th day of June, 2006.

_____
Notary Public

My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 30, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

2

1989587v.1



EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DENISE BLALOCK, * CIVIL ACTION NUMBER:
   Plaintiff, * 1:06 CV 00381-MHT
v. *
WAL-MART STORES, INC., *
   Defendant. *

## AUTHORIZATION FOR RELEASE OF INFORMATION

TO: Director of Medical and Billing Records
   SOUTHERN BONE & JOINT
   1500 Ross Clark Circle
   Dothan, Alabama 36301

  I, DENISE M. BLALOCK, hereby authorize the above-named healthcare provider who has provided care and treatment to me to release the following information: any and all medical bills, billing statements, account statements, invoices, or other billing records in your possession, custody and control which reflect any and all amounts charged relating to your examination and treatment of DENISE M. BLALOCK, 103 Grouse Road, Dothan, AL 36305; SSN: 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; DOB: 06/22/1963; from the dates FEBRUARY 26, 2004 TO PRESENT to the law firm of Carlock, Copeland, Semler & Stair, LLP.

  This authorization is effective as of the date indicated below and authorizes disclosure of the subject medical records during the pendency of the litigation styled as DENISE M. BLALOCK, Plaintiff, v. WAL-MART STORES, INC., Defendant; In the District Court of the United States for the Middle District of Alabama, Southern Division; Case Number 1:06cv381-MHT, until said case is concluded.

  Pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), specifically 45 C.F.R. § 165.508(c), the individual, organizational unit or class of individuals or organizational units to whom the records may be disclosed are as follows:

(1) Carlock, Copeland, Semler & Stair, LLP
   Post Office 139
   Columbus, GA 31902-0139
   (706) 653-6109

(2) Clients of Carlock, Copeland, Semler & Stair, LLP who have been named as defendants in the above-captioned lawsuit;

(3) Upon their request, counsel for other defendants in the above-captioned action;

(4) All insurers of clients of Carlock, Copeland, Semler & Stair, LLP who are providing for the defense of this action and evaluating same; and

(5) All "expert witnesses" consulted by the law firm of Carlock, Copeland, Semler & Stair, LLP. For purposes of this release, "experts" shall be defined as set forth in O.C.G.A. § 9-11-26(b)(3) and § 9-11-26(b)(4).

It is my understanding that all persons to whom these records are sent by the law firm of Carlock, Copeland, Semler & Stair, LLP shall maintain the confidentiality of said records and not release them without the express consent of the undersigned.

I instruct that copies of this release shall have the same force and effect as the original.

In so authorizing the health care providers of DENISE M. BLALOCK to release the medical records they maintain for her, provided it is solely in connection with this litigation and only during the duration of this litigation, said health care providers are hereby released from liability under HIPAA, and any other state or federal law pertaining to the privacy afforded to the maintenance of these records by the health care providers of DENISE M. BLALOCK.

I freely and voluntarily give this release this 9th day of June, 2006.

_Denise Blalock_ (Signature)
_Denise Blalock_ (Printed Name)

Sworn to and subscribed before me this 9th day of June, 2006.

_Carol Steiner_
Notary Public

My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 30, 2010
BONDED THRU NOTARY PUBLIC UNDERWRITERS

2

1989628v.1