

*4370 West Main Street*
*Post Office Box 6907*
*Dothan, Alabama 36302*
*334 / 793-5000*
*FAX 334 / 793-4613*

**L. Keith Granger**
*President/CEO*

**Talana J. Bell**
*Chief Financial Officer*

ALL-STATE LEGAL®

**EXHIBIT**

D

**Fax: (334) 615-7288**

Date **6-9-06**

Number of pages including cover sheet **26**

To: **Archie Gruber**

Fax: **706-653-9472**

From: **Jta**

Message: _____

_____

_____

_____

_____

_____

_____

**CONFIDENTIALITY STATEMENT:** The information contained in this facsimile is legally privileged and confidential information intended only for the use of the addressee listed on this cover sheet. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this facsimile in error please immediately notify us by telephone at the number listed on this cover sheet and return the original message to us at the above address via the postal service. Thank you.

Case 1:06-cv-00381-MHT-WC   Document 12-3   Filed 06/09/2006   Page 2 of 26

DENISE M BLALOCK                    06136-00462   F  42Y  05/26/06  05/26/06

| 110009 CONN GENERAL/OTHER | 3206752 | 420113696 |
| 600001 MEDICAID AL | | 0004201136963 |
| 600004 MEDICAID 1500 PLAN | | 0004201136963 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL                    36305

| 05/26/06 | 1326 ROBINUL 0.2MG VIAL | 250 | 3 1 | 52.25 | 52.25 |
| 05/26/06 | 1615 MARCAINE 0.5%-EPI 30ML AMP | 250 | 2 1 | 52.25 | 52.25 |
| 05/26/06 | 1638 BACITRACIN 50MU VIAL | 250 | 1 1 | 135.25 | 135.25 |
| 05/26/06 | 51006 ANES DRUG FEE O | 250 | 9 1 | 266.00 | 266.00 |
| | TOTAL PHARMACY | | | | 505.75 |
| | | | | | |
| 05/26/06 | 21170 SOLN IV LR 1000 | 258 | 16 1 | 205.50 | 205.50 |
| 05/26/06 | 51130 1000 LR | 258 | 12 1 | 219.00 | 219.00 |
| | TOTAL IV SOLUTIONS | | | | 424.50 |
| | | | | | |
| 05/26/06 | 635 PERCOCET-5 | 259 | 4 2 | 2.00 | 4.00 |
| | TOTAL Other Pharmacy | | | | 4.00 |
| | | | | | |
| 05/26/06 | 21020 DRESSING ADAPTIC 3 X 3 | 270 | 24 2 | 33.60 | 67.20 |
| 05/26/06 | 21030 PADDING CAST WEBRIL 3" | 270 | 29 1 | 33.60 | 33.60 |
| 05/26/06 | 22564 STOCKINETTE 4 X 48 DOUBLE | 270 | 36 1 | 59.75 | 59.75 |
| 05/26/06 | 22702 PACK TOWEL SURGERY | 270 | 22 1 | 109.30 | 109.30 |
| 05/26/06 | 23099 SLING ARM MEDIUM | 270 | 26 1 | 36.75 | 36.75 |
| 05/26/06 | 23198 DRESSING KLING 3" | 270 | 33 1 | 33.60 | 33.60 |
| 05/26/06 | 23265 SUCTION LINERS CRD 3000 | 270 | 23 1 | 37.30 | 37.30 |
| 05/26/06 | 25122 CORD BIPOLAR | 270 | 39 1 | 96.55 | 96.55 |
| 05/26/06 | 26217 PAD PREPPING | 270 | 31 1 | 36.90 | 36.90 |
| 05/26/06 | 26385 TUBE SURGICAL CONNECT 12FT | 270 | 28 1 | 33.60 | 33.60 |
| 05/26/06 | 26605 PADDING CAST WEBRIL 4" | 270 | 41 1 | 33.60 | 33.60 |
| 05/26/06 | 31235 SOLN NS 1000 IRR | 270 | 32 1 | 205.50 | 205.50 |
| 05/26/06 | 40822 SPONGE ANTIMICROBIAL 4X4 AMD | 270 | 43 1 | 33.30 | 33.30 |
| 05/26/06 | 51110 ANGIO CATH | 270 | 16 1 | 21.00 | 21.00 |
| 05/26/06 | 51111 ENDO TUBE/COPA/LMA | 270 | 15 1 | 183.50 | 183.50 |
| 05/26/06 | 51113 DISP CIRCUIT | 270 | 14 1 | 77.00 | 77.00 |
| 05/26/06 | 51143 ESOPHAGEAL STETHOSCOPE | 270 | 13 1 | 59.50 | 59.50 |
| | TOTAL MED-SURG SUPPLIES | | | | 1,157.95 |
| | | | | | |
| 05/26/06 | 25106 SUTURE ETHILON 4-0 1667 | 272 | 35 2 | 76.15 | 152.30 |
| 05/26/06 | 25257 SUTURE VICRYL 3-0 J936 | 272 | 34 1 | 82.15 | 82.15 |
| 05/26/06 | 25752 BANDAGE ESMARCH STRL 4" | 272 | 44 1 | 226.65 | 226.65 |
| 05/26/06 | 26685 VESSEL LOOP MAXI BLUE | 272 | 37 1 | 43.40 | 43.40 |

Continued

06136-00462

Case 1:06-cv-00381-MHT-WC Document 12-3 Filed 06/09/2006 Page 3 of 26

DENISE M BLALOCK                06136-00462   F  42Y  05/26/06  05/26/06

110009 CONN GENERAL/OTHER      3205752        420113696
600001 MEDICAID AL                            0004201136963
600004 MEDICAID 1500 PLAN                      0004201136963


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305

| Date | Code | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 05/26/06 | 27623 | BANDAGE ELASTIC 4" STERILE SINGL | 272 | 27 2 | 48.25 | 96.50 |
| 05/26/06 | 29666 | KNIFE CARPAL TUNNEL | 272 | 38 1 | 88.15 | 88.15 |
| 05/26/06 | 40978 | TOURNIQUET CUFF STERILE 24" | 272 | 42 1 | 319.95 | 319.95 |
| 05/26/06 | 40954 | PACK BASIC SET UP | 272 | 40 1 | 737.10 | 737.10 |
| | | TOTAL STERILE SUPPLY | | | | 1,746.20 |
| 05/23/06 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 2 1 | 14.50 | 14.50 |
| 05/26/06 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 17 1 | 14.50 | 14.50 |
| | | TOTAL LABORATORY | | | | 29.00 |
| 05/22/06 | 1045 | BASIC METABOLIC PANEL | 301 | 1 1 | 37.00 | 37.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 37.00 |
| 05/22/06 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 26.00 | 26.00 |
| 05/26/06 | 2025 | CBC W/AUTO DIFF | 305 | 3 1 | 123.50 | 123.50 |
| | | TOTAL LAB/HEMATOLOGY | | | | 149.50 |
| 05/26/06 | 12130 | OR PROC LEVEL 04 | 360 | 20 1 | 900.00 | 900.00 |
| 05/26/06 | 17140 | OR 1-1 1/2 | 360 | 21 1 | 2325.00 | 2,325.00 |
| 05/26/06 | 20205 | OP PROCEDURAL CARE | 360 | 6 1 | 975.00 | 975.00 |
| | | TOTAL OR SERVICES | | | | 4,200.00 |
| 05/26/06 | 11102 | ANESTHESIA CRNA | 370 | 8 89 | 8.30 | 738.70 |
| 05/26/06 | 51157 | INHALATION ANESTHESIA (FORANE) | 370 | 11 89 | 0.13 | 11.57 |
| 05/26/06 | 55005 | ANESTHESIA - TIMED | 370 | 10 89 | 11.94 | 1,062.66 |
| | | TOTAL ANESTHESIA | | | | 1,812.93 |
| 05/26/06 | 1318 | MORPHINE 10MG CARPUJECT | 636 | 8 1 | 60.00 | 60.00 |
| 05/26/06 | 1446 | ANCEF 1GM VIAL | 636 | 6 1 | 52.25 | 52.25 |
| 05/26/06 | 1529 | REGLAN 10MG VIAL | 636 | 7 1 | 52.25 | 52.25 |
| 05/26/06 | 2555 | VERSED 5MG VIAL | 636 | 5 1 | 60.00 | 60.00 |
| | | TOTAL PHARMACY SPECIFIC | | | | 224.50 |
| 05/26/06 | 20206 | OP 2ND STAGE CARE | 710 | 5 1 | 404.50 | 404.50 |
| 05/26/06 | 61020 | REC RM 1/2 - 1 HOUR | 710 | 7 1 | 813.00 | 813.00 |
| | | TOTAL RECOVERY ROOM | | | | 1,217.50 |

Continued

06136-00462

D1-OP$ 05/30/06      3

DENISE M BLALOCK                06136-00462   F   42Y  05/26/06  05/26/06

.10009 CONN GENERAL/OTHER       3206752       420113696
300001 MEDICAID AL                            0004201136963
400004 MEDICAID 1500 PLAN                      0004201136963


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL            36305




        TOTAL CHARGES                              11,508.83

06/07/06 A5084   246 PPO ADJUSTMENT O/P                -1,726.32


        TOTAL PAYMENTS/ADJUSTMENTS                  -1,726.32




                                                    9,782.51

06136-00462

DENISE M BLALOCK                    05215-00203   F  42Y  08/24/05  08/24/05

| 110009 CONN GENERAL/OTHER | 3206752 | 42092742502 |
|---|---|---|
| 500001 MEDICAID AL | | 0004201136963 |
| 600004 MEDICAID AL 1500 PLAN | | 0004201136983 |
| 099099 SELF PAY PLAN | | |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL            36305

| Date | Code / Description | | | | Amount | Total |
|---|---|---|---|---|---|---|
| 08/24/05 | 1326 ROBINUL 0.2MG VIAL | 250 | 3 | 1 | 49.25 | 49.25 |
| 08/24/05 | 1613 MARCAINE 0.5% 30ML AMP | 250 | 6 | 1 | 49.25 | 49.25 |
| 08/24/05 | 51006 ANES DRUG FEE O | 250 | 11 | 1 | 242.00 | 242.00 |
| | TOTAL PHARMACY | | | | | 340.50 |
| 08/24/05 | 31170 SOLN IV LR 1800 | 258 | 33 | 1 | 194.50 | 194.50 |
| 08/24/05 | 51130 1000 LR | 258 | 14 | 1 | 199.00 | 199.00 |
| | TOTAL IV SOLUTIONS | | | | | 393.50 |
| 08/24/05 | 2458 PEPCID 20MG TABLET | 259 | 1 | 1 | 3.50 | 3.50 |
| 08/24/05 | 457 REGLAN 10MG TABLET | 259 | 2 | 1 | 1.00 | 1.00 |
| | TOTAL Other Pharmacy | | | | | 4.50 |
| 08/24/05 | 21021 DRESSING ADAPTIC 3 X 8 | 270 | 42 | 1 | 31.80 | 31.80 |
| 08/24/05 | 21512 DRESSING BIOCLUSIVE 2 X 3 | 270 | 48 | 1 | 31.80 | 31.80 |
| 08/24/05 | 22360 INTERLINK CONTINU-FLO 10 DROP | 270 | 50 | 1 | 29.55 | 29.55 |
| 08/24/05 | 22564 STOCKINETTE 4 X 48 DOUBLE | 270 | 35 | 1 | 56.60 | 56.60 |
| 08/24/05 | 22702 PACK TOWEL SURGERY | 270 | 44 | 1 | 103.50 | 103.50 |
| 08/24/05 | 23265 SUCTION LINERS CRD 3000 | 270 | 46 | 1 | 35.30 | 35.30 |
| 08/24/05 | 25106 SUTURE ETHILON 4-0 1667 | 270 | 51 | 1 | 72.10 | 72.10 |
| 08/24/05 | 25122 CORD BIPOLAR | 270 | 39 | 1 | 91.40 | 91.40 |
| 08/24/05 | 25381 SPLINT DELTA-LITE | 270 | 37 | 1 | 91.40 | 91.40 |
| 08/24/05 | 25752 BANDAGE ESMARCH STRL 4" | 270 | 31 | 1 | 214.65 | 214.65 |
| 08/24/05 | 26317 PAD PREPPING | 270 | 24 | 1 | 34.95 | 34.95 |
| 08/24/05 | 26293 BURR RD CUTTING MED 5.0MM | 270 | 38 | 1 | 109.90 | 109.90 |
| 08/24/05 | 26389 TUBE SURGICAL CONNECT 12FT | 270 | 36 | 1 | 31.80 | 31.80 |
| 08/24/05 | 27623 BANDAGE ELASTIC 4" STERILE SINGL | 270 | 49 | 1 | 45.70 | 45.70 |
| 08/24/05 | 27665 SUTURE 3-0 TICRON 3226-41 | 270 | 25 | 1 | 133.60 | 133.60 |
| 08/24/05 | 31235 SOLN NS 1000 IRR | 270 | 32 | 1 | 194.50 | 194.50 |
| 08/24/05 | 40822 SPONGS ANTIMICROBIAL 4X4 AMD | 270 | 41 | 1 | 31.55 | 31.55 |
| 08/24/05 | 51111 ENDC TUBE/COPA/LMA | 270 | 19 | 1 | 167.00 | 167.00 |
| 08/24/05 | 51113 DISP CIRCUIT | 270 | 18 | 1 | 70.00 | 70.00 |
| 08/24/05 | 51116 BLANKET WARMING | 270 | 17 | 1 | 106.00 | 106.00 |
| 08/24/05 | 51141 NASAL CANNULA/O2 TUBING | 270 | 15 | 1 | 34.00 | 34.00 |
| 08/24/05 | 51144 SKIN TEMP PROBE | 270 | 16 | 1 | 53.00 | 53.00 |
| | TOTAL MED-SURG SUPPLIES | | | | | 1,770.10 |

Continued

05215-00203

D1-OPS 08/30/05      2

DENISE M BLALOCK                    05215-00203   F  42Y  08/24/05  08/24/05

110009 CONN GENERAL/OTHER      3206752      42082742502
600001 MEDICAID AL                          0004201136963
600004 MEDICAID AL 1500 PLAN                0004201136963
099099 SELF PAY PLAN

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


08/24/05  26605 PADDING CAST WEBRIL 4"          272  26 1     31.80       31.80
08/24/05  26605 PADDING CAST WEBRIL 4"          272  40 1     31.80       31.80
08/24/05  40029 CATHETER IV PROTECTIV 18G X 1 1/ 272 45 1     33.80       33.80
08/24/05  40778 TOURNIQUET CUFF STERILE 24"     272  30 1    303.00      303.00
08/24/05  40954 PACK BASIC SET UP              272  47 1    698.00      698.00
          TOTAL STERILE SUPPLY                                         1,098.40

08/04/05  1902 VENIPUNCTURE - CHRG ONLY        300   2 1     13.50       13.50
          TOTAL LABORATORY                                              13.50

08/03/05  1045 BASIC METABOLIC PANEL           301   1 1     37.00       37.00
          TOTAL LAB/CHEMISTRY                                           37.00

08/03/05  2025 CBC W/AUTO DIFF                 305   1 1     26.00       26.00
          TOTAL LAB/HEMATOLOGY                                          26.00

08/24/05  12150 OR PROC LEVEL 06               360  23 1   1447.00    1,447.00
08/24/05  17150 OR 1 1/2-2                     360  21 1   2717.00    2,717.00
08/24/05  20205 PRE PROC CARE                  360   3 1    923.00      923.00
          TOTAL OR SERVICES                                            5,087.00

08/24/05  11102 ANESTHESIA CRNA                370   7 90     7.86      707.40
08/24/05  51156 INHALATION ANESTHESIA (ULTANE) 370  13 90     1.20      108.00
08/24/05  55005 ANESTHESIA - TIMED             370  12 90    11.31    1,017.90
          TOTAL ANESTHESIA                                            1,833.30

08/24/05  1318 MORPHINE 10MG CARPUJECT         636   9 1     56.75       56.75
08/24/05  1337 TORADOL 30MG INJECTION          636   8 1     49.25       49.25
08/24/05  1443 KANTREX 500MG VIAL              636   5 1    244.25      244.25
08/24/05  1446 ANCEF 1GM VIAL                  636   7 1     49.25       49.25
08/24/05  1529 REGLAN 10MG VIAL                636  10 1     49.25       49.25
08/24/05  2276 ANZEMET 12.5MG INJECTION        636  11 1    190.25      190.25
08/24/05  2555 VERSED 5MG VIAL                 636   4 1     56.75       56.75
          TOTAL PHARMACY SPECIFIC                                      695.75

08/24/05  20206 2ND STAGE RECOVERY             710   4 1    383.00      383.00


                            Continued


05215-00203

D1-OPS 08/30/05      3

DENISE M BLALOCK                    05215-00203   F 42Y 08/24/05 08/24/05

110009 CONN GENERAL/OTHER      3206752        42082742502
600001 MEDICAID AL                            0004201136963
600004 MEDICAID AL 1800 PLAN                  0004201136963
099099 SELF PAY PLAN                                            .

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


08/24/05  61020 REC RM 1/2 - 1 HOUR          710   6 1    770.00      770.00
               TOTAL RECOVERY ROOM                                  1,153.00


                          .

               TOTAL CHARGES                          ·         12,452.55

12/15/05 X0082   785 COMMERCIAL INSURANCE PAYMENT                     0.00
10/28/05 A4017   683 BLUE CROSS-POF CY                           -10,287.05
01/06/06 A4017   564 BLUE CROSS-POF CY                            10,287.05
01/20/06 A1136    18 AL MEDICAID O/P PY                          -11,887.10
03/30/06 A5084   248 PPO/HMO ADJUSTMENT O/P                       11,887.10
03/31/06 A1136   300 AL MEDICAID O/P PY                           11,887.10
03/31/06 A5084   300 PPO/HMO ADJUSTMENT O/P                      -11,887.10


               TOTAL PAYMENTS/ADJUSTMENTS          .                 0.00

                                          .

                          .


                                                12,452.55

05215-00203

⌐                                                        D1-ER  07/20/05     1

DENISE M BLALOCK                     05199-00220   F  42Y  07/18/05  07/18/05

200999 BLUE CROSS (AL) OTHER                   ASJ420827425
200500 BLUE CROSS 1500 PLAN                    ASJ420827425
600001 MEDICAID AL                             0004201135963
600004 MEDICAID 1500 PLAN                      0004201135963

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


07/18/05  31220 SOLN IV NS 1000              258    9 1    194.50     194.50
          TOTAL IV SOLUTIONS                                          194.50

07/18/05  1876 DONNATAL ELIXER 5ML           259    2 2      2.00       4.00
07/18/05  838 MYLANTA 30ML LIQUID            259    1 1      2.00       2.00
07/18/05  844 XYLOCAINE VISCOUS 20ML LIQUID  259    3 1      2.75       2.75
          TOTAL Other Pharmacy                                          8.75

07/18/05  20114 PULSE OXIMETER PROBE         270   13 1    158.50     158.50
07/18/05  21807 INTERLINK EXT SET 5 IN CATH  270   10 1     21.15      21.15
07/18/05  21855 PACK IV START                270    6 1     31.80      31.80
07/18/05  22360 INTERLINK CONTINU-FLO 10 DROP 270   5 1     29.55      29.55
07/18/05  96601 CANNULA 14 FT LONG           270    9 1      0.00       0.00
          TOTAL MED-SURG SUPPLIES                                     241.00

07/18/05  23060 CATHETER IV SAFETY + 20G X 1* 272   7 1     38.10      38.10
          TOTAL STERILE SUPPLY                                         38.10

07/18/05  1902 VENIPUNCTURE - CHRG ONLY      300    3 1     13.50      13.50
          TOTAL LABORATORY                                             13.50

07/18/05  1056 COMP METABOLIC PANEL          301    1 1    250.50     250.50
07/18/05  1408 CK MB                         301    1 1    278.50     278.50
07/18/05  1493 TROPONIN QUANT                301    2 1     64.00      64.00
          TOTAL LAB/CHEMISTRY                                         593.00

07/18/05  2025 CBC W/AUTO DIFF               305    1 1    117.00     117.00
07/18/05  5010 PROTIME                       305    1 1     69.00      69.00
07/18/05  5011 PTT                           305    1 1     91.50      91.50
          TOTAL LAB/HEMATOLOGY                                        277.50

07/18/05  10129 XR CHEST 2 V                 320    1 1    269.00     269.00
          TOTAL DIAGNOSTIC X-RAY                                      269.00

07/18/05  20037 IV INFUSE <15 MINS           450   14 1    200.00     200.00
07/18/05  20139 LEVEL II WITH PROCEDURE      450   12 1    614.00     614.00


                          Continued


5199-00220

D1-ER 07/20/05   2

DENISE M BLALOCK                    05199-00220   F  42Y  07/18/05  07/18/05

200999 BLUE CROSS (AL) OTHER                AEJ420827425
200500 BLUE CROSS 1500 PLAN                 AEJ420827425
600001 MEDICAID AL                          0004201136963
600004 MEDICAID 1500 PLAN                   0004201136963

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


            TOTAL EMERGENCY ROOM                                      814.00

07/18/05  2499 PROTONIX IV 40MG INJECTION       636   4 1   307.50    307.50
          TOTAL PHARMACY SPECIFIC                                     307.50

07/18/05  93000 EKG                             730   4 1   125.50    125.50
          TOTAL EKG/ECG GENERAL                                       125.50

07/18/05  45300 ER PHYSICIAN LEVEL III          981  11 1   126.00    126.00
          TOTAL EMERGENCY ROOM PHYSICIAN                             126.00

07/18/05  11143 EKG PROF                        985   4 1    18.00     18.00
          TOTAL CARDIOLOGY PROFESSIONAL                               18.00


            TOTAL CHARGES                                           3,026.35

07/18/05 P0080   824 PATIENT PAYMENT                                  -3.00
08/10/05 I0110   321 SEC PAYOR ER PHYS PYMT                            0.00
08/10/05 I0082   321 COMMERCIAL INSURANCE PAYMENT                      0.00
08/12/05 I0082   371 COMMERCIAL INSURANCE PAYMENT                      0.00
11/23/05 I0035   354 MCAID AL CURRENT YEAR PYMT                     -116.51
11/29/05 I0035   448 MCAID AL CURRENT YEAR PYMT                       -9.00
12/19/05 I0110   821 SEC PAYOR ER PHYS PYMT                          -41.00
11/23/05 A1135   354 AL MEDICAID O/P CY                           -2,762.84
11/29/05 A1143   448 AL Medicaid Pro Fee CA                           -9.00
03/15/06 A1143   771 AL Medicaid Pro Fee CA                          -84.00
03/31/06 A5070   346 SMALL BALANCE W/O                                -1.00


            TOTAL PAYMENTS/ADJUSTMENTS                             -3,026.35


                                                                      0.00
15199-00220

DENISE M BLALOCK                    05172-00397   F  42Y  06/21/05  06/21/05

| | | | |
|---|---|---|---|
| 600001 MEDICAID AL | | | 0004201136963 |
| 600004 MEDICAID 1500 PLAN | | | 0004201136963 |
| 299001 ANTHEM BLUE CROSS BLU | 003320650 | | ABJAN0080411 |
| 299003 BLUE CROSS OTHER 1500 | 003320650 | | ABJAN0080411 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/21/05 | 1275 % SATURATION | | 300 | 3 1 | 0.00 | 0.00 |
| | TOTAL LABORATORY | | | | | 0.00 |
| | | | | | | |
| 06/21/05 | 1114 IRON | | 301 | 3 1 | 35.50 | 35.50 |
| 06/21/05 | 1261 IRON BINDING (TIBC) | | 301 | 3 1 | 31.50 | 31.50 |
| 06/21/05 | 1443 CARBAMAZEPINE TOTAL | | 301 | 1 1 | 96.50 | 96.50 |
| 06/21/05 | 1451 VITAMIN B12 | | 301 | 4 1 | 68.00 | 68.00 |
| 06/21/05 | 1452 FOLATE (FOLIC ACID) | | 301 | 4 1 | 68.00 | 68.00 |
| | TOTAL LAB/CHEMISTRY | | | | | 299.50 |
| | | | | | | |
| 06/21/05 | 2026 RETIC COUNT AUTO | | 305 | 2 1 | 31.50 | 31.50 |
| | TOTAL LAB/HEMATOLOGY | | | | | 31.50 |

TOTAL CHARGES                                        331.00

| | | | |
|---|---|---|---|
| 08/25/05 I0082 | 627 COMMERCIAL INSURANCE PAYMENT | | 0.00 |
| 03/08/06 I0035 | 442 MCAID AL CURRENT YEAR PYMT | | -72.10 |
| 03/08/06 A1135 | 442 AL MEDICAID O/P CY | | -258.90 |

TOTAL PAYMENTS/ADJUSTMENTS                    -331.00

<                                                     D1-ER  05/14/05    1

DENISE M BLALOCK                    05131-00029   F  42Y  05/11/05  05/11/05

299001 ANTHEM BLUE CROSS BLU    003320650      ASJAN0080411
299003 BLUE CROSS OTHER 1500    003320650      ASJAN0080411


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL            36305


| Date | Code | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 05/11/05 | 31222 | SOLN IV NS 100 SINGLE | 258 | 9 1 | 194.50 | 194.50 |
| | | TOTAL IV SOLUTIONS | | | | 194.50 |
| 05/11/05 | 45315 | INFUSION THERAPY UP TO 1 HOUR | 260 | 14 1 | 171.00 | 171.00 |
| | | TOTAL IV THERAPY | | | | 171.00 |
| 05/11/05 | 21807 | INTERLINK EXT SET 6 IN CATH | 270 | 6 1 | 21.15 | 21.15 |
| 05/11/05 | 21855 | PACK IV START | 270 | 5 1 | 31.80 | 31.80 |
| 05/11/05 | 22360 | INTERLINK CONTINU-FLO 10 DROP | 270 | 8 1 | 29.55 | 29.55 |
| | | TOTAL MED-SURG SUPPLIES | | | | 82.50 |
| 05/11/05 | 23060 | CATHETER IV SAFETY + 20G X 1" | 272 | 7 1 | 38.10 | 38.10 |
| | | TOTAL STERILE SUPPLY | | | | 38.10 |
| 05/11/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 10 1 | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | 13.50 |
| 05/11/05 | 1045 | BASIC METABOLIC PANEL | 301 | 2 1 | 200.00 | 200.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 200.00 |
| 05/11/05 | 2028 | CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
| | | TOTAL LAB/HEMATOLOGY | | | | 117.00 |
| 05/11/05 | 2900 | URINE PREGNANCY TEST - CHRG ONLY | 307 | 3 1 | 49.00 | 49.00 |
| 05/11/05 | 2901 | UA W O MICRO AUTO - CHRG ONLY | 307 | 4 1 | 37.00 | 37.00 |
| | | TOTAL LAB/UROLOGY | | | | 86.00 |
| 05/11/05 | 20139 | LEVEL II WITH PROCEDURE | 450 | 12 1 | 614.00 | 614.00 |
| 05/11/05 | 20222 | IV PUSH MACH | 450 | 13 1 | 136.00 | 136.00 |
| | | TOTAL EMERGENCY ROOM | | | | 750.00 |
| 05/11/05 | 1529 | REGLAN 10MG VIAL | 636 | 1 1 | 49.25 | 49.25 |
| | | TOTAL PHARMACY SPECIFIC | | | | 49.25 |
| 05/11/05 | 45063 | ER PHYSICIAN LEVEL IV | 981 | 11 1 | 133.00 | 133.00 |
| | | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 133.00 |

Continued

05131-00029

Case 1:06-cv-00381-MHT-WC   Document 12-3   Filed 06/09/2006   Page 12 of 26

D1-ER  05/14/05      2

DENISE M BLALOCK                    05131-00029   F  42Y  05/11/05  05/11/05

299001 ANTHEM BLUE CROSS BLU    003320650     ASJAN0080411
299003 BLUE CROSS OTHER 1500    003320650     ASJAN0080411


            DENISE M BLALOCK
            103 GROUSE RD
            DOTHAN AL              36305




            TOTAL CHARGES                                  1,834.85

05/26/05 I0082    905 COMMERCIAL INSURANCE PAYMENT           -87.20
08/01/05 I0082    119 COMMERCIAL INSURANCE PAYMENT          -884.96
05/26/05 A4018    905 BLUE CROSS-PMD                         -24.00
08/01/05 A4017    275 BLUE CROSS-POF CY                     -816.89
10/27/05 A5070    648 SMALL BALANCE W/O                      -21.80


            TOTAL PAYMENTS/ADJUSTMENTS                    -1,834.85




                                                             0.00

05131-00029

D1-OP8 05/12/05     1

DENISE M BLALOCK                    05118-00080   F  42Y  05/07/05  05/07/05

299001 ANTHEM BLUE CROSS BLU    003320650       ASJAN0080411
299003 BLUE CROSS OTHER 1500    003320650       ASJAN0080411

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL             36305

| Date | | Description | | | | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 05/07/05 | 81006 | ANES DRUG FEE C | 250 | 5 1 | | 242.00 | 242.00 |
| | | TOTAL PHARMACY | | | | | 242.00 |
| 05/07/05 | 51130 | 1000 LR | 258 | 7 1 | | 199.00 | 199.00 |
| 05/08/05 | 31220 | SOLN IV N8 1000 | 258 | 44 1 | | 194.50 | 194.50 |
| | | TOTAL IV SOLUTIONS | | | | | 393.50 |
| 05/07/05 | 102 | VALIUM 5MG TABLET | 259 | 3 2 | | 2.00 | 4.00 |
| 05/07/05 | 635 | PERCOCET-5 | 259 | 2 1 | | 2.00 | 2.00 |
| | | TOTAL Other Pharmacy | | | | | 6.00 |
| 05/07/05 | 21021 | DRESSING ADAPTIC 3 X 8 | 270 | 30 1 | | 31.80 | 31.80 |
| 05/07/05 | 22564 | STOCKINETTE 4 X 48 DOUBLE | 270 | 37 1 | | 56.60 | 56.60 |
| 05/07/05 | 22702 | PACK TOWEL SURGERY | 270 | 43 1 | | 103.50 | 103.50 |
| 05/07/05 | 23089 | SLING ARM MEDIUM | 270 | 12 1 | | 34.80 | 34.80 |
| 05/07/05 | 23266 | SUCTION LINERS CRD 3000 | 270 | 17 1 | | 35.30 | 35.30 |
| 05/07/05 | 25106 | SUTURE ETHILON 4-0 1667 | 270 | 22 1 | | 72.10 | 72.10 |
| 05/07/05 | 25381 | SPLINT DELTA-LITE | 270 | 18 1 | | 91.40 | 91.40 |
| 05/07/05 | 25752 | BANDAGE ESMARCH STRL 4" | 270 | 42 1 | | 214.65 | 214.65 |
| 05/07/05 | 26217 | PAD PREPPING | 270 | 27 1 | | 34.95 | 34.95 |
| 05/07/05 | 26708 | TUBING QUICK CONNECT | 270 | 14 1 | | 825.50 | 825.50 |
| 05/07/05 | 26839 | EXTENSION SET 4620 | 270 | 23 1 | | 31.80 | 31.80 |
| 05/07/05 | 26908 | MASTISOL | 270 | 29 1 | | 47.10 | 47.10 |
| 05/07/05 | 27031 | SPECIMEN TRAP FILTER WHITE | 270 | 32 1 | | 54.15 | 54.15 |
| 05/07/05 | 27623 | BANDAGE ELASTIC 4" STERILE SINGL | 270 | 24 1 | | 45.70 | 45.70 |
| 05/07/05 | 27920 | TOURNIQUET CUFF STERILE 18" | 270 | 19 1 | | 294.20 | 294.20 |
| 05/07/05 | 29628 | DIGIT TRAP | 270 | 16 1 | | 457.20 | 457.20 |
| 05/07/05 | 31266 | SOLN N8 3000 IRR | 270 | 35 1 | | 213.50 | 213.50 |
| 05/07/05 | 40367 | SHAVER 2.0 FULL RADIUS | 270 | 20 1 | | 880.00 | 880.00 |
| 05/07/05 | 40822 | SPONGE ANTIMICROBIAL 4X4 AMD | 270 | 25 1 | | 31.55 | 31.55 |
| 05/07/05 | 51110 | ANGIO CATH | 270 | 9 1 | | 19.00 | 19.00 |
| 05/07/05 | 51144 | SKIN TEMP PROBE | 270 | 8 1 | | 53.00 | 53.00 |
| | | TOTAL MED-SURG SUPPLIES | | | | | 3,627.80 |
| 05/07/05 | 22752 | TAPE MEDI RIP 4" STERILE | 272 | 13 1 | | 161.00 | 161.00 |
| 05/07/05 | 26605 | PADDING CAST WEBRIL 4" | 272 | 15 1 | | 31.80 | 31.80 |

Continued

05118-00080

D1-OPS 05/12/05        2


DENISE M BLALOCK                    05118-00080    F  42Y  05/07/05  05/07/05

299001 ANTHEM BLUE CROSS BLU    003320650      ASJAN0080411
299003 BLUE CROSS OTHER 1500    003320650      ASJAN0080411



         DENISE M BLALOCK
         103 GROUSE RD
         DOTHAN AL               36305


05/07/05  40954 PACK BASIC SET UP            272  33 1    698.00      698.00
          TOTAL STERILE SUPPLY                                        890.80

05/07/05  6409 SURG PATH LEVEL 3 - CHRG ONLY  310  10 1    198.50      198.50
          TOTAL PATHOLOGY LAB                                         198.50

05/07/05  12190 OR PROC LEVEL 10             360  28 1   3127.00    3,127.00
05/07/05  17140 OR 1-1 1/2                    360  36 1   2202.00    2,202.00
05/07/05  20205 PRE PROC CARE                 360   2 1    923.00      923.00
          TOTAL OR SERVICES                                         6,252.00

05/07/05  11102 ANESTHESIA CRNA              370   6 93     7.86      730.98
05/07/05  55005 ANESTHESIA - TIMED           370   6 93    11.31    1,051.83
          TOTAL ANESTHESIA                                          1,782.81

05/07/05  1318 MORPHINE 10MG CARPUJECT       636   5 1     56.75       56.75
05/07/05  1446 ANCEF 1GM VIAL                636   4 1     49.25       49.25
05/07/05  1583 ZOFRAN 4MG VIAL               636   1 1    274.00      274.00
          TOTAL PHARMACY SPECIFIC                                     380.00

05/07/05  20206 2ND STAGE RECOVERY           710   1 1    383.00      383.00
05/07/05  61040 REC RM 1 - 1 1/2 HOUR        710   4 1   1279.00    1,278.00
          TOTAL RECOVERY ROOM                                       1,661.00



          TOTAL CHARGES                                            15,434.41

07/22/05 I0082   944 COMMERCIAL INSURANCE PAYMENT                  -7,827.59
07/22/05 A4017    49 BLUE CROSS-POP CY                             -7,408.52


          TOTAL PAYMENTS/ADJUSTMENTS                              -15,236.11




                                                                    198.30

05118-00080

D1-OPT 04/06/05     1

DENISE M BLALOCK                    05089-00486   F  42Y  04/01/05  04/01/05

299001 ANTHEM BLUE CROSS BLU   003320650     ASJAN0080411
299003 BLUE CROSS OTHER 1500   003320650     ASJAN0080411


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


04/01/05  50027 NM BONE LIMITED               341   1 1    483.00      483.00
          TOTAL NUCLEAR MEDICINE/DX                                    483.00

04/01/05  90507 MEDRONATE (MDP) TO 30 MCI     636   1 1     62.00       62.00
          TOTAL PHARMACY SPECIFIC                                       62.00


        TOTAL CHARGES                                                  545.00


        TOTAL PAYMENTS/ADJUSTMENTS                                       0.00

                                                          545.00

                                              D1-ER  02/17/05     1

DENISE M BLALOCK                           05044-00007   F  42Y  02/13/05  02/13/05

200999 BLUE CROSS (AL) OTHER     003320650      ASJAN0080411
200500 BLUE CROSS 1500 PLAN      003320650      ASJAN0080411


DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305


| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 02/13/05 | 45315 | INFUSION THERAPY UP TO 1 HOUR | 260 | 6 1 | 171.00 | 171.00 |
| 02/13/05 | 45318 | O/P INFUSION THP ECH ADD HR | 260 | 7 1 | 50.00 | 50.00 |
| | | TOTAL IV THERAPY | | | | 221.00 |
| 02/13/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 2 1 | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | 13.50 |
| 02/13/05 | 1007 | AMYLASE BLD | 301 | 1 1 | 104.50 | 104.50 |
| 02/13/05 | 1056 | COMP METABOLIC PANEL | 301 | 1 1 | 250.50 | 250.50 |
| 02/13/05 | 1143 | LIPASE | 301 | 1 1 | 97.00 | 97.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 452.00 |
| 02/13/05 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
| | | TOTAL LAB/HEMATOLOGY | | | | 117.00 |
| 02/13/05 | 20139 | LEVEL II WITH PROCEDURE | 450 | 4 1 | 614.00 | 614.00 |
| 02/13/05 | 20222 | IV PUSH EACH | 450 | 5 2 | 136.00 | 272.00 |
| | | TOTAL EMERGENCY ROOM | | | | 886.00 |
| 02/13/05 | 1529 | REGLAN 10MG VIAL | 636 | 1 1 | 49.25 | 49.25 |
| 02/13/05 | 2499 | PROTONIX IV 40MG INJECTION | 636 | 2 1 | 307.50 | 307.50 |
| | | TOTAL PHARMACY SPECIFIC | | | | 356.75 |
| 02/13/05 | 45063 | ER PHYSICIAN LEVEL IV | 981 | 3 1 | 133.00 | 133.00 |
| | | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 133.00 |


              TOTAL CHARGES                                  2,179.25

03/02/05 I0082    409 COMMERCIAL INSURANCE PAYMENT            -87.20
03/02/05 I0082    409 COMMERCIAL INSURANCE PAYMENT            -851.24
03/02/05 A4018    448 BLUE CROSS-PMD                          -24.00
03/02/05 A4017    448 BLUE CROSS-POP CY                       -982.20

Continued

D1-ER  02/17/05      2

DENISE M BLALOCK              05044-00007   F  42Y  02/13/05  02/13/05

200999 BLUE CROSS (AL) OTHER   003320650      ASJAN0080411
200500 BLUE CROSS 1500 PLAN    003320650      ASJAN0080411


DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL            36305


TOTAL PAYMENTS/ADJUSTMENTS              -1,944.64

234.61

Case 1:06-cv-00381-MHT-WC   Document 12-3   Filed 06/09/2006   Page 18 of 26

D1-ER  01/21/05     1

DENISE M BLALOCK                    05017-00506   F  42Y  01/17/05  01/17/05

200999 BLUE CROSS (AL) OTHER    003320650      ASJAN0080411
100500 BLUE CROSS 1500 PLAN     003320650      ASJAN0080411

     DENISE M BLALOCK
     103 GROUSE RD
     DOTHAN AL              36305

01/17/05  10137 XR SINUSES 3 + V              320   1 1    331.50       331.50
          TOTAL DIAGNOSTIC X-RAY                                       331.50

01/17/05  20139 LEVEL II WITH PROCEDURE       450   3 1    614.00       614.00
          TOTAL EMERGENCY ROOM                                         614.00

01/17/05  45300 ER PHYSICIAN LEVEL III        981   2 1    126.00       126.00
          TOTAL EMERGENCY ROOM PHYSICIAN                               126.00

          TOTAL CHARGES                                              1,071.50

02/02/05 I0082   937 COMMERCIAL INSURANCE PAYMENT                    -208.92
02/02/05 I0082   937 COMMERCIAL INSURANCE PAYMENT                     -56.00
02/02/05 A4018   763 BLUE CROSS-PMD                                   -56.00
02/24/05 A4017   311 BLUE CROSS-POF CY                               -453.84

          TOTAL PAYMENTS/ADJUSTMENTS                                 -774.36

297.14

05017-00506

DENISE M BLALOCK              04179-00040   F  42Y  06/27/04  06/29/04

| 199001 BLUE CROSS OTHER | 003320650 | ASJ420827425 |
| 199003 BLUE CROSS OTHER 1500 | 003320650 | ASJ420827425 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305

| 06/28/04 | 65064 ROOM 250 T | | 110 | 24 1 | 838.00 | 838.00 |
| | TOTAL PRIVATE | | | | | 838.00 |
| 06/27/04 | 65400 ROOM CCU V | | 210 | 13 1 | 1611.00 | 1,611.00 |
| | TOTAL CORONARY CARE | | | | | 1,611.00 |
| 06/27/04 | 1568 TRIDIL 50MG VIAL | | 250 | 2 1 | 102.50 | 102.50 |
| 06/27/04 | 2758 SODIUM CHLORIDE 0.9% FLUSH | | 250 | 17 4 | 0.00 | 0.00 |
| 06/28/04 | 2758 SODIUM CHLORIDE 0.9% FLUSH | | 250 | 17 4 | 0.00 | 0.00 |
| 06/29/04 | 2758 SODIUM CHLORIDE 0.9% FLUSH | | 250 | 17 4 | 0.00 | 0.00 |
| | TOTAL PHARMACY | | | | | 102.50 |
| 06/28/04 | 75532 CONTRAST 51-100 CC'S | | 255 | 18 1 | 577.50 | 577.50 |
| | TOTAL DRUGS/INCIDENT RAD | | | | | 577.50 |
| 06/28/04 | 31105 SOLN IV D5 1/2S 500 | | 258 | 27 1 | 173.00 | 173.00 |
| | TOTAL IV SOLUTIONS | | | | | 173.00 |
| 06/27/04 | 125 ASA GR5 TAB | | 259 | 1 1 | 1.00 | 1.00 |
| 06/27/04 | 125 ASA GR5 TAB | | 259 | 4 1 | 1.00 | 1.00 |
| 06/27/04 | 2454 COREG 12.5MG TABLET | | 259 | 9 4 | 3.75 | 15.00 |
| 06/27/04 | 2498 PEPCID 20MG TABLET | | 259 | 6 2 | 4.25 | 8.50 |
| 06/27/04 | 273 TEGRETOL 200MG TABLET | | 259 | 12 3 | 1.50 | 4.50 |
| 06/27/04 | 273 TEGRETOL 200MG TABLET | | 259 | 13 2 | 1.50 | 3.00 |
| 06/27/04 | 518 ECOTRIN TAB GR5 | | 259 | 14 1 | 1.00 | 1.00 |
| 06/27/04 | 524 PROCARDIA XL 30MG TABLET | | 259 | 10 2 | 3.50 | 7.00 |
| 06/27/04 | 539 PRINIVIL 20MG TABLET | | 259 | 11 4 | 2.50 | 10.00 |
| 06/27/04 | 545 PREMARIN 0.625MG TABLET | | 259 | 5 4 | 2.25 | 9.00 |
| 06/27/04 | 622 HYDROCHLOROTHIAZIDE 25MG TAB | | 259 | 8 2 | 1.00 | 2.00 |
| 06/27/04 | 733 NAPROSYN 250MG TABLET | | 259 | 7 4 | 1.75 | 7.00 |
| 06/27/04 | 876 NITROSTAT 0.4MG SL TABLET | | 259 | 15 1 | 9.50 | 9.50 |
| 06/28/04 | 117 TYLENOL TABLET | | 259 | 26 6 | 1.00 | 6.00 |
| 06/28/04 | 234 CATAPRES 0.1MG TAB | | 259 | 29 2 | 1.00 | 2.00 |
| 06/28/04 | 2454 COREG 12.5MG TABLET | | 259 | 9 4 | 3.75 | 15.00 |
| 06/28/04 | 2498 PEPCID 20MG TABLET | | 259 | 6 2 | 4.25 | 8.50 |
| 06/28/04 | 2505 NEXIUM 40MG CAPSULE | | 259 | 28 1 | 9.75 | 9.75 |

Continued

04179-00040

D1-I/P 07/03/04     2

DENISE M BLALOCK                    04179-00040    F  42Y  06/27/04  06/29/04

'39001 BLUE CROSS OTHER          003320650      ASJ420827425
399003 BLUE CROSS OTHER 1900     003320650      ASJ420827425


DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305


| Date | | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 06/28/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | 3 | 1.50 | 4.50 |
| 06/28/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 2 | 1.50 · | 3.00 |
| 06/28/04 | 818 | ECOTRIN TAB GR5 | 259 | 14 | 1 | 1.00 | 1.00 |
| 06/28/04 | 524 | PROCARDIA XL 30MG TABLET | 259 | 10 | 1 | 3.50 | 3.50 |
| 06/28/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | 2 | 2.50 | 5.00 |
| 06/28/04 | . 539 | PRINIVIL 20MG TABLET | 259 | 11· | 2 | 2.50 | 5.00 |
| 06/28/04 | 548 | PREMARIN 0.625MG TABLET | 259 | 5 | 2 | 2.25 | 4.50 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | 2 | 1.00 | 2.00 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | 4 | 1.00 | 4.00 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 20 | 1 | 1.00 | 1.00 |
| 06/28/04 | 622 | HYDROCHLOROTHIAZIDE 25MG TAB | 259 | 8 | 1 | 1.00 | 1.00 |
| 06/28/04 | 733 | NAPROSYN 250MG TABLET | 259 | 7 | 4 | 1.75 | 7.00 |
| 06/28/04 | 867 | PHENERGAN 25MG SUPPOSITORY | 259 | 19 | 2 | 10.25 | 20.50 |
| 06/29/04 | 117 | TYLENOL TABLET | 259 | 26 | -6 | 1.00 | -6.00 |
| 06/29/04 | 218 | CAPOTEN 50MG TAB | 259 | 32 | 1 | 5.00 | 5.00 |
| 06/29/04 | 234 | CATAPRES 0.1MG TAB | 259 | 29 | -2 | 1.00 | -2.00 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | 3 | 1.50 | 4.50 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 2 | 1.50 | 3.00 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | -5 | 1.50 | -7.50 |
| 06/29/04 | 385 | DARVOCET N 100 TAB | 259 | 27 | 1 | 2.00 | 2.00 |
| 06/29/04 | 385 | DARVOCET N 100 TAB | 259 | 27 | 1 | 2.00 | 2.00 |
| 06/29/04 | 524 | PROCARDIA XL 30MG TABLET | 259 | 10 | -1 | 3.50 | -3.50 |
| 06/29/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | -4 | 2.50 | -10.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | -3 | 1.00 | -3.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 20 | -1 | 1.00 | -1.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | -3 | 1.00 | -3.00 |
| 06/29/04 | 622 | HYDROCHLOROTHIAZIDE 25MG TAB | 259 | 8 | -1 | 1.00 | -1.00 |
| 06/29/04 | 733 | NAPROSYN 250MG TABLET | 259 | 7 | -2 | 1.75 | -3.50 |
| 06/29/04 | 867 | PHENERGAN 25MG SUPPOSITORY | 259 | 19 | -2 | 10.25 | -20.50 |
| 06/29/04 | 876 | NITROSTAT 0.4MG SL TABLET | 259 | 15 | -1 | 9.50 | -9.50 |
| | | TOTAL Other Pharmacy | | | | | 127.75 |
| 06/27/04 | 46315 | INFUSION THERAPY PER VISIT | 260 | 33 | 1 | 160.00 | 160.00 |
| | | TOTAL IV THERAPY | | | | | 160.00 |
| 06/27/04 | 20114 | PULSE OXIMETER PROBE | 270 | 31 | 1 | 141.00 | 141.00 |


Continued


04179-00040

D1-I/P 07/03/04      3

DENISE M BLALOCK                    04179-00040   F   42Y   06/27/04  06/29/04

299001 BLUE CROSS OTHER        003320650      ASJ420827425
299003 BLUE CROSS OTHER 1500   003320650      ABJ420827425

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL                    36305

| Date | Code | Description | | | | | |
|------|------|------|------|------|------|------|------|
| 06/27/04 | 45086 | ER OXYGEN | 270 | 32 | 1 | 42.50 | 42.50 |
| 06/27/04 | 96502 | O2 6 - 12 HRS | 270 | 14 | 1 | 114.00 | 114.00 |
| 06/28/04 | 22700 | POUCH TELEMETRY W/TIES | 270 | 28 | 1 | 27.15 | 27.15 |
| 06/28/04 | 96502 | O2 6 - 12 HRS | 270 | 25 | 1 | 114.00 | 114.00 |
| | | TOTAL MED-SURG SUPPLIES | | | | | 438.65 |
| 06/27/04 | 1007 | AMYLASE BLD | 301 | 1 | 1 | 93.00 | 93.00 |
| 06/27/04 | 1056 | COMP METABOLIC PANEL | 301 | 1 | 1 | 223.00 | 223.00 |
| 06/27/04 | 1408 | CK MB | 301 | 1 | 1 | 248.00 | 248.00 |
| 06/27/04 | 1493 | TROPONIN QUANT | 301 | 1 | 1 | 57.00 | 57.00 |
| 06/28/04 | 1310 | TSH | 301 | 5 | 1 | 179.50 | 179.50 |
| 06/28/04 | 1493 | TROPONIN QUANT | 301 | 4 | 1 | 57.00 | 57.00 |
| 06/28/04 | 1710 | LIPID PANEL | 301 | 5 | 1 | 286.50 | 286.50 |
| 06/29/04 | 1046 | BASIC METABOLIC PANEL | 301 | 22 | 1 | 178.00 | 178.00 |
| | | TOTAL LAB/CHEMISTRY | | | | | 1,322.00 |
| 06/27/04 | 3037 | ABO TYPE | 302 | 2 | 1 | 36.00 | 36.00 |
| 06/27/04 | 3044 | ANTIBODY SCREEN EA | 302 | 2 | 1 | 36.00 | 36.00 |
| 06/27/04 | 3045 | RH TYPE | 302 | 2 | 1 | 36.00 | 36.00 |
| | | TOTAL LAB/IMMUNOLOGY | | | | | 108.00 |
| 06/27/04 | 2025 | CBC W/AUTO DIFF | 305 | 1 | 1 | 104.50 | 104.50 |
| 06/27/04 | 5010 | PROTIME | 305 | 1 | 1 | 61.50 | 61.50 |
| 06/27/04 | 5011 | PTT | 305 | 1 | 1 | 81.50 | 81.50 |
| | | TOTAL LAB/HEMATOLOGY | | | | | 247.50 |
| 06/27/04 | 10129 | CHEST 2 VIEWS | 320 | 1 | 1 | 239.50 | 239.50 |
| | | TOTAL DIAGNOSTIC X-RAY | | | | | 239.50 |
| 06/29/04 | 50051 | NM RENAL INTERVENTION MULTI 7870 | 340 | 22 | 1 | 1936.50 | 1,936.50 |
| | | TOTAL NUCLEAR MEDICINE | | | | | 1,936.50 |
| 06/27/04 | 20140 | LEVEL III WITH PROCEDURELS | 450 | 30 | 1 | 722.00 | 722.00 |
| | | TOTAL EMERGENCY ROOM | | | | | 722.00 |
| 06/27/04 | 96508 | PULSE OXIMETRY | 460 | 15 | 1 | 10.00 | 10.00 |

Continued

4179-00040

JUN-09-2006 FRI 10:50 AM  FLOWERS, BUS. OF.      33461517588      P. 21

D1-I/P 07/03/04      4

DENISE M BLALOCK                 04179-00040   F   42Y  06/27/04  06/29/04

| 299001 BLUE CROSS OTHER      | 003320650 | A8J420827425 |
| 299003 BLUE CROSS OTHER 1500 | 003320650 | A8J420827425 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305

TOTAL PULMONARY FUNCTION                              10.00

| 06/28/04 | 93510 LEFT HEART CATH | 481 | 19 1 | 7037.00 | 7,037.00 |
| 06/28/04 | 93543 VENTRICULOGRAM | 481 | 19 1 | 440.00 | 440.00 |
| 06/28/04 | 93545 CORONARY ANGIOGRAPHY | 481 | 19 1 | 528.00 | 528.00 |
| 06/28/04 | 93555 S & I VENTRICULOGRAM | 481 | 19 1 | 352.50 | 352.50 |
| 06/28/04 | 93556 S & I ALL OTHER | 481 | 19 1 | 352.50 | 352.50 |
| | TOTAL CARDIAC CATH LAB | | | | 8,710.00 |

| 06/27/04 | 1529 REGLAN 10MG VIAL | 636 | 3 1 | 43.75 | 43.75 |
| 06/28/04 | 1370 APRESOLINE 20MG VIAL | 636 | 30 2 | 88.75 | 177.50 |
| 06/28/04 | 1376 BENADRYL 50MG SYRINGE | 636 | 21 1 | 43.75 | 43.75 |
| 06/28/04 | 1434 HEPARIN 5000U VIAL | 636 | 23 2 | 43.75 | 87.50 |
| 06/28/04 | 1476 VERSED 2MG/2ML SDV | 636 | 25 1 | 50.50 | 50.50 |
| 06/28/04 | 1529 REGLAN 10MG VIAL | 636 | 24 1 | 43.75 | 43.75 |
| 06/28/04 | 1644 POLOCAINE 2% 50ML MDV | 636 | 22 1 | 106.00 | 106.00 |
| 06/29/04 | 1317 MORPHINE 9MG CARPUJECT | 636 | 16 1 | 50.50 | 50.50 |
| 06/29/04 | 1370 APRESOLINE 20MG VIAL | 636 | 30 -2 | 88.75 | -177.50 |
| 06/29/04 | 90511 NM MAG/MCI Q3005 | 636 | 22 5 | 40.00 | 240.00 |
| | TOTAL PHARMACY SPECIFIC | | | | 665.75 |

| 06/27/04 | 93000 EKG | 730 | 16 1 | 112.00 | 112.00 |
| 06/28/04 | 93000 EKG | 730 | 26 1 | 112.00 | 112.00 |
| | TOTAL EKG/ECG GENERAL | | | | 224.00 |

| 06/27/04 | 45063 ER PHYSICIAN LEVEL IV | 981 | 29 1 | 133.00 | 133.00 |
| | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 133.00 |

| 06/27/04 | 11143 EKG PROF | 985 | 16 1 | 18.00 | 18.00 |
| 06/28/04 | 11143 EKG PROF | 985 | 26 1 | 18.00 | 18.00 |
| | TOTAL CARDIOLOGY PROFESSIONAL | | | | 36.00 |

TOTAL CHARGES                                      18,382.65

07/28/04 I0082    985 COMMERCIAL INSURANCE PAYMENT           -2,120.00

Continued

4179-00040

Case 1:06-cv-00381-MHT-WC   Document 12-3   Filed 06/09/2006   Page 23 of 26

D1-I/P 07/03/04      5

DENISE M BLALOCK                    04179-00040   F  42Y  06/27/04  06/29/04

299001 BLUE CROSS OTHER        003320650        ASJ420827425
299003 BLUE CROSS OTHER 1500   003320650        ASJ420827425


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


09/02/04 I0082    502 COMMERCIAL INSURANCE PAYMENT                -109.00
09/02/04 I0082    502 COMMERCIAL INSURANCE PAYMENT                 -26.00
07/04/04 A4000    755 BXAL IP CY                               -15,463.65
09/02/04 A4018    265 BLUE CROSS-PMD                               -24.00
09/02/04 A4018    265 BLUE CROSS-PMD                               -10.00


        TOTAL PAYMENTS/ADJUSTMENTS                             -17,752.65


630.00

04179-00040

JUN-09-2006 FRI 10:51 AM   FLOWERS, BUS, OF.        3346151588        P. 23

<                                                      D1-ER  06/10/04      1


DENISE M BLALOCK                   04158-00038   F  42Y  06/06/04  06/06/04

299001 BLUE CROSS OTHER       003320650      ASJ420827429
299003 BLUE CROSS OTHER 1500  003320690      ASJ420827425
199043 SONICS                                420113696


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


06/06/04  10075 XR ANKLE MIN 3 VIEWS        320   1 1    241.50       241.50
06/06/04  10076 TIBIA/FIBULA               320   1 1    200.00       200.00
          TOTAL DIAGNOSTIC X-RAY                                     441.50

06/06/04  20138 LEVEL I WITH PROCEDURELS    450   3 1    368.00       368.00
          TOTAL EMERGENCY ROOM                                       368.00

06/06/04  45320 ER PHYSICIAN LEVEL II       981   2 1    113.00       113.00
          TOTAL EMERGENCY ROOM PHYSICIAN                             113.00



          TOTAL CHARGES                                              922.50

11/18/04 I0082    726 COMMERCIAL INSURANCE PAYMENT                  -370.23
11/18/04 A4017     32 BLUE CROSS-POF CY                             -364.27


          TOTAL PAYMENTS/ADJUSTMENTS                                -734.50


188.00

04158-00038

JUN-09-2006 FRI 10:51 AM   FLOWERS, BUS. OF.      3346157288      P. 24

‹                                                                 D1-ER  06/03/04      1


DENISE M BLALOCK                    04150-00150   F  42Y  05/29/04  05/30/04

600001 MEDICAID AL                           0004201136963
600004 MEDICAID 1500 PLAN                    0004201136963



        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL                16305



05/29/04  30101 ER FACILITY - LEVEL I          490   2 1    368.00      368.00
          TOTAL EMERGENCY ROOM                                          368.00

05/29/04  45320 ER PHYSICIAN LEVEL II          981   1 1    113.00      113.00
          TOTAL EMERGENCY ROOM PHYSICIAN                                113.00



          TOTAL CHARGES                                                 481.00

06/14/04 P0080   190 PATIENT PAYMENT                                     -3.00
06/22/04 I0035   327 MCAID AL CURRENT YEAR PYMT                         -35.36
07/20/04 I0035   737 MCAID AL CURRENT YEAR PYMT                         -20.00
06/22/04 A1135   327 AL MEDICAID O/P CY                                -329.64
07/20/04 A1143   737 AL Medicaid Pro Fee CA                             -92.00
07/30/04 A5070   402 SMALL BALANCE W/O                                   -1.00


          TOTAL PAYMENTS/ADJUSTMENTS                                   -481.00

∢                                                      D1-ER  03/07/04      1


DENISE M BLALOCK                    04062-00617   F  42Y  03/02/04  03/03/04

600001 MEDICAID AL                          0004201136963
600004 MEDICAID 1500 PLAN                   0004201136963


            DENISE M BLALOCK
            103 GROUSE RD
            DOTHAN AL              36305


03/02/04  10087 XR HAND MIN 3 VIEWS              320   1 1    236.50      236.50
03/02/04  10088 XR WRIST MIN 3 VIEWS             320   1 1    280.50      280.50
03/02/04  10256 XR KNEE W/SUNRISE BILAT 73564    320   1 1    587.00      587.00
          TOTAL DIAGNOSTIC X-RAY                                        1,104.00

03/02/04  20126 INTRAMUSCULAR INJECTION          450   4 2    121.00      242.00
03/02/04  20139 LEVEL II WITH PROCEDURE          450   3 1    546.50      546.50
          TOTAL EMERGENCY ROOM                                           788.50

03/02/04  1336 TORADOL 60MG [IM]                 636   1 1     60.50       60.50
03/03/04  1321 NORFLEX 60MG AMP                  636   2 1    168.75      168.75
          TOTAL PHARMACY SPECIFIC                                        229.25

03/02/04  45300 ER PHYSICIAN LEVEL III           981   2 1    126.00      126.00
          TOTAL EMERGENCY ROOM PHYSICIAN                                 126.00



          TOTAL CHARGES                                                2,247.75

04/22/04 I0035   339 MCAID AL CURRENT YEAR PYMT                          -41.00
05/12/04 I0035   676 MCAID AL CURRENT YEAR PYMT                          -94.56
04/22/04 A1143   339 AL Medicaid Pro Fee CA                              -84.00
05/12/04 A1135   676 AL MEDICAID O/P CY                                -2,024.19
05/17/04 A5070   607 SMALL BALANCE W/O                                    -4.00


          TOTAL PAYMENTS/ADJUSTMENTS                                   -2,247.75


                                                                   0.00
04062-00617