**S.B.J.S. PC**
DBA **SOUTHERN BONE & JOINT SPECIALISTS**

THE PRACTICE OF ORTHOPAEDICS

MAILING ADDRESS
POST OFFICE BOX 729
DOTHAN, ALABAMA 36302-0729
(334) 793-2663
1-800-460-2663
FAX (334) 836-2248
www.southernbone.com

J. PAUL MADDOX, M.D.
J. BRET SIMPSON, M.D.
R. BRUCE HALL, M.D.
D. KEITH GRANGER, M.D.
HENRY H. BARNARD II, M.D.
CHRISTOPHER E. ROBINSON, M.D.
JAMES P. DEHAVEN, M.D.
R. DEAN LOLLEY, M.D.
DAVID W. ALFORD, M.D.
O.H. (SKIP) CHITWOOD III, M.D.
FLEMING G. BROOKS, M.D.
PATRICK W. LETT, M.D.
TIMOTHY M. HALEY, M.D.
JUDSON B. MOORE, M.D.
WILLIAM B. HANSON, M.D.
JOHN H. HALEY, JR., M.D.

BONNIE J. DUNGAN, M.D.
PHYSICAL MEDICINE AND REHABILITATION
MARK E. CHOUETTE, SR, M.D., F.A.C.P.
BENJAMIN J. WERNER, D.P.M.
PODIATRIC SURGERY & MEDICINE

MILTON H. WOOD, C.E.O./ADMN.

EAST LOCATION:
1500 ROSS CLARK CIRCLE

WEST LOCATION:
FLOWERS HOSPITAL
4300 WEST MAIN STREET, SUITE 4

ENTERPRISE LOCATION:
404 NORTH MAIN STREET
(334) 308-9737

**EXHIBIT E**

## FACSIMILE TRANSMITTAL SHEET

TO: Archie Grubb
COMPANY:
FAX #: (706) 653-9472
PHONE #:
REF: Denise Blalock

FROM: Shea
Date: 6/9/06
Total # of Pages (Including Cover): 20

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

Comments:

### IMPORTANT WARNING

This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

```
         DENISE M BLALOCK    (163862)           Southern Bone & Joint Specialists,
         103 GROUSE RD                          P.O. Box 729
         DOTHAN AL 36305                        Dothan, Alabama  36302-0729
         334-678-2159
```

( Doctor Account

```
      2C1.1*163862 DENISE M BLALOCK              *Closed*
 18  05/26/04 99214    ESTAB OFFICE O 18.2   71514      82.00 052604RCC 2C1.1
 20  05/26/04 1.4      COPAY CASH     18.2               -1.00 052604RCC 2C1.3*1
 28  06/16/04 2.1      ALACAID PAYMEN 18.2              -60.00 061604ALC 1597141
 29  06/16/04 39       ALACAID NON-AL 18.2              -21.00 061604ALC 1597141

       ###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
                         Balance:                      0.00

Primary: -60.00  Secondary: 0.00    Personal: -1.00  Adjustments: -21.00
   05/28/04 insur   ECS-MEDI                                      486215
```

```
      2C1.2*163862 DENISE M BLALOCK              *Closed*
 19  05/26/04 73130    X-RAY,HAND;MIN 18.2   71514      83.00 052604RCC 2C1.2
 30  06/16/04 2.1      ALACAID PAYMEN 18.2              -19.00 061604ALC 1597141
 31  06/16/04 39       ALACAID NON-AL 18.2              -64.00 061604ALC 1597141
                         Balance:                      0.00

Primary: -19.00  Secondary: 0.00    Personal: 0.00   Adjustments: -64.00
   05/28/04 insur   ECS-MEDI                                      486215
```

```
      2C2.1*163862 DENISE M BLALOCK              *Closed*
 21  05/26/04 L3800    [D230] THUMB S 18.2   71514      25.00 052604RCC 2C2.1
 25  06/07/04 39       ALACAID NON-AL 18.2              -25.00 060704MOM 1591438
                         Balance:                      0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00   Adjustments: -25.00
   05/28/04 insur   ECS-MEDI                                      486216
```

```
      3C1.1*163862 DENISE M BLALOCK              *Closed*
 26  06/07/04 99212    ESTAB OFFICE O 23.3   92421      54.00 060704RCC 3C1.1
 73  03/21/05 2.50     BCBS PMT RELEA 23.3              -20.00 032105MIS 1800308
 74  03/21/05 1.4      $15.00 COPAY C 23.3                0.00 032105MIS 1800308
 75  03/21/05 38       BC/BS ALA PMD  23.3              -19.00 032105MIS 1800308
 89  08/06/04 1.6      FRM 36 TRANSFE 23.3              -15.00 033105ADJ 1808545
                         Balance:                      0.00

Primary: -20.00  Secondary: 0.00    Personal: -15.00 Adjustments: -19.00
   06/09/04 insur   ECS-MEDI                                      489602
   02/23/05 insur   BCBSOFAL                                      489602
```

```
      4C1.1*163862 DENISE M BLALOCK              *Closed*
 36  08/06/04 99213-25 ESTAB OFFICE O F18.3  71514      63.00 080604FTS 4C1.1
 39  08/06/04 1.1      COPAY CHECK    F18.3             -30.00 080604FTS 4C1.4*1
 44  09/09/04 2.50     BCBS PMT RELEA F18.3             -47.00 090904MIS 1661182
 45  09/09/04 38       BC/BS ALA PMD  F18.3             -16.00 090904MIS 1661182
 52  08/06/04 89       TO 37 DEBIT    F18.3              15.00 101504NEW 1699702
 88  08/06/04 89       TO 26 DEBIT    F18.3              15.00 033105ADJ 1808545
                         Balance:                      0.00

Primary: -47.00  Secondary: 0.00    Personal: -30.00 Adjustments: 14.00
   08/10/04 insur   BCBSOFAL                                      506799
```

```
      4C1.2*163862 DENISE M BLALOCK              *Closed*
 37  08/06/04 20600    ARTHROCENTESIS F18.3  71514      72.00 080604FTS 4C1.2
 42  09/09/04 2.50     $15.00 BC COPA F18.3             -23.00 090904MIS 1661182
 43  09/09/04 38       BC/BS ALA PMD  F18.3             -34.00 090904MIS 1661182
 53  08/06/04 1.6      FRM 36 TRANSFE F18.3             -15.00 101504NEW 1699702
                         Balance:                      0.00

Primary: -23.00  Secondary: 0.00    Personal: -15.00 Adjustments: -34.00
   08/10/04 insur   BCBSOFAL                                      506799
```

```
      4C1.3*163862 DENISE M BLALOCK              *Closed*
 38  08/06/04 J0702    CELESTONE INJ( F18.3  71514      10.00 080604FTS 4C1.3
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
46  09/09/04 2.50    BCBS PMT RELEA F18.3         -5.24 090904MIS 1661192
47  09/09/04 38      BC/BS ALA PMD  F18.3        -12.76 090904MIS 1661192
                     Balance:                      0.00

Primary: -5.24   Secondary: 0.00   Personal: 0.00   Adjustments: -12.76
        08/10/04 insur    ECBSOFAL                              506799
------------------------------------------------------------------------
    2C3.1*163862 DENISE M BLALOCK        *Closed*
49  10/06/04 99203   OFFICE OR OTHE F41.3  71514  101.00 CS100604F 2C3.1
50  10/06/04 1.1     1405 COPAY CHE F41.3         -20.00 CS100604F 2C3.2*1
70  02/26/05 2.50    BCBS PMT RELEA F41.3         -59.00 022605MIS 1783745
71  02/26/05 1.4     $15.00 COPAY C F41.3           0.00 022605MIS 1783745
72  02/26/05 28      BC/BS ALA PMD  F41.3         -27.00 022605MIS 1783745
90  10/06/04 89      TO 64 DEBIT    F41.3           5.00 033105ADJ 1808546
                     Balance:                       0.00

Primary: -59.00  Secondary: 0.00   Personal: -20.00   Adjustments: -22.00
        10/08/04 insur.   ECS-MEDI                              524587
        02/12/05 insur    ECS-BCBS                              524587
        02/15/05 insur    ECS-BCBS                              524587
------------------------------------------------------------------------
    1741137.1*163862 DENISE M BLALOCK   *Closed*
56  12/27/04 LTR30   RECOVERY SPECI 20.3           0.00 RSIC      1741137
                     Balance:                      0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00    Adjustments: 0.00
------------------------------------------------------------------------
    4C2.1*163862 DENISE M BLALOCK       *Closed*
62  02/23/05 99212-25 ESTAB OFFICE 0 F41.3 71514   54.00 CS0223050 4C2.1
63  02/23/05 1.1     15\4 COPAY CHE F41.3         -46.00 CS0223050 4C2.2*1
76  03/25/05 2.50    BCBS PMT RELEA F41.3         -28.00 032505MIS 1803795
77  03/25/05 38      BC/BS ALA PMD  F41.3         -19.00 032505MIS 1803795
92  02/23/05 89      TO 64-67 DEBIT F41.3          17.28 033105ADJ 1808548
97  04/09/05 89      DEBIT PMT      F41.3          21.72 040905ADJ 1814201
                     Balance:                      0.00

Primary: -28.00  Secondary: 0.00   Personal: -46.00   Adjustments: 20.00
        02/26/05 insur    ECS-BCBS                              564416
------------------------------------------------------------------------
    4C2.3*163862 DENISE M BLALOCK       *Closed*
64  02/23/05 20605-LT INTERM JOINT I F41.3 71514   63.00 CS0223050 4C2.3
78  03/25/05 2.50    $7.80 BC COPAY F41.3         -31.20 032505MIS 1803795
79  03/25/05 38      BC/BS ALA PMD  F41.3         -24.00 032505MIS 1803795
91  10/06/04 1.6     FRM 49 TRANSFE F41.3          -5.00 033105ADJ 1808546
93  02/23/05 1.6     FRM 62 TRANSFE F41.3          -2.80 033105ADJ 1808548
                     Balance:                      0.00

Primary: -31.20  Secondary: 0.00   Personal: -7.80   Adjustments: -24.00
        02/26/05 insur    ECS-BCBS                              564416
------------------------------------------------------------------------
    4C2.4*163862 DENISE M BLALOCK       *Closed*
65  02/23/05 J0704   CELESTONE PHOS F41.3  71514   18.00 CS0223050 4C2.4
80  03/25/05 2.50    $0.49 BC COPAY F41.3          -1.90 032505MIS 1803795
81  03/25/05 38      BC/BS ALA PMD  F41.3         -15.62 032505MIS 1803795
94  02/23/05 1.6     FRM 62 TRANSFE F41.3          -0.48 033105ADJ 1808548
                     Balance:                      0.00

Primary: -1.90   Secondary: 0.00   Personal: -0.48   Adjustments: -15.62
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
     02/25/05 insur    ECS-BCBS                                         564416
-------------------------------------------------------------------------------
     402.5*163862 DENISE M BLALOCK              *Closed*
 66  02/23/05 73100-LT X-RAY,WRIST;AP F41.3  71514    70.00 CS0223050 402.5
 82  03/25/05 2.50     $9.00 BC COPAY  F41.3          -36.00 032505MIS 1803795
 83  03/25/05 3B       BC/BS ALA PMD  F41.3          -25.00 032505MIS 1803795
 95  02/23/05 1.6      FRM 62 TRANSFE F41.3           -9.00 033105ADJ 1808548
                       Balance:                        0.00

Primary: -36.00  Secondary: 0.00   Personal: -9.00   Adjustments: -25.00
     02/25/05 insur    ECS-BCBS                                         564416
-------------------------------------------------------------------------------
     402.6*163862 DENISE M BLALOCK              *Closed*
 67  02/23/05 L3800    [D238] THUMB S F41.3  71514    25.00 CS0223050 402.6
 84  03/25/05 2.50     $5.00 BC COPAY F41.3          -20.00 032505MIS 1803795
 96  02/23/05 1.6      FRM 62 TRANSFE F41.3           -5.00 033105ADJ 1808548
                       Balance:                        0.00

Primary: -20.00  Secondary: 0.00   Personal: -5.00   Adjustments: 0.00
     02/25/05 insur    ECS-BCBS                                         564416
-------------------------------------------------------------------------------
     403.1*163862 DENISE M BLALOCK              *Private*
 85  03/29/05 99212    ESTAB OFFICE O F41.3  71514    54.00 CS0329050 403.1
 86  03/29/05 1.1      16:2 COPAY CHE F41.3          -10.00 CS0329050 403.2*1
 90  04/09/05 1.6      TRANSFERRED PM F41.3          -21.72 040905ADJ 1814201
 99  04/07/05 2.50     BCBS PMT RELEA F41.3          -28.00 040705MIS 1812903
100  04/07/05 3B       BC/BS ALA PMD  F41.3          -19.00 040705MIS 1812903
                       Balance:                       -25.52

Primary: -28.00  Secondary: 0.00   Personal: -32.52  Adjustments: -19.00
     03/31/05 insur    ECS-BCBS                                         573890
-------------------------------------------------------------------------------
     404.1*163862 DENISE M BLALOCK              *Private*
101  04/25/05 99214    ESTAB OFFICE O F41.3  71514    82.00 CS0425050 404.1
102  04/25/05 1.1      16:47 COPAY CHE F41.3         -16.40 CS0425050 404.2*1
104  05/04/05 2.50     BCBS PMT RELEA F41.3          -55.20 050405MIS 1831865
105  05/04/05 3B       BC/BS ALA PMD  F41.3          -13.00 050405MIS 1831865
                       Balance:                       -2.60

Primary: -55.20  Secondary: 0.00   Personal: -16.40  Adjustments: -13.00
     04/27/05 insur    ECS-BCBS                                         581960
-------------------------------------------------------------------------------
     405.1*163862 DENISE M BLALOCK              *Closed*
106  05/09/05 99024    POSTOP FOLLOW- F41.3  71514     0.00 CS0509050 405.1
                       Balance:                        0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00    Adjustments: 0.00
     05/12/05 insur    ECS-BCBS                                         586161
-------------------------------------------------------------------------------
     405.2 163862 DENISE M BLALOCK              *Closed*
107  05/09/05 L3800-LT [D214-LT] FLA  F41.3  71514    40.00 CS0509050 405.2
112  05/26/05 2.50     BCBS PMT RELEA F41.3          -32.00 052605MIS 1847467
119  07/27/05 3B       BC/BS ALA PMD  F41.3           -8.00 072705ADJ 1891253
                       Balance:                        0.00

Primary: -32.00  Secondary: 0.00   Personal: 0.00    Adjustments: -8.00
     05/12/05 insur    ECS-BCBS                                         586161
-------------------------------------------------------------------------------
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
    4C6.1*163862 DENISE M BLALOCK              *Private*
109 05/07/05 29846-LT ARTHROSCOPY, E F41.3  71693   2975.00 051105SUR 4C6.1
113 05/26/05 2.50    BCBS PMT RELEA F41.3          -1570.40 052605MIS 1847488
114 05/26/05 1.4     $392.60 COPAY  F41.2              0.00 052605MIS 1847488
115 05/26/05 38      BC/BS ALA PMD  F41.3          -1012.00 052605MIS 1847488
118 07/26/05 5.9     42 23 MEDICAID F41.3              0.00 072605ALC 1883152
139 09/23/05 5.9     18 MEDICAID OF F41.3              0.00 092305ALC 1933661
146 11/08/05 1.3     CHECK ON ACCOU F41.3            -25.00 110720OSP 1966364
169 03/17/06 5.9     42 18 MEDICAID F41.3              0.00 031706ALC 2060978
204 05/19/06 89      DEBIT PMT      F41.50            25.00 051906ADJ 2106134
                     Balance:                         392.60

Primary: -1570.40 Secondary: 0.00  Personal: -25.00  Adjustments: -987.00
    05/13/05 insur    ECS-BCBS                                  587234
    06/22/05 insur    MEDICAID                                  587234
    08/25/05 insur    MEDICAID                                  587234
    10/13/05 insur    MEDICAID                                  587234
    01/20/06 insur    MEDICAID                                  587234

    4C7.1*163862 DENISE M BLALOCK              *Closed*
111 05/18/05 99024   POSTOP FOLLOW- F41.3  71514       0.00 CS0518050 4C7.1
                     Balance:                          0.00

Primary: 0.00     Secondary: 0.00  Personal: 0.00  Adjustments: 0.00

    2C4.1*163862 DENISE M BLALOCK              *Closed*
117 05/22/05 99024   POSTOP FOLLOW- F41.2  71514       0.00 CS06220SR 2C4.1
                     Balance:                          0.00

Primary: 0.00     Secondary: 0.00  Personal: 0.00  Adjustments: 0.00

    4C8.1*163862 DENISE M BLALOCK              *Closed*
120 08/03/05 99214   ESTAB OFFICE O F41.2  71514      82.00 CS0803050 4C8.1
127 08/30/05 5.7     BC/BS OF AL    F41.2              0.00 083005MIS 1914140
150 11/22/05 2.1     ALCAID PAYMEN  F41.2            -60.00 112205ALC 1977592
151 11/22/05 39      ALCAID NON-AL  F41.2            -22.00 112205ALC 1977592
                     Balance:                          0.00

Primary: -60.00   Secondary: 0.00  Personal: 0.00  Adjustments: -22.00
    08/03/05 insur    ECS-BCBS                                  613491
    09/02/05 insur    MEDICAID                                  613491
    10/24/05 insur    ECS-MEDI                                  613491

    4C9.1*163862 DENISE M BLALOCK              *Closed*
123 08/25/05 99024   POSTOP FOLLOW- F41.2  71514       0.00 CS0825050 4C9.1
                     Balance:                          0.00

Primary: 0.00     Secondary: 0.00  Personal: 0.00  Adjustments: 0.00
    08/30/05 insur    ECS-BCBS                                  620767
    09/23/05 insur    MEDICAID                                  620767
    10/24/05 insur    ECS-MEDI                                  620767
    11/08/05 insur    ECS-MEDI                                  620767

    4C9.2*163862 DENISE M BLALOCK              *Closed*
124 08/25/05 29075   SHORT ARM CAST F41.2  71514     150.00 CS0825050 4C9.2
135 09/20/05 5.70    BC/BS OF AL    F41.2              0.00 092005MIS 1929302
159 12/06/05 2.1     ALACAID PAYMEN F41.2            -72.00 120605ALC 1986725
160 12/06/05 39      ALACAID NON-AL F41.2            -78.00 120605ALC 1986725
```

```
###. Date.... Code.... Description... DrFcl., Dx...., Original Batch.... Ref....
165  02/09/06 5.50     PHCS/CIGNA REJ F41.2           0.00 020906MIS 2033004
                       Balance:                       0.00

Primary: -72.00  Secondary: 0.00   Personal: 0.00   Adjustments: -78.00
     08/30/05 insur    ECS-BCBS                                      620767
     09/23/05 insur    MEDICAID                                      620767
     10/24/05 insur    ECS-MEDI                                      620767
     11/08/05 insur    ECS-MEDI                                      620767
----------------------------------------------------------------------
     409.3*163862 DENISE M BLALOCK          *Closed*
125  08/25/05 04010    CAST SUPPLIES F41.2  71514   18.00 CS0825050 409.3
136  09/20/05 5.70     BC/BS OF AL   F41.2           0.00 092005MIS 1929302
153  12/05/05 39       ALMCAID NON-AL F41.2        -18.00 120505ADJ 1986985
                       Balance:                     0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -18.00
     08/30/05 insur    ECS-BCBS                                      620767
     09/23/05 insur    MEDICAID                                      620767
     10/24/05 insur    ECS-MEDI                                      620767
     11/08/05 insur    ECS-MEDI                                      620767
----------------------------------------------------------------------
     4C10.1*163862 DENISE M BLALOCK         *Closed*
129  08/24/05 25480-LT TENDON TRANSFE F41.2 71694 1547.00 083105SUR 4C10.1
134  09/20/05 5.70     BC/BS OF AL   F41.2           0.00 092005MIS 1929617
155  12/06/05 2.1      ALMCAID PAYMEN F41.2       -225.00 120605ALC 1986724
156  12/06/05 39       ALMCAID NON-AL F41.2      -1322.00 120605ALC 1986724
162  12/21/05 5.90     18 MEDICAID OF F41.2          0.00 122105ALA 1999604
185  05/08/06 5.50     PHCS/CIGNA REJ F41.2          0.00 050806MIS 2098223
                       Balance:                     0.00

Primary: -225.00 Secondary: 0.00  Personal: 0.00   Adjustments: -1322.00
     09/02/05 insur    ECS-BCBS                                      622360
     09/23/05 insur    MEDICAID                                      622360
     10/24/05 insur    ECS-MEDI                                      622360
     12/06/05 insur    ECS-MEDI                                      622360
----------------------------------------------------------------------
     4C10.2*163862 DENISE M BLALOCK         *Closed*
130  08/24/05 25447-51 ARTHROPLASTY, F41.2  71694 2407.00 083105SUR 4C10.2
135  09/20/05 5.70     BC/BS OF AL   F41.2           0.00 092005MIS 1929617
157  12/06/05 2.1      ALMCAID PAYMEN F41.2       -512.00 120605ALC 1986724
158  12/06/05 39       ALMCAID NON-AL F41.2      -1895.00 120605ALC 1986724
163  12/21/05 5.90     18 MEDICAID OF F41.2          0.00 122105ALA 1999604
186  05/08/06 5.50     PHCS/CIGNA REJ F41.2          0.00 050806MIS 2098223
                       Balance:                     0.00

Primary: -512.00 Secondary: 0.00  Personal: 0.00   Adjustments: -1895.00
     09/02/05 insur    ECS-BCBS                                      622360
     09/23/05 insur    MEDICAID                                      622360
     10/24/05 insur    ECS-MEDI                                      622360
     12/06/05 insur    ECS-MEDI                                      622360
----------------------------------------------------------------------
     4C11.1*163862 DENISE M BLALOCK         *Closed*
132  09/08/05 99024    POSTOP FOLLOW- F41.3 71514    0.00 CS090805R 4C11.1
                       Balance:                     0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
----------------------------------------------------------------------
     4C12.1*163862 DENISE M BLALOCK         *Closed*
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
140  10/07/05 99024    POSTOP FOLLOW- F41.3  71514       0.00 CS1007050 4C12.1
                       Balance:                          0.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
_____

      4C14.1*163862 DENISE M BLALOCK              *Closed*
147  11/17/05 99024    POSTOP FOLLOW- F41.3  71514       0.00 CS1117050 4C14.1
                       Balance:                          0.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
         11/23/05 insur    ECS-BCBS                                   650298
_____

      4C14.2*163862 DENISE M BLALOCK              *Closed*
148  11/17/05 L3908-RT [0207-RT] BUNN F41.3  71514      49.00 CS1117050 4C14.2
154  12/05/05 39        ALECAID NON-AL F41.3            -49.00 120505ADJ 1985985
161  12/09/05 5.7       BC/BS OF AL    F41.3              0.00 120905MIS 1990586
                       Balance:                           0.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -49.00
         11/23/05 insur    ECS-BCBS                                   650298
_____

      4C15.1*163862 DENISE M BLALOCK              *Private*
166  03/06/06 99213     ESTAB OFFICE O F41.50 3542      63.00 0306060HC 4C15.1
167  03/06/06 1.1       COPAY CHECK    F41.50           -30.00 0306060HC 4C15.2*
170  04/10/06 3.10      PHCS/CIGNA PAY F41.50           -10.00 041006MIS 2077398
171  04/10/06 7.2       PHCS/CIGNA NON F41.50           -23.00 041006MIS 2077398
206  05/23/06 2.1       ALECAID PAYMEN F41.50           -31.00 052306ALC 2108400
                       Balance:                         -31.00

    Primary: -41.00  Secondary: 0.00   Personal: -30.00  Adjustments: -23.00
         03/16/06 insur    CIGNAHEA                                   684281
         04/12/06 insur    MEDICAID                                   684281
_____

      2C5.1*163862 DENISE P BLALOCK              *Closed*
173  03/27/06 8888      NO CHARGE      F50.50 3542       0.00 CS032706R 2C5.1
                       Balance:                          0.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
         04/12/06 insur    ECS-MEDI                                   691594
         04/19/06 insur    CIGNAHEA                                   691594
         05/16/06 insur    MEDICAID                                   691594
_____

      2C5.2*163862 DENISE M BLALOCK              *Suspense*
174  03/27/06 95903     NCS-MOTOR EA N F60.50 3542      63.00 CS032706R 2C5.2
187  05/12/06 5.5       PHCS/CIGNA REJ F60.50            0.00 051206MIS 2101581
195  05/12/06 5.5       PHCS/CIGNA REJ F60.50            0.00 051206MIS 2101917
                       Balance:                         63.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
         04/12/06 insur    ECS-MEDI                                   691594
         04/19/06 insur    CIGNAHEA                                   691594
         05/16/06 insur    MEDICAID                                   691594
_____

      2C5.3*163862 DENISE M BLALOCK              *Suspense*
175  03/27/06 95903-76  NCS-MOTOR EA N F60.50 3542      63.00 CS032706R 2C5.3
188  05/12/06 5.5       PHCS/CIGNA REJ F60.50            0.00 051206MIS 2101581
196  05/12/06 5.5       PHCS/CIGNA REJ F60.50            0.00 051206MIS 2101917
                       Balance:                         63.00
```

```
##. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....

   Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
   --------------------------------------------------------------------------
        205.4*163862 DENISE M BLALOCK              *Suspense*
   176  03/27/06 95904       NCS-SENSORY    F60.50  3542   48.00 CS032706R 205.4
   189  05/12/06 5.5         PHCS/CIGNA REJ F60.50          0.00 051206MIS 2101581
   197  05/12/06 5.5         PHCS/CIGNA REJ F60.50          0.00 051206MIS 2101917
                             Balance:                      48.00

   Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
   --------------------------------------------------------------------------
        205.5*163862 DENISE M BLALOCK              *Suspense*
   177  03/27/06 95904-76 NCS-SENSORY       F60.50  3542   48.00 CS032706R 205.5
   190  05/12/06 5.5      PHCS/CIGNA REJ    F60.50           0.00 051206MIS 2101581
   198  05/12/06 5.5      PHCS/CIGNA REJ    F60.50           0.00 051206MIS 2101917
                          Balance:                         48.00

   Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
   --------------------------------------------------------------------------
        205.6*163862 DENISE M BLALOCK              *Suspense*
   178  03/27/06 95904-76 NCS-SENSORY       F60.50  3542   48.00 CS032706R 205.6
   191  05/12/06 5.5      PHCS/CIGNA REJ    F60.50           0.00 051206MIS 2101581
   199  05/12/06 5.5      PHCS/CIGNA REJ    F60.50           0.00 051206MIS 2101917
                          Balance:                         48.00

   Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
   --------------------------------------------------------------------------
        3C2.1*163862 DENISE M BLALOCK              *Suspense*
   180  04/03/06 99213      ESTAB OFFICE O  F41.50  3542   62.00 CS040306R 3C2.1
   192  05/12/06 5.7        BC/BS OF AL     F41.3           0.00 051206MIS 2101804
   213  06/05/06 5.5        PHCS/CIGNA REJ  F41.50          0.00 060506MIS 2117286
                            Balance:                       62.00

   Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/18/06 insur    ECS-BCBS                                      693906
        05/16/06 insur    MEDICAID                                     693906
        05/17/06 insur    CIGNAHEA                                     693906
        06/08/06 insur    MEDICAID                                     693906
   --------------------------------------------------------------------------
        3C2.2*163862 DENISE M BLALOCK              *Suspense*
   181  04/03/06 L2990     OD2077 BUNNY S   F41.50  3542   49.00 CS040306R 3C2.2
   193  05/12/06 5.7       BC/BS OF AL      F41.3           0.00 051206MIS 2101804
   214  06/05/06 5.5       PHCS/CIGNA REJ   F41.50          0.00 060506MIS 2117286
                           Balance:                        49.00

   Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
     04/18/06 insur    BCB-BCBS                                        633906
     05/16/06 insur    MEDICAID                                        693906
     05/17/06 insur    CIGNAHEA                                        693906
     06/08/06 insur    MEDICAID                                        693906
---------------------------------------------------------------------------
     3C2.3*163862 DENISE M BLALOCK              *Suspense*
182  04/03/06 E0191    [DE12] ELBOW P F41.50  3542    24.00 C9040306R 3C2.3
194  05/12/06 5.7      BC/BS OF AL   F41.3             0.00 051206MIS 2101004
215  06/05/06 5.5      PHCS/CIGNA REJ F41.50            0.00 060506MIS 2117286
                       Balance:                        24.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     04/18/06 insur    BCB-BCBS                                        633906
     05/16/06 insur    MEDICAID                                        693906
     05/17/06 insur    CIGNAHEA                                        693906
     06/08/06 insur    MEDICAID                                        693906
---------------------------------------------------------------------------
     2105676.1*163862 DENISE M BLALOCK         *Closed*
203  10/26/05 MR       MEDICAL RECORD F86.50  V683   25.00 051506ADJ 2105676
205  05/19/06 1.6      TRANSFERRED PM F86.50        -25.00 051906ADJ 2105134
                       Balance:                        0.00

Primary: 0.00   Secondary: 0.00   Personal: -25.00   Adjustments: 0.00
---------------------------------------------------------------------------
     4C16.1*163862 DENISE M BLALOCK            *Suspense*
207  05/15/06 99214    ESTAB OFFICE O F41.50  3542   82.00 C9051506R 4C16.1
208  05/15/06 1.1      COPAY CHECK   F41.50          -30.00 C9051506R 4C16.2*
                       Balance:                       52.00

Primary: 0.00   Secondary: 0.00   Personal: -30.00   Adjustments: 0.00
     05/30/06 insur    CIGNAHEA                                       707360
---------------------------------------------------------------------------
     4C17.1*163862 DENISE M BLALOCK            *Suspense*
210  05/26/06 64718-LT NEUROLYSIS AND F41.50 3542  1662.00 060106SUR 4C17.1
                       Balance:                     1662.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     06/06/06 insur    CIGNAHEA                                       709105
---------------------------------------------------------------------------
     4C17.2*163862 DENISE M BLALOCK            *Suspense*
211  05/26/06 64721-51 [64721-51-LT] F41.50  3540  1015.00 060106SUR 4C17.2
                       Balance:                     1015.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     06/06/06 insur    CIGNAHEA                                       709105
---------------------------------------------------------------------------
     Statements for DENISE M BLALOCK           *Closed*
32   06/30/04 98.1     STMT PRINTED                   0.00            stmt
35   07/29/04 98.1     STMT PRINTED                   0.00            stmt
41   08/30/04 98.1     STMT PRINTED                   0.00            stmt
48   09/28/04 98.1     STMT PRINTED                   0.00            stmt
54   10/26/04 98.1     STMT PRINTED                   0.00            stmt
55   11/29/04 98.1     STMT PRINTED                   0.00            stmt
57   12/27/04 98.1     STMT PRINTED                   0.00            stmt
58   01/29/05 98.1     STMT PRINTED                   0.00            stmt
69   02/26/05 98.1     STMT PRINTED                   0.00            stmt
```

##R. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
   TOTAL : 3468.49

##R. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
   TOTAL : 3468.49

```
SOUTHERN BONE & JOINT SPECIALISTS       Printed 11:55:20 09 JUN 2006
P O BOX 729                             By: 156 MWS.AR SLR.
DOTHAN, AL 36302
334-793-2663                            TaxID#: 200870135


          DENISE M BLALOCK     (40163862)
          103 GROUSE ROAD
          DOTHAN AL 36303
          334-678-8159
```

(Therapy account)

```
###. Date..... Code..... Description... DrFcl.. Dk..... Original Batch..... Ref.....
     101.1*40163862 DENISE M BLALOCK              *Private*
1    09/08/05 97003   [OTEVAL] OCCUP F56.50  71514    123.00 090820053P 101.1
32   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1940751
87   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
123  11/15/05 3.1     PHCS/CIGNA PAY F56.50            -8.05 111505CCM 1972210
124  11/15/05 7.2     PHCS/CIGNA NON F56.50           -84.95 111505CCM 1972210
                     Balance:                          30.00

Primary: -8.05   Secondary: 0.00    Personal: 0.00    Adjustments: -84.95
     09/14/05 insur   PHCSCIGN                                         625011
     09/14/05 insur   PHCSCIGN                                         625011
     10/03/05 insur   PHCSCIGN                                         625011

     101.2*40163862 DENISE M BLALOCK              *Closed*
2    09/08/05 97110   [ETHEREX] THER F56.50  71514     44.00 090820053P 101.2
33   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1940751
88   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
125  11/15/05 3.1     PHCS/CIGNA PAY F56.50           -14.00 111505CCM 1972210
126  11/15/05 7.2     PHCS/CIGNA NON F56.50           -30.00 111505CCM 1972210
                     Balance:                           0.00

Primary: -14.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
     09/14/05 insur   PHCSCIGN                                         625011
     09/14/05 insur   PHCSCIGN                                         625011
     10/03/05 insur   PHCSCIGN                                         625011

     101.3*40163862 DENISE M BLALOCK              *Closed*
3    09/08/05 97760   [ORTH] ORTHOT F56.50  71514      36.00 090820053P 101.3
34   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1940751
89   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
127  11/15/05 3.1     PHCS/CIGNA PAY F56.50           -11.00 111505CCM 1972210
128  11/15/05 7.2     PHCS/CIGNA NON F56.50           -25.00 111505CCM 1972210
                     Balance:                           0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -25.00
     09/14/05 insur   PHCSCIGN                                         625011
     09/14/05 insur   PHCSCIGN                                         625011
     10/03/05 insur   PHCSCIGN                                         625011

     101.4*40163862 DENISE M BLALOCK              *Closed*
4    09/08/05 L3805   [CABTS] CUSTOM F56.50  71514    290.00 090820053P 101.4
35   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1940751
90   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
129  11/15/05 3.1     PHCS/CIGNA PAY F56.50          -232.00 111505CCM 1972210
130  11/15/05 7.2     PHCS/CIGNA NON F56.50           -58.00 111505CCM 1972210
                     Balance:                           0.00
```

```
###. Date..... Code..... Description... DrTcl.. Dx.... Original Batch.... Ref....
```

Primary: -222.00  Secondary: 0.00   Personal: 0.00   Adjustments: -58.00
         09/14/05 insur    PHCSCIGN                                       625011
         09/14/05 insur    PHCSCIGN                                       625011
         10/03/05 insur    PHCSCIGN                                       625011
---

       102.1*40163862 DENISE M BLALOCK           *Private*
  7   09/15/05 97022    [OWP] WHIRLPOT F30.50  71514    34.00 09162005P 102.1
  77  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
  91  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
  198 12/22/05 3.10     PHCS/CIGNA PAY F30.50            0.00 122205CDM 1999940
  199 12/22/05 7.2      PHCS/CIGNA NON F30.50           -6.00 122205CDM 1999940
                        Balance:                        28.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
         09/22/05 insur    PHCSCIGN                                       628353
         10/03/05 insur    PHCSCIGN                                       628353
---

       102.2*40163862 DENISE M BLALOCK           *Private*
  8   09/15/05 97110    [OTHEREX] THER F30.50  71514    44.00 09162005P 102.2
  78  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
  92  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
  200 12/22/05 3.1      PHCS/CIGNA PAY F30.50          -12.00 122205CDM 1999940
  201 12/22/05 7.2      PHCS/CIGNA NON F30.50          -30.00 122205CDM 1999940
                        Balance:                         2.00

Primary: -12.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
         09/22/05 insur    PHCSCIGN                                       628353
         10/03/05 insur    PHCSCIGN                                       628353
---

       102.3*40163862 DENISE M BLALOCK           *Closed*
  9   09/15/05 97124    [ONMASS] MASSAG F30.50  71514    35.00 09162005P 102.3
  79  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
  93  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
  202 12/22/05 3.1      PHCS/CIGNA PAY F30.50          -11.00 122205CDM 1999940
  203 12/22/05 7.2      PHCS/CIGNA NON F30.50          -24.00 122205CDM 1999940
                        Balance:                         0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
         09/22/05 insur    PHCSCIGN                                       628353
         10/03/05 insur    PHCSCIGN                                       628353
---

       102.4*40163862 DENISE M BLALOCK           *Closed*
  10  09/15/05 97530    [OTHERA] THERP F30.50  71514    47.00 09162005P 102.4
  80  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
  94  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
  204 12/22/05 3.1      PHCS/CIGNA PAY F30.50          -16.00 122205CDM 1999940
  205 12/22/05 7.2      PHCS/CIGNA NON F30.50          -31.00 122205CDM 1999940
                        Balance:                         0.00

Primary: -16.00  Secondary: 0.00   Personal: 0.00   Adjustments: -31.00
         09/22/05 insur    PHCSCIGN                                       628353
         10/03/05 insur    PHCSCIGN                                       628353
---

       103.1*40163862 DENISE M BLALOCK           *Private*
  12  09/23/05 97022    [OWP] WHIRLPO F30.50  71514    34.00 09232005P 103.1
  74  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959172
  95  10/27/05 5.5      PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217

```
###  Date....  Code....  Description...  DrFul..  Dx....  Original Batch....  Ref....
205  12/22/05  3.1       PHCS/CIGNA PAY F30.50                0.00  122205COM  1999940
207  12/22/05  7.2       PHCS/CIGNA NON F30.50               -6.00  122205COM  1999940
                         Balance:                            20.00

Primary:  0.00    Secondary:  0.00    Personal:  0.00    Adjustments:  -6.00
    09/29/05 insur    PHYSCIGN                                       630917
    10/03/05 insur    PHYSCIGN                                       630917
─────────────────────────────────────────────────────────────────────────────
     103.2*40163862 DENISE M BLALOCK              *Private*
 13  09/23/05  97110     [OTHEREX] THER F30.50  71514   44.00  092320055P  103.2
 75  10/27/05  5.5       PHCS/CIGNA REJ F30.50                  0.00  102705MIS  1959172
 96  10/27/05  5.5       PHCS/CIGNA REJ F30.50                  0.00  102705MIS  1959217
208  12/22/05  3.1       PHCS/CIGNA PAY F30.50               -12.00  122205COM  1999940
209  12/22/05  7.2       PHCS/CIGNA NON F30.50               -30.00  122205COM  1999940
                         Balance:                            0.00

Primary:  -12.00   Secondary:  0.00    Personal:  0.00   Adjustments:  -30.00
    09/29/05 insur    PHYSCIGN                                       630917
    10/03/05 insur    PHYSCIGN                                       630917
─────────────────────────────────────────────────────────────────────────────
     103.3*40163862 DENISE M BLALOCK              *Closed*
 14  09/20/05  97124     [OMASS] MASSAG F30.50  71514   35.00  092320055P  103.3
 76  10/27/05  5.5       PHCS/CIGNA REJ F30.50                  0.00  102705MIS  1959172
 97  10/27/05  5.5       PHCS/CIGNA REJ F30.50                  0.00  102705MIS  1959217
210  12/22/05  3.1       PHCS/CIGNA PAY F30.50               -11.00  122205COM  1999940
211  12/22/05  7.2       PHCS/CIGNA NON F30.50               -24.00  122205COM  1999940
                         Balance:                            0.00

Primary:  -11.00   Secondary:  0.00    Personal:  0.00   Adjustments:  -24.00
    09/29/05 insur    PHYSCIGN                                       630917
    10/03/05 insur    PHYSCIGN                                       630917
─────────────────────────────────────────────────────────────────────────────
     104.1*40163862 DENISE M BLALOCK              *Private*
 16  09/28/05  97022     COMP1 WHIRLPOO F30.50  71514   34.00  092820055P  104.1
 98  10/27/05  5.5       PHCS/CIGNA REJ F30.50                  0.00  102705MIS  1959218
183  12/22/05  3.10      PHCS/CIGNA PAY F30.50                  0.00  122205COM  1999934
184  12/22/05  7.2       PHCS/CIGNA NON F30.50               -6.00  122205COM  1999934
185  12/22/05  49        $20.00 DEDUCTI F30.50                 0.00  122205COM  1999934
                         Balance:                            28.00

Primary:  0.00    Secondary:  0.00    Personal:  0.00    Adjustments:  -6.00
    10/03/05 insur    PHYSCIGN                                       631790
    10/03/05 insur    PHYSCIGN                                       631790
    10/03/05 insur    PHYSCIGN                                       631790
    10/03/05 insur    PHYSCIGN                                       631790
    10/03/05 insur    PHYSCIGN                                       631790
─────────────────────────────────────────────────────────────────────────────
     104.2*40163862 DENISE M BLALOCK              *Private*
 17  09/28/05  97110     [OTHEREX] THER F30.50  71514   44.00  092820055P  104.2
 99  10/27/05  5.5       PHCS/CIGNA REJ F30.50                  0.00  102705MIS  1959218
186  12/22/05  3.1       PHCS/CIGNA PAY F30.50               -12.00  122205COM  1999934
187  12/22/05  7.2       PHCS/CIGNA NON F30.50               -30.00  122205COM  1999934
                         Balance:                            2.00

Primary:  -12.00   Secondary:  0.00    Personal:  0.00   Adjustments:  -30.00
    10/03/05 insur    PHYSCIGN                                       631790
    10/03/05 insur    PHYSCIGN                                       631790
    10/03/05 insur    PHYSCIGN                                       631790
```

```
###. Date.... Code.... Description... Df.Cl. Dx..... Original Batch.... Ref....
     10/03/05 insur   PHCSCIGN                                       631790
     10/03/05 insur   PHCSCIGN                                       631790
-----------------------------------------------------------------------------

     104.3*40163862 DENISE M BLALOCK              *Closed*
18   09/28/05 97124   [CMASS] MASSAG F30.50 71514   35.00 09292005P 104.3
100  10/27/05 5.5     PHCS/CIGNA REJ F30.50         0.00 102705MIS 1959218
108  12/22/05 3.1     PHCS/CIGNA PAY F30.50       -11.00 122205COM 1999024
109  12/22/05 7.2     PHCS/CIGNA NON F30.50       -24.00 122205COM 1999024
                      Balance:                      0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     10/03/05 insur   PHCSCIGN                                       631790
     10/03/05 insur   PHCSCIGN                                       631790
     10/03/05 insur   PHCSCIGN                                       631790
     10/03/05 insur   PHCSCIGN                                       631790
     10/03/05 insur   PHCSCIGN                                       631790
-----------------------------------------------------------------------------

     105.1*40163862 DENISE M BLALOCK              *Private*
27   09/30/05 97022   [CWP] WHIRLPOO F30.50 71514   24.00 09302005P 105.1
71   10/27/05 5.5     PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958995
81   10/27/05 3.1     PHCS/CIGNA PAY F30.50         0.00 102705MIS 1959215
82   10/27/05 7.2     PHCS/CIGNA NON F30.50        -6.00 102705MIS 1959215
                      Balance:                     24.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
     10/04/05 insur   PHCSCIGN                                       632843
     10/04/05 insur   PHCSCIGN                                       632843
-----------------------------------------------------------------------------

     105.2*40163862 DENISE M BLALOCK              *Private*
28   09/30/05 97110   [THEREX] THER F30.50 71514    44.00 09302005P 105.2
72   10/27/05 5.5     PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958995
83   10/27/05 3.1     PHCS/CIGNA PAY F30.50       -12.00 102705MIS 1959215
84   10/27/05 7.2     PHCS/CIGNA NON F30.50       -30.00 102705MIS 1959215
                      Balance:                      2.00

Primary: -12.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     10/04/05 insur   PHCSCIGN                                       632843
     10/04/05 insur   PHCSCIGN                                       632843
-----------------------------------------------------------------------------

     105.3*40163862 DENISE M BLALOCK              *Closed*
29   09/30/05 97124   [CMASS] MASSAG F30.50 71514   35.00 09302005P 105.3
73   10/27/05 5.5     PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958995
85   10/27/05 3.1     PHCS/CIGNA PAY F30.50       -11.00 102705MIS 1959215
86   10/27/05 7.2     PHCS/CIGNA NON F30.50       -24.00 102705MIS 1959215
                      Balance:                      0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     10/04/05 insur   PHCSCIGN                                       632843
     10/04/05 insur   PHCSCIGN                                       632843
-----------------------------------------------------------------------------

     106.1*40163862 DENISE M BLALOCK              *Private*
36   10/05/05 97022   [CWP] WHIRLPOO F30.50 71514   24.00 10062005P 106.1
58   10/27/05 5.5     PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958996
115  11/11/05 3.12    PHCS/CIGNA PAY F30.50         0.00 111105COM 1969703
116  11/11/05 7.2     PHCS/CIGNA NON F30.50        -6.00 111105COM 1969703
117  11/11/05 45      $25.00 DEDUCTI F30.50         0.00 111105COM 1969703
                      Balance:                     25.00
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -5.00
     10/12/05 insur    PFOSCIGN                                      635542
     10/12/05 insur    PFOSCIGN                                      635542
------------------------------------------------------------------------
     106.2*40163862 DENISE M BLALOCK          *Private*
37   10/06/05 97110    [OTHEREX] THER F30.50  71514    44.00 10062005P 106.2
69   10/27/05 5.5      PHCS/CIGNA REJ F30.50           0.00 102705MIS 1958906
118  11/11/05 3.1      PHCS/CIGNA PAY F30.50          -12.00 111105COM 1969703
119  11/11/05 7.2      PHCS/CIGNA NON F30.50          -30.00 111105COM 1969703
120  11/11/05 49       $2.00 DEDUCTIB F30.50           0.00 111105COM 1969703
                       Balance:                        2.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
     10/12/05 insur    PFOSCIGN                                      635542
     10/12/05 insur    PFOSCIGN                                      635542
------------------------------------------------------------------------
     106.3*40163862 DENISE M BLALOCK          *Closed*
38   10/06/05 97124    [CMASSG] MASSAG F30.50  71514   35.00 10062005P 106.3
70   10/27/05 5.5      PHCS/CIGNA REJ F30.50           0.00 102705MIS 1958906
121  11/11/05 3.1      PHCS/CIGNA PAY F30.50          -11.00 111105COM 1969703
122  11/11/05 7.2      PHCS/CIGNA NON F30.50          -24.00 111105COM 1969703
                       Balance:                        0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
     10/12/05 insur    PFOSCIGN                                      635542
     10/12/05 insur    PFOSCIGN                                      635542
------------------------------------------------------------------------
     107.1*40163862 DENISE M BLALOCK          *Private*
41   10/14/05 97022    [WP] WHIRLPOO F30.50  71514    34.00 10142005P 107.1
111  11/09/05 5.50     PHCS/CIGNA REJ F30.50           0.00 110905COM 1967512
150  12/22/05 3.10     PHCS/CIGNA PAY F30.50           0.00 122205COM 1999334
151  12/22/05 7.2      PHCS/CIGNA NON F30.50          -6.00 122205COM 1999334
                       Balance:                       28.00

Primary: 0.00   Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
     10/20/05 insur    PFOSCIGN                                      638334
     10/20/05 insur    PFOSCIGN                                      638334
------------------------------------------------------------------------
     107.2*40163862 DENISE M BLALOCK          *Private*
42   10/14/05 97035    [US] ULTRASOU F30.50  71514    24.00 10142005P 107.2
112  11/09/05 5.50     PHCS/CIGNA REJ F30.50           0.00 110905COM 1967512
152  12/22/05 3.1      PHCS/CIGNA PAY F30.50          -8.00 122205COM 1999334
153  12/22/05 7.2      PHCS/CIGNA NON F30.50         -14.00 122205COM 1999334
                       Balance:                        2.00

Primary: -3.00  Secondary: 0.00    Personal: 0.00    Adjustments: -14.00
     10/20/05 insur    PFOSCIGN                                      638334
     10/20/05 insur    PFOSCIGN                                      638334
------------------------------------------------------------------------
     107.3*40163862 DENISE M BLALOCK          *Closed*
43   10/14/05 97110    [OTHEREX] THEP F30.50  71514   44.00 10142005P 107.3
113  11/09/05 5.50     PHCS/CIGNA REJ F30.50           0.00 110905COM 1967512
154  12/22/05 3.1      PHCS/CIGNA PAY F30.50         -14.00 122205COM 1999334
155  12/22/05 7.2      PHCS/CIGNA NON F30.50         -30.00 122205COM 1999334
                       Balance:                        0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00    Adjustments: -30.00
     10/20/05 insur    PFOSCIGN                                      638334
```

```
###. Date.... Code.... Description... DrTcl., Dx.... Original Batch.... Ref....
       10/20/05 insur   PHYSCIGN                                         539334

       107.4*40163862 DENISE M BLALOCK              *Closed*
 44    10/14/05 97124    [04530] MASSAG F30.50  71514    35.00 10142005P 107.4
114    11/09/05 5.50     PHCS/CIGNA REJ F30.50                0.00 110905DOM 1957312
136    12/22/05 3.1      PHCS/CIGNA PAY F30.50              -11.00 122205DOM 1999934
137    12/22/05 7.2      PHCS/CIGNA NON F30.50              -24.00 122205DOM 1999934
                         Balance:                              0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
       10/20/05 insur   PHYSCIGN                                         539334
       10/20/05 insur   PHYSCIGN                                         539334

       108.1*40163862 DENISE M BLALOCK              *Private*
 47    10/19/05 97022    [JWP] WHIRLPOO F30.50  71514    34.00 10192005P 108.1
131    11/15/05 3.1      PHCS/CIGNA PAY F30.50               0.00 111505DOM 1972210
132    11/15/05 7.2      PHCS/CIGNA NON F30.50              -6.00 111505DOM 1972210
                         Balance:                             28.00

Primary: 0.00   Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
       10/25/05 insur   PHYSCIGN                                         539833
       10/25/05 insur   PHYSCIGN                                         539833

       108.2*40163862 DENISE M BLALOCK              *Private*
 48    10/19/05 97035    [ULS] ULTRASOU F30.50  71514    24.00 10192005P 108.2
133    11/15/05 3.1      PHCS/CIGNA PAY F30.50              -6.00 111505DOM 1972210
134    11/15/05 7.2      PHCS/CIGNA NON F30.50             -14.00 111505DOM 1972210
                         Balance:                              2.00

Primary: -6.00  Secondary: 0.00    Personal: 0.00    Adjustments: -14.00
       10/25/05 insur   PHYSCIGN                                         539833
       10/25/05 insur   PHYSCIGN                                         539833

       108.3*40163862 DENISE M BLALOCK              *Closed*
 49    10/19/05 97110    [OTHEREX] THER F30.50  71514    44.00 10192005P 108.3
135    11/15/05 3.1      PHCS/CIGNA PAY F30.50             -14.00 111505DOM 1972210
136    11/15/05 7.2      PHCS/CIGNA NON F30.50             -30.00 111505DOM 1972210
                         Balance:                              0.00

Primary: -14.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
       10/25/05 insur   PHYSCIGN                                         539833
       10/25/05 insur   PHYSCIGN                                         539833

       108.4*40163862 DENISE M BLALOCK              *Closed*
 50    10/19/05 97124    [04530] MASSAG F30.50  71514    35.00 10192005P 108.4
137    11/15/05 3.1      PHCS/CIGNA PAY F30.50             -11.00 111505DOM 1972210
138    11/15/05 7.2      PHCS/CIGNA NON F30.50             -24.00 111505DOM 1972210
                         Balance:                              0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
       10/25/05 insur   PHYSCIGN                                         539833
       10/25/05 insur   PHYSCIGN                                         539833

       1010.1*40163862 DENISE M BLALOCK             *Private*
 52    10/21/05 97022    [JWP] WHIRLPOO F30.50  71514    34.00 10212005P 1012.1
146    11/22/05 3.10     PHCS/CIGNA PAY F30.50               0.00 112205DOM 1977792
147    11/22/05 7.2      PHCS/CIGNA NON F30.50              -6.00 112205DOM 1977792
                         Balance:                             28.00
```

```
###. Date.... Code.... Description... DrFcI.. Dx.... Original Batch.... Ref....

  Primary: 0.00    Secondary: 0.00    Personal: 0.00   Adjustments: -6.00
       10/27/05 insur    PHCSCIGN                                      640757
       10/27/05 insur    PHCSCIGN                                      640757
  ------------------------------------------------------------------------------
       1010.2*40163862 DENISE M BLALOCK            *Private*
  54   10/21/05 97035    [USI] ULTRASOU F30.50  71514   24.00 10212005P 1010.2
  148  11/22/05 3.1      PHCS/CIGNA PAY F30.50          -8.00 11220SCDM 1977790
  149  11/22/05 7.2      PHCS/CIGNA NON F30.50         -14.00 11220SCDM 1977790
                         Balance:                        2.00

  Primary: -8.00   Secondary: 0.00    Personal: 0.00   Adjustments: -14.00
       10/27/05 insur    PHCSCIGN                                      640757
       10/27/05 insur    PHCSCIGN                                      640757
  ------------------------------------------------------------------------------
       1010.3*40163862 DENISE M BLALOCK            *Closed*
  55   10/21/05 97110    [OTHEREX] THER F30.50  71514   44.00 10212005P 1010.3
  160  11/22/05 3.1      PHCS/CIGNA PAY F30.50         -14.00 11220SCDM 1977845
  169  11/22/05 7.2      PHCS/CIGNA NON F30.50         -30.00 11220SCDM 1977845
                         Balance:                        0.00

  Primary: -14.00  Secondary: 0.00    Personal: 0.00   Adjustments: -30.00
       10/27/05 insur    PHCSCIGN                                      640757
       10/27/05 insur    PHCSCIGN                                      640757
  ------------------------------------------------------------------------------
       1010.4*40163862 DENISE M BLALOCK            *Closed*
  56   10/21/05 97124    [DMASS] MASSAG F30.50  71514   35.00 10212005P 1010.4
  150  11/22/05 3.1      PHCS/CIGNA PAY F30.50         -11.00 11220SCDM 1977790
  151  11/22/05 7.2      PHCS/CIGNA NON F30.50         -24.00 11220SCDM 1977790
                         Balance:                        0.00

  Primary: -11.00  Secondary: 0.00    Personal: 0.00   Adjustments: -24.00
       10/27/05 insur    PHCSCIGN                                      640757
       10/27/05 insur    PHCSCIGN                                      640757
  ------------------------------------------------------------------------------
       1011.1*40163862 DENISE M BLALOCK            *Private*
  59   10/25/05 97022    [WP] WHIRLPOO F30.50   71514   34.00 10252005P 1011.1
  152  11/22/05 3.10     PHCS/CIGNA PAY F30.50           0.00 11220SCDM 1977790
  153  11/22/05 7.2      PHCS/CIGNA NON F30.50          -6.00 11220SCDM 1977790
                         Balance:                       28.00

  Primary: 0.00    Secondary: 0.00    Personal: 0.00   Adjustments: -6.00
       10/31/05 insur    PHCSCIGN                                      641577
       10/31/05 insur    PHCSCIGN                                      641577
  ------------------------------------------------------------------------------
       1011.2*40163862 DENISE M BLALOCK            *Private*
  60   10/25/05 97035    [USI] ULTRASOU F30.50  71514   24.00 10252005P 1011.2
  154  11/22/05 3.1      PHCS/CIGNA PAY F30.50          -8.00 11220SCDM 1977790
  155  11/22/05 7.2      PHCS/CIGNA NON F30.50         -14.00 11220SCDM 1977790
                         Balance:                        2.00

  Primary: -8.00   Secondary: 0.00    Personal: 0.00   Adjustments: -14.00
       10/31/05 insur    PHCSCIGN                                      641577
       10/31/05 insur    PHCSCIGN                                      641577
  ------------------------------------------------------------------------------
       1011.3*40163862 DENISE M BLALOCK            *Closed*
  61   10/25/05 97110    [OTHEREX] THER F30.50  71514   44.00 10252005P 1011.3
  156  11/22/05 3.1      PHCS/CIGNA PAY F30.50         -14.00 11220SCDM 1977790
```

```
###. Dat..... Code.... Description... Dift... Dx..... Original Batch.... Ref....
157  11/22/05 7.2      PHCS/CIGNA NON F30.50            -30.00 112205CDM 1977790
                       Balance:                           0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     10/31/05 insur    PHCSCIGN                                   541577
     10/31/05 insur    PHCSCIGN                                   541577
------------------------------------------------------------------------
     IC11.4*40163862 DENISE M BLALOCK           *Closed*
62   10/25/05 97124    COMPS1 MASSAG F30.50  71514  35.00 102500SP IC11.4
158  11/22/05 3.1      PHCS/CIGNA PAY F30.50         -11.00 112205CDM 1977790
159  11/22/05 7.2      PHCS/CIGNA NON F30.50         -24.00 112205CDM 1977790
                       Balance:                        0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     10/31/05 insur    PHCSCIGN                                   541577
     10/31/05 insur    PHCSCIGN                                   541577
------------------------------------------------------------------------
     IC12.1*40163862 DENISE M BLALOCK           *Private*
64   10/27/05 97022    COMP3 WHTRLPOO F30.50 71514  34.00 102705FLD IC12.1
160  11/22/05 3.1      PHCS/CIGNA PAY F30.50          0.00 112205CDM 1977790
161  11/22/05 7.2      PHCS/CIGNA NON F30.50         -6.00 112205CDM 1977790
                       Balance:                       20.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
     11/01/05 insur    PHCSCIGN                                   542237
     11/01/05 insur    PHCSCIGN                                   542237
------------------------------------------------------------------------
     IC12.2*40163862 DENISE M BLALOCK           *Private*
65   10/27/05 97035    COMP3 ULTRASOU F30.50 71514  24.00 102705FLD IC12.2
162  11/22/05 3.1      PHCS/CIGNA PAY F30.50         -8.00 112205CDM 1977790
163  11/22/05 7.2      PHCS/CIGNA NON F30.50        -14.00 112205CDM 1977790
                       Balance:                        2.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
     11/01/05 insur    PHCSCIGN                                   542237
     11/01/05 insur    PHCSCIGN                                   542237
------------------------------------------------------------------------
     IC12.3*40163862 DENISE M BLALOCK           *Closed*
66   10/27/05 97110    ECT THEREX1 THER F30.50 71514 44.00 102705FLD IC12.3
164  11/22/05 3.1      PHCS/CIGNA PAY F30.50         -14.00 112205CDM 1977790
165  11/22/05 7.2      PHCS/CIGNA NON F30.50         -30.00 112205CDM 1977790
                       Balance:                        0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     11/01/05 insur    PHCSCIGN                                   542237
     11/01/05 insur    PHCSCIGN                                   542237
------------------------------------------------------------------------
     IC12.4*40163862 DENISE M BLALOCK           *Closed*
67   10/27/05 97124    COMPS1 MASSAG F30.50 71514  35.00 102705FLD IC12.4
166  11/22/05 3.1      PHCS/CIGNA PAY F30.50         -11.00 112205CDM 1977790
167  11/22/05 7.2      PHCS/CIGNA NON F30.50         -24.00 112205CDM 1977790
                       Balance:                        0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     11/01/05 insur    PHCSCIGN                                   542237
     11/01/05 insur    PHCSCIGN                                   542237
------------------------------------------------------------------------
     IC13.1*40163862 DENISE M BLALOCK           *Private*
```

```
###. Date.... Code.... Description... InfoL.. Dx.... Original Batch.... Ref....
105  11/03/05 97022    [IVP] WHIRLPOO F30.50  71514    34.00 110320059 1013.1
170  12/07/05 3.1      PHCS/CIGNA PAY F30.50           0.00 120705CDM 1989038
171  12/07/05 7.2      PHCS/CIGNA NON F30.50          -6.00 120705CDM 1989038
                       Balance:                       28.00

Primary: 6.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
     11/08/05 insur   PHCSCIGN                                        545283
     11/18/05 insur   PHCSCIGN                                        545283
------------------------------------------------------------------------
     1013.2*40163862 DENISE M BLALOCK           *Private*
106  11/03/05 97026    [OUS] ULTRASOU F30.50  71514    24.00 110320059 1013.2
172  12/07/05 3.1      PHCS/CIGNA PAY F30.50          -8.00 120705CDM 1989038
173  12/07/05 7.2      PHCS/CIGNA NON F30.50         -14.00 120705CDM 1989038
                       Balance:                        2.00

Primary: -8.00  Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
     11/08/05 insur   PHCSCIGN                                        545283
     11/18/05 insur   PHCSCIGN                                        545283
------------------------------------------------------------------------
     1013.3*40163862 DENISE M BLALOCK           *Closed*
107  11/03/05 97110    [OTHEREX] THER F30.50  71514    44.00 110320059 1013.3
174  12/07/05 3.1      PHCS/CIGNA PAY F30.50         -14.00 120705CDM 1989038
175  12/07/05 7.2      PHCS/CIGNA NON F30.50         -30.00 120705CDM 1989038
                       Balance:                        0.00

Primary: -14.00 Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     11/08/05 insur   PHCSCIGN                                        545283
     11/18/05 insur   PHCSCIGN                                        545283
------------------------------------------------------------------------
     1013.4*40163862 DENISE M BLALOCK           *Closed*
108  11/03/05 97124    [OMASS] MASSAG F30.50  71514    35.00 110320059 1013.4
176  12/07/05 3.1      PHCS/CIGNA PAY F30.50         -11.00 120705CDM 1989038
177  12/07/05 7.2      PHCS/CIGNA NON F30.50         -24.00 120705CDM 1989038
                       Balance:                        0.00

Primary: -11.00 Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     11/08/05 insur   PHCSCIGN                                        545283
     11/18/05 insur   PHCSCIGN                                        545283
------------------------------------------------------------------------
     1014.1*40163862 DENISE M BLALOCK           *Private*
139  11/17/05 97022    [IVP] WHIRLPOO F30.50  71514    34.00 111705FLD 1014.1
179  12/19/05 49       DEDUCTIBLE     F30.50           0.00 121905CDM 1997387
214  02/22/06 3.10     PHCS/CIGNA PAY F30.50           0.00 022206CDM 2042305
215  02/22/06 7.2      PHCS/CIGNA NON F30.50          -6.00 022206CDM 2042305
                       Balance:                       28.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
     11/23/05 insur   PHCSCIGN                                        549470
     11/23/05 insur   PHCSCIGN                                        549470
     11/23/05 insur   PHCSCIGN                                        549470
------------------------------------------------------------------------
     1014.2*40163862 DENISE M BLALOCK           *Private*
140  11/17/05 97026    [OUS] ULTRASOU F30.50  71514    24.00 111705FLD 1014.2
180  12/19/05 49       DEDUCTIBLE     F30.50           0.00 121905CDM 1997387
216  02/22/06 3.1      PHCS/CIGNA PAY F30.50          -8.00 022206CDM 2042305
217  02/22/06 7.2      PHCS/CIGNA NON F30.50         -14.00 022206CDM 2042305
                       Balance:                        2.00
```

###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
Primary: -8.00 Secondary: 0.00 Personal: 0.00 Adjustments: -14.00
11/23/05 insur PHCSCIGN 549470
11/23/05 insur PHCSCIGN 549470
11/23/05 insur PHCSCIGN 549470

---

1014.3*40163862 DENISE M BLALOCK *Closed*
141 11/17/05 97110 THEREXC THER F30.50 71514 44.00 111705FLD 1014.3
181 12/19/05 49 DEDUCTIBLE F30.50 0.00 121905COM 1997387
218 02/22/06 3.1 PHCS/CIGNA PAY F30.50 -14.00 022206COM 2042305
219 02/22/06 7.2 PHCS/CIGNA NON F30.50 -30.00 022206COM 2042305
Balance: 0.00

Primary: -14.00 Secondary: 0.00 Personal: 0.00 Adjustments: -30.00
11/23/05 insur PHCSCIGN 549470
11/23/05 insur PHCSCIGN 549470
11/23/05 insur PHCSCIGN 549470

---

1014.4*40163862 DENISE M BLALOCK *Closed*
142 11/17/05 97124 MASSAG MASSAG F30.50 71514 35.00 111705FLD 1014.4
182 12/19/05 49 DEDUCTIBLE F30.50 0.00 121905COM 1997387
230 02/22/06 3.1 PHCS/CIGNA PAY F30.50 -11.00 022206COM 2042303
221 02/22/06 7.2 PHCS/CIGNA NON F30.50 -24.00 022206COM 2042305
Balance: 0.00

Primary: -11.00 Secondary: 0.00 Personal: 0.00 Adjustments: -24.00
11/23/05 insur PHCSCIGN 549470
11/23/05 insur PHCSCIGN 549470
11/23/05 insur PHCSCIGN 549470

---

2094205.1*40163862 DENISE M BLALOCK *Closed*
224 05/02/06 LTR30 RECOVERY SPECI 30.50 0.00 RSIC 2094205
Balance: 0.00

Primary: 0.00 Secondary: 0.00 Personal: 0.00 Adjustments: 0.00

---

Statements for DENISE M BLALOCK *Closed*
104 11/08/05 98.1 STMT PRINTED 0.00 stat
178 12/11/05 98.1 STMT PRINTED 0.00 stat
212 01/22/06 98.1 STMT PRINTED 0.00 stat
213 02/13/06 98.1 STMT PRINTED 0.00 stat
222 03/13/06 98.1 STMT PRINTED 0.00 stat
223 04/14/06 98.1 STMT PRINTED 0.00 stat
225 05/12/06 98.1 STMT PRINTED 0.00 stat

---

TOTAL : 220.00