4370 West Main Street
Post Office Box 6907
Dothan, Alabama 36302
334 / 793-5000
FAX 334 / 793-4613

L. Keith Granger
*President/CEO*

Taluna J. Bell
*Chief Financial Officer*



*Flowers Hospital*

**EXHIBIT**
D
ALL-STATE LEGAL®

**Fax: (334) 615-7288**

Date __6-9-06__

Number of pages including cover sheet __26__

To: __Archie Grubb__

Fax: __706-653-9472__

From: __Jita__

Message: _____

_____

_____

_____

_____

_____

_____

**CONFIDENTIALITY STATEMENT:** The information contained in this facsimile is legally privileged and confidential information intended only for the use of the addressee listed on this cover sheet. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this facsimile in error please immediately notify us by telephone at the number listed on this cover sheet and return the original message to us at the above address via the postal service. Thank you.

DENISE M BLALOCK                    06136-00462   F  42Y  05/26/06  05/26/06

110005 CONN GENERAL/OTHER        3206752        420113696
600001 MEDICAID AL                              0004201136963
600004 MEDICAID 1500 PLAN                       0004201136963


          DENISE M BLALOCK
          103 GROUSE RD
          DOTHAN AL              36305


| Date | Code | Description | | | | Amount | Total |
|---|---|---|---|---|---|---|---|
| 05/26/06 | 1326 | ROBINUL 0.2MG VIAL | 250 | 3 | 1 | 52.25 | 52.25 |
| 05/26/06 | 1619 | MARCAINE 0.5%-EPI 30ML AMP | 250 | 2 | 1 | 52.25 | 52.25 |
| 05/26/06 | 1638 | BACITRACIN 50MU VIAL | 250 | 1 | 1 | 135.25 | 135.25 |
| 05/26/06 | 51906 | ANES DRUG PRE O | 250 | 9 | 1 | 266.00 | 266.00 |
| | | TOTAL PHARMACY | | | | | 505.75 |
| 05/26/06 | 31170 | SOLN IV LR 1000 | 258 | 16 | 1 | 205.50 | 205.50 |
| 05/26/06 | 31130 | 1000 LR | 258 | 12 | 1 | 219.00 | 219.00 |
| | | TOTAL IV SOLUTIONS | | | | | 424.50 |
| 05/26/06 | 635 | PERCOCET-5 | 259 | 4 | 2 | 2.00 | 4.00 |
| | | TOTAL Other Pharmacy | | | | | 4.00 |
| 05/26/06 | 21020 | DRESSING ADAPTIC 3 X 3 | 270 | 24 | 2 | 33.60 | 67.20 |
| 05/26/06 | 21030 | PADDING CAST WEBRIL 3" | 270 | 28 | 1 | 33.60 | 33.60 |
| 05/26/06 | 22564 | STOCKINETTE 4 X 48 DOUBLE | 270 | 36 | 1 | 59.75 | 59.75 |
| 05/26/06 | 22702 | PACK TOWEL SURGERY | 270 | 22 | 1 | 109.30 | 109.30 |
| 05/26/06 | 23089 | SLING ARM MEDIUM | 270 | 26 | 1 | 36.75 | 36.75 |
| 05/26/06 | 23198 | DRESSING KLING 3" | 270 | 33 | 1 | 33.60 | 33.60 |
| 05/26/06 | 23265 | SUCTION LINERS CRD 3000 | 270 | 23 | 1 | 37.30 | 37.30 |
| 05/26/06 | 28122 | CORD BIPOLAR | 270 | 39 | 1 | 96.55 | 96.55 |
| 05/26/06 | 28217 | PAD PREPPING | 270 | 31 | 1 | 36.90 | 36.90 |
| 05/26/06 | 26385 | TUBE SURGICAL CONNECT 12FT | 270 | 28 | 1 | 33.60 | 33.60 |
| 05/26/06 | 26805 | PADDING CAST WEBRIL 4" | 270 | 41 | 1 | 33.60 | 33.60 |
| 05/26/06 | 31235 | SOLN NS 1000 IRR | 270 | 32 | 1 | 205.50 | 205.50 |
| 05/26/06 | 40822 | SPONGE ANTIMICROBIAL 4X4 AMD | 270 | 43 | 1 | 33.30 | 33.30 |
| 05/26/06 | 51110 | ANGIO CATH | 270 | 16 | 1 | 21.00 | 21.00 |
| 05/26/06 | 51111 | ENDO TUBE/COPA/LMA | 270 | 15 | 1 | 183.50 | 183.50 |
| 05/26/06 | 51113 | DISP CIRCUIT | 270 | 14 | 1 | 77.60 | 77.60 |
| 05/26/06 | 51143 | ESOPHAGEAL STETHOSCOPE | 270 | 13 | 1 | 59.50 | 59.50 |
| | | TOTAL MED-SURG SUPPLIES | | | | | 1,157.95 |
| 05/26/06 | 25106 | SUTURE ETHILON 4-0 1667 | 272 | 35 | 2 | 76.15 | 152.30 |
| 05/26/06 | 25287 | SUTURE VICRYL 3-0 J936 | 272 | 34 | 1 | 82.15 | 82.15 |
| 05/26/06 | 25752 | BANDAGE ESMARCH STRL 4" | 272 | 44 | 1 | 226.65 | 226.65 |
| 05/26/06 | 26665 | VESSEL LOOP MAXI BLUE | 272 | 37 | 1 | 43.40 | 43.40 |

Continued

06136-00462

DENISE M BLALOCK            06136-00462   F  42Y  05/26/06  09/26/06

110099 COMM GENERAL/OTHER      3206752       420113696
600001 MEDICAID AL                           0004201136963
600004 MEDICAID 1500 PLAN                    0004201136963


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL            36305

| Date | Code | Description | | | | |
|------|------|-------------|---|---|---|---|
| 05/26/06 | 27623 | BANDAGE ELASTIC 4" STERILE SINGL | 272 | 27 2 | 48.25 | 96.50 |
| 05/26/06 | 29666 | KNIFE CARPAL TUNNEL | 272 | 28 1 | 88.15 | 88.15 |
| 05/26/06 | 40778 | TOURNIQURT CUFF STERILE 24" | 272 | 42 1 | 319.95 | 319.95 |
| 05/26/06 | 40954 | PACK BASIC SET UP | 272 | 40 1 | 737.10 | 737.10 |
|  |  | TOTAL STERILE SUPPLY |  |  |  | 1,746.20 |
| 05/23/06 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 2 1 | 14.50 | 14.50 |
| 05/26/06 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 17 1 | 14.50 | 14.50 |
|  |  | TOTAL LABORATORY |  |  |  | 29.00 |
| 05/22/06 | 1045 | BASIC METABOLIC PANEL | 301 | 1 1 | 37.00 | 37.00 |
|  |  | TOTAL LAB/CHEMISTRY |  |  |  | 37.00 |
| 05/22/06 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 26.00 | 26.00 |
| 05/26/06 | 2025 | CBC W/AUTO DIFF | 305 | 3 1 | 123.50 | 123.50 |
|  |  | TOTAL LAB/HEMATOLOGY |  |  |  | 149.50 |
| 05/26/06 | 12130 | OR PROC LEVEL 04 | 360 | 20 1 | 900.00 | 900.00 |
| 05/26/06 | 17140 | OR 1-1 1/2 | 360 | 21 1 | 2325.00 | 2,325.00 |
| 05/26/06 | 20205 | OP PROCEDURAL CARE | 360 | 6 1 | 975.00 | 975.00 |
|  |  | TOTAL OR SERVICES |  |  |  | 4,200.00 |
| 05/26/06 | 11102 | ANESTHESIA CRNA | 370 | 8 89 | 8.30 | 738.70 |
| 05/26/06 | 51157 | INHALATION ANESTHESIA (FORANE) | 370 | 11 89 | 0.13 | 11.57 |
| 05/26/06 | 55008 | ANESTHESIA - TIMED | 370 | 10 89 | 11.94 | 1,062.66 |
|  |  | TOTAL ANESTHESIA |  |  |  | 1,812.93 |
| 05/26/06 | 1318 | MORPHINE 10MG CARPUJECT | 636 | 8 1 | 60.00 | 60.00 |
| 05/26/06 | 1446 | ANCEF 1GM VIAL | 636 | 6 1 | 52.25 | 52.25 |
| 05/26/06 | 1529 | REGLAN 10MG VIAL | 636 | 7 1 | 52.25 | 52.25 |
| 05/26/06 | 2355 | VERSED 5MG VIAL | 636 | 5 1 | 60.00 | 60.00 |
|  |  | TOTAL PHARMACY SPECIFIC |  |  |  | 224.50 |
| 05/26/06 | 20206 | OP 2ND STAGR CARE | 710 | 5 1 | 404.50 | 404.50 |
| 05/26/06 | 61020 | REC RM 1/2 - 1 HOUR | 710 | 7 1 | 813.00 | 813.00 |
|  |  | TOTAL RECOVERY ROOM |  |  |  | 1,217.50 |

                    Continued

06136-00462

D1-OPS 05/30/06      3

DENISE M BLALOCK                    06136-00462   F  42Y  05/26/06  05/26/06

.10005 CONN GENERAL/OTHER    32057B2       420113696
500001 MEDICAID AL                         0004201136963
500004 MEDICAID 1500 PLAN                  0004201136963


          DENISE M BLALOCK
          103 GROUSE RD
          DOTHAN AL              36305




          TOTAL CHARGES                              11,508.83

06/07/06 A5084   266 PPO ADJUSTMENT O/P              -1,726.32
                                  .         .             .

          TOTAL PAYMENTS/ADJUSTMENTS                 -1,726.32












                                          9,782.51
06136-00462

Case 1:06-cv-00381-MHT-WC    Document 13    Filed 06/09/2006    Page 5 of 16

D1-DP8 08/30/05    1

DENISE M BLALOCK                05215-00203   F  42Y  08/24/05  08/24/05

110009 COMM GENERAL/OTHER     3206752     42002742502
600001 MEDICAID AL                       0004201136962
600004 MEDICAID AL 1500 PLAN              0004201136963
999099 SELF PAY PLAN

DENISE M BLALOCK
          103 GROUSE RD
          DOTHAN AL           36305

| Date | Code | Description | | | Amount | Total |
|---|---|---|---|---|---|---|
| 08/24/05 | 1226 | ROBINUL 0.2MG VIAL | 250 | 3 1 | 49.25 | 49.25 |
| 08/24/05 | 1613 | MARCAINE 0.5% 30ML AMP | 250 | 6 1 | 49.25 | 49.25 |
| 08/24/05 | 51006 | ANES DRUG FEE 0 | 250 | 11 1 | 242.00 | 242.00 |
| | | TOTAL PHARMACY | | | | 340.50 |
| 08/24/05 | 31170 | SOLN IV LR 1000 | 258 | 32 1 | 194.50 | 194.50 |
| 08/24/05 | 51130 | 1000 LR | 258 | 14 1 | 199.00 | 199.00 |
| | | TOTAL IV SOLUTIONS | | | | 393.50 |
| 08/24/05 | 2498 | PEPCID 20MG TABLET | 259 | 1 1 | 3.50 | 3.50 |
| 08/24/05 | 467 | REGLAN 10MG TABLET | 259 | 2 1 | 1.00 | 1.00 |
| | | TOTAL Other Pharmacy | | | | 4.50 |
| 08/24/05 | 21021 | DRESSING ADAPTIC 3 X 8 | 270 | 42 1 | 31.80 | 31.80 |
| 08/24/05 | 21512 | DRESSING BIOCLUSIVE 2 X 3 | 270 | 48 1 | 31.80 | 31.80 |
| 08/24/05 | 22360 | INTERLINK CONTINU-FLO IG DROP | 270 | 50 1 | 29.55 | 29.55 |
| 08/24/05 | 22504 | STOCKINETTE 4 X 48 DOUBLE | 270 | 35 1 | 56.60 | 56.60 |
| 08/24/05 | 22702 | PACK TOWEL SURGERY | 270 | 44 1 | 103.50 | 103.50 |
| 08/24/05 | 23265 | SUCTION LINERS CRD 3000 | 270 | 46 1 | 35.30 | 35.30 |
| 08/24/05 | 25106 | SUTURE ETHILON 4-0 1667 | 270 | 51 1 | 72.10 | 72.10 |
| 08/24/05 | 25122 | CORD BIPOLAR | 270 | 39 1 | 91.40 | 91.40 |
| 08/24/05 | 25381 | SPLINT DELTA-LITE | 270 | 37 1 | 91.40 | 91.40 |
| 08/24/05 | 25752 | BANDAGE ESMARCH STRL 4" | 270 | 31 1 | 214.65 | 214.65 |
| 08/24/05 | 26217 | PAD PREPPING | 270 | 24 1 | 34.95 | 34.95 |
| 08/24/05 | 26203 | BURR RD CUTTING HED 5.0MM | 270 | 38 1 | 109.90 | 109.90 |
| 08/24/05 | 26389 | TUBE SURGICAL CONNECT 12FT | 270 | 36 1 | 31.80 | 31.80 |
| 08/24/05 | 27623 | BANDAGE ELASTIC 4" STERILE SINGL | 270 | 43 1 | 45.70 | 45.70 |
| 08/24/05 | 27665 | SUTURE 3-0 TICRON 3226-41 | 270 | 25 1 | 133.60 | 133.60 |
| 08/24/05 | 31235 | SOLN N8 1000 IRR | 270 | 32 1 | 194.50 | 194.50 |
| 08/24/05 | 40822 | SPONGE ANTIMICROBIAL 4X4 AMD | 270 | 41 1 | 31.55 | 31.55 |
| 08/24/05 | 51111 | ENDO TUBE/COPA/LMA | 270 | 19 1 | 167.00 | 167.00 |
| 08/24/05 | 51113 | DISP CIRCUIT | 270 | 18 1 | 70.00 | 70.00 |
| 08/24/05 | 51116 | BLANKET WARMING | 270 | 17 1 | 106.00 | 106.00 |
| 08/24/05 | 51141 | NASAL CANNULA/O2 TUBING | 270 | 15 1 | 34.00 | 34.00 |
| 08/24/05 | 51144 | SKIN TEMP PROBE | 270 | 16 1 | 53.00 | 53.00 |
| | | TOTAL MED-SURG SUPPLIES | | | | 1,770.10 |

Continued

05215-00203

JUN-09-2006 FRI 10:17 AM   FLOWERS, BUS, OF.      3348167288       P. 05

Case 1:06-cv-00381-MHT-WC   Document 13   Filed 06/09/2006   Page 6 of 16

DENISE M BLALOCK              05215-00203   # 42Y 08/24/05 08/24/05

```
110009 COND GENERAL/OTHER    3206752       42082742502
400001 MEDICAID AL                         0004201136963
400004 MEDICAID AL 1500 PLAN               0004201136963
999095 SELF PAY PLAN

       DENISE M BLALOCK
       103 GROUSE RD
       DOTHAN AL              36305
```

| Date | Code | Description | | | | Amount |
|------|------|-------------|---|---|---|--------|
| 08/24/05 | 26605 | PADDING CAST WEBRIL 4" | 272 | 26 1 | 31.80 | 31.80 |
| 08/24/05 | 26605 | PADDING CAST WEBRIL 4" | 272 | 40 1 | 31.80 | 31.80 |
| 08/24/05 | 40929 | CATHETER IV PROTECTIV 18G X 1 1/ | 272 | 45 1 | 33.80 | 33.80 |
| 08/24/05 | 40778 | TOURNIQUET CUFF STERILE 24" | 272 | 50 1 | 303.00 | 303.00 |
| 08/24/05 | 40994 | PACK BASIC SET UP | 272 | 47 1 | 698.00 | 698.00 |
| | | TOTAL STERILE SUPPLY | | | | 1,098.40 |
| 08/04/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 2 1 | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | 13.50 |
| 08/03/05 | 1845 | BASIC METABOLIC PANEL | 301 | 1 1 | 37.00 | 37.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 37.00 |
| 08/03/05 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 26.00 | 26.00 |
| | | TOTAL LAB/HEMATOLOGY | | | | 26.00 |
| 08/24/05 | 12180 | OR PROC LEVEL 06 | 360 | 23 1 | 1447.00 | 1,447.00 |
| 08/24/05 | 17150 | OR 1 1/2-2 | 360 | 21 1 | 2717.00 | 2,717.00 |
| 08/24/05 | 20205 | PRE PROC CARE | 360 | 3 1 | 923.00 | 923.00 |
| | | TOTAL OR SERVICES | | | | 5,087.00 |
| 08/24/05 | 11102 | ANESTHESIA CRNA | 370 | 7 90 | 7.86 | 707.40 |
| 08/24/05 | 51166 | INHALATION ANESTHSIA (ULTANE) | 370 | 13 90 | 1.26 | 150.00 |
| 08/24/05 | 99096 | ANESTHESIA - TIMED | 370 | 12 90 | 11.31 | 1,017.90 |
| | | TOTAL ANESTHESIA | | | | 1,803.30 |
| 08/24/05 | 1314 | MORPHINE 10MG CARPUJECT | 636 | 3 1 | 56.75 | 56.75 |
| 08/24/05 | 1327 | TORADOL 30MG INJECTION | 636 | 8 1 | 49.25 | 49.25 |
| 08/24/05 | 1443 | KANTREX 500MG VIAL | 636 | 5 1 | 244.25 | 244.25 |
| 08/24/05 | 1446 | ANCEF 1GM VIAL | 636 | 7 1 | 49.25 | 49.25 |
| 08/24/05 | 1529 | REGLAN 10MG VIAL | 636 | 10 1 | 49.25 | 49.25 |
| 08/24/05 | 2276 | ANZEMET 12.5MG INJECTION | 636 | 11 1 | 190.25 | 190.25 |
| 08/24/05 | 2889 | VERSED 5MG VIAL | 636 | 4 1 | 56.75 | 56.75 |
| | | TOTAL PHARMACY SPECIFIC | | | | 695.75 |
| 08/24/05 | 20206 | 2ND STAGE RECOVERY | 710 | 4 1 | 383.00 | 383.00 |

Continued

05215-00203

DENISE M BLALOCK 05215-00203 F 42Y 08/24/05 08/24/05

110009 CONN GENERAL/OTHER 3286752 42082742502
600001 MEDICAID AL 0004201136963
600004 MEDICAID AL 1500 PLAN 0004201136963
999099 SELF PAY PLAN

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| | | | | | |
|---|---|---|---|---|---|
| 08/24/05 | 61020 REC RM 1/2 - 1 HOUR | 710 | 6 1 | 770.00 | 770.00 |
| | TOTAL RECOVERY ROOM | | | | 1,153.00 |

| | |
|---|---|
| TOTAL CHARGES | 12,452.55 |

| | | | |
|---|---|---|---|
| 12/18/05 | Z0092 | 785 COMMERCIAL INSURANCE PAYMENT | 0.00 |
| 10/28/05 | A4017 | 683 BLUE CROSS-POP CY | -10,287.65 |
| 01/06/06 | A4017 | 564 BLUE CROSS-POP CY | 10,287.65 |
| 01/20/06 | A1136 | 18 AL MEDICAID O/P PY | -11,887.10 |
| 03/30/06 | A5084 | 248 PRO/HMO ADJUSTMENT O/P | 11,887.10 |
| 03/31/06 | A1136 | 300 AL MEDICAID O/P PY | 11,887.10 |
| 03/31/06 | A5094 | 300 PRO/HMO ADJUSTMENT O/P | -11,887.10 |

| | |
|---|---|
| TOTAL PAYMENTS/ADJUSTMENTS | 0.00 |

12,452.55

05215-00203

DENISE M BLALOCK                05189-00220  F  42Y  07/18/05  07/18/05

200999 BLUE CROSS (AL) OTHER            A87420827425
200500 BLUE CROSS 150% PLAN             A87420827425
500001 MEDICAID AL                      0004201136963
500004 MEDICAID 150% PLAN               0004201136963

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL          36305

| Date | Code | Description | | | | Amount |
|---|---|---|---|---|---|---|
| 07/18/05 | 31220 | SOLN IV NS 1000 | 259 | 9 1 | 194.50 | 194.50 |
| | | TOTAL IV SOLUTIONS | | | | 194.50 |
| 07/18/05 | 1876 | DONNATAL ELIXER 5ML | 259 | 2 2 | 2.00 | 4.00 |
| 07/18/05 | 830 | MYLANTA 30ML LIQUID | 259 | 1 1 | 2.00 | 2.00 |
| 07/18/05 | 844 | XYLOCAINE VISCOUS 20ML LIQUID | 259 | 3 1 | 2.75 | 2.75 |
| | | TOTAL Other Pharmacy | | | | 8.75 |
| 07/18/05 | 20114 | PULSE OXIMETER PROBE | 270 | 13 1 | 158.50 | 158.50 |
| 07/18/05 | 21807 | INTERLINK EXT SET 6 IN CATH | 270 | 50 1 | 21.15 | 21.15 |
| 07/18/05 | 21955 | PACK IV START | 270 | 6 1 | 31.80 | 31.80 |
| 07/18/05 | 22360 | INTERLINK CONTINU-FLO 10 DROP | 270 | 5 1 | 29.55 | 29.55 |
| 07/18/05 | 96601 | CANNULA 14 FT LONG | 270 | 8 1 | 0.00 | 0.00 |
| | | TOTAL MED-SURG SUPPLIES | | | | 241.00 |
| 07/18/05 | 23060 | CATHETER IV SAFETY + 20G X 1" | 272 | 7 1 | 38.10 | 38.10 |
| | | TOTAL STERILE SUPPLY | | | | 38.10 |
| 07/18/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 3 1 | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | 13.50 |
| 07/18/05 | 1056 | COMP METABOLIC PANEL | 301 | 1 1 | 250.50 | 250.50 |
| 07/18/05 | 1400 | CK MB | 301 | 1 1 | 278.50 | 278.50 |
| 07/18/05 | 1493 | TROPONIN QUANT | 301 | 2 1 | 64.00 | 64.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 593.00 |
| 07/18/05 | 2028 | CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
| 07/18/05 | 5016 | PROTIME | 305 | 1 1 | 69.00 | 69.00 |
| 07/18/05 | 5011 | PTT | 305 | 1 1 | 91.50 | 91.50 |
| | | TOTAL LAB/HEMATOLOGY | | | | 277.50 |
| 07/18/05 | 10129 | XR CHEST 2 V | 320 | 1 1 | 269.00 | 269.00 |
| | | TOTAL DIAGNOSTIC X-RAY | | | | 269.00 |
| 07/18/05 | 20037 | IV INFUSN <1H MINS | 450 | 14 1 | 200.00 | 200.00 |
| 07/18/05 | 20139 | LEVEL II WITH PROCEDURE | 450 | 12 1 | 614.00 | 614.00 |

Continued

5189-00220

UI-ER 07/20/05    2

DENISE M BLALOCK          05199-00220   F  42Y  07/18/05  07/18/05

200999 BLUE CROSS (AL) OTHER          AEJ420827425
200200 BLUE CROSS 1500 PLAN           AEJ420827425
600001 MEDICAID AL                    0004201136963
600004 MEDICAID 1500 PLAN             0004201136963

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL        36303

            TOTAL EMERGENCY ROOM                          914.00

07/18/05  2499 PROTONIX IV 40MG INJECTION   636  4 1   307.50   307.50
            TOTAL PHARMACY SPECIFIC                          307.50

07/18/05  93000 EKG                         730  4 1   125.50   ·125.50
            TOTAL EKG/ECG GENERAL                            125.50

07/18/05  45300 ER PHYSICIAN LEVEL III      981  11 1  126.00   126.00
            TOTAL EMERGENCY ROOM PHYSICIAN                   126.00

07/18/05  11143 EKG PROF                     985  4 1   18.00    18.00
            TOTAL CARDIOLOGY PROFESSIONAL                      18.00


            TOTAL CHARGES                               3,026.35

07/18/05 P0080   824 PATIENT PAYMENT                        -3.00
08/10/05 I0110   321 SEC PAYOR ER PHYS PYMT                  0.00
08/10/05 I0082   321 COMMERCIAL INSURANCE PAYMENT            0.00
08/17/05 I0092   371 COMMERCIAL INSURANCE PAYMENT            0.00
11/23/05 I0035   384 MCAID AL CURRENT YEAR PYMT          -116.51
11/29/05 I0035   448 MCAID AL CURRENT YEAR PYMT            -9.00
12/19/05 I0110   821 SEC PAYOR ER PHYS PYMT               -41.00
11/23/05 A1135   394 AL MEDICAID O/P CT                -2,762.84
11/29/05 A1143   448 AL Medicaid Pro Fee Ca                -9.06
03/15/06 A1143   771 AL Medicaid Pro Fee CA               -84.00
03/31/06 A5070   946 SMALL BALANCE W/O                     -1.00


            TOTAL PAYMENTS/ADJUSTMENTS                  -3,026.35




                                                         0.00
05199-00220

<

D1-NHP 06/24/06    1

DENISE M BLALOCK                05172-00397   F  42Y  06/21/05  06/21/05

600001 MEDICAID AL                          0004201156963
600604 MEDICAID 1500 PLAN                   0004201156963
299001 ANTHEM BLUE CROSS BLU    083320650   ASJAN0080411
299003 BLUE CROSS OTHER 1500    083320650   ASJAN0080411

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL             36305

| Date | Code | Description | | | | |
|---|---|---|---|---|---|---|
| 06/21/05 | 1275 | % SATURATION | 300 | 3 1 | 0.00 | 0.00 |
|  |  | TOTAL LABORATORY |  |  |  | 0.00 |
| 06/21/05 | 1114 | IRON | 301 | 3 1 | 35.50 | 35.50 |
| 06/21/05 | 1361 | IRON BINDING (TIBC) | 301 | 3 1 | 31.50 | 31.50 |
| 06/21/05 | 1443 | CARBAMAZEPINE TOTAL | 301 | 1 1 | 96.50 | 96.50 |
| 06/21/05 | 1451 | VITAMIN B12 | 301 | 4 1 | 68.00 | 68.00 |
| 06/21/05 | 1452 | FOLATE (FOLIC ACID) | 301 | 4 1 | 68.00 | 68.00 |
|  |  | TOTAL LAB/CHEMISTRY |  |  |  | 299.50 |
| 06/21/05 | 2026 | RETIC COUNT AUTO | 305 | 2 1 | 31.50 | 31.50 |
|  |  | TOTAL LAB/HEMATOLOGY |  |  |  | 31.50 |

                    .              .

        TOTAL CHARGES                                       331.00

08/25/05 I0082   627 COMMERCIAL INSURANCE PAYMENT              0.00
03/08/06 I0035   442 MCAID AL CURRENT YEAR PYMT              -72.10
03/08/06 A1135   442 AL MEDICAID O/P CY                     -258.90

                                                              .
        TOTAL PAYMENTS/ADJUSTMENTS                         -331.00

◄                                                        b1-HR  05/16/05        1

DENISE M BLALOCK                        05131-00029   F  42Y  05/11/05  05/11/05

399001 ANTHEM BLUE CROSS BLU   003320650      A6JAN0080411
399003 BLUE CROSS OTHER 1500   003320650      A6JAN0080411


            DENISE M BLALOCK
            105 GROUSE RD
            DOTHAN AL              36305


| Date | Code | Description | | | | Amount |
|------|------|-------------|---|---|---|--------|
| 05/11/05 | 31223 | SOLN IV NS 100 SINGLE | 258 | 9 1 | 194.50 | 194.50 |
|          |       | TOTAL IV SOLUTIONS |    |     |        | 194.50 |
| 05/11/05 | 46315 | INFUSION THERAPY UP TO 1 HOUR | 260 | 14 1 | 171.00 | 171.00 |
|          |       | TOTAL IV THERAPY |    |     |        | 171.00 |
| 05/11/05 | 21807 | INTERLINK EXT SET 6 IN CATH | 270 | 6 1 | 21.15 | 21.15 |
| 05/11/05 | 21855 | PACK IV START | 270 | 3 1 | 31.80 | 31.80 |
| 05/11/05 | 22360 | INTERLINK CONTINU-FLO 10 DROP | 270 | 8 1 | 29.55 | 29.55 |
|          |       | TOTAL MED-SURG SUPPLIES |    |     |        | 82.50 |
| 05/11/05 | 23060 | CATHETER IV SAFETY + 20G X 1" | 272 | 7 1 | 38.10 | 38.10 |
|          |       | TOTAL STERILE SUPPLY |    |     |        | 38.10 |
| 05/11/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 10 1 | 13.50 | 13.50 |
|          |       | TOTAL LABORATORY |    |     |        | 13.50 |
| 05/11/05 | 1045 | BASIC METABOLIC PANEL | 301 | 2 1 | 200.00 | 200.00 |
|          |       | TOTAL LAB/CHEMISTRY |    |     |        | 200.00 |
| 05/11/05 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
|          |       | TOTAL LAB/HEMATOLOGY |    |     |        | 117.00 |
| 05/11/05 | 2900 | URINE PREGNANCY TEST - CHRG ONLY | 307 | 3 1 | 49.00 | 49.00 |
| 05/11/05 | 2901 | UA W O MICRO AUTO - CHRG ONLY | 307 | 4 1 | 37.00 | 37.00 |
|          |       | TOTAL LAB/UROLOGY |    |     |        | 86.00 |
| 05/11/05 | 20139 | LEVEL II WITH PROCEDURE | 450 | 12 1 | 614.00 | 614.00 |
| 05/11/05 | 20222 | IV PUSH EACH | 450 | 13 1 | 136.00 | 136.00 |
|          |       | TOTAL EMERGENCY ROOM |    |     |        | 750.00 |
| 05/11/05 | 1529 | REGLAN 10MG VIAL | 636 | 1 1 | 49.25 | 49.25 |
|          |       | TOTAL PHARMACY SPECIFIC |    |     |        | 49.25 |
| 05/11/05 | 45063 | ER PHYSICIAN LEVEL IV | 981 | 11 1 | 133.00 | 133.00 |
|          |       | TOTAL EMERGENCY ROOM PHYSICIAN |    |     |        | 133.00 |


                        Continued


05131-00029                                                       .

D1-HR  05/11/05     2

DENISE M BLALOCK                   05131-00029    F  42Y  05/11/05  05/11/05

299001 ANTHEM BLUE CROSS BLU   003320650     A&JAN0088411
299003 BLUE CROSS OTHER 1900   003320650     A&JAN0088411


        DENISE M BLALOCK
        101 GROUSE RD
        DOTHAN AL            36305



            TOTAL CHARGES                          1,834.85

05/26/05 I0082   909 COMMERCIAL INSURANCE PAYMENT     -87.20
08/01/05 I0082   119 COMMERCIAL INSURANCE PAYMENT    -884.96
08/26/05 A4018   965 BLUE CROSS-PMD                   -24.00
08/01/05 A4017   275 BLUE CROSS-POF CY               -816.89
10/27/05 A6070   648 SMALL BALANCE W/O                -21.60


            TOTAL PAYMENTS/ADJUSTMENTS           -1,834.85

D1-CR8 05/13/06      1

DENISE M BLALOCK           05118-00080   F  42Y  05/07/06  05/07/06

299001 ANTHEM BLUE CROSS BLU   003320650      ASJAN0080411
299002 BLUE CROSS OTHER 1500   003320650      ASJAN0080411

       DENISE M BLALOCK
       103 GROUSE RD
       DOTHAN AL            36305

| Date | Code | Description | Dept | Qty | Amount | Total |
|------|------|-------------|------|-----|--------|-------|
| 05/07/06 | 91006 | ANES DRUG FEE O | 250 | 5 1 | 242.00 | 242.00 |
| | | TOTAL PHARMACY | | | | 242.00 |
| 05/07/06 | 91130 | 1000 LR | 258 | 7 1 | 199.00 | 199.00 |
| 05/08/06 | 31320 | SOLN IV NS 1000 | 258 | 44 1 | 194.50 | 194.50 |
| | | TOTAL IV SOLUTIONS | | | | 393.50 |
| 05/07/06 | 102 | VALIUM 5MG TABLET | 259 | 3 2 | 2.00 | 4.00 |
| 05/07/06 | 635 | PERCOCET-5 | 259 | 2 1 | 2.00 | 2.00 |
| | | TOTAL Other Pharmacy | | | | 6.00 |
| 05/07/06 | 21021 | DRESSING ADAPTIC 3 X 8 | 270 | 10 1 | 31.80 | 31.80 |
| 05/07/06 | 22544 | STOCKINETTE 4 X 48 DOUBLE | 270 | 17 1 | 56.60 | 56.60 |
| 05/07/06 | 22702 | PACK TOWEL SURGERY | 270 | 43 1 | 103.50 | 103.50 |
| 05/07/06 | 23089 | SLING ARM MEDIUM | 270 | 12 1 | 34.80 | 34.80 |
| 05/07/06 | 23265 | SUCTION LINERS CRD 3000 | 270 | 17 1 | 35.30 | 35.30 |
| 05/07/06 | 25106 | SUTURE ETHILON 4-0 1667 | 270 | 22 1 | 72.10 | 72.10 |
| 05/07/06 | 25351 | SPLINT DELTA-LITE | 270 | 18 1 | 91.40 | 91.40 |
| 05/07/06 | 25752 | BANDAGE ESMARCH STRL 4" | 270 | 42 1 | 214.65 | 214.65 |
| 05/07/06 | 26217 | PAD PREPPING | 270 | 27 1 | 34.95 | 34.95 |
| 05/07/06 | 26708 | TUBING QUICK CONNECT | 270 | 14 1 | 825.50 | 825.50 |
| 05/07/06 | 26839 | EXTENSION SET 4620 | 270 | 23 1 | 31.80 | 31.80 |
| 05/07/06 | 26908 | MASTISOL | 270 | 29 1 | 47.10 | 47.10 |
| 05/07/06 | 27031 | SPECIMEN TRAP FILTER WHITE | 270 | 32 1 | 84.15 | 84.15 |
| 05/07/06 | 27523 | BANDAGE ELASTIC 4" STERILE SINGL | 270 | 24 1 | 45.70 | 45.70 |
| 05/07/06 | 27526 | TOURNIQUET CUFF STERILE 18" | 270 | 19 1 | 294.30 | 294.30 |
| 05/07/06 | 29628 | DIGIT TRAP | 270 | 16 1 | 457.20 | 457.20 |
| 05/07/06 | 31266 | SOLN NS 3000 IRR | 270 | 35 1 | 213.50 | 213.50 |
| 05/07/06 | 40367 | SHAVER 2.0 FULL RADIUS | 270 | 20 1 | 880.00 | 880.00 |
| 05/07/06 | 40932 | SPONGE ANTIMICROBIAL 4X4 AMD | 270 | 25 1 | 31.55 | 31.55 |
| 05/07/06 | 51110 | ANGIO CATH | 270 | 9 1 | 19.00 | 19.00 |
| 05/07/06 | 51144 | SKIN TEMP PROBE | 270 | 8 1 | 83.00 | 83.00 |
| | | TOTAL MED-SURG SUPPLIES | | | | 3,627.80 |
| 05/07/06 | 23752 | TAPE MEDI RIP 4" STERILE | 272 | 11 1 | 161.00 | 161.00 |
| 05/07/06 | 26605 | PADDING CAST WEBRIL 4" | 272 | 16 1 | 31.80 | 21.80 |

Continued

05118-00080

DENISE M BLALOCK                05118-00080    F  42Y  05/07/05  05/07/05

299601 ANTHEM BLUE CROSS BLU      003320650        ASJAN00804I1
299603 BLUE CROSS OTHER 1500      003320650        ASJAN0060411


            DENISE M BLALOCK
            103 GROUSE RD
            DOTHAN AL            36305


            .

05/07/05  40954 PACK BASIC SET UP           272  33 1    659.00       658.00
               TOTAL STERILE SUPPLY                                   650.80

05/07/05   6409 SURG PATH LEVEL 3 - CHRG ONLY  310  10 1    198.80       198.80
               TOTAL PATHOLOGY LAB                                    196.80
  .       .      .                                                       .
05/07/05  12390 OR PROC LEVEL 10             360  26 1   3127.00     3,127.00
05/07/05  17140 OR 1-1 1/2                   360  36 1   2202.00     2,202.00
05/07/05  20205 PRE PROC CARE               360   2 1    923.00       923.00
               TOTAL OR SERVICES                                    6,252.00

05/07/05  11102 ANESTHESIA CRNA             370   6 93     7.86       735.98
05/07/05  85099 ANESTHESIA - TIMED          370   6 93    11.31     1,051.83
               TOTAL ANESTHESIA                                     1,792.81

05/07/05   1328 MORPHINE 10MG CARPUJECT     636   5 1     56.75        56.75
05/07/05   1446 ANCEF 1GM VIAL              636   4 1     49.25        49.25
05/07/05   1583 ZOFRAN 4MG VIAL             636   1 1    274.00       274.00
               TOTAL PHARMACY SPECIFIC                                380.00

05/07/05  20206 2ND STAGE RECOVERY          710   1 1    383.00       383.00
05/07/05  61040 REC RM 1 - 1 1/2 HOUR       710   4 1   1278.00     1,278.00
               TOTAL RECOVERY ROOM                                  1,661.00


            TOTAL CHARGES                                          15,434.41

07/22/05 I0082  944 COMMERCIAL INSURANCE PAYMENT                    -7,827.59
07/22/05 A4017   49 BLUE CROSS-POP CY                               -7,408.52


            TOTAL PAYMENTS/ADJUSTMENTS                             -15,236.11




                                                                    198.30
05118-00080

            .

D1-OPT 04/06/05     1

DENISE M BLALOCK          05089-00486   P  42Y  04/01/05  04/01/05

299001 ANTHEM BLUE CROSS BLU   003320650   A&JAN0080411
299003 BLUE CROSS OTHER 1300   003320650   A&JAN0080411


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL          36305


04/01/05  50027 NM BONE LIMITED           341  1 1    483.00      483.00
              TOTAL NUCLEAR MEDICINE/DX                           483.00

04/01/05  98507 MEDRONATE (MDP) TO 30 MCI  636  1 1    62.00       62.00
              TOTAL PHARMACY SPECIFIC                              62.00


        TOTAL CHARGES                                            545.00


        TOTAL PAYMENTS/ADJUSTMENTS                                 0.00


545.00
05089-00486

D1-ER  02/17/06     1

DENISE M BLALOCK            05044-00007   F  42Y  02/13/05  02/13/05

200369 BLUE CROSS (AL) OTHER    003526680     ABJAN0080411
200506 BLUE CROSS 1800 PLAN     003320650     ABJAN0080411

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL        36305

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/13/05 | 45315 | INFUSION THERAPY UP TO 1 HOUR | 260 | 6 1 | 171.00 | 171.00 |
| 02/13/05 | 45318 | O/P INFUSION THP ECH ADD HR | 260 | 7 1 | 50.00 | 50.00 |
| | | TOTAL IV THERAPY | | | | 221.00 |
| 02/13/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 350 | 2 1 | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | 13.50 |
| 02/13/05 | 1007 | AMYLASE BLD | 301 | 1 1 | 104.50 | 104.50 |
| 02/13/05 | 1066 | COMP METABOLIC PANEL | 301 | 1 1 | 250.50 | 250.50 |
| 02/13/05 | 1143 | LIPASE | 301 | 1 1 | 97.00 | 97.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 452.00 |
| 02/13/05 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
| | | TOTAL LAB/HEMATOLOGY | | | | 117.00 |
| 02/13/05 | 20139 | LEVEL II WITH PROCEDURE | 450 | 4 1 | 614.00 | 614.00 |
| 02/13/05 | 20222 | IV PUSH EACH | 450 | 5 2 | 136.00 | 272.00 |
| | | TOTAL EMERGENCY ROOM | | | | 886.00 |
| 02/13/05 | 1529 | REGLAN 10MG VIAL | 636 | 1 1 | 49.25 | 49.25 |
| 02/13/05 | 2498 | PROTONIX IV 40MG INJECTION | 636 | 2 1 | 307.50 | 307.50 |
| | | TOTAL PHARMACY SPECIFIC | | | | 356.75 |
| 02/13/05 | 45063 | ER PHYSICIAN LEVEL IV | 981 | 3 1 | 133.00 | 133.00 |
| | | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 133.00 |

        TOTAL CHARGES                              2,179.25

| | | | |
|---|---|---|---|
| 03/02/05 | 10082 | 409 COMMERCIAL INSURANCE PAYMENT | -87.30 |
| 03/02/05 | 10082 | 409 COMMERCIAL INSURANCE PAYMENT | -951.24 |
| 03/02/05 | A4018 | 448 BLUE CROSS-PMD | -24.00 |
| 03/02/05 | A4017 | 448 BLUE CROSS-POP CY | -982.70 |

                    Continued

5044-00007