D1-EN 02/17/05 2

DENISE M BLALOCK 05044-00007 F 42Y 02/13/05 02/13/05

200999 BLUE CROSS (AL) OTHER 003320650 ASJAN0080411
200500 BLUE CROSS 1500 PLAN 003320650 ASJAN0080411

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

TOTAL PAYMENTS/ADJUSTMENTS -1,944.64

234.61

(5044-00007

D1-ER 01/21/05 1

ENISE M BLALOCK 05017-00586 F 427 01/17/05 01/17/05

00949 BLUE CROSS (AL) OTHER 003320650 ASJAN0080411
00300 BLUE CROSS 1500 PLAN 003320650 ASJAN0080411

DENISE M BLALOCK
103 GROUSE RD
DOTHAM AL 36305

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/17/05 | 10137 ER SINUSES 3 + V | 320 | 1 1 | 331.50 | 331.50 |
| | TOTAL DIAGNOSTIC X-RAY | | | | 331.50 |
| 01/17/05 | 20139 LEVEL II WITH PROCEDURE | 450 | 3 1 | 614.00 | 614.00 |
| | TOTAL EMERGENCY ROOM | | | | 614.00 |
| 01/17/05 | 45300 ER PHYSICIAN LEVEL III | 981 | 2 1 | 126.00 | 126.00 |
| | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 126.00 |
| | TOTAL CHARGES | | | | 1,071.50 |

| | | |
|---|---|---|
| 02/02/05 I0082 | 937 COMMERCIAL INSURANCE PAYMENT | -208.52 |
| 02/02/05 I0082 | 937 COMMERCIAL INSURANCE PAYMENT | -56.00 |
| 02/03/05 A4018 | 763 BLUE CROSS-PMD | -56.00 |
| 02/24/05 A4017 | 311 BLUE CROSS-POP CT | -453.84 |
| | TOTAL PAYMENTS/ADJUSTMENTS | -774.36 |

297.14

05017-00586

DENISE M BLALOCK 04179-00040 F 42Y 06/27/04 06/29/04

599001 BLUE CROSS OTHER 003320650 ASG420827425
599001 BLUE CROSS OTHER 1600 003320650 ASG420827425

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| Date | Code | Description | Rev | | | Unit | Amount |
|---|---|---|---|---|---|---|---|
| 06/28/04 | 05064 | ROOM 250 T | 110 | 34 | 1 | 838.00 | 838.00 |
| | | TOTAL PRIVATE | | | | | 838.00 |
| 06/27/04 | 05400 | ROOM CCU V | 210 | 13 | 1 | 1611.00 | 1,611.00 |
| | | TOTAL CORONARY CARE | | | | | 1,611.00 |
| 06/27/04 | 1568 | TRIDIL 50MG VIAL | 250 | 2 | 1 | 102.50 | 102.50 |
| 06/27/04 | 2758 | SODIUM CHLORIDE 0.9% FLUSH | 250 | 17 | 4 | 0.00 | 0.00 |
| 06/28/04 | 2758 | SODIUM CHLORIDE 0.9% FLUSH | 250 | 17 | 4 | 0.00 | 0.00 |
| 06/29/04 | 2758 | SODIUM CHLORIDE 0.9% FLUSH | 250 | 17 | 4 | 0.00 | 0.00 |
| | | TOTAL PHARMACY | | | | | 102.50 |
| 06/28/04 | 75532 | CONTRAST 51-100 CC'S | 255 | 18 | 1 | 577.50 | 577.50 |
| | | TOTAL DRUGS/INCIDENT RAD | | | | | 577.50 |
| 06/28/04 | 31105 | SOLN IV D5 1/2S 500 | 258 | 27 | 1 | 173.00 | 173.00 |
| | | TOTAL IV SOLUTIONS | | | | | 173.00 |
| 06/27/04 | 125 | ASA GR5 TAB | 259 | 1 | 1 | 1.00 | 1.00 |
| 06/27/04 | 125 | ASA GR5 TAB | 259 | 4 | 1 | 1.00 | 1.00 |
| 06/27/04 | 2454 | COREG 12.5MG TABLET | 259 | 9 | 4 | 3.75 | 15.00 |
| 06/27/04 | 2498 | PEPCID 20MG TABLET | 259 | 6 | 2 | 4.25 | 8.50 |
| 06/27/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | 3 | 1.50 | 4.50 |
| 06/27/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 2 | 1.50 | 3.00 |
| 06/27/04 | 518 | ECOTRIN TAB GR5 | 259 | 14 | 1 | 1.00 | 1.00 |
| 06/27/04 | 524 | PROCARDIA XL 30MG TABLET | 259 | 10 | 2 | 3.50 | 7.00 |
| 06/27/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | 4 | 2.50 | 10.00 |
| 06/27/04 | 545 | PREMARIN 0.625MG TABLET | 259 | 5 | 4 | 2.25 | 9.00 |
| 06/27/04 | 622 | HYDROCHLOROTHIAZIDE 25MG TAB | 259 | 8 | 2 | 1.00 | 2.00 |
| 06/27/04 | 733 | NAPROSYN 250MG TABLET | 259 | 7 | 4 | 1.75 | 7.00 |
| 06/27/04 | 876 | NITROSTAT 0.4MG SL TABLET | 259 | 15 | 1 | 9.50 | 9.50 |
| 06/28/04 | 117 | TYLENOL TABLET | 259 | 26 | 6 | 1.00 | 6.00 |
| 06/28/04 | 234 | CATAPRES 0.1MG TAB | 259 | 29 | 2 | 1.00 | 2.00 |
| 06/28/04 | 2454 | COREG 12.5MG TABLET | 259 | 9 | 4 | 3.75 | 15.00 |
| 06/28/04 | 2498 | PEPCID 20MG TABLET | 259 | 6 | 2 | 4.25 | 8.50 |
| 06/28/04 | 2505 | NEXIUM 40MG CAPSULE | 259 | 28 | 1 | 9.75 | 9.75 |

Continued

DENISE M BLALOCK 04179-00040 F 42Y 06/27/04 06/29/04

199001 BLUE CROSS OTHER 003320650 ASJ420827428
299003 BLUE CROSS OTHER 1500 003320650 ASJ420827428

DENISE M BLALOCK
102 GROUSE RD
DOTHAN AL 36305

| Date | Code | Description | Rev | | Qty | Unit | Amount |
|---|---|---|---|---|---|---|---|
| 06/28/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 3 | 1.50 | 4.50 |
| 06/28/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 2 | 1.50 | 3.00 |
| 06/28/04 | 518 | ECOTRIN TAB GRS | 259 | 14 | 1 | 1.00 | 1.00 |
| 06/28/04 | 524 | PROCARDIA XL 30MG TABLET | 259 | 10 | 1 | 3.50 | 3.50 |
| 06/28/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | 2 | 2.50 | 5.00 |
| 06/28/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | 2 | 2.50 | 5.00 |
| 06/28/04 | 545 | PREMARIN 0.625MG TABLET | 259 | 9 | 2 | 2.25 | 4.50 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | 2 | 1.00 | 2.00 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | 4 | 1.00 | 4.00 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 20 | 1 | 1.00 | 1.00 |
| 06/28/04 | 622 | HYDROCHLOROTHIAZIDE 25MG TAB | 259 | 8 | 1 | 1.00 | 1.00 |
| 06/28/04 | 733 | NAPROSYN 250MG TABLET | 259 | 7 | 4 | 1.75 | 7.00 |
| 06/28/04 | 867 | PHENERGAN 25MG SUPPOSITORY | 259 | 19 | 2 | 10.25 | 20.50 |
| 06/29/04 | 117 | TYLENOL TABLET | 259 | 26 | -6 | 1.00 | -6.00 |
| 06/29/04 | 218 | CAPOTEN 50MG TAB | 259 | 32 | 1 | 5.00 | 5.00 |
| 06/29/04 | 234 | CATAPRES 0.1MG TAB | 259 | 29 | -2 | 1.00 | -2.00 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | 3 | 1.50 | 4.50 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 2 | 1.50 | 3.00 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | -5 | 1.50 | -7.50 |
| 06/29/04 | 385 | DARVOCET N 100 TAB | 259 | 27 | 1 | 2.00 | 2.00 |
| 06/29/04 | 385 | DARVOCET N 100 TAB | 259 | 27 | 1 | 2.00 | 2.00 |
| 06/29/04 | 524 | PROCARDIA XL 30MG TABLET | 259 | 10 | -1 | 3.50 | -3.50 |
| 06/29/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | -4 | 2.50 | -10.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | -3 | 1.00 | -3.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 20 | -1 | 1.00 | -1.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | -3 | 1.00 | -3.00 |
| 06/29/04 | 622 | HYDROCHLOROTHIAZIDE 25MG TAB | 259 | 8 | -1 | 1.00 | -1.00 |
| 06/29/04 | 733 | NAPROSYN 250MG TABLET | 259 | 7 | -2 | 1.75 | -3.50 |
| 06/29/04 | 867 | PHENERGAN 25MG SUPPOSITORY | 259 | 19 | -2 | 10.25 | -20.50 |
| 06/29/04 | 876 | NITROSTAT 0.4MG SL TABLET | 259 | 15 | -1 | 9.50 | -9.50 |
| | | TOTAL Other Pharmacy | | | | | 127.75 |
| 06/27/04 | 45315 | INFUSION THERAPY PER VISIT | 260 | 33 | 1 | 160.00 | 160.00 |
| | | TOTAL IV THERAPY | | | | | 160.00 |
| 06/27/04 | 30114 | PULSE OXIMETER PROBE | 270 | 31 | 1 | 141.00 | 141.00 |

Continued

DENISE M BLALOCK 04179-00040 F 42Y 06/27/04 06/29/04

299001 BLUE CROSS OTHER 003320650 ASJ420827425
299003 BLUE CROSS OTHER 1500 003320650 ASJ420827425

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| Date | Code | Description | Rev | Day | Qty | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 06/27/04 | 45086 | ER OXYGEN | 270 | 32 | 1 | 42.50 | 42.50 |
| 06/27/04 | 96502 | O2 6 - 12 HRS | 270 | 14 | 1 | 114.00 | 114.00 |
| 06/28/04 | 22700 | POUCH TELEMETRY W/TIES | 270 | 28 | 1 | 27.15 | 27.15 |
| 06/28/04 | 96502 | O2 6 - 12 HRS | 270 | 25 | 1 | 114.00 | 114.00 |
| | | TOTAL MED-SURG SUPPLIES | | | | | 418.65 |
| 06/27/04 | 1007 | AMYLASE BLD | 301 | 1 | 1 | 93.00 | 93.00 |
| 06/27/04 | 1056 | COMP METABOLIC PANEL | 301 | 1 | 1 | 221.00 | 221.00 |
| 06/27/04 | 1408 | CK MB | 301 | 1 | 1 | 248.00 | 248.00 |
| 06/27/04 | 1493 | TROPONIN QUANT | 301 | 1 | 1 | 57.00 | 57.00 |
| 06/28/04 | 1310 | TSH | 301 | 5 | 1 | 179.50 | 179.50 |
| 06/28/04 | 1493 | TROPONIN QUANT | 301 | 4 | 1 | 57.00 | 57.00 |
| 06/28/04 | 1710 | LIPID PANEL | 301 | 5 | 1 | 285.50 | 286.50 |
| 06/29/04 | 1045 | BASIC METABOLIC PANEL | 301 | 23 | 1 | 178.00 | 178.00 |
| | | TOTAL LAB/CHEMISTRY | | | | | 1,322.00 |
| 06/27/04 | 3037 | ABO TYPE | 302 | 2 | 1 | 36.00 | 36.00 |
| 06/27/04 | 3044 | ANTIBODY SCREEN EA | 302 | 2 | 1 | 36.00 | 36.00 |
| 06/27/04 | 3045 | RH TYPE | 302 | 2 | 1 | 36.00 | 36.00 |
| | | TOTAL LAB/IMMUNOLOGY | | | | | 108.00 |
| 06/27/04 | 2025 | CBC W/AUTO DIFF | 305 | 1 | 1 | 104.50 | 104.50 |
| 06/27/04 | 5010 | PROTIME | 305 | 1 | 1 | 61.50 | 61.50 |
| 06/27/04 | 5011 | PTT | 305 | 1 | 1 | 81.50 | 81.50 |
| | | TOTAL LAB/HEMATOLOGY | | | | | 247.50 |
| 06/27/04 | 10120 | CHEST 2 VIEWS | 320 | 1 | 1 | 239.50 | 239.50 |
| | | TOTAL DIAGNOSTIC X-RAY | | | | | 239.50 |
| 06/29/04 | 50051 | NM RENAL INTERVENTION MULTI 7870 | 340 | 22 | 1 | 1936.50 | 1,936.50 |
| | | TOTAL NUCLEAR MEDICINE | | | | | 1,936.50 |
| 06/27/04 | 30140 | LEVEL III WITH PROCEDURES | 450 | 30 | 1 | 722.00 | 722.00 |
| | | TOTAL EMERGENCY ROOM | | | | | 722.00 |
| 06/27/04 | 96808 | PULSE OXIMETRY | 460 | 15 | 1 | 10.00 | 10.00 |

Continued

4179-00040

DENISE M BLALOCK 04179-00040 F 42Y 06/27/04 06/29/04

299001 BLUE CROSS OTHER 003320650 ASJ420827425
299003 BLUE CROSS OTHER 1580 003320650 ASJ420827425

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| Date | Code | Description | Rev | | Qty | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| | | TOTAL PULMONARY FUNCTION | | | | | 10.00 |
| 06/28/04 | 93510 | LEFT HEART CATH | 481 | 19 | 1 | 7037.00 | 7,037.00 |
| 06/28/04 | 93543 | VENTRICULOGRAM | 481 | 19 | 1 | 440.00 | 440.00 |
| 06/28/04 | 93545 | CORONARY ANGIOGRAPHY | 481 | 19 | 1 | 528.00 | 528.00 |
| 06/28/04 | 93555 | S & I VENTRICULOGRAM | 481 | 19 | 1 | 352.50 | 352.50 |
| 06/28/04 | 93556 | S & I ALL OTHER | 481 | 19 | 1 | 352.50 | 352.50 |
| | | TOTAL CARDIAC CATH LAB | | | | | 8,710.00 |
| 06/27/04 | 1529 | REGLAN 10MG VIAL | 636 | 3 | 1 | 43.75 | 43.75 |
| 06/28/04 | 1370 | APRESOLINE 20MG VIAL | 636 | 30 | 2 | 88.75 | 177.50 |
| 06/28/04 | 1376 | BENADRYL 50MG SYRINGE | 636 | 21 | 1 | 43.75 | 43.75 |
| 06/28/04 | 1434 | HEPARIN 5000U VIAL | 636 | 23 | 2 | 43.75 | 87.50 |
| 06/28/04 | 1476 | VERSED 2MG/2ML SDV | 636 | 25 | 1 | 50.50 | 50.50 |
| 06/28/04 | 1529 | REGLAN 10MG VIAL | 636 | 34 | 1 | 43.75 | 43.75 |
| 06/28/04 | 1644 | POLOCAINE 2% 50ML MDV | 636 | 32 | 1 | 106.00 | 106.00 |
| 06/29/04 | 1317 | MORPHINE 8MG CARPUJECT | 636 | 16 | 1 | 50.50 | 50.50 |
| 06/29/04 | 1370 | APRESOLINE 20MG VIAL | 636 | 30 | -2 | 88.75 | -177.50 |
| 06/29/04 | 90511 | NM MAG/MCI Q3005 | 636 | 22 | 6 | 40.00 | 240.00 |
| | | TOTAL PHARMACY SPECIFIC | | | | | 665.75 |
| 06/27/04 | 93000 | EKG | 730 | 16 | 1 | 112.00 | 112.00 |
| 06/28/04 | 93000 | EKG | 730 | 26 | 1 | 112.00 | 112.00 |
| | | TOTAL EKG/ECG GENERAL | | | | | 224.00 |
| 06/27/04 | 45063 | ER PHYSICIAN LEVEL IV | 981 | 29 | 1 | 133.00 | 133.00 |
| | | TOTAL EMERGENCY ROOM PHYSICIAN | | | | | 133.00 |
| 06/27/04 | 11143 | EKG PROF | 985 | 16 | 1 | 18.00 | 18.00 |
| 06/28/04 | 11143 | EKG PROF | 985 | 26 | 1 | 18.00 | 18.00 |
| | | TOTAL CARDIOLOGY PROFESSIONAL | | | | | 36.00 |

TOTAL CHARGES 18,382.65

07/28/04 I0082 995 COMMERCIAL INSURANCE PAYMENT -2,120.00

Continued

4179-00040

D1-I/P 07/03/04 5

DENISE M BLALOCK 04179-00040 F 42Y 06/27/04 06/29/04

399001 BLUE CROSS OTHER 003320650 ASJ420827425
399003 BLUE CROSS OTHER 1500 003320650 ASJ420827426

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| | | | |
|---|---|---|---|
| 09/02/04 | I0082 | 502 COMMERCIAL INSURANCE PAYMENT | -109.00 |
| 09/02/04 | I0082 | 502 COMMERCIAL INSURANCE PAYMENT | -28.00 |
| 07/04/04 | A4000 | 755 BXAL IP CY | -15,463.65 |
| 09/02/04 | A4016 | 265 BLUE CROSS-PMD | +34.00 |
| 09/02/04 | A4010 | 265 BLUE CROSS-PMD | -10.00 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | -17,752.65 |

630.00

04179-00040

JUN-09-2006 FRI 10:21 AM FLOWERS, BUS, OF. 3346157288 P. 23

DI-SR 06/10/04 1

DENISE M BLALOCK 04158-00038 F 42Y 06/06/04 06/06/04

299001 BLUE CROSS OTHER 003320650 ASJ420827425
299003 BLUE CROSS OTHER 1500 003320650 ASJ420827425
199043 SONICS 420113686

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/06/04 | 10075 | XR ANKLE MIN 3 VIEWS | 320 | 1 1 | 241.50 | 241.50 |
| 06/06/04 | 10076 | TIBIA/FIBULA | 320 | 1 1 | 200.00 | 200.00 |
| | | TOTAL DIAGNOSTIC X-RAY | | | | 441.50 |
| 06/06/04 | 20138 | LEVEL I WITH PROCEDURELS | 450 | 3 1 | 368.00 | 368.00 |
| | | TOTAL EMERGENCY ROOM | | | | 368.00 |
| 06/06/04 | 45320 | ER PHYSICIAN LEVEL II | 981 | 2 1 | 113.00 | 113.00 |
| | | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 113.00 |

TOTAL CHARGES 922.50

| | | |
|---|---|---|
| 11/18/04 I0082 | 726 COMMERCIAL INSURANCE PAYMENT | -370.23 |
| 11/18/04 A4817 | 32 BLUE CROSS-POF CY | -364.27 |

TOTAL PAYMENTS/ADJUSTMENTS -734.50

188.00

04158-00038

D1-ER 06/03/04 1

DENISE M BLALOCK 04150-00150 F 49Y 05/29/04 05/30/04

600001 MEDICAID AL 0004201136963
600004 MEDICAID 1500 PLAN 0004201136963

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/29/04 30101 | ER FACILITY - LEVEL 2 | 450 | 2 1 | 368.00 | 368.00 |
| | TOTAL EMERGENCY ROOM | | | | 368.00 |
| 05/29/04 45320 | ER PHYSICIAN LEVEL II | 981 | 1 1 | 113.00 | 113.00 |
| | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 113.00 |
| | TOTAL CHARGES | | | | 481.00 |

| | | |
|---|---|---|
| 06/14/04 P0080 | 190 PATIENT PAYMENT | -3.00 |
| 06/22/04 I0035 | 327 MCAID AL CURRENT YEAR PYMT | -35.36 |
| 07/20/04 I0038 | 737 MCAID AL CURRENT YEAR PYMT | -20.00 |
| 06/22/04 A1135 | 327 AL MEDICAID O/P CY | -329.64 |
| 07/20/04 A1143 | 737 AL Medicaid Pro Fee CA | -92.00 |
| 07/30/04 A5070 | 482 SMALL BALANCE W/O | -1.00 |
| | TOTAL PAYMENTS/ADJUSTMENTS | -481.00 |

0.00

04150-00150

D1-ER 03/07/04 1

DENISE M BLALOCK 04062-08617 F 42Y 03/02/04 03/02/04

600001 MEDICAID AL 0004201136963
600004 MEDICAID 1500 PLAN 0004201136963

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL 36305

| Date | Code | Description | Rev | Qty | Unit | Amount |
|---|---|---|---|---|---|---|
| 03/02/04 | 10087 | XR HAND MIN 3 VIEWS | 320 | 1 1 | 236.50 | 236.50 |
| 03/02/04 | 10088 | XR WRIST MIN 3 VIEWS | 320 | 1 1 | 280.50 | 280.50 |
| 03/02/04 | 10256 | XR KNEE W/SUNRISE BILAT 73564 | 320 | 1 1 | 587.00 | 587.00 |
| | | TOTAL DIAGNOSTIC X-RAY | | | | 1,104.00 |
| 03/02/04 | 20126 | INTRAMUSCULAR INJECTION | 450 | 4 2 | 121.00 | 242.00 |
| 03/02/04 | 20139 | LEVEL II WITH PROCEDURE | 450 | 3 1 | 546.50 | 546.50 |
| | | TOTAL EMERGENCY ROOM | | | | 788.50 |
| 03/02/04 | 1336 | TORADOL 60MG (IM) | 636 | 1 1 | 60.50 | 60.50 |
| 03/02/04 | 1321 | NORFLEX 60MG AMP | 636 | 2 1 | 168.75 | 168.75 |
| | | TOTAL PHARMACY SPECIFIC | | | | 229.25 |
| 03/02/04 | 45300 | ER PHYSICIAN LEVEL III | 981 | 2 1 | 126.00 | 126.00 |
| | | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 126.00 |
| | | TOTAL CHARGES | | | | 2,247.75 |

| Date | Code | Description | Amount |
|---|---|---|---|
| 04/22/04 | I0036 | 339 MCAID AL CURRENT YEAR PYMT | -41.00 |
| 05/12/04 | I0036 | 676 MCAID AL CURRENT YEAR PYMT | -94.56 |
| 04/22/04 | A1143 | 339 AL Medicaid Pro Fee CA | -84.00 |
| 05/12/04 | A1135 | 676 AL MEDICAID O/P CY | -2,024.19 |
| 05/17/04 | A5070 | 687 SMALL BALANCE W/O | -4.00 |
| | | TOTAL PAYMENTS/ADJUSTMENTS | -2,247.75 |

0.00

04062-08617