# S.B.J.S. PC
## DBA SOUTHERN BONE & JOINT SPECIALISTS



THE PRACTICE OF ORTHOPAEDICS

MAILING ADDRESS
POST OFFICE BOX 729
DOTHAN, ALABAMA 36302-0729
(334) 793-2663
1-800-460-2663
FAX (334) 836-2248
www.southernbone.com

J. PAUL MADDOX, M.D.
J. BRET SIMPSON, M.D.
R. BRUCE HALL, M.D.
D. KEITH GRANGER, M.D.
HENRY H. BARNARD II, M.D.
CHRISTOPHER E. ROBINSON, M.D.
JAMES P. DEHAVEN, M.D.
R. DEAN LOLLEY, M.D.
DAVID W. ALFORD, M.D.
O.H. (SKIP) CHITWOOD III, M.D.
FLEMING G. BROOKS, M.D.
PATRICK W. LETT, M.D.
TIMOTHY M. HALEY, M.D.
JUDSON B. MOORE, M.D.
WILLIAM B. HANSON, M.D.
JOHN H. HALEY, JR., M.D.

BONNIE J. DUNGAN, M.D.
PHYSICAL MEDICINE AND REHABILITATION
MARK E. CHOUETTE, SR, M.D., F.A.C.P.
BENJAMIN J. WERNER, D.P.M.
PODIATRIC SURGERY & MEDICINE

MILTON H. WOOD, C.E.O./ADMIN.

EAST LOCATION:
1500 ROSS CLARK CIRCLE

WEST LOCATION:
FLOWERS HOSPITAL
4300 WEST MAIN STREET, SUITE 4

ENTERPRISE LOCATION:
404 NORTH MAIN STREET
(334) 308-9777



EXHIBIT
E

## FACSIMILE TRANSMITTAL SHEET

TO: Archie Grubb
COMPANY:
FAX #: (706) 653-9422
PHONE #:
REF: Denise Blalock

From: Shea
Date: 6/9/06
Total # of Pages (including Cover): 20

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

Comments:

### IMPORTANT WARNING

This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

Southern Bone & Joint Specialists,
P.O. Box 729
Dothan, Alabama 36302-0729

DENISE M BLALOCK   (163852)
123 GROUSE RD
DOTHAN AL 36305
334-678-8159

```
        2C1.1*163852 DENISE M BLALOCK              *Closed*
18  05/26/04 99214    ESTAB OFFICE O 18.2   71514    82.00 052604RCC 2C1.1
28  05/26/04 1.4      COPAY CASH     18.2            -1.00 052604RCC 2C1.3*1
28  06/16/04 2.1      ALACAID PAYMEN 18.2           -60.00 061604ALC 1597141
29  06/16/04 39       ALACAID NON-AL 18.2           -21.00 061604ALC 1597141
```
( Doctor Account )

```
### Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
                     Balance:                       0.00

Primary: -60.00  Secondary: 0.00   Personal: -1.00  Adjustments: -21.00
     05/28/04 insur   ECS-MEDI                                    486215

        2C1.2*163852 DENISE M BLALOCK              *Closed*
19  05/26/04 73130    X-RAY,HAND;MIN 18.2   71514    83.00 052604RCC 2C1.2
30  06/16/04 2.1      ALACAID PAYMEN 18.2           -19.00 061604ALC 1597141
31  06/16/04 39       ALACAID NON-AL 18.2           -64.00 061604ALC 1597141
                     Balance:                       0.00

Primary: -19.00  Secondary: 0.00   Personal: 0.00   Adjustments: -64.00
     05/28/04 insur   ECS-MEDI                                    486215

        2C2.1*163852 DENISE M BLALOCK              *Closed*
21  05/26/04 L3800    ID2301 THUMB S 18.2   71514    25.00 052604RCC 2C2.1
25  06/07/04 39       ALACAID NON-AL 18.2           -25.00 060704MMR 1591438
                     Balance:                       0.00

Primary: 0.00  Secondary: 0.00   Personal: 0.00   Adjustments: -25.00
     05/28/04 insur   ECS-MEDI                                    486216

        3C1.1*163852 DENISE M BLALOCK              *Closed*
26  06/07/04 99212    ESTAB OFFICE O 23.3   92421    54.00 060704CCR 3C1.1
73  03/21/05 2.50     BCBS PMT RELEA 23.3           -20.00 032105MIS 1808308
74  03/21/05 1.4      $15.00 COPAY C 23.3             0.00 032105MIS 1808308
75  03/21/05 38       BC/BS ALA PMD  23.3           -19.00 032105MIS 1808308
89  08/06/04 1.6      FRM 36 TRANSFE 23.3           -15.00 033105ADJ 1808545
                     Balance:                       0.00

Primary: -20.00  Secondary: 0.00   Personal: -15.00  Adjustments: -19.00
     06/09/04 insur   ECS-MEDI                                    489602
     02/23/05 insur   BCBSOFAL                                    489602

        4C1.1*163852 DENISE M BLALOCK              *Closed*
36  08/06/04 99213-25 ESTAB OFFICE O F18.3  71514    63.00 080604FTS 4C1.1
39  08/06/04 1.1      COPAY CHECK    F18.3          -30.00 080604FTS 4C1.4*1
44  09/09/04 2.50     BCBS PMT RELEA F18.3          -47.00 090904MIS 1661182
45  09/09/04 38       BC/BS ALA PMD  F18.3          -16.00 090904MIS 1661182
52  08/06/04 89       TO 37 DEBIT    F18.3           15.00 101504NEW 1689702
88  08/06/04 89       TO 26 DEBIT    F18.3           15.00 033105ADJ 1808545
                     Balance:                       0.00

Primary: -47.00  Secondary: 0.00   Personal: -30.00  Adjustments: 14.00
     09/10/04 insur   BCBSOFAL                                    506799

        4C1.2*163852 DENISE M BLALOCK              *Closed*
37  08/06/04 20600    ARTHROCENTESIS F18.3  71514    72.00 080604FTS 4C1.2
42  09/09/04 2.50     $15.00 BC COPA F18.3          -23.00 090904MIS 1661182
43  09/09/04 38       BC/BS ALA PMD  F18.3          -34.00 090904MIS 1661182
53  08/06/04 1.6      FRM 36 TRANSFE F18.3          -15.00 101504NEW 1689702
                     Balance:                       0.00

Primary: -23.00  Secondary: 0.00   Personal: -15.00  Adjustments: -34.00
     09/10/04 insur   BCBSOFAL                                    506799

        4C1.3*163852 DENISE M BLALOCK              *Closed*
38  08/06/04 J0702    CELESTONE INJ( F18.3  71514    18.00 080604FTS 4C1.3
```

```
###  Date.... Code..... Description... DrFcI.. Dx..... Original Batch..... Ref....
46   03/09/04 2.50   BCBS PMT RELEA  F18.3            -5.24 030904MIS  1661182
47   03/09/04 38     BC/BS ALA PMD   F18.3           -12.76 030904MIS  1661182
                    Balance:                          0.00

Primary: -5.24   Secondary: 0.00   Personal: 0.00   Adjustments: -12.76
     08/10/04 insur    ECBSOFAL                                        506799
------------------------------------------------------------------------
     203.1*163862 DENISE M BLALOCK           *Closed*
49   10/06/04 99203  OFFICE DR OTHE  F41.3   71514   101.00 CS100604F  203.1
50   10/06/04 1.1    1405 COPAY CHE F41.3           -20.00 CS100604F  203.2*1
70   02/26/05 2.50   BCBS PMT RELEA  F41.3           -59.00 022605MIS  1783745
71   02/26/05 1.4    $15.00 COPAY C F41.3             0.00 022605MIS  1783745
72   02/26/05 38     BC/BS ALA PMD   F41.3           -27.00 022605MIS  1783745
90   10/05/04 89     TO 64 DEBIT     F41.3             5.00 033105ADJ  1808546
                    Balance:                          0.00

Primary: -59.00  Secondary: 0.00   Personal: -20.00  Adjustments: -22.00
     10/06/04 insur.   ECS-MEDI                                        524587
     02/12/05 insur    ECS-BCBS                                        524587
     02/15/05 insur    ECS-BCBS                                        524587
------------------------------------------------------------------------
     1741137.1*163862 DENISE M BLALOCK       *Closed*
56   12/27/04 LTR20  RECOVERY SPECI  E0.3             0.00 RSIC       1741137
                    Balance:                          0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
------------------------------------------------------------------------
     402.1*163862 DENISE M BLALOCK           *Closed*
62   02/23/05 99212-25 ESTAB OFFICE U F41.3  71514   54.00 CS022305D  402.1
63   02/23/05 1.1    1584 COPAY CHE F41.3           -46.00 CS022305D  402.2*1
76   03/25/05 2.50   BCBS PMT RELEA  F41.3           -28.00 032505MIS  1803795
77   03/25/05 38     BC/BS ALA PMD   F41.3           -19.00 032505MIS  1803795
92   02/23/05 89     TO 64-67 DEBIT  F41.3            17.28 033105ADJ  1808548
97   04/09/05 89     DEBIT PMT       F41.3            21.72 040905ADJ  1814201
                    Balance:                          0.00

Primary: -28.00  Secondary: 0.00   Personal: -46.00  Adjustments: 20.00
     02/26/05 insur    ECS-BCBS                                        564416
------------------------------------------------------------------------
     402.3*163862 DENISE M BLALOCK           *Closed*
64   02/23/05 20605-LT INTERM JOINT I F41.3  71514   53.00 CS022305D  402.3
78   03/25/05 2.50   47.80 BC COPAY  F41.3           -31.20 032505MIS  1803795
79   03/25/05 38     BC/BS ALA PMD   F41.3           -24.00 032505MIS  1803795
91   10/06/04 1.6    FRM 49 TRANSFE F41.3            -5.00 033105ADJ  1808546
93   02/23/05 1.6    FRM 62 TRANSFE F41.3            -2.80 033105ADJ  1808548
                    Balance:                          0.00

Primary: -31.20  Secondary: 0.00   Personal: -7.80   Adjustments: -24.00
     02/26/05 insur    ECS-BCBS                                        564416
------------------------------------------------------------------------
     402.4*163862 DENISE M BLALOCK           *Closed*
65   02/23/05 J0704  CELESTONE PHOS F41.3   71514    18.00 CS022305D  402.4
80   03/25/05 2.50   $2.48 BC COPAY F41.3            -1.90 032505MIS  1803795
81   03/25/05 38     BC/BS ALA PMD   F41.3           -15.62 032505MIS  1803795
94   02/23/05 1.6    FRM 62 TRANSFE F41.3            -0.48 033105ADJ  1808548
                    Balance:                          0.00

Primary: -1.90   Secondary: 0.00   Personal: -0.48  Adjustments: -15.62
```

```
###  Date..... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
     02/25/05 insur     ECS-BCBS                                         564416
     ─────────────────────────────────────────────────────────────────────────
          402.5*163862 DENISE M BLALOCK            *Closed*
65   02/23/05 73100-LT X-RAY,WRIST;AP F41.3   71514    70.00 CS0223050 402.5
82   03/25/05 2.50     15.00 BC COPAY F41.3           -35.00 032505MIS 1803795
83   03/25/05 3B       BC/BS ALA PMD F41.3           -25.00 032505MIS 1803795
95   02/23/05 1.6      FRM 62 TRANSFE F41.3           -9.00 033105ADJ 1808548
                       Balance:                        0.00

Primary: -35.00  Secondary: 0.00   Personal: -9.00   Adjustments: -25.00
     02/25/05 insur     ECS-BCBS                                         564416
     ─────────────────────────────────────────────────────────────────────────
          402.6*163862 DENISE M BLALOCK            *Closed*
67   02/23/05 L3800    IDE3RD THUMB S F41.3    71514    25.00 CS0223050 402.6
84   03/25/05 2.50     15.00 BC COPAY F41.3            -20.00 032505MIS 1803795
96   02/23/05 1.6      FRM 62 TRANSFE F41.3            -5.00 033105ADJ 1808548
                       Balance:                         0.00

Primary: -20.00  Secondary: 0.00   Personal: -5.00   Adjustments: 0.00
     02/25/05 insur     ECS-BCBS                                         564416
     ─────────────────────────────────────────────────────────────────────────
          403.1*163862 DENISE M BLALOCK            *Private*
85   03/29/05 99212    ESTAB OFFICE O F41.3    71514    54.00 CS0329050 403.1
86   03/29/05 1.1      16.2 COPAY CHE F41.3            -10.80 CS0329050 403.2*1
98   04/09/05 1.6      TRANSFERRED PM F41.3           -21.72 040905ADJ 1814201
99   04/07/05 2.50     BCBS PMT RELEA F41.3           -28.00 040705MIS 1812903
100  04/07/05 3B       BC/BS ALA PMD F41.3            -19.00 040705MIS 1812903
                       Balance:                       -25.52

Primary: -28.00  Secondary: 0.00   Personal: -32.52   Adjustments: -19.00
     03/31/05 insur     ECS-BCBS                                         573890
     ─────────────────────────────────────────────────────────────────────────
          404.1*163862 DENISE M BLALOCK            *Private*
101  04/25/05 99214    ESTAB OFFICE O F41.3    71514    82.00 CS0425050 404.1
102  04/25/05 1.1      16.47 COPAY CHE F41.3          -16.40 CS0425050 404.2*1
104  05/04/05 2.50     BCBS PMT RELEA F41.3           -55.20 050405MIS 1831865
105  05/04/05 3B       BC/BS ALA PMD F41.3            -13.00 050405MIS 1831865
                       Balance:                        -2.60

Primary: -55.20  Secondary: 0.00   Personal: -16.40   Adjustments: -13.00
     04/27/05 insur     ECS-BCBS                                         581960
     ─────────────────────────────────────────────────────────────────────────
          405.1*163862 DENISE M BLALOCK            *Closed*
106  05/05/05 99024    POSTOP FOLLOW- F41.3    71514     0.00 CS0509050 405.1
                       Balance:                         0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     05/12/05 insur     ECS-BCBS                                         586161
     ─────────────────────────────────────────────────────────────────────────
          405.2*163862 DENISE M BLALOCK            *Closed*
107  05/09/05 L3800-LT ID214-LT1 FLA F41.3     71514    40.00 CS0509050 405.2
112  05/26/05 2.50     BCBS PMT RELEA F41.3           -32.00 052605MIS 1847467
119  07/27/05 3B       BC/BS ALA PMD F41.3            -8.00 072705ADJ 1891253
                       Balance:                         0.00

Primary: -32.00  Secondary: 0.00   Personal: 0.00   Adjustments: -8.00
     05/12/05 insur     ECS-BCBS                                         586161
```

```
###. Date.... Code.... Description... DrFcl.. Dx.,... Original Batch.... Ref....
    406.1*163862 DENISE N BLALOCK              *Private*
109 05/07/05 29846-LT ARTHROSCOPY, E F41.3  71693  2875.00 051105SUR 406.1
113 05/26/05 2.50     BCBS PMT RELEA F41.3         -1570.40 052605MIS 1847488
114 05/26/05 1.4      $352.60 COPAY   F41.3            0.00 052605MIS 1847488
115 05/26/05 3B       BC/BS ALA PMD   F41.3        -1012.00 052605MIS 1847488
118 07/26/05 5.9      42 23 MEDICAID  F41.3            0.00 072605ALC 1883152
139 09/23/05 5.9      18 MEDICAID OF  F41.3            0.00 092305ALC 1933661
146 11/08/05 1.3      CHECK ON ACCOU  F41.3          -25.00 110720SP  1966364
169 03/17/06 5.9      42 18 MEDICAID  F41.3            0.00 031706ALC 2060978
204 05/19/06 89       DEBIT PMT       F41.5O           25.00 051906ADJ 2106134
                      Balance:                         392.60

Primary: -1570.40 Secondary: 0.00   Personal: -25.00  Adjustments: -987.00
    05/19/05 insur   ECS-BCBS                                   587234
    06/22/05 insur   MEDICAID                                   587234
    08/25/05 insur   MEDICAID                                   587234
    10/13/05 insur   MEDICAID                                   587234
    01/20/06 insur   MEDICAID                                   587234

    407.1*163862 DENISE N BLALOCK              *Closed*
111 05/18/05 99024    POSTOP FOLLOW-  F41.3  71514     0.00 CS0518050 407.1
                      Balance:                         0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00

    204.1*163862 DENISE N BLALOCK              *Closed*
117 06/22/05 99024    POSTOP FOLLOW-  F41.2  71514     0.00 CS062205R 204.1
                      Balance:                         0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00

    408.1*163862 DENISE N BLALOCK              *Closed*
126 08/03/05 99214    ESTAB OFFICE O  F41.2  71514    82.00 030803050 408.1
127 08/30/05 5.7      BC/BS OF AL     F41.2            0.00 083005MIS 1914140
150 11/22/05 2.1      ALCAID PAYMEN   F41.2          -60.00 112205ALC 1977592
151 11/22/05 39       ALCAID NON-AL   F41.2          -22.00 112205ALC 1977592
                      Balance:                         0.00

Primary: -60.00  Secondary: 0.00   Personal: 0.00   Adjustments: -22.00
    08/09/05 insur   ECS-BCBS                                   613491
    09/02/05 insur   MEDICAID                                   613491
    10/24/05 insur   ECS-MEDI                                   613491

    409.1*163862 DENISE N BLALOCK              *Closed*
123 06/25/05 99024    POSTOP FOLLOW-  F41.2  71514     0.00 CS062505C 409.1
                      Balance:                         0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
    08/30/05 insur   ECS-BCBS                                   620767
    09/23/05 insur   MEDICAID                                   620767
    10/24/05 insur   ECS-MEDI                                   620767
    11/08/05 insur   ECS-MEDI                                   620767

    409.2*163862 DENISE N BLALOCK              *Closed*
124 08/25/05 29075    SHORT ARM CAST  F41.2  71514   150.00 CS082505C 409.2
135 09/20/05 5.70     BC/BS OF AL     F41.2            0.00 092005MIS 1929302
159 12/06/05 2.1      ALCAID PAYMEN   F41.2          -72.00 120605ALC 1986725
160 12/06/05 39       ALCAID NON-AL   F41.2          -78.00 120605ALC 1986725
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
165  02/09/06 5.50    PHCS/CIGNA REJ F41.2           0.00 020906MIS 2033004
                      Balance:                       0.00

Primary: -72.00  Secondary: 0.00    Personal: 0.00    Adjustments: -72.00
     08/30/05 insur    ECS-BCBS                                    620767
     09/23/05 insur    MEDICAID                                    620767
     10/24/05 insur    ECS-MEDI                                    620767
     11/08/05 insur    ECS-MEDI                                    620767
--------------------------------------------------------------------------
       4C9.3*163862 DENISE M BLALOCK              *Closed*
125  08/25/05 04018   CAST SUPPLIES   F41.2  71514   18.00 050825050 4C9.3
136  09/20/05 5.70    BC/BS OF AL     F41.2           0.00 092005MIS 1929302
153  12/05/05 39      ALJCAID NON-AL  F41.2         -18.00 120505ADJ 1986985
                      Balance:                        0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -18.00
     08/30/05 insur    ECS-BCBS                                    620767
     09/23/05 insur    MEDICAID                                    620767
     10/24/05 insur    ECS-MEDI                                    620767
     11/08/05 insur    ECS-MEDI                                    620767
--------------------------------------------------------------------------
       4C10.1*163862 DENISE M BLALOCK             *Closed*
129  08/24/05 26480-LT TENDON TRANSFE F41.2  71694  1547.00 083105SUR 4C10.1
134  09/20/05 5.70    BC/BS OF AL     F41.2           0.00 092005MIS 1929617
155  12/06/05 2.1     ALJCAID PAYMEN  F41.2         -225.00 120605ALC 1986724
156  12/06/05 39      ALJCAID NON-AL  F41.2        -1322.00 120605ALC 1986724
162  12/21/05 5.90    18 MEDICAID OF  F41.2           0.00 122105ALA 1999604
185  05/08/06 5.50    PHCS/CIGNA REJ  F41.2           0.00 050806MIS 2098223
                      Balance:                        0.00

Primary: -225.00 Secondary: 0.00    Personal: 0.00    Adjustments: -1322.00
     09/02/05 insur    ECS-BCBS                                    622360
     09/23/05 insur    MEDICAID                                    622360
     10/24/05 insur    ECS-MEDI                                    622360
     12/06/05 insur    ECS-MEDI                                    622360
--------------------------------------------------------------------------
       4C10.2*163862 DENISE M BLALOCK             *Closed*
130  08/24/05 25447-51 ARTHROPLASTY,  F41.2  71694  2427.00 083105SUR 4C10.2
135  09/20/05 5.70    BC/BS OF AL     F41.2           0.00 092005MIS 1929617
157  12/06/05 2.1     ALJCAID PAYMEN  F41.2         -512.00 120605ALC 1986724
158  12/06/05 39      ALJCAID NON-AL  F41.2        -1895.00 120605ALC 1986724
163  12/21/05 5.90    18 MEDICAID OF  F41.2           0.00 122105ALA 1999604
186  05/08/06 5.50    PHCS/CIGNA REJ  F41.2           0.00 050806MIS 2098223
                      Balance:                        0.00

Primary: -512.00 Secondary: 0.00    Personal: 0.00    Adjustments: -1895.00
     09/02/05 insur    ECS-BCBS                                    622360
     09/23/05 insur    MEDICAID                                    622360
     10/24/05 insur    ECS-MEDI                                    622360
     12/06/05 insur    ECS-MEDI                                    622360
--------------------------------------------------------------------------
       4C11.1*163862 DENISE M BLALOCK             *Closed*
132  09/08/05 99024   POSTOP FOLLOW-  F41.3  71514    0.00 CS290805R 4C11.1
                      Balance:                        0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
--------------------------------------------------------------------------
       4C12.1*163862 DENISE M BLALOCK             *Closed*
```

```
##. Date.... Code.... Description... InfCl.. Dx.... Original Batch.... Ref....
140  10/07/05 99024   POSTOP FOLLOW- F41.3   71514      0.00 CS1007050 4C12.1
                      Balance:                          0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
_____
         4C14.1*163862 DENISE M BLALOCK            *Closed*
147  11/17/05 99024   POSTOP FOLLOW- F41.3   71514      0.00 CS1117050 4C14.1
                      Balance:                          0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     11/23/05 insur   ECS-BCBS                                       650298
_____
         4C14.2*163862 DENISE M BLALOCK            *Closed*
148  11/17/05 L3905-RT [OX07-RT] BUNN F41.3 71514     49.00 CS1117050 4C14.2
154  12/05/05 29       ALCAID NON-AL F41.3               -49.00 120505ADJ 1986905
161  12/09/05 5.7     BC/BS OF AL   F41.3                 0.00 120905MIS 1990586
                      Balance:                           0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -49.00
     11/23/05 insur   ECS-BCBS                                       650298
_____
         4C15.1*163862 DENISE M BLALOCK            *Private*
166  03/06/06 99213   ESTAB OFFICE O F41.50  3542     63.00 030606CHC 4C15.1
167  03/06/06 1.1     COPAY CHECK    F41.50           -30.00 030606CHC 4C15.2*
170  04/10/06 3.10    PMCS/CIGNA PAY F41.50           -10.00 041006MIS 2077398
171  04/10/06 7.2     PMCS/CIGNA NON F41.50           -23.00 041006MIS 2077398
206  05/23/06 2.1     ALCAID PAYMEN  F41.50           -31.00 052306ALC 2100400
                      Balance:                        -31.00

Primary: -41.00 Secondary: 0.00   Personal: -30.00 Adjustments: -23.00
     03/15/06 insur   CIGNAHEA                                       684281
     04/12/06 insur   MEDICAID                                       684281
_____
         2C5.1*163862 DENISE M BLALOCK             *Closed*
173  03/27/06 8888    NO CHARGE      F30.50  3542      0.00 CS03E706R 2C5.1
                      Balance:                          0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     04/12/06 insur   ECS-MEDI                                       691594
     04/13/06 insur   CIGNAHEA                                       691594
     05/16/06 insur   MEDICAID                                       691594
_____
         2C5.2*163862 DENISE M BLALOCK             *Suspense*
174  03/27/06 95903   NCS-MOTOR EA N F60.50  3542     63.00 CS0327R6R 2C5.2
187  05/12/06 5.5     PMCS/CIGNA REJ F60.50            0.00 051206MIS 2101581
195  05/12/06 5.5     PMCS/CIGNA REJ F60.50            0.00 051206MIS 2101917
                      Balance:                         63.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     04/12/06 insur   ECS-MEDI                                       691594
     04/13/06 insur   CIGNAHEA                                       691594
     05/16/06 insur   MEDICAID                                       691594
_____
         2C5.3*163862 DENISE M BLALOCK             *Suspense*
175  03/27/06 95903-76 NCS-MOTOR EA N F60.50 3542     63.00 CS0327R6R 2C5.3
180  05/12/06 5.3     PMCS/CIGNA REJ F60.50            0.00 051206MIS 2101581
196  05/12/06 5.5     PMCS/CIGNA REJ F60.50            0.00 051206MIS 2101917
                      Balance:                         63.00
```

```
###  Date.... Code..... Description... DrFxI.. Dx..... Original Batch..... Ref.....

     Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
          04/12/06 insur    ECS-MEDI                                      691594
          04/19/06 insur    CIGNAHEA                                      691594
          05/16/06 insur    MEDICAID                                      691594

          205.4#163862 DENISE M BLALOCK              *Suspense*
     176  03/27/06 95904     NCV-SENSORY    F60.50  3542   48.00 CS032706R 205.4
     189  05/12/06 5.5       PHCS/CIGNA REJ F60.5P         0.00 051206MIS 2101581
     197  05/12/06 5.5       PHCS/CIGNA REJ F60.50         0.00 051206MIS 2101917
                             Balance:                     48.00

     Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
          04/12/06 insur    ECS-MEDI                                      691594
          04/19/06 insur    CIGNAHEA                                      691594
          05/16/06 insur    MEDICAID                                      691594

          205.5#163862 DENISE M BLALOCK              *Suspense*
     177  03/27/06 95904-76 NCV-SENSORY    F60.50  3542   48.00 CS032706R 205.5
     190  05/12/06 5.5       PHCS/CIGNA REJ F60.50         0.00 051206MIS 2101581
     198  05/12/06 5.5       PHCS/CIGNA REJ F60.50         0.00 051206MIS 2101917
                             Balance:                     48.00

     Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
          04/12/06 insur    ECS-MEDI                                      691594
          04/19/06 insur    CIGNAHEA                                      691594
          05/16/06 insur    MEDICAID                                      691594

          205.6#163862 DENISE M BLALOCK              *Suspense*
     178  03/27/06 95904-76 NCV-SENSORY    F60.50  3542   48.00 CS032706R 205.6
     191  05/12/06 5.5       PHCS/CIGNA REJ F60.50         0.00 051206MIS 2101581
     199  05/12/06 5.5       PHCS/CIGNA REJ F60.50         0.00 051206MIS 2101917
                             Balance:                     48.00

     Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
          04/12/06 insur    ECS-MEDI                                      691594
          04/19/06 insur    CIGNAHEA                                      691594
          05/16/06 insur    MEDICAID                                      691594

          302.1#163862 DENISE M BLALOCK              *Suspense*
     180  04/03/06 99213     ESTAB OFFICE O F41.50  3542   53.00 CS040306R 302.1
     192  05/12/06 5.7       BC/BS OF AL    F41.3          0.00 051206MIS 2101804
     213  06/05/06 5.5       PHCS/CIGNA REJ F41.50         0.00 060506MIS 2117286
                             Balance:                     53.00

     Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
          04/10/06 insur    ECS-BCBS                                      693906
          05/16/06 insur    MEDICAID                                      693906
          05/17/06 insur    CIGNAHEA                                      693906
          06/08/06 insur    MEDICAID                                      693906

          302.2#163862 DENISE M BLALOCK              *Suspense*
     181  04/03/06 L3908     [0207] BUNNY S F41.50  3542   49.00 CS040306R 302.2
     193  05/12/06 5.7       BC/BS OF AL    F41.3          0.00 051206MIS 2101804
     214  06/05/06 5.5       PHCS/CIGNA REJ F41.50         0.00 060506MIS 2117286
                             Balance:                     49.00

     Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
```

| ### | Date | Code | Description | DrFol | Dx | Original | Batch | Ref |
|---|---|---|---|---|---|---|---|---|
| | 04/18/06 | insur | ECS-BCBS | | | | | 693906 |
| | 05/16/06 | insur | MEDICAID | | | | | 693906 |
| | 05/17/06 | insur | CIGNAHER | | | | | 693906 |
| | 06/02/06 | insur | MEDICAID | | | | | 693906 |

302.3*163862 DENISE M BLALOCK    *Suspense*

| 182 | 04/03/06 | E0191 | [D212] ELBOW P F41.50 3342 | 24.00 | C5040305R | 302.3 |
| 194 | 05/12/06 | 5.7 | BC/BS OF AL    F41.3 | 0.06 | 051206MIS | 2101004 |
| 215 | 06/05/06 | 5.5 | PHCS/CIGNA REJ F41.50 | 0.06 | 060506MIS | 2117286 |
| | | | Balance: | 24.00 | | |

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00

| | 04/18/06 | insur | ECS-BCBS | | | | | 693906 |
| | 05/16/06 | insur | MEDICAID | | | | | 693906 |
| | 05/17/06 | insur | CIGNAHER | | | | | 693906 |
| | 06/02/06 | insur | MEDICAID | | | | | 693906 |

2105676.1*163862 DENISE M BLALOCK    *Closed*

| 202 | 10/26/05 | MR | MEDICAL RECORD F06.50 V683 | 25.00 | 051506ADJ | 2105676 |
| 205 | 05/19/06 | 1.6 | TRANSFERRED PM F96.50 | -25.00 | 051906ADJ | 2105134 |
| | | | Balance: | 0.00 | | |

Primary: 0.00    Secondary: 0.00    Personal: -25.00    Adjustments: 0.00

4016.1*163862 DENISE M BLALOCK    *Suspense*

| 207 | 05/15/06 | 99214 | ESTAB OFFICE 0 F41.50 3342 | 82.00 | C5051506R | 4016.1 |
| 208 | 05/15/06 | 1.1 | COPAY CHECK    F41.30 | -30.00 | C5051506R | 4016.2* |
| | | | Balance: | 52.00 | | |

Primary: 0.00    Secondary: 0.00    Personal: -30.00    Adjustments: 0.00

| | 05/30/06 | insur | CIGNAHER | | | | | 707362 |

4017.1*163862 DENISE M BLALOCK    *Suspense*

| 210 | 05/26/06 | 64718-LT | NELROLYSIS AND F41.50 3342 | 1662.00 | 060106SUR | 4017.1 |
| | | | Balance: | 1662.00 | | |

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00

| | 06/06/06 | insur | CIGNAHER | | | | | 709105 |

4017.2*163862 DENISE M BLALOCK    *Suspense*

| 211 | 05/26/06 | 64721-51 | [64721-51-LT] F41.50 3342 | 1015.00 | 060106SUR | 4017.2 |
| | | | Balance: | 1015.00 | | |

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00

| | 06/06/06 | insur | CIGNAHER | | | | | 709105 |

Statements for DENISE M BLALOCK    *Closed*

| 32 | 06/30/04 | 98.1 | STMT PRINTED | 0.00 | stat |
| 35 | 07/29/04 | 98.1 | STMT PRINTED | 0.00 | stat |
| 41 | 08/30/04 | 98.1 | STMT PRINTED | 0.00 | stat |
| 48 | 09/28/04 | 98.1 | STMT PRINTED | 0.00 | stat |
| 54 | 10/26/04 | 98.1 | STMT PRINTED | 0.00 | stat |
| 55 | 11/29/04 | 98.1 | STMT PRINTED | 0.00 | stat |
| 57 | 12/27/04 | 98.1 | STMT PRINTED | 0.00 | stat |
| 58 | 01/29/05 | 98.1 | STMT PRINTED | 0.00 | stat |
| 59 | 02/26/05 | 98.1 | STMT PRINTED | 0.00 | stat |

### , Date.... Code.... Description... DrFcl., Dx.... Original Batch.... Ref....
TOTAL : 3468.48

### , Date.... Code.... Description... DrFcl., Dx.... Original Batch.... Ref....
TOTAL : 3468.48

```
SOUTHERN BONE & JOINT SPECIALISTS         Printed 11:55:20 05 JUN 2006
P O BOX 729                               By: 158 MWS,AR SLM
DOTHAN, AL 36302
334-793-2662                              TaxID#: 200876135


                DENISE M BLALOCK         (40163862)
                103 GROUSE ROAD
                DOTHAN AL 36305
                334-678-8159


     Bat. Date.... Code.... Description... DrFcl.. Bx..... Original Batch..... Ref....
          101.1*40163862 DENISE M BLALOCK            *Private*
     1    09/08/05 97003   [OTHERA1] OCCUP F56.50  71514    123.00 09082005P 101.1
     32   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1948751
     87   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
     123  11/15/05 3.1     PHCS/CIGNA PAY F56.50            -8.05 111505COM 1972218
     124  11/15/05 7.2     PHCS/CIGNA NON F56.50           -84.95 111505COM 1972218
                           Balance:                         30.00

     Primary: -8.05  Secondary: 0.00   Personal: 0.00   Adjustments: -84.95
          09/14/05 insur   PHCSCIGN                                625011
          09/14/05 insur   PHCSCIGN                                625011
          10/02/05 insur   PHCSCIGN                                625011

          101.2*40163862 DENISE M BLALOCK            *Closed*
     2    09/08/05 97110   [OTHEREX] THER F56.50  71514     44.00 09082005P 101.2
     33   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1948751
     88   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
     125  11/15/05 3.1     PHCS/CIGNA PAY F56.50           -14.00 111505COM 1972218
     126  11/15/05 7.2     PHCS/CIGNA NON F56.50           -30.00 111505COM 1972218
                           Balance:                          0.00

     Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
          09/14/05 insur   PHCSCIGN                                625011
          09/14/05 insur   PHCSCIGN                                625011
          10/02/05 insur   PHCSCIGN                                625011

          101.3*40163862 DENISE M BLALOCK            *Closed*
     3    09/08/05 97760   [ORTH] ORTHOT F56.50   71514     36.00 09082005P 101.3
     34   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1948751
     89   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
     127  11/15/05 3.1     PHCS/CIGNA PAY F56.50           -11.00 111505COM 1972218
     128  11/15/05 7.2     PHCS/CIGNA NON F56.50           -25.00 111505COM 1972218
                           Balance:                          0.00

     Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -25.00
          09/14/05 insur   PHCSCIGN                                625011
          09/14/05 insur   PHCSCIGN                                625011
          10/03/05 insur   PHCSCIGN                                625011

          101.4*40163862 DENISE M BLALOCK            *Closed*
     4    09/08/05 L3805   [CRBTS] CUSTOM F56.50  71514    298.00 09082005P 101.4
     35   10/04/05 5.5     PHCS/CIGNA REJ F56.50             0.00 100405MIS 1948751
     90   10/27/05 5.5     PHCS/CIGNA REJ F56.50             0.00 102705MIS 1959217
     129  11/15/05 3.1     PHCS/CIGNA PAY F56.50          -232.00 111505COM 1972218
     130  11/15/05 7.2     PHCS/CIGNA NON F56.50           -50.00 111505COM 1972218
                           Balance:                          0.00
```

(Therapy Account)

```
Primary: -222.00  Secondary: 0.00    Personal: 0.00    Adjustments: -58.00
    09/14/05 insur    PHCSCIGN                                      625011
    09/14/05 insur    PHCSCIGN                                      625011
    10/20/05 insur    PHCSCIGN                                      625011
-----------------------------------------------------------------------------
    102.1#40163862 DENISE N BLALOCK              *Private*
7   09/16/05 97022    (IMP) WHIRLPOL F30.50  71514   34.00 09162005P 102.1
77  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959174
91  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
198 12/22/05 3.10     PHCS/CIGNA PAY F30.50          0.00 122205CDM 1999940
199 12/22/05 7.2      PHCS/CIGNA NON F30.50         -6.00 122205CDM 1999940
                      Balance:                      28.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
    09/22/05 insur    PHCSCIGN                                      628353
    10/23/05 insur    PHCSCIGN                                      628353
-----------------------------------------------------------------------------
    102.2#40163862 DENISE N BLALOCK              *Private*
8   09/16/05 97110    (STHEREX) THER F30.50  71514   44.00 09162005P 102.2
78  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959174
92  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
200 12/22/05 3.1      PHCS/CIGNA PAY F30.50        -12.00 122205CDM 1999940
201 12/22/05 7.2      PHCS/CIGNA NON F30.50        -30.00 122205CDM 1999940
                      Balance:                       2.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
    09/22/05 insur    PHCSCIGN                                      628353
    10/23/05 insur    PHCSCIGN                                      628353
-----------------------------------------------------------------------------
    102.3#40163862 DENISE N BLALOCK              *Closed*
9   09/16/05 97124    (ONASSI MASSAG F30.50  71514   35.00 09162005P 102.3
79  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959174
93  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
202 12/22/05 3.1      PHCS/CIGNA PAY F30.50        -11.00 122205CDM 1999940
203 12/22/05 7.2      PHCS/CIGNA NON F30.50        -24.00 122205CDM 1999940
                      Balance:                       0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
    09/22/05 insur    PHCSCIGN                                      628353
    10/23/05 insur    PHCSCIGN                                      628353
-----------------------------------------------------------------------------
    102.4#40163862 DENISE N BLALOCK              *Closed*
10  09/16/05 97530    (THERAP THER F30.50  71514     47.00 09162005P 102.4
80  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959174
94  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
204 12/22/05 3.1      PHCS/CIGNA PAY F30.50        -16.00 122205CDM 1999940
205 12/22/05 7.2      PHCS/CIGNA NON F30.50        -31.00 122205CDM 1999940
                      Balance:                       0.00

Primary: -16.00  Secondary: 0.00    Personal: 0.00    Adjustments: -31.00
    09/22/05 insur    PHCSCIGN                                      628353
    10/23/05 insur    PHCSCIGN                                      628353
-----------------------------------------------------------------------------
    103.1#40163862 DENISE N BLALOCK              *Private*
12  09/23/05 97022    (IMP) WHIRLPOL F30.50  71514   34.00 09232005P 103.1
74  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959174
95  10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
```