```
###. Date.... Code.... Description... DrRel.. Dx.... Original Batch.... Ref....
206  12/22/05 3.1      PHCS/CIGNA PAY F30.50          0.00 122205CCM 1999940
207  12/22/05 7.2      PHCS/CIGNA NON F30.50         -6.00 122205CCM 1999940
                       Balance:                      20.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
     09/29/05 insur    PHCSCIGN                                       630917
     10/03/05 insur    PHCSCIGN                                       630917
--------------------------------------------------------------------------------
     103.2*40163862 DENISE M BLALOCK                 *Private*
13   09/23/05 97110    [OTHEREX] THER F30.50  71514  44.00 092320CCP 103.2
75   10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959172
96   10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
208  12/22/05 3.1      PHCS/CIGNA PAY F30.50        -12.00 122205CCM 1999940
209  12/22/05 7.2      PHCS/CIGNA NON F30.50        -30.00 122205CCM 1999940
                       Balance:                       2.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
     09/29/05 insur    PHCSCIGN                                       630917
     10/03/05 insur    PHCSCIGN                                       630917
--------------------------------------------------------------------------------
     103.3*40163862 DENISE M BLALOCK                 *Closed*
14   09/22/05 97124    [CHASSS] MASSAG F30.50  71514  35.00 092205CCP 103.3
76   10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959172
97   10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
210  12/22/05 3.1      PHCS/CIGNA PAY F30.50        -11.00 122205CCM 1999940
211  12/22/05 7.2      PHCS/CIGNA NON F30.50        -24.00 122205CCM 1999940
                       Balance:                       0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
     09/29/05 insur    PHCSCIGN                                       630917
     10/03/05 insur    PHCSCIGN                                       630917
--------------------------------------------------------------------------------
     104.1*40163862 DENISE M BLALOCK                 *Private*
16   09/28/05 97022    [CMP1] WHIRLPOO F30.50  71514  34.00 092805CCP 104.1
98   10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959218
183  12/22/05 3.10     PHCS/CIGNA PAY F30.50          0.00 122205CCM 1999934
184  12/22/05 7.2      PHCS/CIGNA NON F30.50         -6.00 122205CCM 1999934
185  12/22/05 49       $28.00 DEDUCTI F30.50          0.00 122205CCM 1999934
                       Balance:                      28.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
     10/03/05 insur    PHCSCIGN                                       631790
     10/03/05 insur    PHCSCIGN                                       631790
     10/03/05 insur    PHCSCIGN                                       631790
     10/03/05 insur    PHCSCIGN                                       631790
     10/03/05 insur    PHCSCIGN                                       631790
--------------------------------------------------------------------------------
     104.2*40163862 DENISE M BLALOCK                 *Private*
17   09/28/05 97110    [OTHEREX] THER F30.50  71514  44.00 092805CCP 104.2
99   10/27/05 5.5      PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959218
186  12/22/05 3.1      PHCS/CIGNA PAY F30.50        -12.00 122205CCM 1999934
187  12/22/05 7.2      PHCS/CIGNA NON F30.50        -30.00 122205CCM 1999934
                       Balance:                       2.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
     10/03/05 insur    PHCSCIGN                                       631790
     10/03/05 insur    PHCSCIGN                                       631790
     10/03/05 insur    PHCSCIGN                                       631790
```

```
###.  Date....  Code....  Description...  Infc1..  Dx.....  Original Batch.....  Ref....
      10/03/05  insur     PHOSCIGN                                               621790
      10/03/05  insur     PHOSCIGN                                               621790
---------------------------------------------------------------------------------------
      104.3*40163862 DENISE M BLALOCK              *Closed*
  18  09/28/05  97124     [SWISS] MASSAG F30.50  71514   35.00 09282005P 104.3
 106  10/27/05  5.5       PHOS/CIGNA REJ F30.50          0.00 102705MIS 1959218
 108  12/22/05  3.1       PHOS/CIGNA PAY F30.50        -11.00 122205DOM 1999934
 109  12/22/05  7.2       PHOS/CIGNA NON F30.50        -24.00 122205DOM 1999934
                          Balance:                        0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00   Adjustments: -24.00
      10/03/05  insur     PHOSCIGN                                               621790
      10/03/05  insur     PHOSCIGN                                               621790
      10/03/05  insur     PHOSCIGN                                               621790
      10/03/05  insur     PHOSCIGN                                               621790
      10/03/05  insur     PHOSCIGN                                               621790
---------------------------------------------------------------------------------------
      105.1*40163862 DENISE M BLALOCK              *Private*
  27  09/30/05  97022     [SW?] WHIRLPOO F30.50  71514   34.00 09302005P 105.1
  71  10/27/05  5.5       PHOS/CIGNA REJ F30.50          0.00 102705MIS 1958995
  81  10/27/05  3.1       PHOS/CIGNA PAY F30.50          0.00 102705MIS 1959215
  82  10/27/05  7.2       PHOS/CIGNA NON F30.50         -5.00 102705MIS 1959215
                          Balance:                       29.00

Primary: 0.00   Secondary: 0.00    Personal: 0.00   Adjustments: -5.00
      10/04/05  insur     PHOSCIGN                                               632843
      10/04/05  insur     PHOSCIGN                                               632843
---------------------------------------------------------------------------------------
      105.2*40163862 DENISE M BLALOCK              *Private*
  26  09/30/05  97110     [THEREXI THER F30.50  71514   44.00 09302005P 105.2
  72  10/27/05  5.5       PHOS/CIGNA REJ F30.50          0.00 102705MIS 1958995
  83  10/27/05  3.1       PHOS/CIGNA PAY F30.50        -12.00 102705MIS 1959215
  84  10/27/05  7.2       PHOS/CIGNA NON F30.50        -30.00 102705MIS 1959215
                          Balance:                        2.00

Primary: -12.00  Secondary: 0.00    Personal: 2.00   Adjustments: -30.00
      10/04/05  insur     PHOSCIGN                                               632843
      10/04/05  insur     PHOSCIGN                                               632843
---------------------------------------------------------------------------------------
      105.3*40163862 DENISE M BLALOCK              *Closed*
  29  09/28/05  97124     [SWISS] MASSAG F30.50  71514   35.00 09282005P 105.3
  73  10/27/05  5.5       PHOS/CIGNA REJ F30.50          0.00 102705MIS 1958995
  85  10/27/05  3.1       PHOS/CIGNA PAY F30.50        -11.00 102705MIS 1959215
  86  10/27/05  7.2       PHOS/CIGNA NON F30.50        -24.00 102705MIS 1959215
                          Balance:                        0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00   Adjustments: -24.00
      10/04/05  insur     PHOSCIGN                                               632843
      10/04/05  insur     PHOSCIGN                                               632843
---------------------------------------------------------------------------------------
      106.1*40163862 DENISE M BLALOCK              *Private*
  36  10/05/05  97022     [SW?] WHIRLPOO F30.50  71514   34.00 10052005P 106.1
  56  10/27/05  5.5       PHOS/CIGNA REJ F30.50          0.00 102705MIS 1958996
 115  11/11/05  3.12      PHOS/CIGNA PAY F30.50          0.00 111105DOM 1989793
 116  11/11/05  7.2       PHOS/CIGNA NON F30.50         -5.00 111105DOM 1989793
 117  11/11/05  45        $25.00 DEDUCTI F30.50          0.00 111105DOM 1989793
                          Balance:                       29.00
```

```
###. Date.... Code.... Description... DrFcI.. Dx.... Original Batch.... Ref....
Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
        10/12/05 insur    PFCSCIGN                                    635542
        10/12/05 insur    PFCSCIGN                                    635542
-----------------------------------------------------------------------------
        105.2*40163862 DENISE M BLALOCK            *Private*
37      10/05/05 97110   (OTHEREX) THER F30.50  71514   44.00 10062005P 105.2
69      10/27/05 5.5     PFCS/CIGNA REJ F30.50           0.00 102705MIS 1958906
118     11/11/05 3.1     PFCS/CIGNA PAY F30.50         -12.00 111105COM 1969703
119     11/11/05 7.2     PFCS/CIGNA NON F30.50         -30.00 111105COM 1969703
120     11/11/05 49      12.00 DEDUCTIB F30.50          0.00 111105COM 1969703
                         Balance:                       0.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00   Adjustments: -30.00
        10/12/05 insur   PFCSCIGN                                    635542
        10/12/05 insur   PFCSCIGN                                    635542
-----------------------------------------------------------------------------
        106.3*40163862 DENISE M BLALOCK            *Closed*
38      10/05/05 97124   (CMPSS) MASSAG F30.50  71514   35.00 10062005P 106.3
70      10/27/05 5.5     PFCS/CIGNA REJ F30.50           0.00 102705MIS 1958906
121     11/11/05 3.1     PFCS/CIGNA PAY F30.50         -11.00 111105COM 1969703
122     11/11/05 7.2     PFCS/CIGNA NON F30.50         -24.00 111105COM 1969703
                         Balance:                       0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00   Adjustments: -24.00
        10/12/05 insur   PFCSCIGN                                    635542
        10/12/05 insur   PFCSCIGN                                    635542
-----------------------------------------------------------------------------
        107.1*40163862 DENISE M BLALOCK            *Private*
41      10/14/05 97022   (WHP) WHIRLPOO F30.50  71514   34.00 10142005P 107.1
111     11/09/05 5.50    PFCS/CIGNA REJ F30.50           0.00 110905COM 1967512
150     12/22/05 3.10    PFCS/CIGNA PAY F30.50           0.00 122205COX 1999934
151     12/22/05 7.2     PFCS/CIGNA NON F30.50          -6.00 122205COM 1999934
                         Balance:                      28.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00   Adjustments: -6.00
        10/20/05 insur   PFCSCIGN                                    638334
        10/20/05 insur   PFCSCIGN                                    638334
-----------------------------------------------------------------------------
        107.2*40163862 DENISE M BLALOCK            *Private*
42      10/14/05 97035   (US) ULTRASOU F30.50  71514   24.00 10142005P 107.2
112     11/09/05 5.50    PFCS/CIGNA REJ F30.50           0.00 110905COM 1967512
152     12/22/05 3.1     PFCS/CIGNA PAY F30.50          -3.00 122205COM 1999934
153     12/22/05 7.2     PFCS/CIGNA NON F30.50         -14.00 122205COM 1999934
                         Balance:                       0.00

Primary: -3.00   Secondary: 0.00    Personal: 0.00   Adjustments: -14.00
        10/20/05 insur   PFCSCIGN                                    638334
        10/20/05 insur   PFCSCIGN                                    638334
-----------------------------------------------------------------------------
        107.3*40163862 DENISE M BLALOCK            *Closed*
43      10/14/05 97110   (OTHEREX) THER F30.50  71514   44.00 10142005P 107.3
113     11/09/05 5.50    PFCS/CIGNA REJ F30.50           0.00 110905COM 1967512
154     12/22/05 3.1     PFCS/CIGNA PAY F30.50         -14.00 122205COM 1999934
155     12/22/05 7.2     PFCS/CIGNA NON F30.50         -30.00 122205COM 1999934
                         Balance:                       0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
        10/20/05 insur   PFCSCIGN                                    638334
```

```
M#. Date..... Code.... Description... D/Tcl.. Ch.... Original Batch.... Ref....
     10/20/05 insur   PHCSCIGN                                      628034
---------------------------------------------------------------------------
     107.4*40163862 DENISE M BLALOCK            *Closed*
44   10/11/05 97124   COMBO1 MASSAG F30.50  71514    35.00 10142005P 107.4
114  11/09/05 5.50    PHCS/CIGNA REJ F30.50         0.00 112986DDM 1957512
136  12/02/05 3.1     PHCS/CIGNA PAY F30.50       -11.00 122205DDM 1989934
157  12/22/05 7.2     PHCS/CIGNA NON F30.50       -24.00 122205DDM 1989934
                     Balance:                        0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     10/03/05 insur   PHCSCIGN                                      600334
     10/20/05 insur   PHCSCIGN                                      628034
---------------------------------------------------------------------------
     108.1*40163862 DENISE M BLALOCK            *Private*
47   10/19/05 97022   COMP1 WHIRLPOO F30.50  71514    34.00 10192005P 108.1
131  11/15/05 3.1     PHCS/CIGNA PAY F30.50         0.00 111505DDM 1972210
132  11/15/05 7.2     PHCS/CIGNA NON F30.50        -6.00 111505DDM 1972210
                     Balance:                       28.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
     10/25/05 insur   PHCSCIGN                                      639833
     10/25/05 insur   PHCSCIGN                                      639833
---------------------------------------------------------------------------
     108.2*40163862 DENISE M BLALOCK            *Private*
48   10/19/05 97035   DIAG ULTRASOU F30.50  71514    24.00 10192005P 108.2
133  11/15/05 3.1     PHCS/CIGNA PAY F30.50        -8.00 111505DDM 1972210
134  11/15/05 7.2     PHCS/CIGNA NON F30.50       -14.00 111505DDM 1972210
                     Balance:                        2.00

Primary: -8.00  Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
     10/25/05 insur   PHCSCIGN                                      639833
     10/25/05 insur   PHCSCIGN                                      639833
---------------------------------------------------------------------------
     108.3*40163862 DENISE M BLALOCK            *Closed*
49   10/19/05 97110   COMBO1 THER F30.50  71514    44.00 10192005P 108.3
135  11/15/05 3.1     PHCS/CIGNA PAY F30.50       -14.00 111505DDM 1972210
136  11/15/05 7.2     PHCS/CIGNA NON F30.50       -30.00 111505DDM 1972210
                     Balance:                        0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     10/25/05 insur   PHCSCIGN                                      639833
     10/25/05 insur   PHCSCIGN                                      639833
---------------------------------------------------------------------------
     108.4*40163862 DENISE M BLALOCK            *Closed*
50   10/19/05 97124   COMBO1 MASSAG F30.50  71514    35.00 10192005P 108.4
137  11/15/05 3.1     PHCS/CIGNA PAY F30.50       -11.00 111505DDM 1972210
138  11/15/05 7.2     PHCS/CIGNA NON F30.50       -24.00 111505DDM 1972210
                     Balance:                        0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     10/25/05 insur   PHCSCIGN                                      639833
     10/25/05 insur   PHCSCIGN                                      639833
---------------------------------------------------------------------------
     109.1*40163862 DENISE M BLALOCK            *Private*
52   10/21/05 97022   COMP1 WHIRLPOO F30.50  71514    34.00 10212005P 109.1
146  11/22/05 3.10    PHCS/CIGNA PAY F30.50         0.00 112205DDM 1977790
147  11/22/05 7.2     PHCS/CIGNA NON F30.50        -6.00 112205DDM 1977790
                     Balance:                       28.00
```

```
###. Date.... Code.... Description.... DrFc1.. Dx.... Original Batch.... Ref.....

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
        10/27/05 insur   PHOSCIGN                                         640757
        10/27/05 insur   PHOSCIGN                                         640757
------------------------------------------------------------------------------
        1010.2*40163862 DENISE M BLALOCK           *Private*
 54  10/21/05 97035    (OBG) ULTRASOU F30.50  71514    24.00 10212005P 1010.2
148  11/22/05 3.1      PHCS/CIGNA PAY F30.50           -8.00 11220500M 1977790
149  11/22/05 7.2      PHCS/CIGNA NON F30.50          -14.00 11220500M 1977790
                      Balance:                         2.00

    Primary: -8.00   Secondary: 0.00    Personal: 0.00    Adjustments: -14.00
        10/27/05 insur   PHOSCIGN                                         640757
        10/27/05 insur   PHOSCIGN                                         640757
------------------------------------------------------------------------------
        1010.3*40163862 DENISE M BLALOCK           *Closed*
 55  10/21/05 97110    (OTHEREX) THER F30.50  71514    44.00 10212005P 1010.3
168  11/22/05 3.1      PHCS/CIGNA PAY F30.50          -14.00 11220500M 1977845
169  11/22/05 7.2      PHCS/CIGNA NON F30.50          -30.00 11220500M 1977845
                      Balance:                         0.00

    Primary: -14.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
        10/27/05 insur   PHOSCIGN                                         640757
        10/27/05 insur   PHOSCIGN                                         640757
------------------------------------------------------------------------------
        1010.4*40163862 DENISE M BLALOCK           *Closed*
 56  10/21/05 97124    (OTHER) MASSAG F30.50  71514    35.00 10212005P 1010.4
150  11/22/05 3.1      PHCS/CIGNA PAY F30.50          -11.00 11220500M 1977790
151  11/22/05 7.2      PHCS/CIGNA NON F30.50          -24.00 11220500M 1977790
                      Balance:                         0.00

    Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
        10/27/05 insur   PHOSCIGN                                         640757
        10/27/05 insur   PHOSCIGN                                         640757
------------------------------------------------------------------------------
        1011.1*40163862 DENISE M BLALOCK           *Private*
 59  10/25/05 97022    (TWO) WHIRLPOO F30.50  71514    34.00 10252005P 1011.1
152  11/22/05 3.10     PHCS/CIGNA PAY F30.50            0.00 11220500M 1977790
153  11/22/05 7.2      PHCS/CIGNA NON F30.50           -6.00 11220500M 1977790
                      Balance:                        28.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
        10/31/05 insur   PHOSCIGN                                         641577
        10/31/05 insur   PHOSCIGN                                         641577
------------------------------------------------------------------------------
        1011.2*40163862 DENISE M BLALOCK           *Private*
 60  10/25/05 97035    (OBG) ULTRASOU F30.50  71514    24.00 10252005P 1011.2
154  11/22/05 3.1      PHCS/CIGNA PAY F30.50           -8.00 11220500M 1977790
155  11/22/05 7.2      PHCS/CIGNA NON F30.50          -14.00 11220500M 1977790
                      Balance:                         2.00

    Primary: -8.00   Secondary: 0.00    Personal: 0.00    Adjustments: -14.00
        10/31/05 insur   PHOSCIGN                                         641577
        10/31/05 insur   PHOSCIGN                                         641577
------------------------------------------------------------------------------
        1011.3*40163862 DENISE M BLALOCK           *Closed*
 61  10/25/05 97110    (OTHEREX) THER F30.50  71514    44.00 10252005P 1011.3
156  11/22/05 3.1      PHCS/CIGNA PAY F30.50          -14.00 11220500M 1977790
```

```
###  Date    Code    Description    DrFcl.  Ex....  Original Batch....  Ref....
157  11/22/05  7.2   PHCS/CIGNA NON F30.50           -30.00  112205CCM 1977798
                     Balance:                         0.00

     Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
          10/31/05 insur   PHCSCIGN                                    541577
          10/31/05 insur   PHCSCIGN                                    541577
     -------------------------------------------------------------------------
          1011.4*40163862  DENISE M BLALOCK           *Closed*
62   10/25/05 97124  MASSG MASSAG F30.50  71514   35.00 102500FLD 1011.4
158  11/22/05  3.1   PHCS/CIGNA PAY F30.50          -11.00 112205CCM 1977798
159  11/22/05  7.2   PHCS/CIGNA NON F30.50          -24.00 112205CCM 1977798
                     Balance:                         0.00

     Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
          10/31/05 insur   PHCSCIGN                                    541577
          10/31/05 insur   PHCSCIGN                                    541577
     -------------------------------------------------------------------------
          1012.1*40163862  DENISE M BLALOCK           *Private*
64   10/27/05 97022  COMPL WHIRLPOO F30.50  71514   34.00 102705FLD 1012.1
160  11/22/05  3.1   PHCS/CIGNA PAY F30.50           0.00 112205CCM 1977798
161  11/22/05  7.2   PHCS/CIGNA NON F30.50          -6.00 112205CCM 1977798
                     Balance:                        28.00

     Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
          11/01/05 insur   PHCSCIGN                                    542237
          11/01/05 insur   PHCSCIGN                                    542237
     -------------------------------------------------------------------------
          1012.2*40163862  DENISE M BLALOCK           *Private*
65   10/27/05 97035  ULTRASOU F30.50  71514   24.00 102705FLD 1012.2
162  11/22/05  3.1   PHCS/CIGNA PAY F30.50          -8.00 112205CCM 1977798
163  11/22/05  7.2   PHCS/CIGNA NON F30.50         -16.00 112205CCM 1977798
                     Balance:                         0.00

     Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -16.00
          11/01/05 insur   PHCSCIGN                                    542237
          11/01/05 insur   PHCSCIGN                                    542237
     -------------------------------------------------------------------------
          1012.3*40163862  DENISE M BLALOCK           *Closed*
66   10/27/05 97110  HOT (EREX) THER F30.50  71514  44.00 102705FLD 1012.3
164  11/22/05  3.1   PHCS/CIGNA PAY F30.50         -14.00 112205CCM 1977798
165  11/22/05  7.2   PHCS/CIGNA NON F30.50         -30.00 112205CCM 1977798
                     Balance:                         0.00

     Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
          11/01/05 insur   PHCSCIGN                                    542237
          11/01/05 insur   PHCSCIGN                                    542237
     -------------------------------------------------------------------------
          1012.4*40163862  DENISE M BLALOCK           *Closed*
67   10/27/05 97124  MASSG MASSAG F30.50  71514   35.00 102705FLD 1012.4
166  11/22/05  3.1   PHCS/CIGNA PAY F30.50         -11.00 112205CCM 1977798
167  11/22/05  7.2   PHCS/CIGNA NON F30.50         -24.00 112205CCM 1977798
                     Balance:                         0.00

     Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
          11/01/05 insur   PHCSCIGN                                    542237
          11/01/05 insur   PHCSCIGN                                    542237
     -------------------------------------------------------------------------
          1013.1*40163862  DENISE M BLALOCK           *Private*
```

```
###. Date.... Code.... Description... S.Fcl. Dn.... Original Batch..... Ref....
105 11/03/05 97022     COMPX WHIRLPOO F30.50  71514   34.00 110320BSP 1012.1
170 12/07/05 3.1       PHCS/CIGNA PAY F30.50           0.00 120705CDM 1989838
171 12/07/05 7.2       PHCS/CIGNA NON F30.50          -6.00 120705CDM 1989838
                       Balance:                       28.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
    11/08/05 insur    PHCSCIGN                                        545283
    11/10/05 insur    PHCSCIGN                                        545283
---------------------------------------------------------------------------
        1013.2*40163862 DENISE M BLALOCK            *Private*
106 11/03/05 97035     [OUS] ULTRASOU F30.50  71514   24.00 110320BSP 1013.2
172 12/07/05 3.1       PHCS/CIGNA PAY F30.50          -6.00 120705CDM 1989838
173 12/07/05 7.2       PHCS/CIGNA NON F30.50         -14.00 120705CDM 1989838
                       Balance:                        0.00

Primary: -6.00   Secondary: 0.00    Personal: 0.00    Adjustments: -14.00
    11/08/05 insur    PHCSCIGN                                        545283
    11/10/05 insur    PHCSCIGN                                        545283
---------------------------------------------------------------------------
        1013.3*40163862 DENISE M BLALOCK            *Closed*
107 11/03/05 97110     [OTHEREX] THER F30.50  71514   44.00 110320BSP 1013.3
174 12/07/05 3.1       PHCS/CIGNA PAY F30.50         -14.00 120705CDM 1989838
175 12/07/05 7.2       PHCS/CIGNA NON F30.50         -30.00 120705CDM 1989838
                       Balance:                        0.00

Primary: -14.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
    11/08/05 insur    PHCSCIGN                                        545283
    11/10/05 insur    PHCSCIGN                                        545283
---------------------------------------------------------------------------
        1013.4*40163862 DENISE M BLALOCK            *Closed*
108 11/03/05 97124     [OMASS] MASSAG F30.50  71514   35.00 110320BSP 1013.4
176 12/07/05 3.1       PHCS/CIGNA PAY F30.50         -11.00 120705CDM 1989838
177 12/07/05 7.2       PHCS/CIGNA NON F30.50         -24.00 120705CDM 1989838
                       Balance:                        0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
    11/08/05 insur    PHCSCIGN                                        545283
    11/10/05 insur    PHCSCIGN                                        545283
---------------------------------------------------------------------------
        1014.1*40163862 DENISE M BLALOCK            *Private*
139 11/17/05 97022     COMPX WHIRLPOO F30.50  71514   34.00 111705FLD 1014.1
179 12/19/05 49        DEDUCTIBLE    F30.50           0.00 121905CDM 1997387
214 02/22/06 3.10      PHCS/CIGNA PAY F30.50          0.00 022206CDM 2042305
215 02/22/06 7.2       PHCS/CIGNA NON F30.50         -6.00 022206CDM 2042305
                       Balance:                       28.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
    11/23/05 insur    PHCSCIGN                                        549470
    11/23/05 insur    PHCSCIGN                                        549470
    11/23/05 insur    PHCSCIGN                                        549470
---------------------------------------------------------------------------
        1014.2*40163862 DENISE M BLALOCK            *Private*
140 11/17/05 97035     [OUS] ULTRASOU F30.50  71514   24.00 111705FLD 1014.2
180 12/19/05 49        DEDUCTIBLE    F30.50           0.00 121905CDM 1997387
216 02/22/06 3.1       PHCS/CIGNA PAY F30.50          -6.00 022206CDM 2042305
217 02/22/06 7.2       PHCS/CIGNA NON F30.50         -14.00 022206CDM 2042305
                       Balance:                        0.00
```

```
#No. Date..... Code..... Description.... DrFcl.. Ba..... Original Batch.... Ref....
Primary: -8.00   Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
    11/23/05 insur    PHYSCIGN                                649470
    11/23/05 insur    PHYSCIGN                                649470
    11/23/05 insur    PHYSCIGN                                649470
--------------------------------------------------------------------------
    1014,3840163862 DENISE N BLALOCK            *Closed*
141 11/17/05 97110   COHERENT THER F30.50 71514   44.30 111705FL0 1014.3
181 12/19/05 49      DEDUCTIBLE       F30.50              0.00 121905CCM 1997387
218 02/22/06 3.1     PHCB/CIGNP PAY F30.50              -14.00 022206CCM 2042305
219 02/22/06 7.2     PHCB/CIGNA NON F30.50              -30.00 022206CCM 2042305
                     Balance:                             0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
    11/23/05 insur    PHYSCIGN                                649470
    11/23/05 insur    PHYSCIGN                                649470
    11/23/05 insur    PHYSCIGN                                649470
--------------------------------------------------------------------------
    1015,3840163862 DENISE N BLALOCK            *Closed*
142 11/17/05 97124   THARPS: MASSAG F30.50 71514   35.00 111705FL0 1014.4
182 12/19/05 49      DEDUCTIBLE       F30.50              0.00 121905CCM 1997387
220 02/22/06 3.1     PHCB/CIGNA PAY F30.50              -11.00 022206CCM 2042323
221 02/22/06 7.2     PHCB/CIGNA NON F30.50              -24.00 022206CCM 2042305
                     Balance:                             0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
    11/23/05 insur    PHYSCIGN                                649470
    11/23/05 insur    PHYSCIGN                                649470
    11/23/05 insur    PHYSCIGN                                649470
--------------------------------------------------------------------------
    2094205,1840163862 DENISE N BLALOCK         *Closed*
224 05/22/06 LTRRR   RECOVERY SPECI 34.50                 0.00 RSIC    2094205
                     Balance:                             0.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
--------------------------------------------------------------------------
    Statements for DENISE N BLALOCK           *Closed*
104 11/08/05 98.1    STMT PRINTED                         0.00          stmt
178 12/11/05 98.1    STMT PRINTED                         0.00          stmt
212 01/22/06 98.1    STMT PRINTED                         0.00          stmt
213 02/13/06 98.1    STMT PRINTED                         0.00          stmt
222 03/13/06 98.1    STMT PRINTED                         0.00          stmt
223 04/14/06 98.1    STMT PRINTED                         0.00          stmt
225 05/10/06 98.1    STMT PRINTED                         0.00          stmt
==========================================================================

    TOTAL : 300.00
```