## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 12, 2006

## NOTICE OF DOCUMENT STRICKEN FROM THE RECORD

**To:**                          **All Counsel of Record**

**From:**                       **Clerk's Office**

**Case Style:**              **Denise Blalock v. Wal-Mart Stores, Inc.**

**Case Number:**         **#1:06-cv-00381-MHT**

**Referenced Pleading:**    **Document #13 and Document #14**
                                        **Notices**

**The referenced pleadings filed on 6/9/2006 were filed in error. Document #13 and #14 are not actual pleadings, they are exhibits to the Response in Opposition (Doc. #12) filed on 6/9/2006.**

**Therefore, Document #13 and #14 are STRICKEN from the record and the parties are instructed to disregard the entries of these pleadings on the court's docket.**