**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 12, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | **Denise Blalock v. Wal-Mart Stores, Inc.** |
| **Case Number:** | **#1:06-cv-00381-MHT** |
| **Referenced Document:** | **Document #12**<br>**Response in Opposition to Motion to Remand** |

**This notice has been docketed to enter Exhibit D and Exhibit E into the record as attachments to the referenced document which were omitted at the original time of filing due to docketing error. The pdfs of Exhibit D and Exhibit E are attached to this notice.**