

*4370 West Main Street*
*Post Office Box 6907*
*Dothan, Alabama 36302*
*334 / 793-5000*
*FAX 334 / 793-4613*

**Flowers Hospital**

*L. Keith Granger*
*President/CEO*

*Talana J. Bell*
*Chief Financial Officer*

ALL-STATE LEGAL®

**EXHIBIT**

D

**Fax: (334) 615-7288**

Date  6-9-06

Number of pages including cover sheet  26

To: Archie Gruber

Fax: 706-653-9472

From: Ita

Message: _____

_____

_____

_____

_____

_____

_____

**CONFIDENTIALITY STATEMENT:** The information contained in this facsimile is legally privileged and confidential information intended only for the use of the addressee listed on this cover sheet. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this facsimile in error please immediately notify us by telephone at the number listed on this cover sheet and return the original message to us at the above address via the postal service. Thank you.

<

D1-OPS 05/30/06     1

DENISE M BLALOCK                    06136-00462   F  42Y  05/26/06  05/26/06

110009 CONN GENERAL/OTHER      3206752      420113696
600001 MEDICAID AL                          0004201136963
600004 MEDICAID 1500 PLAN                    0004201136963


          DENISE M BLALOCK
          103 GROUSE RD
          DOTHAN AL              36305


| | | | | | | |
|---|---|---|---|---|---|---|
| 05/26/06 | 1326 ROBINUL 0.2MG VIAL | 250 | 3 1 | 52.25 | 52.25 |
| 05/26/06 | 1615 MARCAINE 0.5%-EPI 30ML AMP | 250 | 2 1 | 52.25 | 52.25 |
| 05/26/06 | 1638 BACITRACIN 50MU VIAL | 250 | 1 1 | 135.25 | 135.25 |
| 05/26/06 | 51006 ANES DRUG FEE O | 250 | 9 1 | 266.00 | 266.00 |
| | TOTAL PHARMACY | | | | 505.75 |
| | | | | | |
| 05/26/06 | 21170 SOLN IV LR 1000 | 258 | 18 1 | 205.50 | 205.50 |
| 05/26/06 | 51130 1000 LR | 258 | 12 1 | 219.00 | 219.00 |
| | TOTAL IV SOLUTIONS | | | | 424.50 |
| | | | | | |
| 05/26/06 | 635 PERCOCET-5 | 259 | 4 2 | 2.00 | 4.00 |
| | TOTAL Other Pharmacy | | | | 4.00 |
| | | | | | |
| 05/26/06 | 21020 DRESSING ADAPTIC 3 X 3 | 270 | 24 2 | 33.60 | 67.20 |
| 05/26/06 | 21030 PADDING CAST WEBRIL 3" | 270 | 29 1 | 33.60 | 33.60 |
| 05/26/06 | 22564 STOCKINETTE 4 X 48 DOUBLE | 270 | 36 1 | 59.75 | 59.75 |
| 05/26/06 | 22702 PACK TOWEL SURGERY | 270 | 22 1 | 109.30 | 109.30 |
| 05/26/06 | 23099 SLING ARM MEDIUM | 270 | 26 1 | 36.75 | 36.75 |
| 05/26/06 | 23198 DRESSING KLING 3" | 270 | 33 1 | 33.60 | 33.60 |
| 05/26/06 | 23265 SUCTION LINERS CRD 3000 | 270 | 23 1 | 37.30 | 37.30 |
| 05/26/06 | 25122 CORD BIPOLAR | 270 | 39 1 | 96.55 | 96.55 |
| 05/26/06 | 26217 PAD PREPPING | 270 | 31 1 | 36.90 | 36.90 |
| 05/26/06 | 26385 TUBE SURGICAL CONNECT 12FT | 270 | 28 1 | 33.60 | 33.60 |
| 05/26/06 | 26605 PADDING CAST WEBRIL 4" | 270 | 41 1 | 33.60 | 33.60 |
| 05/26/06 | 31235 SOLN NS 1000 IRR | 270 | 32 1 | 205.50 | 205.50 |
| 05/26/06 | 40822 SPONGE ANTIMICROBIAL 4X4 AMD | 270 | 43 1 | 33.30 | 33.30 |
| 05/26/06 | 51110 ANGIO CATH | 270 | 16 1 | 21.00 | 21.00 |
| 05/26/06 | 51111 ENDO TUBE/COPA/LMA | 270 | 15 1 | 183.50 | 183.50 |
| 05/26/06 | 51113 DISP CIRCUIT | 270 | 14 1 | 77.00 | 77.00 |
| 05/26/06 | 51143 ESOPHAGEAL STETHOSCOPE | 270 | 13 1 | 59.50 | 59.50 |
| | TOTAL MED-SURG SUPPLIES | | | | 1,157.95 |
| | | | | | |
| 05/26/06 | 25106 SUTURE ETHILON 4-0 1667 | 272 | 35 2 | 76.15 | 152.30 |
| 05/26/06 | 25257 SUTURE VICRYL 3-0 J936 | 272 | 34 1 | 82.15 | 82.15 |
| 05/26/06 | 25752 BANDAGE ESMARCH STRL 4" | 272 | 44 1 | 226.65 | 226.65 |
| 05/26/06 | 26685 VESSEL LOOP MAXI BLUE | 272 | 37 1 | 43.40 | 43.40 |


                    Continued


06136-00462

D1-OPS 05/30/06      2

DENISE M BLALOCK            06136-00462   F  42Y  05/26/06  05/26/06

| 110009 CONN GENERAL/OTHER | 3205752 | 420113696 |
|---|---|---|
| 600001 MEDICAID AL | | 0004201136963 |
| 600004 MEDICAID 1500 PLAN | | 0004201136963 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL            36305

| Date | Code | Description | | | Amount | Total |
|---|---|---|---|---|---|---|
| 05/26/06 | 27623 | BANDAGE ELASTIC 4" STERILE SINGL | 272 | 27 2 | 48.25 | 96.50 |
| 05/26/06 | 29666 | KNIFE CARPAL TUNNEL | 272 | 38 1 | 88.15 | 88.15 |
| 05/26/06 | 40778 | TOURNIQUET CUFF STERILE 24" | 272 | 42 1 | 319.95 | 319.95 |
| 05/26/06 | 40954 | PACK BASIC SET UP | 272 | 40 1 | 737.10 | 737.10 |
| | | TOTAL STERILE SUPPLY | | | | 1,746.20 |
| 05/23/06 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 2 1 | 14.50 | 14.50 |
| 05/26/06 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 17 1 | 14.50 | 14.50 |
| | | TOTAL LABORATORY | | | | 29.00 |
| 05/22/06 | 1045 | BASIC METABOLIC PANEL | 301 | 1 1 | 37.00 | 37.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 37.00 |
| 05/22/06 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 26.00 | 26.00 |
| 05/26/06 | 2025 | CBC W/AUTO DIFF | 305 | 3 1 | 123.50 | 123.50 |
| | | TOTAL LAB/HEMATOLOGY | | | | 149.50 |
| 05/26/06 | 12130 | OR PROC LEVEL 04 | 360 | 20 1 | 900.00 | 900.00 |
| 05/26/06 | 17140 | OR 1-1 1/2 | 360 | 21 1 | 2325.00 | 2,325.00 |
| 05/26/06 | 20205 | OP PROCEDURAL CARE | 360 | 6 1 | 975.00 | 975.00 |
| | | TOTAL OR SERVICES | | | | 4,200.00 |
| 05/26/06 | 11102 | ANESTHESIA CRNA | 370 | 8 89 | 8.30 | 738.70 |
| 05/26/06 | 51157 | INHALATION ANESTHESIA (FORANE) | 370 | 11 89 | 0.13 | 11.57 |
| 05/26/06 | 55005 | ANESTHESIA - TIMED | 370 | 10 89 | 11.94 | 1,062.66 |
| | | TOTAL ANESTHESIA | | | | 1,812.93 |
| 05/26/06 | 1318 | MORPHINE 10MG CARPUJECT | 636 | 8 1 | 60.00 | 60.00 |
| 05/26/06 | 1446 | ANCEF 1GM VIAL | 636 | 6 1 | 52.25 | 52.25 |
| 05/26/06 | 1529 | REGLAN 10MG VIAL | 636 | 7 1 | 52.25 | 52.25 |
| 05/26/06 | 2555 | VERSED 5MG VIAL | 636 | 5 1 | 60.00 | 60.00 |
| | | TOTAL PHARMACY SPECIFIC | | | | 224.50 |
| 05/26/06 | 20206 | OP 2ND STAGE CARE | 710 | 5 1 | 404.50 | 404.50 |
| 05/26/06 | 61020 | REC RM 1/2 - 1 HOUR | 710 | 7 1 | 813.00 | 813.00 |
| | | TOTAL RECOVERY ROOM | | | | 1,217.50 |

Continued

06136-00462

D1-OP\$ 05/30/06       3

DENISE M BLALOCK              06136-00462   F  42Y  05/26/06  05/26/06

.10009 CONN GENERAL/OTHER    3206752       420113696
300001 MEDICAID AL                         0004201136963
400004 MEDICAID 1500 PLAN                  0004201136963


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL          36305




        TOTAL CHARGES                                11,508.83

06/07/06 A5084   246 PPO ADJUSTMENT O/P                -1,726.32


        TOTAL PAYMENTS/ADJUSTMENTS                     -1,726.32




                                                9,782.51

06136-00462

JUN-09-2006 FRI 10:17 AM    FLOWERS, BUS. OF.            3346157288            P. 04

D1-OP8 08/30/05     1

DENISE M BLALOCK                 05215-00203   F  42Y  08/24/05  08/24/05

110009 CONN GENERAL/OTHER       3206752       42002742502
500001 MEDICAID AL                            0004201136963
600004 MEDICAID AL 1500 PLAN                  0004201136983
099099 SELF PAY PLAN

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL            36305

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/24/05 | 1326 ROBINUL 0.2MG VIAL | 250 | 3 1 | 49.25 | 49.25 |
| 08/24/05 | 1613 MARCAINE 0.5% 30ML AMP | 250 | 6 1 | 49.25 | 49.25 |
| 08/24/05 | 51006 ANES DRUG FEE O | 250 | 11 1 | 242.00 | 242.00 |
| | TOTAL PHARMACY | | | | 340.50 |
| | | | | | |
| 08/24/05 | 31170 SOLN IV LR 1000 | 258 | 33 1 | 194.50 | 194.50 |
| 08/24/05 | 81130 1000 LR | 258 | 14 1 | 199.00 | 199.00 |
| | .TOTAL IV SOLUTIONS | | | | 393.50 |
| | | | | | |
| 08/24/05 | 2458 PEPCID 20MG TABLET | 259 | 1 1 | 3.50 | 3.50 |
| 08/24/05 | 457 REGLAN 10MG TABLET | 259 | 2 1 | 1.00 | 1.00 |
| | TOTAL Other Pharmacy | | | | 4.50 |
| | | | | | |
| 08/24/05 | 21021 DRESSING ADAPTIC 3 X 8 | 270 | 42 1 | 31.80 | 31.80 |
| 08/24/05 | 21512 DRESSING BIOCLUSIVE 2 X 3 | 270 | 48 1 | 31.80 | 31.80 |
| 08/24/05 | 22360 INTERLINK CONTINU-FLO 10 DROP | 270 | 50 1 | 29.55 | 29.55 |
| 08/24/05 | 22564 STOCKINETTE 4 X 48 DOUBLE | 270 | 35 1 | 56.60 | 56.60 |
| 08/24/05 | 22702 PACK TOWEL SURGERY | 270 | 44 1 | 103.50 | 103.50 |
| 08/24/05 | 23265 SUCTION LINERS CRD 3000 | 270 | 46 1 | 35.30 | 35.30 |
| 08/24/05 | 25106 SUTURE ETHILON 4-0 1667 | 270 | 51 1 | 72.10 | 72.10 |
| 08/24/05 | 28122 CORD BIPOLAR | 270 | 39 1 | 91.40 | 91.40 |
| 08/24/05 | 25381 SPLINT DELTA-LITE | 270 | 37 1 | 91.40 | 91.40 |
| 08/24/05 | 25752 BANDAGE ESMARCH STRL 4" | 270 | 31 1 | 214.65 | 214.65 |
| 08/24/05 | 26217 PAD PREPPING | 270 | 24 1 | 34.95 | 34.95 |
| 08/24/05 | 26293 BURR RD CUTTING MED 5.0MM | 270 | 38 1 | 109.90 | 109.90 |
| 08/24/05 | 26385 TUBE SURGICAL CONNECT 12FT | 270 | 36 1 | 31.80 | 31.80 |
| 08/24/05 | 27623 BANDAGE ELASTIC 4" STERILE SINGL | 270 | 49 1 | 45.70 | 45.70 |
| 08/24/05 | 27665 SUTURE 3-0 TICRON 3226-41 | 270 | 25 1 | 133.60 | 133.60 |
| 08/24/05 | 31235 SOLN NS 1000 IRR | 270 | 32 1 | 194.50 | 194.50 |
| 08/24/05 | 40822 SPONGS ANTIMICROBIAL 4X4 AMD | 270 | 41 1 | 31.55 | 31.55 |
| 08/24/05 | 51111 ENDO TUBE/COPA/LMA | 270 | 19 1 | 167.00 | 167.00 |
| 08/24/05 | 51113 DISP CIRCUIT | 270 | 18 1 | 70.00 | 70.00 |
| 08/24/05 | 51116 BLANKET WARMING | 270 | 17 1 | 106.00 | 106.00 |
| 08/24/05 | 51141 NASAL CANNULA/O2 TUBING | 270 | 15 1 | 34.00 | 34.00 |
| 08/24/05 | 51144 SKIN TEMP PROBE | 270 | 16 1 | 53.00 | 53.00 |
| | TOTAL MED-SURG SUPPLIES | | | | 1,770.10 |

Continued

05215-00203

Case 1:06-cv-00381-MHT-WC   Document 16-2   Filed 06/12/2006   Page 6 of 26

DENISE M BLALOCK                05215-00203   F  42Y  08/24/05  08/24/05

110009 CONN GENERAL/OTHER      3206752       42082742502
600001 MEDICAID AL                           0004201136963
600004 MEDICAID AL 1500 PLAN                 0004201136963
099099 SELF PAY PLAN

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305

| Date | Code | Description | Qty | | | Unit | Total |
|---|---|---|---|---|---|---|---|
| 08/24/05 | 26605 | PADDING CAST WEBRIL 4" | 272 | 26 1 | | 31.80 | 31.80 |
| 08/24/05 | 26605 | PADDING CAST WEBRIL 4" | 272 | 40 1 | | 31.80 | 31.80 |
| 08/24/05 | 40029 | CATHETER IV PROTECTIV 18G X 1 1/ | 272 | 45 1 | | 33.80 | 33.80 |
| 08/24/05 | 40778 | TOURNIQUET CUFF STERILE 24" | 272 | 30 1 | | 303.00 | 303.00 |
| 08/24/05 | 40954 | PACK BASIC SET UP | 272 | 47 1 | | 698.00 | 698.00 |
| | | TOTAL STERILE SUPPLY | | | | | 1,098.40 |
| 08/04/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 2 1 | | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | | 13.50 |
| 08/03/05 | 1045 | BASIC METABOLIC PANEL | 301 | 1 1 | | 37.00 | 37.00 |
| | | TOTAL LAB/CHEMISTRY | | | | | 37.00 |
| 08/03/05 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | | 26.00 | 26.00 |
| | | TOTAL LAB/HEMATOLOGY | | | | | 26.00 |
| 08/24/05 | 12150 | OR PROC LEVEL 06 | 360 | 23 1 | | 1447.00 | 1,447.00 |
| 08/24/05 | 17150 | OR 1 1/2-2 | 360 | 21 1 | | 2717.00 | 2,717.00 |
| 08/24/05 | 20205 | PRE PROC CARE | 360 | 3 1 | | 923.00 | 923.00 |
| | | TOTAL OR SERVICES | | | | | 5,087.00 |
| 08/24/05 | 11102 | ANESTHESIA CRNA | 370 | 7 90 | | 7.86 | 707.40 |
| 08/24/05 | 51156 | INHALATION ANESTHESIA (ULTANE) | 370 | 13 90 | | 1.20 | 108.00 |
| 08/24/05 | 55005 | ANESTHESIA - TIMED | 370 | 12 90 | | 11.31 | 1,017.90 |
| | | TOTAL ANESTHESIA | | | | | 1,833.30 |
| 08/24/05 | 1318 | MORPHINE 10MG CARPUJECT | 636 | 5 1 | | 56.75 | 56.75 |
| 08/24/05 | 1337 | TORADOL 30MG INJECTION | 636 | 8 1 | | 49.25 | 49.25 |
| 08/24/05 | 1443 | XANTREX 500MG VIAL | 636 | 5 1 | | 244.25 | 244.25 |
| 08/24/05 | 1446 | ANCEF 1GM VIAL | 636 | 7 1 | | 49.25 | 49.25 |
| 08/24/05 | 1529 | REGLAN 10MG VIAL | 636 | 10 1 | | 49.25 | 49.25 |
| 08/24/05 | 2276 | ANZEMET 12.5MG INJECTION | 636 | 11 1 | | 190.25 | 190.25 |
| 08/24/05 | 2555 | VERSED 5MG VIAL | 636 | 4 1 | | 56.75 | 56.75 |
| | | TOTAL PHARMACY SPECIFIC | | | | | 695.75 |
| 08/24/05 | 20206 | 2ND STAGE RECOVERY | 710 | 4 1 | | 383.00 | 383.00 |

Continued

05215-00203

Case 1:06-cv-00381-MHT-WC   Document 16-2   Filed 06/12/2006   Page 7 of 26

D1-OPS 08/30/05     3

DENISE M BLALOCK                    05215-00203   F  42Y  08/24/05  08/24/05

110009 CONN GENERAL/OTHER      3206752        42082742502
600001 MEDICAID AL                            0004201136963
600004 MEDICAID AL 1800 PLAN                  0004201136963
099099 SELF PAY PLAN

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


08/24/05  61020 REC RM 1/2 - 1 HOUR          710   6 1    770.00       770.00
                TOTAL RECOVERY ROOM                                  1,153.00



                TOTAL CHARGES                                       12,452.55

12/15/05 X0082   785 COMMERCIAL INSURANCE PAYMENT                        0.00
10/28/05 A4017   683 BLUE CROSS-POF CY                              -10,287.05
01/06/06 A4017   564 BLUE CROSS-POF CY                               10,287.05
01/20/06 A1136    18 AL MEDICAID O/P PY                             -11,887.10
03/30/06 A5084   248 PPO/HMO ADJUSTMENT O/P                          11,887.10
03/31/06 A1136   300 AL MEDICAID O/P PY                              11,887.10
03/31/06 A5084   300 PPO/HMO ADJUSTMENT O/P                         -11,887.10


                TOTAL PAYMENTS/ADJUSTMENTS                               0.00



                                                                    12,452.55
05215-00203

‹                                                    D1-ER  07/20/05     1


DENISE M BLALOCK                    05199-00220   F  42Y  07/18/05  07/18/05

200999 BLUE CROSS (AL) OTHER               ASJ420827425
200500 BLUE CROSS 1500 PLAN                ASJ420827425
600001 MEDICAID AL                         0004201136963
600004 MEDICAID 1500 PLAN                  0004201136963


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


| Date | | Description | | | | |
|---|---|---|---|---|---|---|
| 07/18/05 | 31220 | SOLN IV NS 1000 | 258 | 9 1 | 194.50 | 194.50 |
| | | TOTAL IV SOLUTIONS | | | | 194.50 |
| 07/18/05 | 1876 | DONNATAL ELIXER 5ML | 259 | 2 2 | 2.00 | 4.00 |
| 07/18/05 | 838 | MYLANTA 30ML LIQUID | 259 | 1 1 | 2.00 | 2.00 |
| 07/18/05 | 844 | XYLOCAINE VISCOUS 20ML LIQUID | 259 | 3 1 | 2.75 | 2.75 |
| | | TOTAL Other Pharmacy | | | | 8.75 |
| 07/18/05 | 20114 | PULSE OXIMETER PROBE | 270 | 13 1 | 158.50 | 158.50 |
| 07/18/05 | 21807 | INTERLINK EXT SET 5 IN CATH | 270 | 10 1 | 21.15 | 21.15 |
| 07/18/05 | 21855 | PACK IV START | 270 | 6 1 | 31.80 | 31.80 |
| 07/18/05 | 22360 | INTERLINK CONTINU-FLO 10 DROP | 270 | 5 1 | 29.55 | 29.55 |
| 07/18/05 | 96601 | CANNULA 14 FT LONG | 270 | 8 1 | 0.00 | 0.00 |
| | | TOTAL MED-SURG SUPPLIES | | | | 241.00 |
| 07/18/05 | 23060 | CATHETER IV SAFETY + 20G X 1" | 272 | 7 1 | 38.10 | 38.10 |
| | | TOTAL STERILE SUPPLY | | | | 38.10 |
| 07/18/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 3 1 | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | 13.50 |
| 07/18/05 | 1056 | COMP METABOLIC PANEL | 301 | 1 1 | 250.50 | 250.50 |
| 07/18/05 | 1408 | CK MB | 301 | 1 1 | 278.50 | 278.50 |
| 07/18/05 | 1493 | TROPONIN QUANT | 301 | 2 1 | 64.00 | 64.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 593.00 |
| 07/18/05 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
| 07/18/05 | 5010 | PROTIME | 305 | 1 1 | 69.00 | 69.00 |
| 07/18/05 | 5011 | PTT | 305 | 1 1 | 91.50 | 91.50 |
| | | TOTAL LAB/HEMATOLOGY | | | | 277.50 |
| 07/18/05 | 10129 | XR CHEST 2 V | 320 | 1 1 | 269.00 | 269.00 |
| | | TOTAL DIAGNOSTIC X-RAY | | | | 269.00 |
| 07/18/05 | 20037 | IV INFUSE <15 MINS | 450 | 14 1 | 200.00 | 200.00 |
| 7/18/05 | 20139 | LEVEL II WITH PROCEDURE | 450 | 12 1 | 614.00 | 614.00 |


                          Continued


5199-00220

Case 1:06-cv-00381-MHT-WC   Document 16-2   Filed 06/12/2006   Page 9 of 26

DENISE M BLALOCK                    05199-00220   F  42Y  07/18/05  07/18/05

200999 BLUE CROSS (AL) OTHER              AEJ420827425
200500 BLUE CROSS 1500 PLAN               AEJ420827425
600001 MEDICAID AL                        0004201136963
600004 MEDICAID 1500 PLAN                 0004201136963

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


            TOTAL EMERGENCY ROOM                              814.00

07/18/05  2499 PROTONIX IV 40MG INJECTION      636   4 1   307.50    307.50
          TOTAL PHARMACY SPECIFIC                                    307.50

07/18/05  93000 EKG                            730   4 1   125.50    125.50
          TOTAL EKG/ECG GENERAL                                     125.50

07/18/05  45300 ER PHYSICIAN LEVEL III        981  11 1   126.00    126.00
          TOTAL EMERGENCY ROOM PHYSICIAN                            126.00

07/18/05  11143 EKG PROF                       985   4 1    18.00     18.00
          TOTAL CARDIOLOGY PROFESSIONAL                              18.00


            TOTAL CHARGES                                   3,026.35

07/18/05 P0090   824 PATIENT PAYMENT                          -3.00
08/10/05 I0110   321 SEC PAYOR ER PHYS PYMT                    0.00
08/10/05 I0082   321 COMMERCIAL INSURANCE PAYMENT             0.00
08/12/05 I0082   371 COMMERCIAL INSURANCE PAYMENT             0.00
11/23/05 I0035   354 MCAID AL CURRENT YEAR PYMT            -116.51
11/29/05 I0035   448 MCAID AL CURRENT YEAR PYMT              -9.00
12/19/05 I0110   821 SEC PAYOR ER PHYS PYMT                 -41.00
11/23/05 A1135   354 AL MEDICAID O/P CY                  -2,762.84
11/29/05 A1143   448 AL Medicaid Pro Fee CA                  -9.00
03/15/06 A1143   771 AL Medicaid Pro Fee CA                 -84.00
03/31/06 A5070   346 SMALL BALANCE W/O                       -1.00


            TOTAL PAYMENTS/ADJUSTMENTS                     -3,026.35


                                                              0.00
05199-00220

Case 1:06-cv-00381-MHT-WC   Document 16-2   Filed 06/12/2006   Page 10 of 26

DENISE M BLALOCK                    05172-00397   F  42Y  06/21/05  06/21/05

| | | |
|---|---|---|
| 600001 MEDICAID AL | | 0004201136963 |
| 600004 MEDICAID 1500 PLAN | | 0004201136963 |
| 299001 ANTHEM BLUE CROSS BLU | 003320650 | ABJAN0080411 |
| 299003 BLUE CROSS OTHER 1500 | 003320650 | ABJAN0080411 |

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL            36305

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/21/05 | 1275 % SATURATION | | 300 | 3 1 | 0.00 | 0.00 |
| | TOTAL LABORATORY | | | | | 0.00 |
| | | | | | | |
| 06/21/05 | 1114 IRON | | 301 | 3 1 | 35.50 | 35.50 |
| 06/21/05 | 1261 IRON BINDING (TIBC) | | 301 | 3 1 | 31.50 | 31.50 |
| 06/21/05 | 1443 CARBAMAZEPINE TOTAL | | 301 | 1 1 | 96.50 | 96.50 |
| 06/21/05 | 1451 VITAMIN B12 | | 301 | 4 1 | 68.00 | 68.00 |
| 06/21/05 | 1452 FOLATE (FOLIC ACID) | | 301 | 4 1 | 68.00 | 68.00 |
| | TOTAL LAB/CHEMISTRY | | | | | 299.50 |
| | | | | | | |
| 06/21/05 | 2026 RETIC COUNT AUTO | | 305 | 2 1 | 31.50 | 31.50 |
| | TOTAL LAB/HEMATOLOGY | | | | | 31.50 |

                TOTAL CHARGES                                331.00

| | | | |
|---|---|---|---|
| 08/25/05 I0082 | 627 COMMERCIAL INSURANCE PAYMENT | | 0.00 |
| 03/08/06 I0035 | 442 MCAID AL CURRENT YEAR PYMT | | -72.10 |
| 03/08/06 A1135 | 442 AL MEDICAID O/P CY | | -258.90 |

                TOTAL PAYMENTS/ADJUSTMENTS                   -331.00

05172-00397

                                                0.00

DENISE M BLALOCK                    05131-00029   F 42Y 05/11/05 05/11/05

| 299001 ANTHEM BLUE CROSS BLU | 003320650 | ASJAN0080411 |
| 299003 BLUE CROSS OTHER 1500 | 003320650 | ASJAN0080411 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL                  36305

| 05/11/05 | 31223 SOLN IV NS 100 SINGLE | 258 | 9 1 | 194.50 | 194.50 |
| | TOTAL IV SOLUTIONS | | | | 194.50 |
| 05/11/05 | 45315 INFUSION THERAPY UP TO 1 HOUR | 260 | 14 1 | 171.00 | 171.00 |
| | TOTAL IV THERAPY | | | | 171.00 |
| 05/11/05 | 21807 INTERLINK EXT SET 6 IN CATH | 270 | 6 1 | 21.15 | 21.15 |
| 05/11/05 | 21855 PACK IV START | 270 | 5 1 | 31.80 | 31.80 |
| 05/11/05 | 22360 INTERLINK CONTINU-FLO 10 DROP | 270 | 8 1 | 29.55 | 29.55 |
| | TOTAL MED-SURG SUPPLIES | | | | 82.50 |
| 05/11/05 | 23060 CATHETER IV SAFETY + 20G X 1" | 272 | 7 1 | 38.10 | 38.10 |
| | TOTAL STERILE SUPPLY | | | | 38.10 |
| 05/11/05 | 1902 VENIPUNCTURE - CHRG ONLY | 300 | 10 1 | 13.50 | 13.50 |
| | TOTAL LABORATORY | | | | 13.50 |
| 05/11/05 | 1045 BASIC METABOLIC PANEL | 301 | 2 1 | 200.00 | 200.00 |
| | TOTAL LAB/CHEMISTRY | | | | 200.00 |
| 05/11/05 | 2028 CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
| | TOTAL LAB/HEMATOLOGY | | | | 117.00 |
| 05/11/05 | 2900 URINE PREGNANCY TEST - CHRG ONLY | 307 | 3 1 | 49.00 | 49.00 |
| 05/11/05 | 2901 UA W O MICRO AUTO - CHRG ONLY | 307 | 4 1 | 37.00 | 37.00 |
| | TOTAL LAB/UROLOGY | | | | 86.00 |
| 05/11/05 | 20139 LEVEL II WITH PROCEDURE | 450 | 12 1 | 614.00 | 614.00 |
| 05/11/05 | 20222 IV PUSH MACH | 450 | 13 1 | 136.00 | 136.00 |
| | TOTAL EMERGENCY ROOM | | | | 750.00 |
| 05/11/05 | 1529 REGLAN 10MG VIAL | 636 | 1 1 | 49.25 | 49.25 |
| | TOTAL PHARMACY SPECIFIC | | | | 49.25 |
| 05/11/05 | 45063 ER PHYSICIAN LEVEL IV | 981 | 11 1 | 133.00 | 133.00 |
| | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 133.00 |

Continued

05131-00029

D1-ER  05/14/05      2

DENISE M BLALOCK                    05131-00029   F  42Y  05/11/05  05/11/05

299001 ANTHEM BLUE CROSS BLU   003320650      ASJAN0080411
299003 BLUE CROSS OTHER 1500   003320650      ASJAN0080411


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL            36305




                TOTAL CHARGES                              1,834.85

05/26/05 I0082    905 COMMERCIAL INSURANCE PAYMENT         -87.20
08/01/05 I0082    119 COMMERCIAL INSURANCE PAYMENT         -884.96
05/26/05 A4018    905 BLUE CROSS-PMD                       -24.00
08/01/05 A4017    275 BLUE CROSS-POF CY                    -816.89
10/27/05 A5070    648 SMALL BALANCE W/O                    -21.80


                TOTAL PAYMENTS/ADJUSTMENTS                -1,834.85


                                                           0.00

05131-00029

D1-OP8 05/12/05     1

DENISE M BLALOCK                    05118-00080   F   42Y  08/07/05  08/07/05

299001 ANTHEM BLUE CROSS BLU    003320650       ASJAN0080411
299003 BLUE CROSS OTHER 1500    003320650       ASJAN0080411

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305

| | | | | | |
|---|---|---|---|---|---|
| 08/07/05 | 91006 ANES DRUG FEE O | 250 | 5 1 | 242.00 | 242.00 |
| | TOTAL PHARMACY | | | | 242.00 |
| | | | | | |
| 05/07/05 | 51130 1000 LR | 258 | 7 1 | 199.00 | 199.00 |
| 05/08/05 | 31220 SOLN IV NS 1000 | 258 | 44 1 | 194.50 | 194.50 |
| | TOTAL IV SOLUTIONS | | | | 393.50 |
| | | | | | |
| 05/07/05 | 102 VALIUM 5MG TABLET | 259 | 3 2 | 2.00 | 4.00 |
| 05/07/05 | 635 PERCOCET-5 | 259 | 2 1 | 2.00 | 2.00 |
| | TOTAL Other Pharmacy | | | | 6.00 |
| | | | | | |
| 05/07/05 | 21021 DRESSING ADAPTIC 3 X 8 | 270 | 30 1 | 31.80 | 31.80 |
| 05/07/05 | 22564 STOCKINETTE 4 X 48 DOUBLE | 270 | 37 1 | 56.60 | 56.60 |
| 05/07/05 | 22702 PACK TOWEL SURGERY | 270 | 43 1 | 103.50 | 103.50 |
| 05/07/05 | 23089 SLING ARM MEDIUM | 270 | 12 1 | 34.80 | 34.80 |
| 05/07/05 | 23268 SUCTION LINERS CRD 3000 | 270 | 17 1 | 35.30 | 35.30 |
| 05/07/05 | 25106 SUTURE ETHILON 4-0 1667 | 270 | 22 1 | 72.10 | 72.10 |
| 05/07/05 | 25381 SPLINT DELTA-LITE | 270 | 18 1 | 91.40 | 91.40 |
| 05/07/05 | 25752 BANDAGE ESMARCH STRL 4" | 270 | 42 1 | 214.65 | 214.65 |
| 05/07/05 | 26217 PAD PREPPING | 270 | 27 1 | 34.95 | 34.95 |
| 05/07/05 | 26708 TUBING QUICK CONNECT | 270 | 14 1 | 825.50 | 825.50 |
| 05/07/05 | 26839 EXTENSION SET 4620 | 270 | 23 1 | 31.80 | 31.80 |
| 05/07/05 | 26908 MASTISOL | 270 | 29 1 | 47.10 | 47.10 |
| 05/07/05 | 27031 SPECIMEN TRAP FILTER WHITE | 270 | 32 1 | 54.15 | 54.15 |
| 05/07/05 | 27623 BANDAGE ELASTIC 4" STERILE SINGL | 270 | 24 1 | 45.70 | 45.70 |
| 05/07/05 | 27920 TOURNIQUET CUFF STERILE 18" | 270 | 19 1 | 294.20 | 294.20 |
| 05/07/05 | 29628 DIGIT TRAP | 270 | 16 1 | 457.20 | 457.20 |
| 05/07/05 | 31266 SOLN NS 3000 IRR | 270 | 35 1 | 213.50 | 213.50 |
| 05/07/05 | 40367 SHAVER 2.0 FULL RADIUS | 270 | 20 1 | 880.00 | 880.00 |
| 05/07/05 | 40822 SPONGE ANTIMICROBIAL 4X4 AMD | 270 | 25 1 | 31.55 | 31.55 |
| 05/07/05 | 51110 ANGIO CATH | 270 | 9 1 | 19.00 | 19.00 |
| 05/07/05 | 51144 SKIN TEMP PROBE | 270 | 8 1 | 53.00 | 53.00 |
| | TOTAL MED-SURG SUPPLIES | | | | 3,627.80 |
| | | | | | |
| 05/07/05 | 22752 TAPE MEDI RIP 4" STERILE | 272 | 13 1 | 161.00 | 161.00 |
| 05/07/05 | 26605 PADDING CAST WEBRIL 4" | 272 | 15 1 | 31.80 | 31.80 |

Continued

05118-00080

D1-OP8 05/12/05      2

DENISE M BLALOCK              05118-00080   F  42Y  05/07/05  05/07/05

299001 ANTHEM BLUE CROSS BLU   003320650   ASJAN0080411
299003 BLUE CROSS OTHER 1500   003320650   ASJAN0080411

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305

| | | | | | |
|---|---|---|---|---|---|
| 05/07/05 | 40954 PACK BASIC SET UP | | 272  33 1 | 698.00 | 698.00 |
| | TOTAL STERILE SUPPLY | | | | 890.80 |
| 05/07/05 | 6409 SURG PATH LEVEL 3 - CHRG ONLY | | 310  10 1 | 198.50 | 198.50 |
| | TOTAL PATHOLOGY LAB | | | | 198.50 |
| 05/07/05 | 12190 OR PROC LEVEL 10 | | 360  28 1 | 3127.00 | 3,127.00 |
| 05/07/05 | 17140 OR 1-1 1/2 | | 360  36 1 | 2202.00 | 2,202.00 |
| 05/07/05 | 20205 PRE PROC CARE | | 360   2 1 | 923.00 | 923.00 |
| | TOTAL OR SERVICES | | | | 6,252.00 |
| 05/07/05 | 11102 ANESTHESIA CRNA | | 370   6 93 | 7.86 | 730.98 |
| 05/07/05 | 55005 ANESTHESIA - TIMED | | 370   6 93 | 11.31 | 1,051.83 |
| | TOTAL ANESTHESIA | | | | 1,782.81 |
| 05/07/05 | 1318 MORPHINE 10MG CARPUJECT | | 636   5 1 | 56.75 | 56.75 |
| 05/07/05 | 1446 ANCEF 1GM VIAL | | 636   4 1 | 49.25 | 49.25 |
| 05/07/05 | 1583 ZOFRAN 4MG VIAL | | 636   1 1 | 274.00 | 274.00 |
| | TOTAL PHARMACY SPECIFIC | | | | 380.00 |
| 05/07/05 | 20206 2ND STAGE RECOVERY | | 710   1 1 | 383.00 | 383.00 |
| 05/07/05 | 61040 REC RM 1 - 1 1/2 HOUR | | 710   4 1 | 1278.00 | 1,278.00 |
| | TOTAL RECOVERY ROOM | | | | 1,661.00 |

| | |
|---|---|
| TOTAL CHARGES | 15,434.41 |
| 07/22/05 I0082   944 COMMERCIAL INSURANCE PAYMENT | -7,827.59 |
| 07/22/05 A4017    49 BLUE CROSS-POP CY | -7,408.52 |
| TOTAL PAYMENTS/ADJUSTMENTS | -15,236.11 |

198.30

05118-00080

‹                                                                D1-OPT 04/06/05        1

DENISE M BLALOCK                    05089-00486    F  42Y  04/01/05  04/01/05

299001 ANTHEM BLUE CROSS BLU    003320650      ASJAN0080411
299003 BLUE CROSS OTHER 1500    003320650      ASJAN0080411

        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305                          .

04/01/05  50027 NM BONE LIMITED                  341   1 1     483.00      483.00
              TOTAL NUCLEAR MEDICINE/DX                                    483.00

04/01/05  90507 MEDRONATE (MDP) TO 30 MCI        636   1 1      62.00       62.00
              TOTAL PHARMACY SPECIFIC                                       62.00

        TOTAL CHARGES                                                      545.00

        TOTAL PAYMENTS/ADJUSTMENTS                                           0.00

05089-00486

                                                             545.00

<

D1-ER  02/17/05     1

DENISE M BLALOCK                    05044-00007   F  42Y  02/13/05  02/13/05

200999 BLUE CROSS (AL) OTHER    003320650    ASJAN0080411
200500 BLUE CROSS 1500 PLAN     003320650    ASJAN0080411

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL           36305

| Date | Code | Description | | | | |
|---|---|---|---|---|---|---|
| 02/13/05 | 45315 | INFUSION THERAPY UP TO 1 HOUR | 260 | 6 1 | 171.00 | 171.00 |
| 02/13/05 | 45318 | O/P INFUSION THP ECH ADD HR | 260 | 7 1 | 50.00 | 50.00 |
| | | TOTAL IV THERAPY | | | | 221.00 |
| 02/13/05 | 1902 | VENIPUNCTURE - CHRG ONLY | 300 | 2 1 | 13.50 | 13.50 |
| | | TOTAL LABORATORY | | | | 13.50 |
| 02/13/05 | 1007 | AMYLASE BLD | 301 | 1 1 | 104.50 | 104.50 |
| 02/13/05 | 1056 | COMP METABOLIC PANEL | 301 | 1 1 | 250.50 | 250.50 |
| 02/13/05 | 1143 | LIPASE | 301 | 1 1 | 97.00 | 97.00 |
| | | TOTAL LAB/CHEMISTRY | | | | 452.00 |
| 02/13/05 | 2025 | CBC W/AUTO DIFF | 305 | 1 1 | 117.00 | 117.00 |
| | | TOTAL LAB/HEMATOLOGY | | | | 117.00 |
| 02/13/05 | 20139 | LEVEL II WITH PROCEDURE | 450 | 4 1 | 614.00 | 614.00 |
| 02/13/05 | 20222 | IV PUSH EACH | 450 | 5 2 | 136.00 | 272.00 |
| | | TOTAL EMERGENCY ROOM | | | | 886.00 |
| 02/13/05 | 1529 | REGLAN 10MG VIAL | 636 | 1 1 | 49.25 | 49.25 |
| 02/13/05 | 2499 | PROTONIX IV 40MG INJECTION | 636 | 2 1 | 307.50 | 307.50 |
| | | TOTAL PHARMACY SPECIFIC | | | | 356.75 |
| 02/13/05 | 45063 | ER PHYSICIAN LEVEL IV | 981 | 3 1 | 133.00 | 133.00 |
| | | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 133.00 |

TOTAL CHARGES                                    2,179.25

| 03/02/05 | I0082 | 409 COMMERCIAL INSURANCE PAYMENT | -87.20 |
|---|---|---|---|
| 03/02/05 | I0082 | 409 COMMERCIAL INSURANCE PAYMENT | -851.24 |
| 03/02/05 | A4018 | 448 BLUE CROSS-PMD | -24.00 |
| 03/02/05 | A4017 | 448 BLUE CROSS-POP CY | -582.20 |

Continued

5044-00007

DENISE M BLALOCK                    05044-00007   F  42Y  02/13/05  02/13/05

200999 BLUE CROSS (AL) OTHER    003320650      ASJAN0080411
200500 BLUE CROSS 1500 PLAN     003320650      ASJAN0080411


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL            36305


            TOTAL PAYMENTS/ADJUSTMENTS                    -1,944.64

234.61

JUN-09-2006 FRI 10:19 AM   FLOWERS, BUS. OF.        33461575288         P. 17

DENISE M BLALOCK                    05017-00506   F  42Y  01/17/05  01/17/05

200999 BLUE CROSS (AL) OTHER    003320650      ASJAN0080411
100500 BLUE CROSS 1500 PLAN     003320650      ASJAN0080411


          DENISE M BLALOCK
          103 GROUSE RD
          DOTHAN AL                    36305


01/17/05  10137 XR SINUSES 3 + V            320   1 1   331.50      331.50
          TOTAL DIAGNOSTIC X-RAY                                    331.50

01/17/05  20139 LEVEL II WITH PROCEDURE     450   3 1   614.00      614.00
          TOTAL EMERGENCY ROOM                                      614.00

01/17/05  45300 ER PHYSICIAN LEVEL III      981   2 1   126.00      126.00
          TOTAL EMERGENCY ROOM PHYSICIAN                            126.00



          TOTAL CHARGES                                           1,071.50

02/02/05 I0082    937 COMMERCIAL INSURANCE PAYMENT                 -208.92
02/02/05 I0082    937 COMMERCIAL INSURANCE PAYMENT                  -56.00
02/02/05 A4018    763 BLUE CROSS-PMD                                -56.00
02/24/05 A4017    311 BLUE CROSS-POF CY                            -453.84


          TOTAL PAYMENTS/ADJUSTMENTS                               -774.36



                                                                   297.14

05017-00506

DENISE M BLALOCK                    04179-00040   F  42Y  06/27/04  06/29/04

299001 BLUE CROSS OTHER      003320650      ASJ420827425
299003 BLUE CROSS OTHER 1500 003320650      ASJ420827425

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305

| Date | Code/Description | | | | Amount | Total |
|---|---|---|---|---|---|---|
| 06/28/04 | 65064 ROOM 250 T | | 110 | 24 1 | 838.00 | 838.00 |
| | TOTAL PRIVATE | | | | | 838.00 |
| 06/27/04 | 65400 ROOM CCU V | | 210 | 13 1 | 1611.00 | 1,611.00 |
| | TOTAL CORONARY CARE | | | | | 1,611.00 |
| 06/27/04 | 1568 TRIDIL 50MG VIAL | | 250 | 2 1 | 102.50 | 102.50 |
| 06/27/04 | 2758 SODIUM CHLORIDE 0.9% FLUSH | | 250 | 17 4 | 0.00 | 0.00 |
| 06/28/04 | 2758 SODIUM CHLORIDE 0.9% FLUSH | | 250 | 17 4 | 0.00 | 0.00 |
| 06/29/04 | 2758 SODIUM CHLORIDE 0.9% FLUSH | | 250 | 17 4 | 0.00 | 0.00 |
| | TOTAL PHARMACY | | | | | 102.50 |
| 06/28/04 | 75532 CONTRAST 51-100 CC'S | | 255 | 18 1 | 577.50 | 577.50 |
| | TOTAL DRUGS/INCIDENT RAD | | | | | 577.50 |
| 06/28/04 | 31105 SOLN IV D5 1/2S 500 | | 258 | 27 1 | 173.00 | 173.00 |
| | TOTAL IV SOLUTIONS | | | | | 173.00 |
| 06/27/04 | 125 ASA GR5 TAB | | 259 | 1 1 | 1.00 | 1.00 |
| 06/27/04 | 125 ASA GR5 TAB | | 259 | 4 1 | 1.00 | 1.00 |
| 06/27/04 | 2454 COREG 12.5MG TABLET | | 259 | 9 4 | 3.75 | 15.00 |
| 06/27/04 | 2498 PEPCID 20MG TABLET | | 259 | 6 2 | 4.25 | 8.50 |
| 06/27/04 | 273 TEGRETOL 200MG TABLET | | 259 | 12 3 | 1.50 | 4.50 |
| 06/27/04 | 273 TEGRETOL 200MG TABLET | | 259 | 13 2 | 1.50 | 3.00 |
| 06/27/04 | 518 ECOTRIN TAB GR5 | | 259 | 14 1 | 1.00 | 1.00 |
| 06/27/04 | 524 PROCARDIA XL 30MG TABLET | | 259 | 10 2 | 3.50 | 7.00 |
| 06/27/04 | 539 PRINIVIL 20MG TABLET | | 259 | 11 4 | 2.50 | 10.00 |
| 06/27/04 | 545 PREMARIN 0.625MG TABLET | | 259 | 5 4 | 2.25 | 9.00 |
| 06/27/04 | 622 HYDROCHLOROTHIAZIDE 25MG TAB | | 259 | 8 2 | 1.00 | 2.00 |
| 06/27/04 | 733 NAPROSYN 250MG TABLET | | 259 | 7 4 | 1.75 | 7.00 |
| 06/27/04 | 876 NITROSTAT 0.4MG SL TABLET | | 259 | 19 1 | 9.50 | 9.50 |
| 06/28/04 | 117 TYLENOL TABLET | | 259 | 26 6 | 1.00 | 6.00 |
| 06/28/04 | 234 CATAPRES 0.1MG TAB | | 259 | 29 2 | 1.00 | 2.00 |
| 06/28/04 | 2454 COREG 12.5MG TABLET | | 259 | 9 4 | 3.75 | 15.00 |
| 06/28/04 | 2498 PEPCID 20MG TABLET | | 259 | 6 2 | 4.25 | 8.50 |
| 06/28/04 | 2505 NEXIUM 40MG CAPSULE | | 259 | 28 1 | 9.75 | 9.75 |

Continued

04179-00040

DENISE M BLALOCK                    04179-00040   F   42Y   06/27/04   06/29/04

39001 BLUE CROSS OTHER          003320650      ASJ420827425
399003 BLUE CROSS OTHER 1900    003320650      ASJ420827425


DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL              36305


| Date | | Description | | | | Qty | Charge |
|------|--|-------------|--|--|--|-----|--------|
| 06/28/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | 3 | 1.50 | 4.50 |
| 06/28/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 2 | 1.50 · | 3.00 |
| 06/28/04 | 818 | ECOTRIN TAB GR5 | 259 | 14 | 1 | 1.00 | 1.00 |
| 06/28/04 | 524 | PROCARDIA XL 30MG TABLET | 259 | 10 | 1 | 3.50 | 3.50 |
| 06/28/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | 2 | 2.50 | 5.00 |
| 06/28/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | 2 | 2.50 | 5.00 |
| 06/28/04 | 545 | PREMARIN 0.625MG TABLET | 259 | 5 | 2 | 2.25 | 4.50 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | 2 | 1.00 | 2.00 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | 4 | 1.00 | 4.00 |
| 06/28/04 | 614 | PHENERGAN 25MG TABLET | 259 | 20 | 1 | 1.00 | 1.00 |
| 06/28/04 | 622 | HYDROCHLOROTHIAZIDE 25MG TAB | 259 | 8 | 1 | 1.00 | 1.00 |
| 06/28/04 | 733 | NAPROSYN 250MG TABLET | 259 | 7 | 4 | 1.75 | 7.00 |
| 06/28/04 | 867 | PHENERGAN 25MG SUPPOSITORY | 259 | 19 | 2 | 10.25 | 20.50 |
| 06/29/04 | 117 | TYLENOL TABLET | 259 | 26 | -6 | 1.00 | -6.00 |
| 06/29/04 | 218 | CAPOTEN 50MG TAB | 259 | 32 | 1 | 5.00 | 5.00 |
| 06/29/04 | 234 | CATAPRES 0.1MG TAB | 259 | 29 | -2 | 1.00 | -2.00 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | 3 | 1.50 | 4.50 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 13 | 2 | 1.50 | 3.00 |
| 06/29/04 | 273 | TEGRETOL 200MG TABLET | 259 | 12 | -5 | 1.50 | -7.50 |
| 06/29/04 | 385 | DARVOCET N 100 TAB | 259 | 27 | 1 | 2.00 | 2.00 |
| 06/29/04 | 385 | DARVOCET N 100 TAB | 259 | 27 | 1 | 2.00 | 2.00 |
| 06/29/04 | 524 | PROCARDIA XL 30MG TABLET | 259 | 10 | -1 | 3.50 | -3.50 |
| 06/29/04 | 539 | PRINIVIL 20MG TABLET | 259 | 11 | -4 | 2.50 | -10.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | -3 | 1.00 | -3.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 20 | -1 | 1.00 | -1.00 |
| 06/29/04 | 614 | PHENERGAN 25MG TABLET | 259 | 18 | -3 | 1.00 | -3.00 |
| 06/29/04 | 622 | HYDROCHLOROTHIAZIDE 25MG TAB | 259 | 8 | -1 | 1.00 | -1.00 |
| 06/29/04 | 733 | NAPROSYN 250MG TABLET | 259 | 7 | -2 | 1.75 | -3.50 |
| 06/29/04 | 867 | PHENERGAN 25MG SUPPOSITORY | 259 | 19 | -2 | 10.25 | -20.50 |
| 06/29/04 | 876 | NITROSTAT 0.4MG SL TABLET | 259 | 15 | -1 | 9.50 | -9.50 |
| | | TOTAL Other Pharmacy | | | | | 127.75 |
| 06/27/04 | 46315 | INFUSION THERAPY PER VISIT | 260 | 33 | 1 | 160.00 | 160.00 |
| | | TOTAL IV THERAPY | | | | | 160.00 |
| 06/27/04 | 20114 | PULSE OXIMETER PROBE | 270 | 31 | 1 | 141.00 | 141.00 |


Continued


04179-00040

D1-I/P 07/03/04       3

DENISE M BLALOCK                 04179-00040   F  42Y  06/27/04  06/29/04

| 299001 BLUE CROSS OTHER | 003320650 | ASJ420827425 |
| 299003 BLUE CROSS OTHER 1500 | 003320650 | ABJ420827425 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL            36305

| 06/27/04 | 45086 ER OXYGEN | | 270 | 32 1 | 42.50 | 42.50 |
|---|---|---|---|---|---|---|
| 06/27/04 | 96502 O2 6 - 12 HRS | | 270 | 14 1 | 114.00 | 114.00 |
| 06/28/04 | 22700 POUCH TELEMETRY W/TIES | | 270 | 28 1 | 27.15 | 27.15 |
| 06/28/04 | 96502 O2 6 - 12 HRS | | 270 | 25 1 | 114.00 | 114.00 |
| | TOTAL MED-SURG SUPPLIES | | | | | 438.65 |
| | | | | | | |
| 06/27/04 | 1007 AMYLASE BLD | | 301 | 1 1 | 93.00 | 93.00 |
| 06/27/04 | 1056 COMP METABOLIC PANEL | | 301 | 1 1 | 223.00 | 223.00 |
| 06/27/04 | 1408 CK MB | | 301 | 1 1 | 248.00 | 248.00 |
| 06/27/04 | 1493 TROPONIN QUANT | | 301 | 1 1 | 57.00 | 57.00 |
| 06/28/04 | 1310 TSH | | 301 | 5 1 | 179.50 | 179.50 |
| 06/28/04 | 1493 TROPONIN QUANT | | 301 | 4 1 | 57.00 | 57.00 |
| 06/28/04 | 1710 LIPID PANEL | | 301 | 5 1 | 286.50 | 286.50 |
| 06/29/04 | 1048 BASIC METABOLIC PANEL | | 301 | 22 1 | 178.00 | 178.00 |
| | TOTAL LAB/CHEMISTRY | | | | | 1,322.00 |
| | | | | | | |
| 06/27/04 | 3037 ABO TYPE | | 302 | 2 1 | 36.00 | 36.00 |
| 06/27/04 | 3044 ANTIBODY SCREEN EA | | 302 | 2 1 | 36.00 | 36.00 |
| 06/27/04 | 3045 RH TYPE | | 302 | 2 1 | 36.00 | 36.00 |
| | TOTAL LAB/IMMUNOLOGY | | | | | 108.00 |
| | | | | | | |
| 06/27/04 | 2025 CBC W/AUTO DIFF | | 305 | 1 1 | 104.50 | 104.50 |
| 06/27/04 | 5010 PROTIME | | 305 | 1 1 | 61.50 | 61.50 |
| 06/27/04 | 5011 PTT | | 305 | 1 1 | 81.50 | 81.50 |
| | TOTAL LAB/HEMATOLOGY | | | | | 247.50 |
| | | | | | | |
| 06/27/04 | 10129 CHEST 2 VIEWS | | 320 | 1 1 | 239.50 | 239.50 |
| | TOTAL DIAGNOSTIC X-RAY | | | | | 239.50 |
| | | | | | | |
| 06/29/04 | 50051 NM RENAL INTERVENTION MULTI 7870 | | 340 | 22 1 | 1936.50 | 1,936.50 |
| | TOTAL NUCLEAR MEDICINE | | | | | 1,936.50 |
| | | | | | | |
| 06/27/04 | 20140 LEVEL III WITH PROCEDURELS | | 450 | 30 1 | 722.00 | 722.00 |
| | TOTAL EMERGENCY ROOM | | | | | 722.00 |
| | | | | | | |
| 6/27/04 | 96508  PULSE OXIMETRY | | 460 | 15 1 | 10.00 | 10.00 |

Continued

4179-00040

D1-I/P 07/03/04      4

DENISE M BLALOCK                    04179-00040   F  42Y  06/27/04  06/29/04

| 299001 BLUE CROSS OTHER      | 003320650 | A8J420827425 |
| 299003 BLUE CROSS OTHER 1500 | 003320650 | A8J420827425 |

DENISE M BLALOCK
103 GROUSE RD
DOTHAN AL          36305

| | | | | |
|---|---|---|---|---|
| | TOTAL PULMONARY FUNCTION | | | 10.00 |
| 06/28/04  93510 LEFT HEART CATH | 481  19 1 | 7037.00 | 7,037.00 |
| 06/28/04  93543 VENTRICULOGRAM | 481  19 1 | 440.00 | 440.00 |
| 06/28/04  93545 CORONARY ANGIOGRAPHY | 481  19 1 | 528.00 | 528.00 |
| 06/28/04  93555 S & I VENTRICULOGRAM | 481  19 1 | 352.50 | 352.50 |
| 06/28/04  93556 S & I ALL OTHER | 481  19 1 | 352.50 | 352.50 |
| | TOTAL CARDIAC CATH LAB | | | 8,710.00 |
| 06/27/04  1529 REGLAN 10MG VIAL | 636   3 1 | 43.75 | 43.75 |
| 06/28/04  1370 APRESOLINE 20MG VIAL | 636  30 2 | 88.75 | 177.50 |
| 06/28/04  1376 BENADRYL 50MG SYRINGE | 636  21 1 | 43.75 | 43.75 |
| 06/28/04  1434 HEPARIN 5000U VIAL | 636  23 2 | 43.75 | 87.50 |
| 06/28/04  1476 VERSED 2MG/2ML SDV | 636  25 1 | 50.50 | 50.50 |
| 06/28/04  1529 REGLAN 10MG VIAL | 636  24 1 | 43.75 | 43.75 |
| 06/28/04  1644 POLOCAINE 2% 50ML MDV | 636  22 1 | 106.00 | 106.00 |
| 06/29/04  1317 MORPHINE 8MG CARPUJECT | 636  16 1 | 50.50 | 50.50 |
| 06/29/04  1370 APRESOLINE 20MG VIAL | 636  30 -2 | 88.75 | -177.50 |
| 06/29/04  90511 NM MAG/MCI Q3005 | 636  22 6 | 40.00 | 240.00 |
| | TOTAL PHARMACY SPECIFIC | | | 665.75 |
| 06/27/04  93000 EKG | 730  16 1 | 112.00 | 112.00 |
| 06/28/04  93000 EKG | 730  26 1 | 112.00 | 112.00 |
| | TOTAL EKG/ECG GENERAL | | | 224.00 |
| 06/27/04  45063 ER PHYSICIAN LEVEL IV | 981  29 1 | 133.00 | 133.00 |
| | TOTAL EMERGENCY ROOM PHYSICIAN | | | 133.00 |
| 06/27/04  11143 EKG PROF | 985  16 1 | 18.00 | 18.00 |
| 06/28/04  11143 EKG PROF | 985  26 1 | 18.00 | 18.00 |
| | TOTAL CARDIOLOGY PROFESSIONAL | | | 36.00 |

| | TOTAL CHARGES | | 18,382.65 |
|---|---|---|---|
| 07/28/04 I0082  985 COMMERCIAL INSURANCE PAYMENT | | | -2,120.00 |

Continued

4179-00040

Case 1:06-cv-00381-MHT-WC   Document 16-2   Filed 06/12/2006   Page 23 of 26

D1-I/P 07/03/04       5

DENISE M BLALOCK                04179-00040   F  42Y  06/27/04  06/29/04

299001 BLUE CROSS OTHER        003320650        ASJ420827425
299003 BLUE CROSS OTHER 1500   003320650        ASJ420827425


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


09/02/04 I0082   502 COMMERCIAL INSURANCE PAYMENT              -109.00
09/02/04 I0082   502 COMMERCIAL INSURANCE PAYMENT               -26.00
07/04/04 A4000   755 BXAL IP CY                              -15,463.65
09/02/04 A4018   265 BLUE CROSS-PMD                             -24.00
09/02/04 A4018   265 BLUE CROSS-PMD                             -10.00


        TOTAL PAYMENTS/ADJUSTMENTS                          -17,752.65


                                                              630.00
04179-00040

<                                                                D1-ER  06/10/04    1


DENISE M BLALOCK                      04158-00038   F  42Y  06/06/04  06/06/04

299001 BLUE CROSS OTHER       003320650      ASJ420827429
299003 BLUE CROSS OTHER 1500  003320650      ASJ420827425
199043 SONICS                                420113696


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


06/06/04  10075 XR ANKLE MIN 3 VIEWS          320   1 1     241.50      241.50
06/06/04  10076 TIBIA/FIBULA                  320   1 1     200.00      200.00
          TOTAL DIAGNOSTIC X-RAY                                        441.50

06/06/04  20138 LEVEL I WITH PROCEDURELS      450   3 1     368.00      368.00
          TOTAL EMERGENCY ROOM                                         368.00

06/06/04  45320 ER PHYSICIAN LEVEL II         981   2 1     113.00      113.00
          TOTAL EMERGENCY ROOM PHYSICIAN                               113.00



          TOTAL CHARGES                                                922.50

11/18/04 I0082   726 COMMERCIAL INSURANCE PAYMENT                     -370.23
11/18/04 A4017    32 BLUE CROSS-POP CY                                -364.27


          TOTAL PAYMENTS/ADJUSTMENTS                                  -734.50


                                                                       188.00

04158-00038

‹                                                D1-ER  06/03/04      1


DENISE M BLALOCK                  04150-00150   F  42Y  05/29/04  05/30/04

600001 MEDICAID AL                         0004201136963
600004 MEDICAID 1500 PLAN                  0004201136963


        DENISE M BLALOCK
        103 GROUSE RD
        DOTHAN AL              36305


05/29/04  30101 ER FACILITY - LEVEL I      490   2 1    368.00      368.00
          TOTAL EMERGENCY ROOM                                      368.00

05/29/04  45320 ER PHYSICIAN LEVEL II      981   1 1    113.00      113.00
          TOTAL EMERGENCY ROOM PHYSICIAN                            113.00



          TOTAL CHARGES                                             481.00

06/14/04 P0080   190 PATIENT PAYMENT                                 -3.00
06/22/04 I0035   327 MCAID AL CURRENT YEAR PYMT                     -35.36
07/20/04 I0035   737 MCAID AL CURRENT YEAR PYMT                     -20.00
06/22/04 A1135   327 AL MEDICAID O/P CY                            -329.64
07/20/04 A1143   737 AL Medicaid Pro Fee CA                         -92.00
07/30/04 A5070   402 SMALL BALANCE W/O                               -1.00


          TOTAL PAYMENTS/ADJUSTMENTS                               -481.00

DENISE M BLALOCK                    04062-00617   F  42Y  03/02/04  03/03/04

600001 MEDICAID AL                        0004201136963
600004 MEDICAID 1500 PLAN                 0004201136963

          DENISE M BLALOCK
          103 GROUSE RD
          DOTHAN AL            36305

| | | | | | |
|---|---|---|---|---|---|
| 03/02/04 | 10087 XR HAND MIN 3 VIEWS | 320 | 1 1 | 236.50 | 236.50 |
| 03/02/04 | 10088 XR WRIST MIN 3 VIEWS | 320 | 1 1 | 260.50 | 260.50 |
| 03/02/04 | 10256 XR KNEE W/SUNRISE BILAT 73564 | 320 | 1 1 | 587.00 | 587.00 |
| | TOTAL DIAGNOSTIC X-RAY | | | | 1,104.00 |
| 03/02/04 | 20126 INTRAMUSCULAR INJECTION | 450 | 4 2 | 121.00 | 242.00 |
| 03/02/04 | 20139 LEVEL II WITH PROCEDURE | 450 | 3 1 | 546.50 | 546.50 |
| | TOTAL EMERGENCY ROOM | | | | 788.50 |
| 03/02/04 | 1336 TORADOL 60MG [IM] | 636 | 1 1 | 60.50 | 60.50 |
| 03/03/04 | 1321 NORFLEX 60MG AMP | 636 | 2 1 | 168.75 | 168.75 |
| | TOTAL PHARMACY SPECIFIC | | | | 229.25 |
| 03/02/04 | 45300 ER PHYSICIAN LEVEL III | 981 | 2 1 | 126.00 | 126.00 |
| | TOTAL EMERGENCY ROOM PHYSICIAN | | | | 126.00 |

          TOTAL CHARGES                                2,247.75

| | | | |
|---|---|---|---|
| 04/22/04 I0035 | 339 MCAID AL CURRENT YEAR PYMT | | -41.00 |
| 05/12/04 I0035 | 676 MCAID AL CURRENT YEAR PYMT | | -94.56 |
| 04/22/04 A1143 | 339 AL Medicaid Pro Fee CA | | -84.00 |
| 05/12/04 A1135 | 676 AL MEDICAID O/P CY | | -2,024.19 |
| 05/17/04 A5070 | 607 SMALL BALANCE W/O | | -4.00 |

          TOTAL PAYMENTS/ADJUSTMENTS                 -2,247.75

                                              0.00
04062-00617