**S.B.J.S. PC**
**DBA SOUTHERN BONE & JOINT SPECIALISTS**

THE PRACTICE OF ORTHOPAEDICS

MAILING ADDRESS
POST OFFICE BOX 729
DOTHAN, ALABAMA 36302-0729
(334) 793-2663
1-800-460-2663
FAX (334) 836-2248
www.southernbone.com

J. PAUL MADDOX, M.D.
J. BRET SIMPSON, M.D.
R. BRUCE HALL, M.D.
D. KEITH GRANGER, M.D.
HENRY H. BARNARD II, M.D.
CHRISTOPHER E. ROBINSON, M.D.
JAMES P. DEHAVEN, M.D.
R. DEAN LOLLEY, M.D.
DAVID W. ALFORD, M.D.
O.H. (SKIP) CHITWOOD III, M.D.
FLEMING G. BROOKS, M.D.
PATRICK W. LETT, M.D.
TIMOTHY M. HALEY, M.D.
JUDSON B. MOORE, M.D.
WILLIAM B. HANSON, M.D.
JOHN H. HALEY, JR., M.D.

BONNIE J. DUNGAN, M.D.
PHYSICAL MEDICINE AND REHABILITATION
MARK E. CHOUETTE, SR, M.D., F.A.C.P.
BENJAMIN J. WERNER, D.P.M.
PODIATRIC SURGERY & MEDICINE

MILTON H. WOOD, C.E.O./ADMIN.

EAST LOCATION:
1500 ROSS CLARK CIRCLE

WEST LOCATION:
FLOWERS HOSPITAL
4300 WEST MAIN STREET, SUITE 14

ENTERPRISE LOCATION:
404 NORTH MAIN STREET
(334) 308-9737


EXHIBIT
E

## FACSIMILE TRANSMITTAL SHEET

TO: Archie Grubb
COMPANY:
FAX #: (706) 653-9472
PHONE #:
REF: Denise Blalock

From: Shea
Date: 6/9/06
Total # of Pages (Including Cover): 20

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY

Comments:

### IMPORTANT WARNING

This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message.

```
       DENISE M BLALOCK   (163862)          Southern Bone & Joint Specialists,
       103 GROUSE RD                        P.O. Box 729
       DOTHAN AL 36305                      Dothan, Alabama  36302-0729
       334-678-2159
```

(Doctor Account)

```
       2C1.1*163862 DENISE M BLALOCK              *Closed*
 18   05/26/04 99214    ESTAB OFFICE O 18.2   71514    82.00 052604RCC 2C1.1
                                                      -1.00 052604RCC 2C1.3*1
 20   05/26/04 1.4      COPAY CASH     18.2          -60.00 061604ALC 1597141
 28   06/16/04 2.1      ALACAID PAYMEN 18.2          -21.00 061604ALC 1597141
 29   06/16/04 39       ALACAID NON-AL 18.2

 ###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
                        Balance:                       0.00

 Primary: -60.00  Secondary: 0.00   Personal: -1.00   Adjustments: -21.00
       05/28/04 insur   ECS-MEDI                              486215

       2C1.2*163862 DENISE M BLALOCK              *Closed*
 19   05/26/04 73130    X-RAY,HAND;MIN 18.2   71514    83.00 052604RCC 2C1.2
 30   06/16/04 2.1      ALACAID PAYMEN 18.2          -19.00 061604ALC 1597141
 31   06/16/04 39       ALACAID NON-AL 18.2          -64.00 061604ALC 1597141
                        Balance:                       0.00

 Primary: -19.00  Secondary: 0.00   Personal: 0.00   Adjustments: -64.00
       05/28/04 insur   ECS-MEDI                              486215

       2C2.1*163862 DENISE M BLALOCK              *Closed*
 21   05/26/04 L3800    [D230] THUMB S 18.2   71514    25.00 052604RCC 2C2.1
 25   06/07/04 39       ALACAID NON-AL 18.2          -25.00 060704MOM 1591438
                        Balance:                       0.00

 Primary: 0.00  Secondary: 0.00   Personal: 0.00   Adjustments: -25.00
       05/28/04 insur   ECS-MEDI                              486216

       3C1.1*163862 DENISE M BLALOCK              *Closed*
 26   06/07/04 99212    ESTAB OFFICE O 23.3   92421    54.00 060704RCC 3C1.1
 73   03/21/05 2.50     BCBS PMT RELEA 23.3          -20.00 032105MIS 1800308
 74   03/21/05 1.4      $15.00 COPAY C 23.3            0.00 032105MIS 1800308
 75   03/21/05 38       BC/BS ALA PMD  23.3          -19.00 032105MIS 1800308
 89   08/06/04 1.6      FRM 3E TRANSFE 23.3          -15.00 033105ADJ 1808545
                        Balance:                       0.00

 Primary: -20.00  Secondary: 0.00   Personal: -15.00  Adjustments: -19.00
       06/09/04 insur   ECS-MEDI                              489602
       02/23/05 insur   BCBSOFAL                              493682

       4C1.1*163862 DENISE M BLALOCK              *Closed*
 36   08/06/04 99213-25 ESTAB OFFICE O F18.3  71514    63.00 080604FTS 4C1.1
 39   08/06/04 1.1      COPAY CHECK    F18.3         -30.00 080604FTS 4C1.4*1
 44   09/09/04 2.50     BCBS PMT RELEA F18.3         -47.00 090904MIS 1661182
 45   09/09/04 38       BC/BS ALA PMD  F18.3         -16.00 090904MIS 1661182
 52   08/06/04 89       TO 37 DEBIT    F18.3          15.00 101504NEW 1699702
 88   08/06/04 89       TO 26 DEBIT    F18.3          15.00 033105ADJ 1808545
                        Balance:                       0.00

 Primary: -47.00  Secondary: 0.00   Personal: -30.00  Adjustments: 14.00
       09/10/04 insur   BCBSOFAL                              506799

       4C1.2*163862 DENISE M BLALOCK              *Closed*
 37   08/06/04 20600    ARTHROCENTESIS F18.3  71514    72.00 080604FTS 4C1.2
 42   09/09/04 2.50     $15.00 BC COPA F18.3         -23.00 090904MIS 1661182
 43   09/09/04 38       BC/BS ALA PMD  F18.3         -34.00 090904MIS 1661182
 53   08/06/04 1.6      FRM 36 TRANSFE F18.3         -15.00 101504NEW 1699702
                        Balance:                       0.00

 Primary: -23.00  Secondary: 0.00   Personal: -15.00  Adjustments: -34.00
       09/10/04 insur   BCBSOFAL                              506799

       4C1.3*163862 DENISE M BLALOCK              *Closed*
 38   08/06/04 J0702    CELESTONE INJ( F18.3  71514    18.00 080604FTS 4C1.3
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
46  09/09/04 2.50    BCBS PMT RELEA F18.3           -5.24 090904MIS 1661182
47  09/09/04 38      BC/BS ALA PMD  F18.3          -12.76 090904MIS 1661182
                     Balance:                        0.00

Primary: -5.24   Secondary: 0.00    Personal: 0.00    Adjustments: -12.76
        08/10/04 insur   BCBSOFAL                                   506799
-------------------------------------------------------------------------------
     2C3.1*163862 DENISE M BLALOCK            *Closed*
42  10/06/04 99203   OFFICE OR OTHE F41.3   71514   101.00 CS100604F 2C3.1
50  10/06/04 1.1     1405 COPAY CHE F41.3          -20.00 CS100604F 2C3.2*1
70  02/26/05 2.50    BCBS PMT RELEA F41.3          -59.00 022605MIS 1783745
71  02/26/05 1.4     $15.00 COPAY C F41.3            0.00 022605MIS 1783745
72  02/26/05 38      BC/BS ALA PMD  F41.3          -27.00 022605MIS 1783745
90  10/06/04 89      TO 64 DEBIT    F41.3            5.00 033105ADJ 1808546
                     Balance:                        0.00

Primary: -59.00  Secondary: 0.00    Personal: -20.00  Adjustments: -22.00
        10/08/04 insur.  ECS-MEDI                                   524507
        02/12/05 insur   ECS-BCBS                                   524507
        02/15/05 insur   ECS-BCBS                                   524507
-------------------------------------------------------------------------------
     1741137.1*163862 DENISE M BLALOCK        *Closed*
56  12/27/04 LTR30   RECOVERY SPECI 20.3            0.00 RSIC     1741137
                     Balance:                       0.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
-------------------------------------------------------------------------------
     4C2.1*163862 DENISE M BLALOCK            *Closed*
62  02/23/05 99212-25 ESTAB OFFICE O F41.3  71514   54.00 CS0223050 4C2.1
63  02/23/05 1.1     15&4 COPAY CHE F41.3          -46.00 CS0223050 4C2.2*1
76  03/25/05 2.50    BCBS PMT RELEA F41.3          -28.00 032505MIS 1803795
77  03/25/05 38      BC/BS ALA PMD  F41.3          -19.00 032505MIS 1803795
92  02/23/05 89      TO 64-67 DEBIT F41.3           17.28 033105ADJ 1808548
97  04/09/05 89      DEBIT PMT      F41.3           21.72 040905ADJ 1814201
                     Balance:                        0.00

Primary: -28.00  Secondary: 0.00    Personal: -46.00  Adjustments: 20.00
        02/26/05 insur   ECS-BCBS                                   564416
-------------------------------------------------------------------------------
     4C2.3*163862 DENISE M BLALOCK            *Closed*
64  02/23/05 20605-LT INTERM JOINT I F41.3  71514   63.00 CS0223050 4C2.3
78  03/25/05 2.50    $7.80 BC COPAY F41.3          -31.20 032505MIS 1803795
79  03/25/05 38      BC/BS ALA PMD  F41.3          -24.00 032505MIS 1803795
91  10/06/04 1.6     FRM 49 TRANSFE F41.3           -5.00 033105ADJ 1808546
93  02/23/05 1.6     FRM 62 TRANSFE F41.3           -2.80 033105ADJ 1808548
                     Balance:                        0.00

Primary: -31.20  Secondary: 0.00    Personal: -7.80   Adjustments: -24.00
        02/26/05 insur   ECS-BCBS                                   564416
-------------------------------------------------------------------------------
     4C2.4*163862 DENISE M BLALOCK            *Closed*
65  02/23/05 J0704   CELESTONE PHOS F41.3   71514   18.00 CS0223050 4C2.4
80  03/25/05 2.50    $0.49 BC COPAY F41.3           -1.90 032505MIS 1803795
81  03/25/05 38      BC/BS ALA PMD  F41.3          -15.62 032505MIS 1803795
94  02/23/05 1.6     FRM 62 TRANSFE F41.3           -0.48 033105ADJ 1808548
                     Balance:                        0.00

Primary: -1.90   Secondary: 0.00    Personal: -0.48   Adjustments: -15.62
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
     02/25/05 insur   ECS-BCBS                                            564416
------------------------------------------------------------------------------
     4C2.5*163862 DENISE M BLALOCK              *Closed*
 66  02/23/05 73100-LT X-RAY,WRIST;AP F41.3  71514    70.00 CS0223050 4C2.5
 82  03/25/05 2.50     $9.00 BC COPAY  F41.3         -36.00 032505MIS 1803795
 83  03/25/05 3B       BC/BS ALA PMD  F41.3         -25.00 032505MIS 1803795
 95  02/23/05 1.6      FRM G2 TRANSFE F41.3          -9.00 033105ADJ 1808548
                       Balance:                       0.00

Primary: -36.00  Secondary: 0.00   Personal: -9.00  Adjustments: -25.00
     02/25/05 insur   ECS-BCBS                                            564416
------------------------------------------------------------------------------
     4C2.6*163862 DENISE M BLALOCK              *Closed*
 67  02/23/05 L3800    [D238] THUMB S F41.3  71514    25.00 CS0223050 4C2.6
 84  03/25/05 2.50     $5.00 BC COPAY F41.3         -20.00 032505MIS 1803795
 96  02/23/05 1.6      FRM G2 TRANSFE F41.3          -5.00 033105ADJ 1808548
                       Balance:                       0.00

Primary: -20.00  Secondary: 0.00   Personal: -5.00  Adjustments: 0.00
     02/25/05 insur   ECS-BCBS                                            564416
------------------------------------------------------------------------------
     4C3.1*163862 DENISE M BLALOCK              *Private*
 85  03/29/05 99212    ESTAB OFFICE O F41.3  71514    54.00 CS0329050 4C3.1
 86  03/29/05 1.1      16.2 COPAY CHE F41.3         -10.80 CS0329050 4C3.2*1
 90  04/09/05 1.6      TRANSFERRED PM F41.3         -21.72 040905ADJ 1814201
 99  04/07/05 2.50     BCBS PMT RELEA F41.3         -28.00 040705MIS 1812903
100  04/07/05 3B       BC/BS ALA PMD  F41.3         -19.00 040705MIS 1812903
                       Balance:                      -25.52

Primary: -28.00  Secondary: 0.00   Personal: -32.52 Adjustments: -19.00
     03/31/05 insur   ECS-BCBS                                            573890
------------------------------------------------------------------------------
     4C4.1*163862 DENISE M BLALOCK              *Private*
101  04/25/05 99214    ESTAB OFFICE O F41.3  71514    82.00 CS0425050 4C4.1
102  04/25/05 1.1      16.47 COPAY CHE F41.3        -16.40 CS0425050 4C4.2*1
104  05/04/05 2.50     BCBS PMT RELEA F41.3         -55.20 050405MIS 1831865
105  05/04/05 3B       BC/BS ALA PMD  F41.3         -13.00 050405MIS 1831865
                       Balance:                       -2.60

Primary: -55.20  Secondary: 0.00   Personal: -16.40 Adjustments: -13.00
     04/27/05 insur   ECS-BCBS                                            581960
------------------------------------------------------------------------------
     4C5.1*163862 DENISE M BLALOCK              *Closed*
106  05/09/05 99024    POSTOP FOLLOW- F41.3  71514     0.00 CS0509050 4C5.1
                       Balance:                        0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
     05/12/05 insur   ECS-BCBS                                            586161
------------------------------------------------------------------------------
     4C5.2 163862 DENISE M BLALOCK              *Closed*
107  05/09/05 L3800-LT [D214-LT] FLA  F41.3  71514    40.00 CS0509050 4C5.2
112  05/26/05 2.50     BCBS PMT RELEA F41.3         -32.00 052605MIS 1847467
119  07/27/05 3B       BC/BS ALA PMD  F41.3          -8.00 072705ADJ 1891253
                       Balance:                        0.00

Primary: -32.00  Secondary: 0.00   Personal: 0.00   Adjustments: -8.00
     05/12/05 insur   ECS-BCBS                                            586161
------------------------------------------------------------------------------
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
      4C6.1*163862 DENISE N BLALOCK              *Private*
109  05/07/05 29846-LT ARTHROSCOPY, E F41.3  71693   2975.00 051105SUR 4C6.1
113  05/26/05 2.50     BCBS PMT RELEA F41.3          -1570.40 052605MIS 1847488
114  05/26/05 1.4      $392.60 COPAY  F41.2              0.00 052605MIS 1847488
115  05/26/05 38       BC/BS ALA PMD  F41.3          -1012.00 052605MIS 1847488
118  07/26/05 5.9      42 23 MEDICAID F41.3              0.00 072605ALC 1803152
139  09/23/05 5.9      18 MEDICAID OF F41.3              0.00 092305ALC 1933661
146  11/08/05 1.3      CHECK ON ACCOU F41.3            -25.00 110720OSP 1966364
169  03/17/06 5.9      42 18 MEDICAID F41.3              0.00 031706ALC 2060978
204  05/19/06 89       DEBIT PMT      F41.50           25.00 051906ADJ 2106134
                       Balance:                       392.60

Primary: -1570.40  Secondary: 0.00    Personal: -25.00  Adjustments: -987.00
        05/13/05 insur   ECS-BCBS                              587234
        06/22/05 insur   MEDICAID                              587234
        08/25/05 insur   MEDICAID                              587234
        10/13/05 insur   MEDICAID                              587234
        01/20/06 insur   MEDICAID                              587234
----------------------------------------------------------------------------
      4C7.1*163862 DENISE N BLALOCK              *Closed*
111  05/18/05 99024    POSTOP FOLLOW- F41.3  71514       0.00 CS0518050 4C7.1
                       Balance:                          0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
----------------------------------------------------------------------------
      2C4.1*163862 DENISE N BLALOCK              *Closed*
117  06/22/05 99024    POSTOP FOLLOW- F41.2  71514       0.00 CS062205R 2C4.1
                       Balance:                          0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
----------------------------------------------------------------------------
      4C8.1*163862 DENISE N BLALOCK              *Closed*
120  08/03/05 99214    ESTAB OFFICE O F41.2  71514      82.00 CS0803050 4C8.1
127  08/30/05 5.7      BC/BS OF AL    F41.2             0.00 083005MIS 1914140
150  11/22/05 2.1      ALCAID PAYMEN  F41.2           -60.00 112205ALC 1977592
151  11/22/05 39       ALCAID NON-AL  F41.2           -22.00 112205ALC 1977592
                       Balance:                         0.00

Primary: -60.00  Secondary: 0.00   Personal: 0.00   Adjustments: -22.00
        08/03/05 insur   ECS-BCBS                              613491
        09/02/05 insur   MEDICAID                              613491
        10/24/05 insur   ECS-MEDI                              613491
----------------------------------------------------------------------------
      4C9.1*163862 DENISE N BLALOCK              *Closed*
123  08/25/05 99024    POSTOP FOLLOW- F41.2  71514       0.00 CS0825050 4C9.1
                       Balance:                          0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
        08/30/05 insur   ECS-BCBS                              620767
        09/23/05 insur   MEDICAID                              620767
        10/24/05 insur   ECS-MEDI                              620767
        11/08/05 insur   ECS-MEDI                              620767
----------------------------------------------------------------------------
      4C9.2*163862 DENISE N BLALOCK              *Closed*
124  08/25/05 29075    SHORT ARM CAST F41.2  71514     150.00 CS0825050 4C9.2
135  09/20/05 5.70     BC/BS OF AL    F41.2              0.00 092005MIS 1929302
159  12/06/05 2.1      ALCAID PAYMEN  F41.2            -72.00 120605ALC 1986725
160  12/06/05 39       ALCAID NON-AL  F41.2            -78.00 120605ALC 1986725
```

```
###. Date.... Code.... Description... DrFcl., Dx...., Original Batch.... Ref....
165  02/09/06  5.50    PHCS/CIGNA REJ F41.2              0.00 020906MIS 2033004
                       Balance:                          0.00

Primary: -72.00  Secondary: 0.00   Personal: 0.00   Adjustments: -70.00
     08/30/05 insur    ECS-BCBS                                        620767
     09/23/05 insur    MEDICAID                                        620767
     10/24/05 insur    ECS-MEDI                                        620767
     11/08/05 insur    ECS-MEDI                                        620767

        4C9.3*163862 DENISE M BLALOCK            *Closed*
125  08/25/05  Q4010   CAST SUPPLIES  F41.2   71514   18.00 CS0825050 4C9.3
136  09/20/05  5.70    BC/BS OF AL    F41.2            0.00 092005MIS 1929302
153  12/05/05  39      ALMCAID NON-AL F41.2          -18.00 120505ADJ 1986985
                       Balance:                        0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: -18.00
     08/30/05 insur    ECS-BCBS                                        620767
     09/23/05 insur    MEDICAID                                        620767
     10/24/05 insur    ECS-MEDI                                        620767
     11/08/05 insur    ECS-MEDI                                        620767

        4C10.1*163862 DENISE M BLALOCK           *Closed*
129  08/24/05  25480-LT TENDON TRANSFE F41.2  71694  1547.00 083105SUR 4C10.1
134  09/20/05  5.70    BC/BS OF AL    F41.2            0.00 092005MIS 1929617
155  12/06/05  2.1     ALMCAID PAYMEN F41.2         -225.00 120605ALC 1986724
156  12/06/05  39      ALMCAID NON-AL F41.2        -1322.00 120605ALC 1986724
162  12/21/05  5.90    18 MEDICAID OF F41.2            0.00 122105ALA 1999604
185  05/08/06  5.50    PHCS/CIGNA REJ F41.2            0.00 050806MIS 2098223
                       Balance:                        0.00

Primary: -225.00 Secondary: 0.00   Personal: 0.00   Adjustments: -1322.00
     09/02/05 insur    ECS-BCBS                                        622360
     09/23/05 insur    MEDICAID                                        622360
     10/24/05 insur    ECS-MEDI                                        622360
     12/06/05 insur    ECS-MEDI                                        622360

        4C10.2*163862 DENISE M BLALOCK           *Closed*
130  08/24/05  25447-51 ARTHROPLASTY,  F41.2  71694  2407.00 083105SUR 4C10.2
135  09/20/05  5.70    BC/BS OF AL    F41.2            0.00 092005MIS 1929617
157  12/06/05  2.1     ALMCAID PAYMEN F41.2         -512.00 120605ALC 1986724
158  12/06/05  39      ALMCAID NON-AL F41.2        -1895.00 120605ALC 1986724
163  12/21/05  5.90    18 MEDICAID OF F41.2            0.00 122105ALA 1999604
186  05/08/06  5.50    PHCS/CIGNA REJ F41.2            0.00 050806MIS 2098223
                       Balance:                        0.00

Primary: -512.00 Secondary: 0.00   Personal: 0.00   Adjustments: -1895.00
     09/02/05 insur    ECS-BCBS                                        622360
     09/23/05 insur    MEDICAID                                        622360
     10/24/05 insur    ECS-MEDI                                        622360
     12/06/05 insur    ECS-MEDI                                        622360

        4C11.1*163862 DENISE M BLALOCK           *Closed*
132  09/08/05  99024   POSTOP FOLLOW- F41.3   71514   0.00 CS090805R 4C11.1
                       Balance:                        0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00

        4C12.1*163862 DENISE M BLALOCK           *Closed*
```

```
###. Date.... Code.... Description.... DrFcl.. Dx.... Original Batch.... Ref....
140  10/07/05 99024    POSTOP FOLLOW-  F41.3   71514      0.00 CS1007050 4C12.1
                       Balance:                            0.00

  Primary: 0.00    Secondary: 0.00     Personal: 0.00   Adjustments: 0.00
  ----------------------------------------------------------------------

     4C14.1*163862 DENISE M BLALOCK            *Closed*
147  11/17/05 99024    POSTOP FOLLOW-  F41.2   71514      0.00 CS1117050 4C14.1
                       Balance:                            0.00

  Primary: 0.00    Secondary: 0.00     Personal: 0.00   Adjustments: 0.00
     11/23/05 insur    ECS-BCBS                                        650298
  ----------------------------------------------------------------------

     4C14.2*163862 DENISE M BLALOCK            *Closed*
148  11/17/05 L3908-RT [0207-RT] BURN F41.3   71514     49.00 CS1117050 4C14.2
154  12/05/05 39       ALFCAID NON-AL  F41.3            -49.00 120505ADJ 1985985
161  12/09/05 5.7      BC/BS OF AL     F41.3              0.00 120905MIS 1990586
                       Balance:                            0.00

  Primary: 0.00    Secondary: 0.00     Personal: 0.00   Adjustments: -49.00
     11/23/05 insur    ECS-BCBS                                        650298
  ----------------------------------------------------------------------

     4C15.1*163862 DENISE M BLALOCK            *Private*
166  03/06/06 99213    ESTAB OFFICE O  F41.50  3542     63.00 030606OHC 4C15.1
167  03/06/06 1.1      COPAY CHECK     F41.50           -30.00 030606OHC 4C15.2*
170  04/10/06 3.10     PHCS/CIGNA PAY  F41.50           -10.00 041006MIS 2077398
171  04/10/06 7.2      PHCS/CIGNA NON  F41.50           -23.00 041006MIS 2077398
206  05/23/06 2.1      ALFCAID PAYMEN  F41.50           -31.00 052306ALC 2108400
                       Balance:                           -31.00

  Primary: -41.00  Secondary: 0.00    Personal: -30.00  Adjustments: -23.00
     03/16/06 insur    CIGNAHEA                                        684281
     04/12/06 insur    MEDICAID                                        684281
  ----------------------------------------------------------------------

     2C5.1*163862 DENISE P BLALOCK             *Closed*
173  03/27/06 8888     NO CHARGE       F50.50  3542      0.00 CS032706R 2C5.1
                       Balance:                            0.00

  Primary: 0.00    Secondary: 0.00     Personal: 0.00   Adjustments: 0.00
     04/12/06 insur    ECS-MEDI                                        691594
     04/19/06 insur    CIGNAHEA                                        691594
     05/16/06 insur    MEDICAID                                        691594
  ----------------------------------------------------------------------

     2C5.2*163862 DENISE M BLALOCK             *Suspense*
174  03/27/06 95903    NCS-MOTOR EA N  F60.50  3542     63.00 CS032706R 2C5.2
187  05/12/06 5.5      PHCS/CIGNA REJ  F60.50            0.00 051206MIS 2101581
195  05/12/06 5.5      PHCS/CIGNA REJ  F60.50            0.00 051206MIS 2101917
                       Balance:                           63.00

  Primary: 0.00    Secondary: 0.00     Personal: 0.00   Adjustments: 0.00
     04/12/06 insur    ECS-MEDI                                        691594
     04/19/06 insur    CIGNAHEA                                        691594
     05/16/06 insur    MEDICAID                                        691594
  ----------------------------------------------------------------------

     2C5.3*163862 DENISE M BLALOCK             *Suspense*
175  03/27/06 95903-76 NCS-MOTOR EA N  F60.50  3542     63.00 CS032706R 2C5.3
188  05/12/06 5.5      PHCS/CIGNA REJ  F60.50            0.00 051206MIS 2101581
196  05/12/06 5.5      PHCS/CIGNA REJ  F60.50            0.00 051206MIS 2101917
                       Balance:                           63.00
```

```
##. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
    ─────────────────────────────────────────────────────────────────────────
        205.4*163862 DENISE M BLALOCK              *Suspense*
    176 03/27/06 95904     NCS-SENSORY    F50.50  3542   48.00 CS032706R 205.4
    189 05/12/06 5.5       PHCS/CIGNA REJ F50.50         0.00 051206MIS 2101581
    197 05/12/06 5.5       PHCS/CIGNA REJ F50.50         0.00 051206MIS 2101917
                           Balance:                      48.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
    ─────────────────────────────────────────────────────────────────────────
        205.5*163862 DENISE M BLALOCK              *Suspense*
    177 03/27/06 95904-76 NCS-SENSORY    F50.50  3542   48.00 CS032706R 205.5
    190 05/12/06 5.5       PHCS/CIGNA REJ F50.50         0.00 051206MIS 2101581
    198 05/12/06 5.5       PHCS/CIGNA REJ F50.50         0.00 051206MIS 2101917
                           Balance:                      48.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
    ─────────────────────────────────────────────────────────────────────────
        205.6*163862 DENISE M BLALOCK              *Suspense*
    178 03/27/06 95904-76 NCS-SENSORY    F50.50  3542   48.00 CS032706R 205.6
    191 05/12/06 5.5       PHCS/CIGNA REJ F50.50         0.00 051206MIS 2101581
    199 05/12/06 5.5       PHCS/CIGNA REJ F50.50         0.00 051206MIS 2101917
                           Balance:                      48.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/12/06 insur    ECS-MEDI                                      691594
        04/19/06 insur    CIGNAHEA                                      691594
        05/16/06 insur    MEDICAID                                      691594
    ─────────────────────────────────────────────────────────────────────────
        302.1*163862 DENISE M BLALOCK              *Suspense*
    180 04/03/06 99213     ESTAB OFFICE O F41.50  3542   52.00 CS040306R 302.1
    192 05/12/06 5.7       BC/BS OF AL    F41.3          0.00 051206MIS 2101804
    213 06/05/06 5.5       PHCS/CIGNA REJ F41.50         0.00 060506MIS 2117286
                           Balance:                      52.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
        04/18/06 insur    ECS-BCBS                                      693906
        05/16/06 insur    MEDICAID                                      693906
        05/17/06 insur    CIGNAHEA                                      693906
        06/08/06 insur    MEDICAID                                      693906
    ─────────────────────────────────────────────────────────────────────────
        302.2*163862 DENISE M BLALOCK              *Suspense*
    181 04/03/06 L3908     CO2077 BUNNY S F41.50  3542   49.00 CS040306R 302.2
    193 05/12/06 5.7       BC/BS OF AL    F41.3          0.00 051206MIS 2101804
    214 06/05/06 5.5       PHCS/CIGNA REJ F41.50         0.00 060506MIS 2117286
                           Balance:                      49.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
      04/18/06 insur    BCB-BCBS                                       693906
      05/16/06 insur    MEDICAID                                       693906
      05/17/06 insur    CIGNAHEA                                       693906
      06/08/06 insur    MEDICAID                                       693906
--------------------------------------------------------------------------------
      3C2.3*163862 DENISE M BLALOCK                *Suspense*
 182  04/03/06 E0191    [DE12] ELBOW P F41.50  3542     24.00 C9040306R 3C2.3
 194  05/12/06 5.7      BC/BS OF AL    F41.3            0.00 051206MIS 2101004
 215  06/05/06 5.5      PHCS/CIGNA REJ F41.50           0.00 060506MIS 2117286
                        Balance:                       24.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
      04/18/06 insur    BCB-BCBS                                       693906
      05/16/06 insur    MEDICAID                                       693906
      05/17/06 insur    CIGNAHEA                                       693906
      06/08/06 insur    MEDICAID                                       693906
--------------------------------------------------------------------------------
      2105675.1*163862 DENISE M BLALOCK            *Closed*
 203  10/26/05 MR       MEDICAL RECORD F86.50 V683     25.00 051506ADJ 2105675
 205  05/19/06 1.6      TRANSFERRED PM F86.50         -25.00 051906ADJ 2106134
                        Balance:                        0.00

Primary: 0.00    Secondary: 0.00    Personal: -25.00   Adjustments: 0.00
--------------------------------------------------------------------------------
      4C16.1*163862 DENISE M BLALOCK               *Suspense*
 207  05/15/06 99214    ESTAB OFFICE 0 F41.50  3542    82.00 C9051506R 4C16.1
 208  05/15/06 1.1      COPAY CHECK    F41.50         -30.00 C9051506R 4C16.2*
                        Balance:                       52.00

Primary: 0.00    Secondary: 0.00    Personal: -30.00   Adjustments: 0.00
      05/30/06 insur    CIGNAHEA                                       707360
--------------------------------------------------------------------------------
      4C17.1*163862 DENISE M BLALOCK               *Suspense*
 210  05/26/06 64718-LT NEUROLYSIS AND F41.50  3542  1662.00 060106SUR 4C17.1
                        Balance:                     1662.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
      06/06/06 insur    CIGNAHEA                                       709105
--------------------------------------------------------------------------------
      4C17.2*163862 DENISE M BLALOCK               *Suspense*
 211  05/26/06 64721-51 [64721-51-LT]  F41.50  3540  1015.00 060106SUR 4C17.2
                        Balance:                     1015.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: 0.00
      06/06/06 insur    CIGNAHEA                                       709105
--------------------------------------------------------------------------------
      Statements for DENISE M BLALOCK              *Closed*
  32  06/30/04 98.1     STMT PRINTED                    0.00          stmt
  35  07/29/04 98.1     STMT PRINTED                    0.00          stmt
  41  08/30/04 98.1     STMT PRINTED                    0.00          stmt
  48  09/28/04 98.1     STMT PRINTED                    0.00          stmt
  54  10/26/04 98.1     STMT PRINTED                    0.00          stmt
  55  11/29/04 98.1     STMT PRINTED                    0.00          stmt
  57  12/27/04 98.1     STMT PRINTED                    0.00          stmt
  58  01/29/05 98.1     STMT PRINTED                    0.00          stmt
  59  02/26/05 98.1     STMT PRINTED                    0.00          stmt
```

###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
    TOTAL : 3468.49

###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
    TOTAL : 3468.49

```
SOUTHERN BONE & JOINT SPECIALISTS        Printed 11:55:29 09 JUN 2006
P O BOX 729                              By: 156 MWSLAR SLRL
DOTHAN, AL 36302
334-793-2663                             TaxID#: 200870135


              DENISE M BLALOCK       (40163862)
              103 GROUSE ROAD
              DOTHAN AL 36303
              334-678-8159
```

```
###  Date..... Code..... Description... DrFcl.. Dx..... Original Batch..... Ref.....
      101.1*40163862 DENISE M BLALOCK              *Private*
1     09/08/05 97003    [OTEVAL] OCCUP F56.50  71514     123.00 09082005P 101.1
32    10/04/05 5.5      PHCS/CIGNA REJ F56.50              0.00 100405MIS 1940751
87    10/27/05 5.5      PHCS/CIGNA REJ F56.50              0.00 102705MIS 1959217
123   11/15/05 3.1      PHCS/CIGNA PAY F56.50             -8.05 111505COM 1972210
124   11/15/05 7.2      PHCS/CIGNA NON F56.50            -84.95 111505COM 1972210
                        Balance:                          30.00

Primary: -8.05  Secondary: 0.00   Personal: 0.00   Adjustments: -84.95
      09/14/05 insur   PHCSCIGN                              625011
      09/14/05 insur   PHCSCIGN                              625011
      10/03/05 insur   PHCSCIGN                              625011
```

```
      101.2*40163862 DENISE M BLALOCK              *Closed*
2     09/08/05 97110    [THEREX] THER F56.50  71514      44.00 09082005P 101.2
33    10/04/05 5.5      PHCS/CIGNA REJ F56.50              0.00 100405MIS 1940751
88    10/27/05 5.5      PHCS/CIGNA REJ F56.50              0.00 102705MIS 1959217
125   11/15/05 3.1      PHCS/CIGNA PAY F56.50            -14.00 111505COM 1972210
126   11/15/05 7.2      PHCS/CIGNA NON F56.50            -30.00 111505COM 1972210
                        Balance:                           0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
      09/14/05 insur   PHCSCIGN                              625011
      09/14/05 insur   PHCSCIGN                              625011
      10/03/05 insur   PHCSCIGN                              625011
```

```
      101.3*40163862 DENISE M BLALOCK              *Closed*
3     09/08/05 97760    [ORTH] ORTHOT F56.50  71514      36.00 09082005P 101.3
34    10/04/05 5.5      PHCS/CIGNA REJ F56.50              0.00 100405MIS 1940751
89    10/27/05 5.5      PHCS/CIGNA REJ F56.50              0.00 102705MIS 1959217
127   11/15/05 3.1      PHCS/CIGNA PAY F56.50            -11.00 111505COM 1972210
128   11/15/05 7.2      PHCS/CIGNA NON F56.50            -25.00 111505COM 1972210
                        Balance:                           0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -25.00
      09/14/05 insur   PHCSCIGN                              625011
      09/14/05 insur   PHCSCIGN                              625011
      10/03/05 insur   PHCSCIGN                              625011
```

```
      101.4*40163862 DENISE M BLALOCK              *Closed*
4     09/08/05 L3805    [ABTS] CUSTOM F56.50  71514     290.00 09082005P 101.4
35    10/04/05 5.5      PHCS/CIGNA REJ F56.50              0.00 100405MIS 1940751
90    10/27/05 5.5      PHCS/CIGNA REJ F56.50              0.00 102705MIS 1959217
129   11/15/05 3.1      PHCS/CIGNA PAY F56.50           -232.00 111505COM 1972210
130   11/15/05 7.2      PHCS/CIGNA NON F56.50            -58.00 111505COM 1972210
                        Balance:                           0.00
```

(Therapy account)

```
###. Date..... Code..... Description... DrTcl.. Dx.... Original Batch.... Ref....

    Primary: -222.00  Secondary: 0.00    Personal: 0.00    Adjustments: -58.00
          09/14/05 insur    PHCSCIGN                                     625011
          09/14/05 insur    PHCSCIGN                                     625011
          10/03/05 insur    PHCSCIGN                                     625011
    ------------------------------------------------------------------------
       102.1*40163862  DENISE M BLALOCK              *Private*
    7    09/16/05 97022   [OWP] WHIRLPOOL F30.50  71514   34.00 09162005P 102.1
    77   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
    91   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
    198  12/22/05 3.10    PHCS/CIGNA PAY F30.50            0.00 122205CDM 1999940
    199  12/22/05 7.2     PHCS/CIGNA NON F30.50           -6.00 122205CDM 1999940
                          Balance:                        20.00

    Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
          09/22/05 insur    PHCSCIGN                                     628353
          10/03/05 insur    PHCSCIGN                                     628353
    ------------------------------------------------------------------------
       102.2*40163862  DENISE M BLALOCK              *Private*
    8    09/16/05 97110   [OTHEREX] THER F30.50  71514   44.00 09162005P 102.2
    78   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
    92   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
    200  12/22/05 3.1     PHCS/CIGNA PAY F30.50          -12.00 122205CDM 1999940
    201  12/22/05 7.2     PHCS/CIGNA NON F30.50          -30.00 122205CDM 1999940
                          Balance:                         2.00

    Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
          09/22/05 insur    PHCSCIGN                                     628353
          10/03/05 insur    PHCSCIGN                                     628353
    ------------------------------------------------------------------------
       102.3*40163862  DENISE M BLALOCK              *Closed*
    9    09/16/05 97124   [ONASSI MASSAG F30.50  71514   35.00 09162005P 102.3
    79   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
    93   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
    202  12/22/05 3.1     PHCS/CIGNA PAY F30.50          -11.00 122205CDM 1999940
    203  12/22/05 7.2     PHCS/CIGNA NON F30.50          -24.00 122205CDM 1999940
                          Balance:                         0.00

    Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
          09/22/05 insur    PHCSCIGN                                     628353
          10/03/05 insur    PHCSCIGN                                     628353
    ------------------------------------------------------------------------
       102.4*40163862  DENISE M BLALOCK              *Closed*
    10   09/16/05 97530   [GENERAL THERP F30.50  71514   47.00 09162005P 102.4
    80   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959174
    94   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
    204  12/22/05 3.1     PHCS/CIGNA PAY F30.50          -16.00 122205CDM 1999940
    205  12/22/05 7.2     PHCS/CIGNA NON F30.50          -31.00 122205CDM 1999940
                          Balance:                         0.00

    Primary: -16.00  Secondary: 0.00    Personal: 0.00    Adjustments: -31.00
          09/22/05 insur    PHCSCIGN                                     628353
          10/03/05 insur    PHCSCIGN                                     628353
    ------------------------------------------------------------------------
       103.1*40163862  DENISE M BLALOCK              *Private*
    12   09/23/05 97022   [OWP] WHIRLPOOL F30.50  71514   34.00 09232005P 103.1
    74   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959172
    95   10/27/05 5.5     PHCS/CIGNA REJ F30.50            0.00 102705MIS 1959217
```

```
###. Date.... Code.... Description.... DrFol.. Dx.... Original Batch.... Ref....
205  12/22/05  3.1   PHCS/CIGNA PAY F30.50            0.00 122205COM 1999940
207  12/22/05  7.2   PHCS/CIGNA NON F30.50           -6.00 122205COM 1999940
                     Balance:                        20.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
        09/29/05 insur   PHCSCIGN                                   630917
        10/03/05 insur   PHCSCIGN                                   630917

─────────────────────────────────────────────────────────────────────────────
     103.2*40163862 DENISE M BLALOCK                *Private*
13   09/23/05  97110  [OTHEREX] THER F30.50  71514   44.00 092320065P 103.2
75   10/27/05  5.5    PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959172
96   10/27/05  5.5    PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
208  12/22/05  3.1    PHCS/CIGNA PAY F30.50         -12.00 122205COM 1999940
209  12/22/05  7.2    PHCS/CIGNA NON F30.50         -30.00 122205COM 1999940
                      Balance:                       2.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
        09/29/05 insur   PHCSCIGN                                   630917
        10/03/05 insur   PHCSCIGN                                   630917

─────────────────────────────────────────────────────────────────────────────
     103.3*40163862 DENISE M BLALOCK                *Closed*
14   09/20/05  97124  [OMASS] MASSAG F30.50  71514   35.00 09232005P  103.3
76   10/27/05  5.5    PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959172
97   10/27/05  5.5    PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959217
210  12/22/05  3.1    PHCS/CIGNA PAY F30.50         -11.00 122205COM 1999940
211  12/22/05  7.2    PHCS/CIGNA NON F30.50         -24.00 122205COM 1999940
                      Balance:                       0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
        09/29/05 insur   PHCSCIGN                                   630917
        10/03/05 insur   PHCSCIGN                                   630917

─────────────────────────────────────────────────────────────────────────────
     104.1*40163862 DENISE M BLALOCK                *Private*
16   09/28/05  97022  COMPL WHIRLPOO F30.50  71514   34.00 09282005P  104.1
98   10/27/05  5.5    PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959218
183  12/22/05  3.10   PHCS/CIGNA PAY F30.50          0.00 122205COM 1999934
184  12/22/05  7.2    PHCS/CIGNA NON F30.50         -6.00 122205COM 1999934
185  12/22/05  49     $20.00 DEDUCTI F30.50          0.00 122205COM 1999934
                      Balance:                      20.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
        10/03/05 insur   PHCSCIGN                                   631790
        10/03/05 insur   PHCSCIGN                                   631790
        10/03/05 insur   PHCSCIGN                                   631790
        10/03/05 insur   PHCSCIGN                                   631790
        10/03/05 insur   PHCSCIGN                                   631790

─────────────────────────────────────────────────────────────────────────────
     104.2*40163862 DENISE M BLALOCK                *Private*
17   09/28/05  97110  [OTHEREX] THER F30.50  71514   44.00 09282005P  104.2
99   10/27/05  5.5    PHCS/CIGNA REJ F30.50          0.00 102705MIS 1959218
186  12/22/05  3.1    PHCS/CIGNA PAY F30.50         -12.00 122205COM 1999934
187  12/22/05  7.2    PHCS/CIGNA NON F30.50         -30.00 122205COM 1999934
                      Balance:                       2.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
        10/03/05 insur   PHCSCIGN                                   631790
        10/03/05 insur   PHCSCIGN                                   631790
        10/03/05 insur   PHCSCIGN                                   631790
```

```
###. Date.... Code.... Description... InFc1. Dx..... Original Batch.... Ref....
     10/03/05 insur  PHCSCIGN                                           631790
     10/03/05 insur  PHCSCIGN                                           631790
------------------------------------------------------------------------------
     104.3*40163862 DENISE M BLALOCK            *Closed*
 18  09/28/05 97124  [MASS] MASSAG F30.50  71514   35.00 09282005P 104.3
100  10/27/05 5.5    PHCS/CIGNA REJ F30.50         0.00 102705MIS 1959218
108  12/22/05 3.1    PHCS/CIGNA PAY F30.50       -11.00 122205COM 1999024
109  12/22/05 7.2    PHCS/CIGNA NON F30.50       -24.00 122205COM 1999024
                    Balance:                       0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     10/03/05 insur  PHCSCIGN                                           631790
     10/03/05 insur  PHCSCIGN                                           631790
     10/03/05 insur  PHCSCIGN                                           631790
     10/03/05 insur  PHCSCIGN                                           631790
     10/03/05 insur  PHCSCIGN                                           631790
------------------------------------------------------------------------------
     105.1*40163862 DENISE M BLALOCK            *Private*
 27  09/30/05 97022  [WP] WHIRLPOO F30.50  71514   24.00 09302005P 105.1
 71  10/27/05 5.5    PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958995
 81  10/27/05 3.1    PHCS/CIGNA PPY F30.50         0.00 102705MIS 1959215
 82  10/27/05 7.2    PHCS/CIGNA NON F30.50        -5.00 102705MIS 1959215
                    Balance:                      24.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -5.00
     10/04/05 insur  PHCSCIGN                                           632843
     10/04/05 insur  PHCSCIGN                                           632843
------------------------------------------------------------------------------
     105.2*40163862 DENISE M BLALOCK            *Private*
 26  09/30/05 97110  [THEREX] THER F30.50  71514   44.00 09302005P 105.2
 72  10/27/05 5.5    PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958995
 83  10/27/05 3.1    PHCS/CIGNA PAY F30.50       -12.00 102705MIS 1959215
 84  10/27/05 7.2    PHCS/CIGNA NON F30.50       -30.00 102705MIS 1959215
                    Balance:                       2.00

Primary: -12.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     10/04/05 insur  PHCSCIGN                                           632843
     10/04/05 insur  PHCSCIGN                                           632843
------------------------------------------------------------------------------
     105.3*40163862 DENISE M BLALOCK            *Closed*
 29  09/30/05 97124  [MASS] MASSAG F30.50  71514   35.00 09302005P 105.3
 73  10/27/05 5.5    PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958995
 85  10/27/05 3.1    PHCS/CIGNA PAY F30.50       -11.00 102705MIS 1959215
 86  10/27/05 7.2    PHCS/CIGNA NON F30.50       -24.00 102705MIS 1959215
                    Balance:                       0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     10/04/05 insur  PHCSCIGN                                           632843
     10/04/05 insur  PHCSCIGN                                           632843
------------------------------------------------------------------------------
     106.1*40163862 DENISE M BLALOCK            *Private*
 36  10/05/05 97022  [WP] WHIRLPOO F30.50  71514   24.00 10052005P 106.1
 58  10/27/05 5.5    PHCS/CIGNA REJ F30.50         0.00 102705MIS 1958996
115  11/11/05 3.12   PHCS/CIGNA PAY F30.50         0.00 111105COM 1969703
116  11/11/05 7.2    PHCS/CIGNA NON F30.50        -6.00 111105COM 1969703
117  11/11/05 45     $25.00 DEDUCTI F30.50         0.00 111105COM 1969703
                    Balance:                      25.00
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....
Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
     10/12/05 insur    PHOSCIGN                                  635542
     10/12/05 insur    PHOSCIGN                                  635542
---------------------------------------------------------------------------
     106.2*40153862 DENISE M BLALOCK          *Private*
37   10/06/05 97110   [OTHEREX] THER F30.50  71514    44.00 10062005P 106.2
69   10/27/05 5.5     PHCS/CIGNA REJ F30.50           0.00 102705MIS 1958906
118  11/11/05 3.1     PHCS/CIGNA PAY F30.50          -12.00 111105CCM 1969703
119  11/11/05 7.2     PHCS/CIGNA NON F30.50          -30.00 111105CCM 1969703
120  11/11/05 49      $6.00 DEDUCTIB F30.50           0.00 111105CCM 1969703
                      Balance:                        2.00

Primary: -12.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
     10/12/05 insur    PHOSCIGN                                  635542
     10/12/05 insur    PHOSCIGN                                  635542
---------------------------------------------------------------------------
     106.3*40163862 DENISE M BLALOCK          *Closed*
38   10/06/05 97124   [CMASSI MASSAG F30.50  71514    35.00 10062005P 106.3
70   10/27/05 5.5     PHCS/CIGNA REJ F30.50           0.00 102705MIS 1958906
121  11/11/05 3.1     PHCS/CIGNA PAY F30.50          -11.00 111105CCM 1969703
122  11/11/05 7.2     PHCS/CIGNA NON F30.50          -24.00 111105CCM 1969703
                      Balance:                        0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
     10/12/05 insur    PHOSCIGN                                  635542
     10/12/05 insur    PHOSCIGN                                  635542
---------------------------------------------------------------------------
     107.1*40163862 DENISE M BLALOCK          *Private*
41   10/14/05 97022   [WP] WHIRLPOO F30.50   71514    34.00 10142005P 107.1
111  11/09/05 5.50    PHCS/CIGNA REJ F30.50           0.00 110905CCM 1967512
190  12/22/05 3.10    PHCS/CIGNA PAY F30.50           0.00 122205CCM 1999934
191  12/22/05 7.2     PHCS/CIGNA NON F30.50          -6.00 122205CCM 1999934
                      Balance:                       28.00

Primary: 0.00    Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
     10/28/05 insur    PHOSCIGN                                  638334
     10/28/05 insur    PHOSCIGN                                  638334
---------------------------------------------------------------------------
     107.2*40153862 DENISE M BLALOCK          *Private*
42   10/14/05 97035   [US] ULTRASOU F30.50   71514    24.00 10142005P 107.2
112  11/09/05 5.50    PHCS/CIGNA REJ F30.50           0.00 110905CCM 1967512
192  12/22/05 3.1     PHCS/CIGNA PAY F30.50          -8.00 122205CCM 1999934
193  12/22/05 7.2     PHCS/CIGNA NON F30.50         -14.00 122205CCM 1999934
                      Balance:                        2.00

Primary: -8.00   Secondary: 0.00    Personal: 0.00    Adjustments: -14.00
     10/28/05 insur    PHOSCIGN                                  638334
     10/28/05 insur    PHOSCIGN                                  638334
---------------------------------------------------------------------------
     107.3*40153862 DENISE M BLALOCK          *Closed*
43   10/14/05 97110   [OTHEREX] THEP F30.50  71514    44.00 10142005P 107.3
113  11/09/05 5.50    PHCS/CIGNA REJ F30.50           0.00 110905CCM 1967512
194  12/22/05 3.1     PHCS/CIGNA PAY F30.50         -14.00 122205CCM 1999934
195  12/22/05 7.2     PHCS/CIGNA NON F30.50         -30.00 122205CCM 1999934
                      Balance:                        0.00

Primary: -14.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
     10/28/05 insur    PHOSCIGN                                  638334
```

```
###. Date.... Code.... Description... Dr/Cl., Dx.... Original Batch.... Ref....
     10/20/05 insur   PHOSCIGN                                           530334
------------------------------------------------------------------------------
     107.4*40163862 DENISE M BLALOCK            *Closed*
 44  10/14/05 97124  [04538] MASSAG F30.50  71514    35.00 10142005P  107.4
114  11/09/05 5.50   PHOS/CIGNA REJ F30.50              0.00 110905DCM 1967312
136  12/22/05 3.1    PHOS/CIGNA PAY F30.50            -11.00 122205DCM 1999934
137  12/22/05 7.2    PHOS/CIGNA NON F30.50            -24.00 122205DCM 1999934
                     Balance:                           0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
     10/20/05 insur   PHOSCIGN                                           530334
     10/20/05 insur   PHOSCIGN                                           530334
------------------------------------------------------------------------------
     108.1*40163862 DENISE M BLALOCK            *Private*
 47  10/19/05 97022  [CMP] WHIRLPOO F30.50  71514    34.00 10192005P  108.1
131  11/15/05 3.1    PHOS/CIGNA PAY F30.50              0.00 111505DCM 1972210
132  11/15/05 7.2    PHOS/CIGNA NON F30.50             -6.00 111505DCM 1972210
                     Balance:                          28.00

Primary: 0.00   Secondary: 0.00    Personal: 0.00    Adjustments: -6.00
     10/25/05 insur   PHOSCIGN                                           539833
     10/25/05 insur   PHOSCIGN                                           539833
------------------------------------------------------------------------------
     108.2*40163862 DENISE M BLALOCK            *Private*
 48  10/19/05 97033  [SUBJ ULTRASOU F30.50  71514    24.00 10192005P  108.2
133  11/15/05 3.1    PHOS/CIGNA PAY F30.50             -6.00 111505DCM 1972210
134  11/15/05 7.2    PHOS/CIGNA NON F30.50            -14.00 111505DCM 1972210
                     Balance:                           2.00

Primary: -6.00  Secondary: 0.00    Personal: 0.00    Adjustments: -14.00
     10/25/05 insur   PHOSCIGN                                           539833
     10/25/05 insur   PHOSCIGN                                           539833
------------------------------------------------------------------------------
     108.3*40163862 DENISE M BLALOCK            *Closed*
 49  10/19/05 97110  [OTHEREX] THER F30.50  71514    44.00 10192005P  108.3
135  11/15/05 3.1    PHOS/CIGNA PAY F30.50            -14.00 111505DCM 1972210
136  11/15/05 7.2    PHOS/CIGNA NON F30.50            -30.00 111505DCM 1972210
                     Balance:                           0.00

Primary: -14.00  Secondary: 0.00    Personal: 0.00    Adjustments: -30.00
     10/25/05 insur   PHOSCIGN                                           539833
     10/25/05 insur   PHOSCIGN                                           539833
------------------------------------------------------------------------------
     108.4*40163862 DENISE M BLALOCK            *Closed*
 50  10/19/05 97124  [MASS] MASSAG F30.50  71514    35.00 10192005P  108.4
137  11/15/05 3.1    PHOS/CIGNA PAY F30.50            -11.00 111505DCM 1972210
138  11/15/05 7.2    PHOS/CIGNA NON F30.50            -24.00 111505DCM 1972210
                     Balance:                           0.00

Primary: -11.00  Secondary: 0.00    Personal: 0.00    Adjustments: -24.00
     10/25/05 insur   PHOSCIGN                                           539833
     10/25/05 insur   PHOSCIGN                                           539833
------------------------------------------------------------------------------
     1010.1*40163862 DENISE M BLALOCK           *Private*
 52  10/21/05 97022  [CMP] WHIRLPOO F30.50  71514    34.00 10212005P  1010.1
146  11/22/05 3.10   PHOS/CIGNA PAY F30.50              0.00 112205DCM 1977790
147  11/22/05 7.2    PHOS/CIGNA NON F30.50             -6.00 112205DCM 1977790
                     Balance:                          28.00
```

```
###. Date.... Code.... Description... DrFcl.. Dx.... Original Batch.... Ref....

     Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
         10/27/05 insur   PHYSCIGN                                   640757
         10/27/05 insur   PHYSCIGN                                   640757
------------------------------------------------------------------------------
         1010.2*40163862 DENISE M BLALOCK           *Private*
54   10/21/05 97035     [U/S] ULTRASOU F30.50  71514   24.00 10212005P 1012.2
148  11/22/05 3.1       PHCS/CIGNA PAY F30.50          -8.00 112205COM 1977790
149  11/22/05 7.2       PHCS/CIGNA NON F30.50         -14.00 112205COM 1977790
                        Balance:                        2.00

     Primary: -8.00   Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
         10/27/05 insur   PHYSCIGN                                   640757
         10/27/05 insur   PHYSCIGN                                   640757
------------------------------------------------------------------------------
         1012.3*40163862 DENISE M BLALOCK           *Closed*
55   10/21/05 97110     [OTHEREX] THER F30.50  71514   44.00 10212005P 1012.3
168  11/22/05 3.1       PHCS/CIGNA PAY F30.50         -14.00 112205COM 1977845
169  11/22/05 7.2       PHCS/CIGNA NON F30.50         -30.00 112205COM 1977845
                        Balance:                        0.00

     Primary: -14.00   Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
         10/27/05 insur   PHYSCIGN                                   640757
         10/27/05 insur   PHYSCIGN                                   640757
------------------------------------------------------------------------------
         1012.4*40163862 DENISE M BLALOCK           *Closed*
56   10/21/05 97124     [OMASS] MASSAG F30.50  71514   35.00 10212005P 1012.4
150  11/22/05 3.1       PHCS/CIGNA PAY F30.50         -11.00 112205COM 1977790
151  11/22/05 7.2       PHCS/CIGNA NON F30.50         -24.00 112205COM 1977790
                        Balance:                        0.00

     Primary: -11.00   Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
         10/27/05 insur   PHYSCIGN                                   640757
         10/27/05 insur   PHYSCIGN                                   640757
------------------------------------------------------------------------------
         1011.1*40163862 DENISE M BLALOCK           *Private*
59   10/25/05 97022     [WP] WHIRLPOO F30.50  71514   34.00 10252005P 1011.1
152  11/22/05 3.10      PHCS/CIGNA PAY F30.50          0.00 112205COM 1977790
153  11/22/05 7.2       PHCS/CIGNA NON F30.50          -6.00 112205COM 1977790
                        Balance:                       28.00

     Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
         10/31/05 insur   PHYSCIGN                                   641577
         10/31/05 insur   PHYSCIGN                                   641577
------------------------------------------------------------------------------
         1011.2*40163862 DENISE M BLALOCK           *Private*
60   10/25/05 97035     [U/S] ULTRASOU F30.50  71514   24.00 10252005P 1011.2
154  11/22/05 3.1       PHCS/CIGNA PAY F30.50          -8.00 112205COM 1977790
155  11/22/05 7.2       PHCS/CIGNA NON F30.50         -14.00 112205COM 1977790
                        Balance:                        2.00

     Primary: -8.00   Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
         10/31/05 insur   PHYSCIGN                                   641577
         10/31/05 insur   PHYSCIGN                                   641577
------------------------------------------------------------------------------
         1011.3*40163862 DENISE M BLALOCK           *Closed*
61   10/25/05 97110     [OTHEREX] THER F30.50  71514   44.00 10252005P 1011.3
156  11/22/05 3.1       PHCS/CIGNA PAY F30.50         -14.00 112205COM 1977790
```

```
###. Dati.... Code.... Description... Di?cl.. Dx..... Original Batch.... Ref....
157  11/22/05  7.2    PHCS/CIGNA NON F30.50          -30.00 112205CDM 1977790
                      Balance:                         0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
    10/31/05 insur    PHCGCIGN                                   541577
    10/31/05 insur    PHCSCIGN                                   541577
--------------------------------------------------------------------------
     IC11.4*40163062 DENISE M BLALOCK         *Closed*
 62  10/25/05  97124   COMASSI MASSAG F30.50  71514   35.00 102500SP 1C11.4
158  11/22/05  3.1     PHCS/CIGNA PAY F30.50         -11.00 112205CDM 1977790
159  11/22/05  7.2     PHCS/CIGNA NON F30.50         -24.00 112205CDM 1977790
                       Balance:                        0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
    10/31/05 insur    PHCSCIGN                                   541577
    10/31/05 insur    PHCSCIGN                                   541577
--------------------------------------------------------------------------
     IC12.1*40163062 DENISE M BLALOCK         *Private*
 64  10/27/05  97022   COMPL WHIRLPOO F30.50  71514   34.00 102705FLO 1C12.1
160  11/22/05  3.1     PHCS/CIGNA PAY F30.50          0.00 112205CDM 1977790
161  11/22/05  7.2     PHCS/CIGNA NON F30.50         -6.00 112205CDM 1977790
                       Balance:                       28.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
    11/01/05 insur    PHCSCIGN                                   542237
    11/01/05 insur    PHCSCIGN                                   542237
--------------------------------------------------------------------------
     IC12.2*40163062 DENISE M BLALOCK         *Private*
 65  10/27/05  97035   COUS? ULTRASOU F30.50  71514   24.00 102705FLO 1C12.2
162  11/22/05  3.1     PHCS/CIGNA PAY F30.50         -8.00 112205CDM 1977790
163  11/22/05  7.2     PHCS/CIGNA NON F30.50        -14.00 112205CDM 1977790
                       Balance:                       2.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
    11/01/05 insur    PHCSCIGN                                   542237
    11/01/05 insur    PHCSCIGN                                   542237
--------------------------------------------------------------------------
     IC12.3*40163062 DENISE M BLALOCK         *Closed*
 66  10/27/05  97110   EETHEREXO THER F30.50  71514   44.00 102705FLO 1C12.3
164  11/22/05  3.1     PHCS/CIGNA PAY F30.50         -14.00 112205CDM 1977790
165  11/22/05  7.2     PHCS/CIGNA NON F30.50         -30.00 112205CDM 1977790
                       Balance:                         0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
    11/01/05 insur    PHCSCIGN                                   542237
    11/01/05 insur    PHCSCIGN                                   542237
--------------------------------------------------------------------------
     IC12.4*40163062 DENISE M BLALOCK         *Closed*
 67  10/27/05  97124   COMASSI MASSAG F30.50  71514   35.00 102705FLO 1C12.4
166  11/22/05  3.1     PHCS/CIGNA PAY F30.50         -11.00 112205CDM 1977790
167  11/22/05  7.2     PHCS/CIGNA NON F30.50         -24.00 112205CDM 1977790
                       Balance:                        0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
    11/01/05 insur    PHCSCIGN                                   542237
    11/01/05 insur    PHCSCIGN                                   542237
--------------------------------------------------------------------------
     IC13.1*40163062 DENISE M BLALOCK         *Private*
```

```
###. Date.... Code.... Description... Infor.. Dx.... Original Batch.... Ref....
105  11/03/05 97022   [CWP] WHIRLPOO F30.50  71514   34.00 110320055P 1013.1
170  12/07/05  3.1    PHCS/CIGNA PAY F30.50          0.00 120705CDM 1989038
171  12/07/05  7.2    PHCS/CIGNA NON F30.50         -5.00 120705CDM 1989038
                     Balance:                       28.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -5.00
     11/08/05 insur   PHCSCIGN                                  545283
     11/18/05 insur   PHCSCIGN                                  545283
------------------------------------------------------------------------
     1013.2*40163862 DENISE M BLALOCK          *Private*
106  11/03/05 97035   [OUS] ULTRASOU F30.50  71514   24.00 110320055P 1013.2
172  12/07/05  3.1    PHCS/CIGNA PAY F30.50         -8.00 120705CDM 1989038
173  12/07/05  7.2    PHCS/CIGNA NON F30.50        -14.00 120705CDM 1989038
                     Balance:                        2.00

Primary: -8.00  Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
     11/08/05 insur   PHCSCIGN                                  545283
     11/18/05 insur   PHCSCIGN                                  545283
------------------------------------------------------------------------
     1013.3*40163862 DENISE M BLALOCK          *Closed*
107  11/03/05 97110   [OTHEREX] THER F30.50  71514   44.00 110320055P 1013.3
174  12/07/05  3.1    PHCS/CIGNA PAY F30.50        -14.00 120705CDM 1989038
175  12/07/05  7.2    PHCS/CIGNA NON F30.50        -30.00 120705CDM 1989038
                     Balance:                        0.00

Primary: -14.00 Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     11/08/05 insur   PHCSCIGN                                  545283
     11/18/05 insur   PHCSCIGN                                  545283
------------------------------------------------------------------------
     1013.4*40163862 DENISE M BLALOCK          *Closed*
108  11/03/05 97124   [MASSG] MASSAG F30.50  71514   35.00 110320055P 1013.4
176  12/07/05  3.1    PHCS/CIGNA PAY F30.50        -11.00 120705CDM 1989038
177  12/07/05  7.2    PHCS/CIGNA NON F30.50        -24.00 120705CDM 1989038
                     Balance:                        0.00

Primary: -11.00 Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     11/08/05 insur   PHCSCIGN                                  545283
     11/18/05 insur   PHCSCIGN                                  545283
------------------------------------------------------------------------
     1014.1*40163862 DENISE M BLALOCK          *Private*
139  11/17/05 97022   [CWP] WHIRLPOO F30.50  71514   34.00 111705FLD 1014.1
179  12/19/05  49     DEDUCTIBLE     F30.50          0.00 121905CDM 1997387
214  02/22/06  3.10   PHCS/CIGNA PAY F30.50          0.00 022206CDM 2042305
215  02/22/06  7.2    PHCS/CIGNA NON F30.50         -6.00 022206CDM 2042305
                     Balance:                       28.00

Primary: 0.00   Secondary: 0.00   Personal: 0.00   Adjustments: -6.00
     11/23/05 insur   PHCSCIGN                                  549470
     11/23/05 insur   PHCSCIGN                                  549470
     11/23/05 insur   PHCSCIGN                                  549470
------------------------------------------------------------------------
     1014.2*40163862 DENISE M BLALOCK          *Private*
140  11/17/05 97035   [OUS] ULTRASOU F30.50  71514   24.00 111705FLD 1014.2
180  12/19/05  49     DEDUCTIBLE     F30.50          0.00 121905CDM 1997387
216  02/22/06  3.1    PHCS/CIGNA PAY F30.50         -8.00 022206CDM 2042305
217  02/22/06  7.2    PHCS/CIGNA NON F30.50        -14.00 022206CDM 2042305
                     Balance:                        2.00
```

```
###. Date.... Code.... Description... DrPcl.. Dx.... Original Batch.... Ref....
Primary: -8.00   Secondary: 0.00   Personal: 0.00   Adjustments: -14.00
     11/23/05 insur    PHCSCIGN                                          549470
     11/23/05 insur    PHCSCIGN                                          549470
     11/23/05 insur    PHCSCIGN                                          549470
--------------------------------------------------------------------------------
     1014.3*40163862 DENISE M BLALOCK              *Closed*
141  11/17/05 97110    COTHERAPI THER F30.50  71514      44.00 111705FLO 1014.3
181  12/19/05 49       DEDUCTIBLE     F30.50              0.00 121905COM 1997387
218  02/22/06 3.1      PHCS/CIGNA PAY F30.50            -14.00 022206COM 2042305
219  02/22/06 7.2      PHCS/CIGNA NON F30.50            -30.00 022206COM 2042305
                       Balance:                           0.00

Primary: -14.00  Secondary: 0.00   Personal: 0.00   Adjustments: -30.00
     11/23/05 insur    PHCSCIGN                                          549470
     11/23/05 insur    PHCSCIGN                                          549470
     11/23/05 insur    PHCSCIGN                                          549470
--------------------------------------------------------------------------------
     1014.4*40163862 DENISE M BLALOCK              *Closed*
142  11/17/05 97124    COMPRES MASSAG F30.50  71514      35.00 111705FLO 1014.4
182  12/19/05 49       DEDUCTIBLE     F30.50              0.00 121905COM 1997387
220  02/22/06 3.1      PHCS/CIGNA PAY F30.50            -11.00 022206COM 2042305
221  02/22/06 7.2      PHCS/CIGNA NON F30.50            -24.00 022206COM 2042305
                       Balance:                           0.00

Primary: -11.00  Secondary: 0.00   Personal: 0.00   Adjustments: -24.00
     11/23/05 insur    PHCSCIGN                                          549470
     11/23/05 insur    PHCSCIGN                                          549470
     11/23/05 insur    PHCSCIGN                                          549470
--------------------------------------------------------------------------------
     2094205.1*40163862 DENISE M BLALOCK           *Closed*
224  05/02/06 LTR30    RECOVERY SPECI 30.50               0.00 RSIC      2094205
                       Balance:                           0.00

Primary: 0.00    Secondary: 0.00   Personal: 0.00   Adjustments: 0.00
--------------------------------------------------------------------------------
     Statements for DENISE M BLALOCK               *Closed*
104  11/08/05 98.1     STMT PRINTED                       0.00           stmt
178  12/11/05 98.1     STMT PRINTED                       0.00           stmt
212  01/22/06 98.1     STMT PRINTED                       0.00           stmt
213  02/13/06 98.1     STMT PRINTED                       0.00           stmt
222  03/13/06 98.1     STMT PRINTED                       0.00           stmt
223  04/14/06 98.1     STMT PRINTED                       0.00           stmt
225  05/12/06 98.1     STMT PRINTED                       0.00           stmt
--------------------------------------------------------------------------------

    TOTAL : 220.00
```