IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


DENISE BLALOCK,                    )
                                   )
        Plaintiff,                 )
                                   )        CIVIL ACTION NO.
        v.                         )        1:06cv381-MHT
                                   )
WAL-MART STORES, INC.,             )
                                   )
        Defendant.                 )

                            ORDER

        It is ORDERED that the motion to file amended notice

of removal (doc. no. 11) is granted.  The court assumes

that plaintiff has no objections to the allowance of the

amendment; however, if she does, she must file the

objection within seven days from the date of this order.

        DONE, this the 12th day of June, 2006.


                            /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE