IN THE DISTRICT COURT OF THE UNITED STATES
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENISE BLALOCK, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| VS. | )   CIVIL ACTION NO. 1:06CV381-MHT |
| | ) |
| WAL-MART STORES, INC., ET AL. | ) |
| | ) |
|     DEFENDANT. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

TO:    Debra P. Hackett, Clerk of the Court
United States District Court
Middle District of Alabama, Southern Division
Post Office Box 711
Montgomery, Alabama 3101-0711

Please take notice that the following discovery documents were served on Defendant on June 28, 2006, on behalf of the Plaintiff, by placing a copy in the United States Mail, postage prepaid:

1. Plaintiff's First Interrogatories and Request For Production To Defendant Wal-Mart Stores.

Dated this 28th day of June, 2006.

    /s/ W. Davis Malone, III
W. Davis Malone, III (MAL012)
Attorney for the Plaintiff Denise Blalock

OF COUNSEL:

FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama 36302-0668
(334) 794-8596

FF:\WP\DH\PLEADING\DISCOVERY\BLALOCK-NOTICE OF DISCOVERY1.DOC

CERTIFICATE OF SERVICE

       I hereby certify that on this 28th day of June, 2006, I electronically filed the foregoing with the Clerk of the United States Bankruptcy Court for the Middle District of Alabama, by using the CM/ECF system which will send a notice of electronic filing to the persons listed on the Court's electronic notification list. I further certify that the foregoing document and the notice of electronic filing has been served by depositing copies thereof, first-class postage prepaid, in the United States mail to the non-CM/ECF participants identified on the notice attached to the service copies mailed to those non-participants.

     /s/ W. Davis Malone, III_____
     W. Davis Malone, III