IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DENISE BLALOCK, | * |
| | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   1:06cv381-VPM |
| | * |
| | * |
| WAL-MART STORES EAST, LP | * |
| | * |
| Defendants. | * |

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW W. PEMBLE DELASHMET of the law firm of Bowron, Latta & Wasden, P.C. and files this Notice of Appearance as counsel for Defendant, WAL-MART STORES EAST, LP (incorrectly identified in Plaintiff's Complaint as Wal-Mart Stores, Inc.).

Respectfully submitted,

<u>/s/ W.Pemble DeLashmet</u>
W. PEMBLE DELASHMET   (DELAW0873)
Attorney for Defendant Wal-Mart Stores, Inc.

OF COUNSEL:

BOWRON, LATTA & WASDEN, P. C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone:    251-344-5151
Facsimile:    251-344-9696

CERTIFICATE OF SERVICE

     I do hereby certify that I have on this day, August 11, 2006, served a copy of the foregoing by depositing the same in the United States mail, properly addressed with first class postage prepaid, to the following counsel of record:

W. Davis Malone, III, Esq.
FARMER, FARMER & MALONE, P.A.
PO Drawer 668
Dothan, AL 36302-0668

                                         /s/ W.Pemble DeLashmet
                                         Of Counsel