IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 1:06 CV 381-MHT |
| | * | |
| WAL-MART STORES, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW the Defendant, Wal-Mart Stores East, LP ("Wal-Mart"), and pursuant to Rule 6 of the Federal Rules of Civil Procedure, files this its Motion for Enlargement of Time to respond to the Plaintiff's First Set of Interrogatories and Requests for Production, due to a change in counsel and on the grounds that the undersigned need additional time to confer with their client and become sufficiently informed as to the facts and circumstances surrounding the incident made the basis of this lawsuit.

WHEREFORE, premises considered, Defendant, Wal-Mart, respectfully requests this Court grant its Motion for Enlargement of Time and allow it an additional fourteen (14) days beyond which a response would otherwise be due, to respond to Plaintiff's First Set of Interrogatories and Requests for Production.

Respectfully submitted,

_____/s/ Ricardo A. Woods_____
W. PEMBLE DELASHMET    (DELAW0873)

        wpd@bowronlatta.com
        RICARDO A. WOODS   (WOORA 1019)
        raw@bowronlatta.com
        Attorneys for Defendant Wal-Mart Stores East, LP

OF COUNSEL:

BOWRON, LATTA & WASDEN, P. C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone:   251-344-5151
Facsimile:   251-344-9696

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this 21st day of August, 2006, served a copy of the foregoing pleading upon counsel as listed below by depositing the same in the U. S. Mail, postage prepaid and properly addressed.

W. Davis Malone, III, Esq.
FARMER, FARMER & MALONE, P.A.
PO Drawer 668
Dothan, AL 36302-0668

        _____/s/ Ricardo A. Woods_____
        OF COUNSEL