IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | * | CASE NUMBER: |
| | * | 1:06 CV 381-MHT |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| WAL-MART STORES, INC., et al., | * | |
| | * | |
| Defendants. | * | |

DEFENDANT WAL-MART STORES EAST, LP'S MOTION TO WITHDRAW

COME NOW Jeffrey A. Brown and the law firm of Carlock, Copeland, Semler & Stair, LLP, attorneys for the defendant, Wal-Mart Stores East, LP, in the above-captioned action, and pursuant to F.R.C.P., move the Court for an order permitting withdrawal from the above-referenced matter as attorneys of record for said defendant. Such withdrawal will not delay any scheduled proceedings in the above action or otherwise interrupt the orderly operations of the Court or be manifestly unfair to the defendant.

This 23rd day of August, 2006.

Respectfully submitted,

CARLOCK, COPELAND, SEMLER
& STAIR, LLP

BY:___/s/ Jeffrey A. Brown_____
Jeffrey A. Brown
Attorney Code: BRO132
Attorneys for Defendant, Wal-Mart Stores East, LP
Post Office Box 139
Columbus, Georgia 31902-0139
(706) 653-6109

## CERTIFICATE OF SERVICE

      I, Jeffrey A. Brown, do hereby certify that I am of counsel for defendant Wal-Mart Stores East, LP and that I have served a copy of the above and foregoing DEFENDANT WAL-MART STORES EAST, LP'S MOTION TO WITHDRAW upon all counsel of record by depositing a true copy of same in the United States mail, postage prepaid, in an envelope addressed to opposing counsel as follows:

W. Davis Malone, III, Esquire
FARMER, FARMER & MALONE, P.A.
Post Office Drawer 668
Dothan, Alabama  36302-0668

This 23rd day of August, 2006.

                                          /s/ Jeffrey A. Brown
                                      Of Counsel for Defendant, Wal-Mart Stores East, LP

2035402v.1