IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv381-MHT |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

It is ORDERED that the motion to withdraw (doc. no. 26) is granted.

DONE, this the 25th day of August, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**