IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 1:06 CV 381-MHT |
| | * | |
| WAL-MART STORES, INC., et al. | * | |
| | * | |
| Defendants. | * | |

## MOTION TO WITHDRAW

COME NOW RICARDO A. WOODS and JEFFREY E. BEAVERSTOCK of the law firm of Bowron, Latta & Wasden, P. C. and files this Motion To Withdraw as counsel for Defendant, WAL-MART STORES, INC.

W. PEMBLE DeLASHMET shall remain counsel of record for said Defendant.

Respectfully submitted,

_____/s/ Ricardo A. Woods_____
RICARDO A. WOODS      (WOORA 1019)
raw@bowronlatta.com

_____/s/ Jeffrey E. Beaverstock_____
JEFFREY E. BEAVERSTOCK (BEA058)
Attorneys for Defendant Wal-Mart Stores East, LP

OF COUNSEL:

BOWRON, LATTA & WASDEN, P. C.
Post Office Box 16046
Mobile, Alabama 36616
Telephone:     251-344-5151
Facsimile:     251-344-9696

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 5th day of September, 2006, served a copy of the foregoing pleading upon counsel as listed below by depositing the same in the U. S. Mail, postage prepaid and properly addressed.

W. Davis Malone, III, Esq.
FARMER, FARMER & MALONE, P.A.
PO Drawer 668
Dothan, AL 36302-0668

                                                  _____/s/ Ricardo A. Woods_____
                                                     OF COUNSEL