IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENISE BLALOCK, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 1:06cv381-MHT-WC |
| WAL-MART STORES, INC., | ) ) ) |
|     Defendant. | ) |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion for Enlargement of Time (Doc. #24), filed on 21 August 2006 is DENIED as moot. The court record indicates that the counsel of record who filed the motion has now been terminated from the record and is no longer active in this case. The court will reconsider this motion if filed at a later date.

DONE this 6th day of December, 2006.

        /s/ Wallace Capel, Jr.
        WALLACE CAPEL, JR.
        UNITED STATES MAGISTRATE JUDGE