**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| DENISE BLALOCK, | * |
| | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO.: 1:06 CV 381 |
| | * |
| v. | * |
| | * |
| WAL-MART STORES EAST, LP | * |
| | * |
| Defendants. | * |

**NOTICE OF SERVICE OF DISCOVERY**

In accordance with the Federal Rules of Civil Procedure, Defendant WAL-MART STORES EAST, L.P. ("Wal-Mart") has served plaintiff with the following discovery materials on this the 6th day of December, 2006.

1.   Defendant Wal-Mart Stores East, LP's Response to the Plaintiff's First Interrogatories and Requests for Production.

/s/ W. Pemble DeLashmet_____
W. PEMBLE DELASHMET (DELAW0873)
CHAD C. MARCHAND (MARCC5089)
Attorneys for Defendant Wal-Mart Stores
East, L.P.
wpd@delmar-law.com
ccm@delmar-law.com

OF COUNSEL:

DeLashmet & Marchand, P.C.
Post Office Box 2047
Mobile, Alabama 36652
Telephone:    251-433-1577
Facsimile:    251-433-1578

## CERTIFICATE OF SERVICE

      I do hereby certify that on December 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Davis Malone, III, Esq.
FARMER, FARMER & MALONE, P.A.
PO Drawer 668
Dothan, AL 36302-0668

                                              /s/ W. Pemble DeLashmet_____
                                              Counsel