IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO.: 1:06 CV 381-MHT |
| | * | |
| WAL-MART STORES, INC., et al. | * | |
| | * | |
| Defendants. | * | |

**JOINT MOTION TO AMEND THE**
**UNIFORM SCHEDULING ORDER**

COME NOW the Plaintiff, Denise Blalock, and the Defendant, Wal-Mart Stores East, L.P. (incorrectly identified in the plaintiff's complaint as "Wal-Mart Stores, Inc."), and together file this Joint Motion to Amend the Uniform Scheduling Order to enlarge the time for completing discovery and filing dispositive motions only and in support thereof would show unto the Court the following, to wit:

1. This matter was filed on or about February 22, 2006, in the Circuit Court of Houston County, Alabama. On or about April 26, 2006, the case was removed to this Honorable Court.

2. On or about June 12, 2006, the Court entered a scheduling order. February 9, 2007, was established as the discovery deadline (Document 18, Section 7) and February 10, 2007, was established as the deadline for dispositive motions (Document 18, Section 2 – 90 days prior to the May 11, 2007, pretrial).

3.      Wal-Mart Stores East, L.P., was originally represented by a Columbus, GA, law firm.  However, on or about during the Summer of 2006, the file was transferred to the undersigned.  On September 1, 2006, the undersigned left the employ of his former firm, Bowron, Latta & Wasden, P.C. (a 20-person law firm) to begin DeLashmet & Marchand, P.C. (a 2-person law firm).

4.      Through no fault of Plaintiff's counsel, and despite Plaintiff's and Defendant's best efforts to complete discovery, depositions remain to be taken.  The Wal-Mart witnesses who Plaintiff wishes to depose are either unavailable prior to the deadline due to an extensive pre-existing schedule placing one out of town until the middle of February, or several others have been transferred to other stores or, in the case of the witness who actually saw the incident, a severe car wreck has left one convalescing at home.  Furthermore, one or more treating physicians remain to be deposed.

5.      The parties, both Plaintiff and Defendant, jointly request this Court amend the Uniform Scheduling Order to permit discovery through and including March 2, 2007, and set the deadline for filing dispositive motions on or before March 9, 2007.  All other deadlines are to remain the same.

Respectfully submitted,

/s/ W. Pemble DeLashmet
W. PEMBLE DeLASHMET (DELAW0873)
*wpd@delmar-law.com*
Attorney for Defendant, Wal-Mart Stores East, L.P.

OF COUNSEL:

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, Alabama 36652
Telephone:     (251) 433-1577
Facsimile:     (251) 433-1578

**CERTIFICATE OF SERVICE**

  I do hereby certify that I have on this day, January 29, 2007, served a copy of the foregoing by depositing the same in the United States mail, properly addressed with first class postage prepaid, to the following counsel of record:

W. Davis Malone, III, Esq.
FARMER, FARMER & MALONE, P.A.
PO Drawer 668
Dothan, AL 36302-0668

/s/ W. Pemble DeLashmet
COUNSEL