IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DENISE BLALOCK,              ) | |
| )| |
|    Plaintiff,           ) | |
| )| CIVIL ACTION NO. |
| v.                          ) | 1:06cv381-MHT |
| )| |
| WAL-MART STORES, INC.,       ) | |
| )| |
|    Defendant.           ) | |

### ORDER

It is ORDERED that the motion to amend scheduling order (doc. no. 33) is denied. The deadlines set forth in the uniform scheduling order (doc. no. 18) were within the range acceptable to the parties.

DONE, this the 29th day of January, 2007.

                       /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE