IN THE UNITED STATES DISTRICT COURT,
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

**DENISE BLALOCK,**

    **Plaintiff,**

vs.                                  **CASE NO. 1:06-CV-00381-MHT-WC**

**WAL-MART STORES EAST, LP,**

    **Defendant.**

## MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, Wal-Mart Stores East, L.P., incorrectly identified in the Plaintiff's Complaint as "Wal-Mart Stores, Inc.", and pursuant to Rule 56 of the *Federal Rules of Civil Procedure* files this Motion for Summary Judgment demonstrating to the Court that there is no genuine issue of material fact as to any of the Plaintiff's allegations against Wal-Mart, separately and severally, and that Wal-Mart is entitled to judgment as a matter of law. In support of its motion, Wal-Mart would offer the following, to wit:

1. All pleadings previously filed herein;

2. Its Findings of Fact and Conclusions of Law, filed concurrently;

3. Its Brief in Support of Its Motion for Summary Judgment, filed concurrently;

4. The Deposition of Denise Blalock, specifically pages 35-37, 53-57, 62, 70-71, 76-78, 94-95, 101-03 and exhibits thereto;

5. The Deposition of Mickey Blalock, specifically pages 53-55 and exhibits thereto.

WHEREFORE, premises considered, the defendant, Wal-Mart Stores East, L.P., respectfully requests this Court enter an Order granting it summary judgment as to each of the Plaintiff's allegations against it, separately and severally.

        Respectfully submitted,

        /s/ W. Pemble DeLashmet
        W. PEMBLE DELASHMET  (DELAW0873)
        CHAD C. MARCHAND     (MARCC5089)
        Attorney for Defendant, Wal-Mart Stores East, LP

**OF COUNSEL:**

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:   (251) 433-1577
Facsimile:   (251) 433-1578

## CERTIFICATE OF SERVICE

I do hereby certify that on February 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

W. Davis Malone, III
Farmer, Farmer & Malone, PA
Post Office Drawer 668
Dothan, Alabama 36302-0668

        /s/ W. Pemble DeLashmet
        OF COUNSEL