FREEDOM COURT REPORTING

Page 1

1   IN THE CIRCUIT COURT OF HOUSTON COUNTY
2              STATE OF ALABAMA
3                                    )
4   DENISE BLALOCK,                   )
5                                     )
6       Plaintiff,           )CIVIL ACTION
7                                ) FILE NO.
8                              )1:06cv381-MHT
9   Vs.                               )
10                                    )
11  WAL-MART STORES, INC.             )
12                                    )
13      Defendants.         )
14
15              S T I P U L A T I O N
16     IT IS STIPULATED AND AGREED by and
17  between the parties throught their
18  respective counsel, that the deposition of
19  MICKEY BLALOCK may be taken before Meliaha
20  Cornelius, Commissioner, at the office of
21  W. Davis Malone, III, 112 West Troy Street,
22  Dothan, Alabama 36303, on the 12th day of
23  January, 2007.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 53

1  CROSS EXAMINATION BY MR. DELASHEMT:
2     Q.   Just let me clear something up for
3  in the future. The truck -- say this is
4  the front of the truck, okay? Say my
5  finger is the front of the truck. Was the
6  truck parked kind of like that? Move my
7  hand.
8     A.   The truck was parked like that.
9     Q.   I'm glad my wrist moves that way.
10  So the truck was parked kind of
11  perpendicular to the pits?
12     A.   Right.
13     Q.   Okay. That's what I'm not
14  understanding. So for my own
15  identification, I'm going to make this
16  Defendant's Exhibit 3 and again this isn't
17  to scale or anything else. This is just so
18  when I look at this a few months from now,
19  I'll know what you're talking about.
20  Okay. That's the wall -- I'm going to just
21  say that's the wall.
22            (Whereupon, Defendant's
23            Exhibit 3 was marked for

1           identification and copy
2           of same is attached
3           hereto.)
4      A.   Okay.
5      Q.   I'm going to write upside down.
6  All right.  Pallet here.  All right.
7      A.   Right.
8      Q.   I'm just going to put a P because
9  I'm not going to write all that upside
10 down.  The truck was oriented this way.
11     A.   Right.
12     Q.   With this being the front.
13     A.   Right.
14     Q.   Where the F is; correct?
15     A.   Right.
16     Q.   This being the rear.
17     A.   Right.
18     Q.   And the door opened like that.
19     A.   Right.
20     Q.   Okay.  Defendant's Exhibit 3 is
21 what we just talked about how the truck was
22 oriented?
23     A.   Right.

Page 55

1  Q.   And you didn't see the pallet when
2  you passed between the truck and the
3  pallet, but you looked back and saw it?
4  A.   Yes, sir.
5  Q.   Okay.   Thank you.
6           MR. MALONE:   Thank you.
7           MR. DELASHEMT:   Thank
8  you.   I'm done.
9
10
11           FURTHER DEPONENT SAITH NOT

Direction Pulled In →

Pit 1

Pit 2

Pallet

Mickey Struve Langs

Truck

Denise

Store

DEFENDANT'S EXHIBIT 1







DEFENDANT'S EXHIBIT 2

