**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION**

**DENISE BLALOCK,**

    **Plaintiff,**

vs.                                                        **CASE NO. 1:06-CV-00381-MHT-WC**

**WAL-MART STORES EAST, LP,**

    **Defendant.**

## ORDER

This day came before the Court the defendant, Wal-Mart Stores East, L.P.'s, Motion for Summary Judgment and the Court, having considered the evidence submitted, the respective arguments of the parties presented in brief, and the applicable law finds that there is no genuine issue of material fact and, therefore, Wal-Mart is entitled to judgment as a matter of law. Therefore, Wal-Mart's Motion for Summary Judgment is hereby GRANTED.

    Done this the ___ day of _____, 2007.

                                                                  _____
                                                                  HONORABLE MYRON H. THOMPSON
                                                                  UNITED STATES DISTRICT COURT JUDGE