IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION

**DENISE BLALOCK,**

    Plaintiff,

vs.                                            **CASE NO. 1:06-CV-00381-MHT-WC**

**WAL-MART STORES EAST, LP,**

    Defendant.

## NOTICE OF FILING

COMES NOW the Defendant, Wal-Mart Stores East, LP ("Wal-Mart"), incorrectly identified in the Plaintiff's Complaint as "Wal-Mart Stores, Inc.", and notifies the Court that the following exhibits are being filed in support of its Motion for Summary Judgment:

1. The Deposition of Denise Blalock, specifically pages 35-37, 53-57, 62, 70-71, 76-78, 94-95, 101-03 and exhibits thereto.

2. The Deposition of Mickey Blalock, specifically pages 53-55 and exhibits thereto.

                Respectfully submitted,

                /s/ W. Pemble DeLashmet
                W. PEMBLE DELASHMET   (DELAW0873)
                wpd@delmar-law.com
                CHAD C. MARCHAND        (MARCC5089)
                ccm@delmar-law.com
                Attorney for Defendant, Wal-Mart Stores East, LP

2

**OF COUNSEL:**

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577
Facsimile:    (251) 433-1578

CERTIFICATE OF SERVICE

  I do hereby certify that on this day, February 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

W. Davis Malone, III
Farmer, Farmer & Malone, PA
Post Office Drawer 668
Dothan, Alabama 36302-0668

           /s/ W. Pemble DeLashmet
           OF COUNSEL