IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DENISE BLALOCK,               ) | |
|     )| |
|     Plaintiff,               ) | |
|     )               | CIVIL ACTION NO. |
|     v.               ) | 1:06cv381-MHT |
|     )               | |
| WAL-MART STORES, INC.,   ) | |
|     )               | |
|     Defendant.               ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 35) is set for submission, without oral argument, on February 28, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 8th day of February, 2007.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE