FREEDOM COURT REPORTING

Page 1

```
 1            IN THE CIRCUIT COURT OF HOUSTON COUNTY
 2                      STATE OF ALABAMA
 3                                )
 4   DENISE BLALOCK,              )
 5                                )
 6        Plaintiff,              )CIVIL ACTION
 7                                )   FILE NO.
 8                                )1:06cv381-MHT
 9   Vs.                          )
10                                )
11   WAL-MART STORES, INC.        )
12                                )
13        Defendants.             )
14
15              S T I P U L A T I O N
16       IT IS STIPULATED AND AGREED by and
17   between the parties through their
18   respective counsel, that the deposition of
19   DENISE BLALOCK may be taken before Meliaha
20   Cornelius, Commissioner, at the office of
21   W. Davis Malone, III, 112 West Troy Street,
22   Dothan, Alabama 36303, on the 12th day of
23   January, 2007.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  or did you just live there and then move to
2  Cullman?
3       A.   I lived there and then moved to
4  Cullman.
5       Q.   Did you grow up in Dothan?
6       A.   Yes, sir.  Lived here all my life.
7       Q.   Where'd you go to school?
8       A.   Dothan Christian Academy.
9       Q.   Okay.  And you graduated from
10 there?
11      A.   Yes, sir.
12      Q.   And then did you get any education
13 after Dothan Christian Academy?
14      A.   Yes, sir.
15      Q.   Tell me about that.
16      A.   I did a year -- well, about six
17 months at Riley College.
18      Q.   Where's that?
19      A.   It was a college in downtown
20 Dothan.
21      Q.   Okay.
22      A.   I went as a medical assistant
23 there, and I graduated.  Then I went on

1  Atenol, and HZ2Z.  All that for my high
2  blood pressure.
3     Q.    Seizures.  Have they gone away?
4     A.    Yes.  No.  They stay under control
5  because I take my Tegretol.
6     Q.    Do you still have see seizures?
7     A.    No.
8     Q.    Good.
9     A.    As long as I stay on my seizure
10 medicines, they stay under control.
11    Q.    Any other big health problems?
12 I'm not talking about colds or anything
13 like that.
14    A.    No.
15    Q.    Tell me, if you can, let's talk
16 about when you fell.  It was in February
17 of, you told me the date.  What was it
18 again?
19    A.    February 27th, 2004.
20    Q.    Tell me a little bit about why you
21 were there, what happend, that sort of
22 thing.
23    A.    We were there to get the oil

FREEDOM COURT REPORTING

Page 56

```
 1    Q.   Once a week?
 2    A.   About once a week, yes, sir.
 3    Q.   Okay.  So you were sitting in the
 4  waiting area to change the oil.
 5    A.   Yes, sir.
 6    Q.   And pull your car up over the pit
 7  and change your oil.  What's the next thing
 8  you remember?
 9    A.   We went shopping --
10    Q.   In the store?
11    A.   -- while we waited to get the oil
12  changed, yes, sir.
13    Q.   Did you buy anything?
14    A.   No, sir.
15    Q.   Did you hear your name called over
16  the PA?  Is that how you knew your car was
17  ready?
18    A.   Yes, sir.
19    Q.   So they call your name over the
20  PA, what happens next?
21    A.   We come back, and we paid for our
22  vehicle --
23    Q.   All right.
```

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 57

1  A.    -- to get fixed.
2  Q.    Right there at the inside cash
3  register?
4  A.    Yes, sir.
5  Q.    Then what happened?
6  A.    The lady come in and she put the
7  keys down on the counter and told us our
8  vehicle was ready. Well, she pulled --
9  first of all, she pulled the vehicle out of
10 the pit. And she didn't pull it in a
11 parking place. She just pulled it directly
12 out from the pit, a few feet out from the
13 pit.
14 Q.    Okay. Did she -- before she layed
15 the keys on the counter, did she pull the
16 truck out before that or after that?
17 A.    She pulled it out before.
18 Q.    And then brought you the keys?
19 A.    Right.
20 Q.    Okay. And I'm going to do some
21 drawing.
22 A.    Okay.
23 Q.    With your guidance if you don't

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 58

1  mind.
2     A.   Okay.
3     Q.   Let's just say -- let's just make
4  that the store.
5     A.   Okay.
6     Q.   And I'm not going to draw all the
7  little rails and everything.
8     A.   Okay.
9     Q.   Now, where -- here's the store. I
10 will turn it sideways so you can read my
11 writing too.
12    A.   Okay.
13    Q.   The stores over here and the cash
14 register's in here too. Now, where's the
15 pit? Were you in the first or second one?
16 Do you remember which one they change your
17 oil at?
18    A.   The first one.
19    Q.   Okay. Right here?
20    A.   Yes, sir.
21    Q.   I'm going to draw a little
22 rectangle.
23    A.   Okay.

FREEDOM COURT REPORTING

Page 59

1   Q.   Not to scale.  I'm just going to
2  write pit, okay?
3   A.   Okay.
4   Q.   All right.  Now, when they changed
5  your oil, which way did they pull the car?
6   A.   They pulled it out that way.
7   Q.   Back?
8   A.   Back.  Towards the second pit.
9   Q.   Okay.  They pull it back here?
10  A.   Right.
11  Q.   You drive in this way?
12  A.   Right.
13  Q.   So they backed it up?
14  A.   No, they pulled it forward.
15  Q.   They pulled your car forward --
16  A.   Forward.  Right.
17  Q.   Did they back it in?
18  A.   No, they pulled it in -- they
19  pulled it in to the first -- we was in the
20  first pit right over here.
21  Q.   Yes, ma'am.
22  A.   The store -- the first pit is
23  right here.  The one they pulled it in.  We

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

FREEDOM COURT REPORTING

Page 60

1  come in this way to the first pit.
2      Q.   Okay.  You came in this way?
3      A.   Right.  We came in this way to the
4  first pit.
5      Q.   Okay.  I had it backwards.
6      A.   The second pit is this way.  They
7  pulled it on over to the second pit.  They
8  come on out this way.
9      Q.   Okay.  Now, let me do this.
10     A.   Okay.
11     Q.   All right.  I'm going to put you
12 pulled in -- that's the arrow.
13     A.   Right.
14     Q.   All right.  That's the direction.
15 I'm writing sideways.  All right.  That's
16 the direction --
17     A.   Right.
18     Q.   -- you pulled in; correct?
19     A.   Right.
20     Q.   And that's what I've written;
21 correct?
22     A.   Right.
23     Q.   And you pulled in over the first

Page 61

1  pit.
2  A. Right. That's where he fixed it
3  at. He fixed it in the first pit right
4  here. All right. Then there was another
5  pit up here. He pulled it over this pit.
6  Q. I'm going to draw another one,
7  okay?
8  A. Okay.
9  Q. I'm going to write pit again.
10 A. Okay.
11 Q. That's pit two, is that fair?
12 A. Right. Uh-huh.
13 Q. And that's pit one.
14 A. Right.
15 Q. You had your oil changed over pit
16 one?
17 A. Right.
18 Q. Then is it the lady that pulled
19 your car up? Do you know?
20 A. Right. The lady.
21 Q. So you have your oil changed in
22 pit one. She pulls it over pit two.
23 A. Right. And she stops it right

FREEDOM COURT REPORTING

Page 62

1  here at the end.
2  Q.   We'll just say, here's the corner.
3  A.   Right.
4  Q.   All right. And she stops it
5  where? Right in here?
6  A.   Right. Right here in the end of
7  the pit.
8  Q.   And we'll put truck.
9  A.   Right. In the end of the pit
10 right there.
11 Q.   Okay. Truck.
12 A.   Right.
13 Q.   Now, --
14 A.   The end of the building right
15 there at the end of the pit.
16 Q.   She comes and gives you the keys.
17 A.   Right.
18 Q.   Then what happens?
19 A.   All right. She comes in and gives
20 me the keys. We go out -- we pay, we go
21 out and we go to get in our vehicle. We go
22 to get in our vehicle. We walk to our
23 vehicle. When we walk and everything the

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

1  vehicles's parked, and we come around and
2  there's, like, we walk right over here and
3  there's, like, a pallet, like, right over
4  in this area at the end of the building.
5  Up against the wall.
6     Q.   Okay.  So --
7     A.   Like, the truck's, like, right
8  here and, like, right up here against the
9  wall at the end of the building, there's a
10 pallet.
11    Q.   All right.  There's another part
12 of the building right here; correct?
13    A.   Right.  Right.  Like, the truck is
14 more back up this way.
15    Q.   So the truck really is backed up
16 --
17    A.   Right.  Is sort of more up
18 against -- back right up there this way.
19    Q.   Okay.  Just to be clear, when you
20 said back up this way --
21    A.   Right.
22    Q    -- right in there.
23    A.   Right.  It's sort of -- she only

FREEDOM COURT REPORTING

Page 64

1  pulled the truck back out a few feet from
2  the pit. Maybe about, like, three or four
3  feet out from the pit.
4      Q.   Okay.
5      A.   She didn't pull it very far out
6  from the pit.
7      Q.   Okay. So you could walk around
8  behind the truck, but it wasn't that much
9  distance between the truck and where the
10 pit is?
11     A.   Right. It wasn't very far out
12 from the pit.
13     Q.   All right.
14     A.   Then we walked out and I walked
15 around and there was, like, a pallet right
16 here up against the wall.
17     Q.   Okay. When I think of pallet --
18 are we talking about --
19     A.   It was an empty pallet. One
20 pallet.
21     Q.   A big wooden pallet?
22     A.   Right. A big wooden pallet.
23     Q.   All right. I'll just -- like I

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 65

1  said, it's not to scale. I just want to
2  draw.
3     A.   Right.
4     Q.   That's a pallet.
5     A.   Right.
6     Q.   Is about where it was?
7     A.   Right. At the end of the -- it
8  was right at the end of the truck.
9     Q.   I tell you what. Hang on.
10    A.   Okay.
11    Q.   I'm not going to let you see my
12 comments but --
13    A.   Okay.
14    Q.   All right.
15    A.   That's it.
16    Q.   Is that where it was?
17    A.   Yes, sir, right up against the
18 wall. That's it.
19    Q.   All right. Let's just look -- I'm
20 going to look upside down with you.
21    A.   Okay.
22    Q.   Was your truck -- your truck had
23 to be on this side; is that correct?

FREEDOM COURT REPORTING

Page 66

1    A.    Right.  That's correct.
2    Q.    So if you're looking at the photo
3  and --
4         MR. DELASHMET:  And Davis, can
5  I make a photocopy of this somewhere in the
6  future?
7         MR. MALONE:  Uh-huh.  Uh-huh.
8    Q.    (By Mr. Delashmet)  And we will
9  mark on the photocopy.
10    A.    Right.
11    Q.    But your truck is to the left of
12  this pallet in the top picture.
13    A.    That's correct.
14    Q.    Okay.  And it's just pulled a
15  little bit past where that line is there?
16    A.    Yes, sir.
17    Q.    Okay.  So you're walking around
18  the back of the truck.
19    A.    Right.  Towards the driver's side,
20  yes, sir.
21    Q.    All right.  Then what happens?
22    A.    When we walk up there, my husband
23  is all ready up there and my son.

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

Page 67

1  Q.  At the front of the vehicle?
2  A.  Yes, sir.  At the driver's side of
3  the vehicle and Steve comes walking up
4  there and they are up there talking to
5  Steve.  We all go walking up there, and we
6  come walking up there talking Steve.  And
7  we stood up there talking to Steve
8  approximately five minutes talking to
9  Steve.  And when we got through talking to
10 Steve, my husband -- my son, first of all,
11 got in the truck.  Then my husband went to
12 get in the truck.  I turned back around to
13 go get into the passenger side.  When I do,
14 I fall over the pallet.  My head goes into
15 the wall.
16 Q.  This wall right here?
17 A.  Yes, sir.  I fall down on my knees
18 on to the pallet.  I catch on this hand on
19 to the pavement right here.
20 Q.  So you put your left hand down on
21 the pavement?
22 A.  Yes, sir, on the pavement.  All of
23 my weight goes on my hand.  And then my

Page 68

1  knees go on the pallet.  That throws my
2  head into the brick wall.
3      Q.  Okay.
4      A.  And Steve is the first one because
5  he's, like, standing right over here.
6  Steve is the first one there to pick me up
7  and then my husband jumps out of the
8  truck.  He's the second one comes over
9  there to pick me up, and they check on me.
10     Q.  When they were all up here
11 talking, was the car door open?
12     A.  Yes, sir.
13     Q.  All right.
14     A.  Because my husband was just
15 getting in the truck.
16     Q.  All right.  I'm going to draw,
17 like, a door, all right?
18     A.  Okay.
19     Q.  In my fancy drawing.  Now, your
20 husband, your son Lance, and Steve were
21 already up here talking?
22     A.  Yes, sir.
23     Q.  All right.  And then you come out

FREEDOM COURT REPORTING

Page 69

1  and walk around the back of the truck.
2     A.   Yes, sir.
3     Q.   And you come up here to where the
4  conversation's going.
5     A.   Yes, sir.
6     Q.   All right. I'm going to draw a
7  little line.
8     A.   Okay.
9     Q.   Like I said, it's not to scale,
10 like, right here.
11    A.   Because they got there before I
12 did. They were right ahead of me.
13    Q.   All right. And this is Denise.
14 That's kind of the way you traveled; right?
15    A.   Yes, sir.
16    Q.   And then Mickey is up here.
17    A.   Yes, sir.
18    Q.   Like I said, I'm trying to write
19 sideways.
20    A.   And then Steve, see he come out
21 from in the pit area.
22    Q.   And Steve's up here too; right?
23    A.   Yes, sir.

Page 70

1    Q.    I'm trying to figure out who all
2  was there when you fell.
3    A.    Well, Steve was sort of, like,
4  right over in this area.
5    Q.    Okay.  Steve and then Lance?
6    A.    Right.  Yes, sir.
7    Q.    Pretty good isn't it?  All right.
8  So the three of them are talking and you
9  come to join the conversation.  When you
10 came to join the conversation, did you have
11 to pass between the truck and the pallet?
12   A.    Yes, sir.
13   Q.    All right.  And when you passed
14 between the truck and the pallet, how much
15 space was there between the truck and the
16 pallet?
17   A.    There was a very little space.
18   Q.    Okay.  When you passed between the
19 truck and the pallet, did you see the
20 pallet?
21   A.    No, sir.
22   Q.    Did you trip over the pallet?
23   A.    No, sir.

