1           IN THE U. S. DISTRICT COURT

2           MIDDLE DISTRICT OF ALABAMA

3               SOUTHERN DIVISION

4

5    DENISE BLALOCK,

6         PLAINTIFF,

7       VS.                    CA-1:06CV381-MHT

8    WAL-MART STORES, INC.,
     et al.,
9
          DEFENDANTS.
10

11       The deposition of ERVIE ERVITA DAVIS, taken

12   by the Plaintiff, pursuant to the Alabama Rules

13   of Civil Procedure, before Stacey Watkins, RPR,

14   and Notary Public, State at Large, at the offices

15   of Farmer, Farmer & Malone, Dothan, Alabama, on

16   the 31st day of January, 2007, at 2:15 p.m., CST,

17   pursuant to notice.

18                * * * * *

19   APPEARANCES:

20   FOR THE PLAINTIFF:          FOR THE DEFENDANTS:

21   MR. W. DAVIS MALONE, III  MR. W. PEMBLE DeLASHMET
     Attorney at Law            Attorney at Law
22   Dothan, Alabama            Mobile, Alabama

23

24                              ORIGINAL

25

```
 1        Q     The person comes out.  Okay.
 2              MR. DeLASHMET:  You're talking
 3                   about the bottom photo on 9?
 4              MR. MALONE:  I'm sorry.  You're
 5                   right, Pemble.  I've got my
 6                   hand over it.  And I am
 7                   referring to the bottom one.
 8                   And that's the door in that
 9                   particular picture.  Correct.
10                   And I'm talking about the one
11                   with an actual door on it, not
12                   just a bay.
13        Q     Did somebody tell you that's where
14     it was located?
15        A     Steve and Mr. Lester did.
16        Q     Did they put it down there?
17        A     I had Mr. Roger -- no.  Actually,
18     Steve put it there.  He put it there.
19        Q     Should the pallet have been there?
20              MR. DeLASHMET:  At what point in
21                   time?
22        Q     As of the time prior to and as of
23     the time that Ms. Blalock fell on it, tripped
24     over it?
25        A     No.
```

1   Q Where should it have been?

2   A Off to the side, over here.

3   Q Okay.  And you're referring to up

4 against that wall, behind the door?

5   A There is an indention back over.

6 They would have put it over to the side, over

7 there, until they could take it to the back.

8 They were unloading trucks, tire trucks.

9   Q How far is it between where that

10 picture is on the bottom of No. 9 -- well, in

11 either one of them.  I assume it's taken of

12 the same place.  But particularly in the

13 bottom picture, in No. 9, how far is it from

14 there to where it was supposed to be put, as

15 an empty pallet, back on February 27th, 2004?

16   A 15, 20 feet.

17   Q Do you know why that pallet was

18 there?

19   A Uh-huh.

20   Q Why?

21   A He was unloading tires off of them,

22 putting them in the shop.

23   Q Who is "he"?

24   A Lester Lee.

25   Q Okay.  Have you been told how long

1  that pallet was there?

2      A    No, sir.

3      Q    Has anybody told you at all how

4  long they think it was there?

5      A    Can I rephrase that?

6      Q    Yes, ma'am.

7      A    That he had put it there when he

8  was called back into the shop to look at a

9  customer's car.  He was in the process of

10  taking it.

11      Q    Do you know how long it had been

12  that it had been sitting there by the time

13  she tripped over it and when he took the last

14  tire off of it?

15      A    No, sir.

16      Q    Had it been there a couple of

17  hours?

18      A    I don't know.

19      Q    Is it possible it could have been

20  there a couple of hours?

21      A    It's possible.

22      Q    Do you know whether or not, when

23  Mr. Lee was working on it -- and I'm talking

24  about the pallet, taking the tires off of it.

25  Do you know whether or not he was doing it

1    prior to 1:22 p.m. on the 27th of '04?

2        A    I don't know whether he was doing

3    it prior to then.

4        Q    It's possible, though?

5        A    Yes, sir.

6        Q    As far as a safety sweep goes, that

7    would be something -- the empty pallet on

8    Plaintiff's Exhibit No. 9 would be something

9    that would need to be noted, would it not?

10        A    Yes, sir.

11        Q    And moved?  Is that correct?

12        A    Yes, sir.

13        Q    Would the person who left it there

14    be written up for that?

15            MR. DeLASHMET:  Object to the form.

16                You can answer.

17        Q    Would the person who left it there

18    -- would a notation be made in their file of

19    the fact that there's a safety violation or a

20    similar notation in their Wal-Mart file?

21        A    Yes, sir.

22        Q    Was one ever made in Lester Lee's

23    file regarding that empty pallet?

24            MR. DeLASHMET:  If you know.

25        A    I do believe he received a

```
 1    coaching, which was much more severe than a

 2    safety violation.

 3        Q    It's more severe?

 4        A    (Witness nodding head in

 5    affirmative.)

 6        Q    What did a coaching consist of?

 7        A    Coaching, which has to go into the

 8    computer.  We have three levels of coaching.

 9    Verbal, written and termination.

10        Q    And was he terminated as a result

11    of this?

12        A    No, sir.

13        Q    One short of it or just short of

14    it?

15        A    I don't know which level he

16    received.

17        Q    Okay.  Would you say that this

18    particular pallet was a very obvious safety

19    violation?

20            MR. DeLASHMET:  Object to the form.

21                You can answer.

22        Q    Let me back up.  Would you say that

23    that empty pallet on February 27th, '04, was

24    an obvious safety violation?

25        A    Yes, sir.
```

```
 1        Q    The location of that particular
 2   pallet, was it obvious enough where, even for
 3   technicians doing work inside and walking
 4   around would have seen that pallet sitting
 5   there --
 6             MR. DeLASHMET:  Object to the form.
 7        Q    -- on 2-27-04?
 8             MR. DeLASHMET:  Same objection,
 9                  only because we're getting into
10                  speculation as to what a tech
11                  might have seen.
12             MR. MALONE:  I understand.
13             MR. DeLASHMET:  You can answer.
14        A    Would you repeat, please?
15        Q    The existence of this pallet on
16   2-27-04 in that particular location, would it
17   have been obvious enough for any of the
18   associates, whether it be Tim or anybody
19   else, to have seen this particular pallet
20   sitting here?
21        A    Yes.
22        Q    Have you ever had any
23   communications with Ms. Blalock other than
24   when she made her statement --
25        A    No.
```