1

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE MIDDLE DISTRICT OF ALABAMA

3             SOUTHERN DIVISION

4  DENISE BLALOCK,         )
                      )
5     PLAINTIFF,     )
                      )
6  VS.           )   CA NO. 1:06CV381-MHT
                      )
7  WAL-MART STORES, INC., )
  ET AL,          )
8                    )
     DEFENDANTS.   )
9

10      The deposition of LAURA McDONALD, taken by

the Plaintiff, pursuant to the Federal Rules of

11  Civil Procedure, before Linda G. Petty, Court

12  Reporter, and Notary Public, State at Large, at

13  the law offices of Farmer, Farmer & Malone,

14  Dothan, Alabama, on the 14th day of February,

15  2007, at 12:05 P.M., CST, pursuant to notice.

16

17

18           *  *  *  *  *

19

20  APPEARANCES:

21  FOR THE PLAINTIFF:    FOR THE DEFENDANT:

22  W. DAVIS MALONE, III  W. PEMBLE DeLASHMET
    Attorney at Law      Attorney at Law
23  Dothan, Alabama      Mobile, Alabama

24

25                       COPY

1          MR. DeLASHMET:  She's balked at the

2              last --

3      Q    Let me say this real quick.  My

4  recollection is, on what Jones said, and I'd

5  forgotten, this is in there, and I forgot.

6  These two are not?

7      A    They're not.

8      Q    Okay.  I knew there was something that

9  wasn't, and I couldn't remember.  Again, this is

10  merely confirmation of everything.  I'm going to

11  let you add these, too, and we'll count the

12  pages in a moment, okay, also, Ms. McDonald, so

13  we can be sure how many pages go in this

14  exhibit.

15      But, is that now the full file, other than

16  the lawyer documents you received?

17      A    There is one more sheet in the file,

18  and it's basically a sheet that tells you how to

19  handle an accident.  It's basically for my

20  managers, and tells you what to do for every

21  accident.  Other than that, there's nothing else

22  in the file.

23          MR. DeLASHMET:  Like the materials

24              that we provided to you.

25      Q    That particular document you're

1    referencing is, basically, either directly out

2    of or is an outline of what is required by

3    Wal-Mart policy when a complaint or incident

4    occurs, that you're to follow those particular

5    procedures?  Is that right?

6         A    Yes.

7         Q    Now, Plaintiff's Exhibit 2 has one,

8    two, three, four, five, six, seven, eight, nine

9    pages.  Is that correct?

10        A    Yes, sir.

11        Q    And each one of them, if you would,

12   would you confirm for me, they have a number in

13   the bottom right-hand corner, that says

14   "Wal-Mart," and then, it says zero, zero, zero,

15   and then, either 1, 2, 3, 4, 5, 6, 7, 8 and 9.

16   Is that correct?  That those are the numbers

17   that show up in the right-hand corner of each

18   one of these pages in this exhibit?

19        A    In the exhibit?

20        Q    In the exhibit?

21             MR. DeLASHMET:  He's just saying --

22                  (indicating).

23        A    Yes, sir.  Yes, sir.

24        Q    All I'm doing is, is from an

25   identification standpoint, if anybody were to

1    She's still employed with Wal-Mart.  She's not

2    with our store any more.

3         Q    Which store is she with?

4         A    Ozark, I believe.

5         Q    Ozark?  I'm sorry.  That was not

6    intentionally.  I just had in my mind --

7         A    She hasn't been gone that long from

8    our store.  She's been a fixture there.

9         Q    Mr. Blackmon is still employed at the

10   southside Wal-Mart here in Dothan?

11        A    Yes, sir.

12        Q    Mr. Lee is not employed with Wal-Mart

13   any more?  Is that correct?

14        A    No, sir.

15        Q    Do you know where Mr. Lee is?

16        A    No, sir.

17        Q    It's my understanding that Mr.

18   Blackmon is, currently, as we speak today, on

19   medical leave from Wal-Mart?  Is that correct?

20        A    To my knowledge, it is.

21        Q    And that is due to an automobile

22   accident that he was in?  Is that your

23   understanding?

24        A    That's my understanding, yes, sir.

25        Q    As far as in the TLE on February 27th,

1      A    Okay.  Are we talking about what I've

2  done?

3      Q    You may -- I don't know.  If you want

4  to talk with him, to be sure what you've got.  I

5  mean, I don't --

6          MR. DeLASHMET:  Just make sure you two

7                  are communicating on the same --

8      A    Well, I just want to make -- because

9  the incident review -- the trend analysis, they

10  maintain that on the computer.  I don't know how

11  far it goes back.  I know I can get last year's.

12  The trend.

13     But, now, as far as my records and my team

14  leader's guide, which is where this would have

15  been prepared and taken to, I'm required to keep

16  them a year.

17      Q    Let's put it this way:  Do you have

18  any of these?  Are any of these records able to

19  be accessed in the year 2004, particularly in

20  and around February of 2004?

21      A    No, sir.  Not -- no, sir.  My -- I

22  only have to keep those for a year back.

23      Q    And as far as you know, there's no

24  incident review process records that would show

25  any trend -- not any trend analysis on the

1    southside store, that would be able to be viewed

2    or accessed by you for February of 2004?

3        A    Now, the review process and the trend

4    analysis are two different things.

5        Q    And the only reason why I mentioned it

6    is just because, as you read up at the top, it

7    says, "The Incident Review Process," and then,

8    it says "Trend Analysis."

9        A    Right.

10       Q    And do I understand correctly that the

11   incident review process is where you've gone

12   back and you've taken certain incidents that

13   happened, but from that, they produce a trend

14   analysis that helps you try and alleviate any

15   similar problems in the future?

16       A    Well, actually, it's the other way

17   around.  I take the trend analysis and do the

18   review process from that.

19       Q    All right.  And these are the ones,

20   it's the incident review process, that you only

21   have back for a year?  Is that right?

22       A    Yes.

23       Q    Trend analysis, do you know whether or

24   not that's accessible going to back to February

25   of 2004?

1    as?

2         A    Slip and fall.

3         Q    A slip and fall?

4         A    Uh-huh.

5         Q    And that's a category right there,

6    that would show up on that trend analysis as

7    slip and fall?

8         A    Yes, sir.

9         Q    When it breaks out that information,

10   what would it tell you when that report came up?

11        A    It basically tells me where the

12   accident happened.  As far as specific

13   accidents, it tells me it happened in TLE.  It

14   tells me what type it was.

15        Then, it breaks them down in categories as

16   to time frames, how many happened in each time

17   frame, how many happened.  What body -- we have

18   two different ones.  Customer is different than

19   associate.

20        Q    And I'm not interested in associates.

21        A    But, I've got to get them --

22        Q    I know that.

23        A    -- straight in my head.

24        Q    I understand.  I know that you do.

25        A    It breaks it down into department and

1    time frame, and it breaks it down further, but I
2    can't remember what, exactly, is on the bottom
3    of that.
4                      (Off-record discussion.)
5              THE WITNESS:  It breaks it down into
6                   time and date.
7              MR. DeLASHMET:  That's fine.
8              THE WITNESS:  Area.  I look at these
9                   every day.  I should know this
10                  like the back of my hand.
11             MR. DeLASHMET:  That's fine.  Just the
12                  best you can.
13             THE WITNESS:  Right.
14             MR. MALONE:  That's all you have to
15                  do, is do the best you can.
16       Q    Let me show you what's marked as
17   Plaintiff's Exhibit No. 8.  And, again, this one
18   is Wal-Mart number 57 in the bottom left-hand
19   corner.  It is another confidential document.
20       Can you describe for me and tell me what
21   that is, please, ma'am?
22       A    Again, that's another safety topic,
23   biweekly safety topic, that we would go over in
24   a meeting.  This one is week 17 and 18.  I don't
25   know what year.  But, that's what it is.  It's

1     another safety topic.

2          Q     Be done somewhat similar to what

3     Plaintiff's Exhibit 6 is?  Is that correct?

4          A     Yes, sir.

5          Q     What is Department 17?

6          A     Department 17?  Furniture.

7          Q     That particular topic is keeping the

8     perimeter of Wal-Mart neat and organized?  Is

9     that correct?

10         A     Yes, sir.

11         Q     Let me show you what's been marked as

12    Plaintiff's Exhibit 9 and tell you this is

13    Wal-Mart number 132, confidential document.

14         Can you tell me what that is, please,

15    ma'am?

16         A     It appears to be a page out of my risk

17    control resource manual on floor care.

18         Q     It would have been in effect on

19    February of 2004?

20         A     I wouldn't think so, because the date

21    on it is September 29th, 2004.

22         Q     Do you know whether or not this

23    particular or one similar to it -- it may not

24    have been worded the same, but one similar to

25    it, would have been in existence in February of

1    2004?

2         A    Yes, sir.

3         Q    Do you know what, if any, difference

4    there would have been in this one and the one in

5    existence in February of 2004?

6         A    No, sir, I don't.  It looks to me to

7    be apparently the same thing.

8         Q    And it is dealing with what, now?

9    This particular document?

10        A    This is dealing, again, with safety

11   sweeps.  And maintaining good housekeeping

12   through the store.

13        Q    And this particular one is talking

14   about performing a visual sweep, particularly

15   referencing empty pallets?  Is that correct?

16        A    Well, that's part of our safety sweep.

17   Empty pallets are included in that, yes, sir.

18        Q    I'm going to show you what's marked as

19   Plaintiff's Exhibit No. 10, and this is Wal-Mart

20   number 63.  It also is a confidential document,

21   and ask you if you can identify that for me?

22        A    It's another biweekly safety topic.

23        Q    And this particular one references

24   what, though?

25        A    Corporate safety goals.

1          Q      And that's where I'm headed with it.

2     In other words, I mean, this would be something

3     that all the associates would, in one way or

4     another, know about these particular --

5          A      Yes, sir.

6          Q      -- guidelines, or be told?

7          A      Yes, sir.

8          Q      Is that correct?

9          A      Yes, sir.

10          Q      How would the various associates, and

11     I'm talking about not anywhere in the management

12     or anything like that, but on down, how would

13     they know about or learn about the guidelines?

14     Would they actually read them somewhere?

15     Something was given to them that would show them

16     these are what the guidelines are?

17          A      Yes.  It's part of their training.

18          Q      Let me show you what's marked as

19     Plaintiff's Exhibit 12, Wal-Mart number 236.

20     It's confidential, also.

21          Can you tell me what that is, please,

22     ma'am?  That document?

23          A      Slip, trip and fall guidelines, out of

24     the risk control resource manual.

25          Q      Are these particular guidelines

1            A      Right.

2            Q      -- are those references to?  At the

3       top of each one of those?

4            A      That's the Wal-Mart week, that would

5       have come down in.  Wal-Mart weeks one, two,

6       would have the first week of February, the first

7       and second week of February, and it falls

8       through that.

9            Q      So, the beginning of the year starts

10      February 1st?

11           A      Yes.

12           Q      And it would happen on the same week

13      every year after that, or it was just this

14      particular year, that's when it happened?

15           A      That's --

16           Q      And I'm looking at these particular

17      exhibits?

18           A      Right.  That was just the year that it

19      happened.  The week that it happened that year.

20           Q      Do you know what a district

21      maintenance trainer is?

22           A      No, sir, I don't.

23           Q      Have you ever heard of one?

24           A      No, sir, I haven't.

25           Q      Let me show you what's marked as

1    Plaintiff's Exhibit 18.  This is Wal-Mart number

2    330 and 331.  This is also confidential or

3    marked confidential, and I'm going to show this

4    to you and ask if you can tell me what this may

5    be a part of?

6         A    I'm not sure what it's a part of.  It

7    looks like information for our maintenance crew,

8    but I'm not sure what it came out of.

9         Q    I'm going to point something out to

10   you just because I don't mind telling you, it's

11   one of the things that had caught my eye when it

12   starts talking about zone defense.

13        A    Yes, sir.

14        Q    Is one of the reasons why, and I

15   didn't know, if, by looking at it, you may be

16   able to tell what a district maintenance trainer

17   is.  They may not call it the same thing.  It

18   may be another name for it.  I just didn't know?

19        A    I've never even heard of a district

20   maintenance trainer.

21        Q    I understand.

22        A    I'm sorry.

23        Q    All right.  Well, let me ask you this:

24   Over on page two of this particular document,

25   there is a reference to what is, under the

1    housekeeping section, "zone defense"?

2         A    Yes, sir.

3         Q    Do you recognize that term?

4         A    Yes.

5         Q    All right.  Tell me about zone

6    defense?

7         A    Zone defense is where we get our --

8    the way I explain it to my new associates is,

9    you're getting the store to look like we're

10   going to close and open the next day.

11   Straightening everything up, spacing it out,

12   come up to the front, picking up anything on the

13   floor, you know, straightening shelves, just

14   getting ready for business the next day.  Ours

15   never quits, basically.

16        We're in zone defense, basically, all the

17   time.  Really push it in the evening.  But,

18   we're always in a zone defense.  And that's all

19   it is.  It's not a football term.

20        Q    It hit me as that, I don't mind

21   saying.  That or basketball, one or the other or

22   something.  You're right.

23        Now, this particular document starts

24   saying, it is to be done every day.  This should

25   be scheduled three times per day or more, if

1    necessary.  Is that, I guess, an accurate

2    statement of how zone defense was done on

3    February of 2004, on or about then?

4          A    Yes, sir.  Because our overnight shift

5    does their own zone defense.  We also, most

6    days, pull a zone defense in the afternoons

7    before the second shift comes on.

8          Q    Which is about when?

9          A    2:00 o'clock, 3:00 o'clock, somewhere

10   around in that area.  Before the first shift

11   goes home and the second shift comes in.

12         And then, there's really a big push on it

13   after 5:00 o'clock in the afternoon to, you

14   know, 11:00 o'clock, before the second shift

15   gets off and the third shift comes on.

16         Q    So, the second shift ends up doing two

17   zone defenses just about?  Is that right?

18         A    Well, really, the one in the afternoon

19   is basically for the daytime associates, to

20   clear everything up and get it ready for the

21   second shift associates.

22         Q    Oh, okay.

23         A    And then, the second shift associates

24   really focus on the main zone defense, after

25   5:00 o'clock in the afternoon.