IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENISE BLALOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 1:06cv381-MHT |
| | ) |
| WAL-MART STORES, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**AFFIDAVIT OF DENISE BLALOCK IN OPPOSITION TO
MOTION OF WAL-MART EAST STORES, INC., FOR SUMMARY JUDGMENT**

STATE OF ALABAMA    )
                    )
COUNTY OF Cullman   )

Before me, the undersigned authority in and for said County and State, personally appeared Denise Blalock, who is known to me and who, being first duly sworn, deposes and says as follows:

My name is Denise Blalock. I am over the age of eighteen (18) years and am the Plaintiff in the above styled civil action. I have personal knowledge of the facts stated herein. I understand that this Affidavit will be used in opposition of Wal'Mart's Motion for Summary Judgment filed in this case.

The reason that I tripped and fell over the subject pallet after my foot brushed against it and I glanced down at it as I walked past it is that I forgot about it during the approximately five (5) minutes between my foot brushing against it and my tripping and falling over the pallet. I did not recognize the empty pallet as a dangerous condition. During the approximately five (5) minutes, I was facing and talking to my and my husband's friend, Steve Blackman, with my back to the pallet the whole time. Steve was, and is today, employed by

Wal-Mart in the TLE. I became so wrapped up in my conversation with Steve and my husband, that my attention was diverted from and I forgot about the pallet. When we all finished talking and said our good-byes, I was turning around to go back to get in our truck on the passenger side and immediately tripped and fell over the empty pallet before even taking a step. Not only did I forget about the pallet, but I did not realize that it was immediately behind me. During the approximately five (5) minutes, not a word or warning of any type was said or made of my being so close to the pallet or that the pallet was behind me or to watch out.

Dated this 27 day of February, 2007.

*Denise Blalock*
Denise Blalock

Sworn to and subscribed before me on this 27th day of February, 2007.

*Rebecca Y Wood*
Notary Public
My Commission Expires: October 19, 2010