IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DENISE BLALOCK, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. 1:06CV381-MHT |
| ) | |
| WAL-MART STORES, INC., ET AL., ) | |
| ) | |
| DEFENDANTS. ) | |

**NOTICE REGARDING SETTLEMENT CONFERENCE AND MEDIATION**

The undersigned makes, at the direction of counsel for the Defendant, and on behalf of both parties, the following report to the court:

1. Plaintiff and Defendant have attempted settlement negotiations.

2. The parties have been unsuccessful in their settlement discussions.

3. The parties believe that mediation could be beneficial in this matter and are willing to mediate.

Dated this 8th day of March, 2007.

By: __s/ W. Davis Malone, III_____
W. Davis Malone, III
Bar Number: ASB-2134-N67W
Attorney for Plaintiff

OF COUNSEL:
FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama 36302
Telephone: (334) 794-8596
Facsimile (334) 794-4401
Email: wdm@ffmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send electronic notification of such filing to the following:

> W. Pemble DeLashmet, Esq.
> Chad C. Marchand, Esq.
> DeLashmet & Marchand, P.C.
> Post Office Box 2047
> Mobile, Alabama 36652

      /s/ W. Davis Malone, III
W. Davis Malone, III