IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DENISE BLALOCK, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 1:06CV381-MHT |
| | ) | |
| WAL-MART STORES, INC., ET AL., | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## JOINT NOTICE REGARDING MEDIATION

The undersigned makes, at the direction of counsel for the Defendant, and on behalf of both parties, the following report to the court:

1.   A mediation of this matter was held on April 30, 2007, before D. Taylor Flowers, Esq., as Mediator, in Dothan, Alabama.

2.   Both parties were in attendance and participated in the mediation.

3.   The parties were unable to reach a settlement during such mediation.

Dated this 3rd day of May, 2007.

                                                                         By:   s/ W. Davis Malone, III
                                                                            W. Davis Malone, III
                                                                            Bar Number: ASB-2134-N67W
                                                                            Attorney for Plaintiff

OF COUNSEL:
FARMER, FARMER & MALONE, P.A.
112 West Troy Street
Post Office Drawer 668
Dothan, Alabama 36302
Telephone: (334) 794-8596
Facsimile (334) 794-4401
Email: wdm@ffmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, I have electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send electronic notification of such filing to the following:

> W. Pemble DeLashmet, Esq.
> Chad C. Marchand, Esq.
> DeLashmet & Marchand, P.C.
> Post Office Box 2047
> Mobile, Alabama 36652

>  /s/ W. Davis Malone, III
> W. Davis Malone, III