**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
SOUTHERN DIVISION**

**DENISE BLALOCK,**

    **Plaintiff,**

**vs.**    **CASE NO. 1:06-CV-00381-MHT-WC**

**WAL-MART STORES EAST, LP,**

    **Defendant.**

**NOTICE OF FILING**

COMES NOW the Defendant, Wal-Mart Stores East, LP ("Wal-Mart"), incorrectly identified in the Plaintiff's Complaint as "Wal-Mart Stores, Inc.", and notifies the Court that the Wal-Mart's Rule 26(a)(3) Disclosures have been sent to Plaintiff's counsel.

    Respectfully submitted,

/s/ W. Pemble DeLashmet
W. PEMBLE DELASHMET    (DELAW0873)
wpd@delmar-law.com
CHAD C. MARCHAND    (MARCC5089)
ccm@delmar-law.com
Attorney for Defendant, Wal-Mart Stores East, LP

**OF COUNSEL:**

DELASHMET & MARCHAND, P.C.
Post Office Box 2047
Mobile, AL  36652
Telephone:    (251) 433-1577
Facsimile:    (251) 433-1578

CERTIFICATE OF SERVICE

      I do hereby certify that on this day, May 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

W. Davis Malone, III
Farmer, Farmer & Malone, PA
Post Office Drawer 668
Dothan, Alabama 36302-0668

                /s/ W. Pemble DeLashmet
                OF COUNSEL