IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DENISE BLALOCK,                  )
                                 )
    Plaintiff,                   )
                                 )       CIVIL ACTION NO.
    v.                           )        1:06cv381-MHT
                                 )            (WO)
WAL-MART STORES EAST, LP,        )
                                 )
    Defendant.                   )
```

## JUDGMENT

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Wal-Mart Stores East, LP's motion for summary judgment (doc. no. 35) is granted.

(2) Judgment is entered in favor of defendant Wal-Mart Stores East, LP and against plaintiff Denise Blalock, with plaintiff Blalock taking nothing by her complaint.

It is further ORDERED that costs are taxed against plaintiff Blalock, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE this the 11th day of May, 2007.**

                                         /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**