IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **DENISE BLALOCK,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**WAL-MART STORES, INC.,** )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:06cv381-MHT |

### ORDER

It is ORDERED that the motion to alter or amend judgment (Doc. No. 49) is set for submission, without oral argument, on June 8, 2007, with all briefs due by said date.

DONE, this the 31st day of May, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE